# EXHIBIT A

# United States Patent [19]

## Takemae et al.

[11] **Patent Number:** **4,641,166**

[45] **Date of Patent:** **Feb. 3, 1987**

[54] **SEMICONDUCTOR MEMORY DEVICE HAVING STACKED CAPACITOR-TYPE MEMORY CELLS**

[75] Inventors: **Yoshihiro Takemae**, Tokyo; **Tomio Nakano**, Kawasaki; **Kimiaki Sato**, Tokyo, all of Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[21] Appl. No.: **560,171**

[22] Filed: **Dec. 12, 1983**

[30] **Foreign Application Priority Data**

Dec. 20, 1982 [JP]    Japan ................................ 57-222079

[51] Int. Cl.$^4$ .............................................. H01L 29/78
[52] U.S. Cl. ...................................... 357/23.6; 357/51; 357/54
[58] Field of Search ...................... 357/23.6, 23.11, 51, 357/24, 54

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,740,731 | 6/1973 | Ohwada et al. | 357/23.6 |
| 3,811,076 | 5/1974 | Smith, Jr. | 357/41 |
| 3,893,146 | 7/1975 | Heeren | 357/23.6 X |
| 4,151,607 | 4/1979 | Koyanagi et al. | 357/23.6 |
| 4,246,593 | 1/1981 | Bartlett | 357/41 |
| 4,355,374 | 10/1982 | Sakai et al. | 357/23.6 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0032279 | 11/1981 | European Pat. Off. . | |
| 2493045 | 10/1980 | France . | |
| 0021170 | 2/1980 | Japan | 357/23 C |
| 55-154762 | 12/1980 | Japan . | |

*Primary Examiner*—Martin H. Edlow
*Assistant Examiner*—Sara W. Crane
*Attorney, Agent, or Firm*—Staas & Halsey

[57] **ABSTRACT**

In a semiconductor memory device having stacked capacitor-type memory cells, the capacitor of each memory cell comprises an electrode, an insulating layer, and a counter electrode. The electrode is connected electrically to a source or drain region of a transfer transistor and extends over a part of a word line adjacent to another word line serving a gate electrode of the transfer transistor, at which part no memory cell is formed.

**10 Claims, 8 Drawing Figures**





Fig. I    PRIOR ART

### Fig. 2   PRIOR ART



### Fig. 3   PRIOR ART





*Fig. 4*

## Fig. 5



## Fig. 6





Fig. 7

## Fig. 8



4,641,166

1

# SEMICONDUCTOR MEMORY DEVICE HAVING STACKED CAPACITOR-TYPE MEMORY CELLS

## BACKGROUND OF THE INVENTION

The present invention relates to a metal-oxide semiconductor (MOS, or, more broadly, MIS) dynamic semiconductor memory device having stacked capacitor-type memory cells.

Recently, MOS memory cells of a one-transistor one-capacitor type have usually been used in MOS dynamic memory devices. Fine lithographic technology has been developed so as to reduce the size of the elements of each memory cell, thereby obtaining a large capacity of a highly integrated semiconductor device. However, there is a limit to obtaining a high integration and a large capacity by size reduction only. In addition, size reduction of memory cells increases the generation rate of soft errors and the number of harmful effects due to hot electrons and hot holes. For improving memory cells of a one-transistor one-capacitor type, stacked capacitor-type memory cells have been proposed (see: Technical Digest of the Institute of Electronics and Communication Engineers of Japan, SSD80-30, 1980, July). Each stacked capacitor-type memory cell comprises a transfer transistor, which is the same as that of the conventional memory cell, and a capacitor which comprises an electrode extending over a thick field-insulating layer and over its own transfer transistor, a counter electrode disposed on the electrode, and an insulating layer therebetween, thereby increasing the capacitance of the capacitor.

In the prior art, however, such stacked capacitor-type memory cells have been applied to devices having "open bit lines" which are arranged on both sides of a series of sense amplifiers, not to devices having "folded bit lines" which are arranged on one side of a series of sense amplifiers.

## SUMMARY OF THE INVENTION

It is an object of the present invention to apply stacked capacitor-type memory cells to a semiconductor memory device having folded bit lines.

According to the present invention, the electrodes of a capacitor of a memory cell are formed on the part of an adjacent word line at which no memory cell is formed, thereby remarkably increasing the capacitance of the capacitor.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be more clearly understood from the description as set forth below with reference to the accompanying drawings.

FIG. 1 is a plan view of a prior art semiconductor memory device incorporating stacked capacitor-type memory cells.

FIG. 2 is an equivalent circuit diagram of the device of FIG. 1.

FIG. 3 is a cross-sectional view of the device of FIG. 1 taken along the line III—III in FIG. 1.

FIG. 4 is a plan view of an embodiment of the semiconductor memory device incorporating stacked capacitor-type memory cells according to the present invention.

FIG. 5 is an equivalent circuit diagram of the device of FIG. 4.

2

FIG. 6 is a cross-sectional view of the device of FIG. 4 taken along the line VI—VI in FIG. 4.

FIGS. 7 and 8 are modifications of the embodiment of FIG. 6.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

In FIG. 1, which illustrates the prior art, and in FIG. 2, which is an equivalent circuit diagram of the device of FIG. 1, stacked capacitor-type memory cells are provided at intersections between the word lines $WL_0$, $WL_1$, $WL_2$, and $WL_4$ and bit lines $BL_0$ and $BL_1$. A capacitor of each memory cell is comprised of an electrode $E_0$, a counter electrode $E_1$, and an insulating layer 6 (see FIG. 3) between the electrodes $E_1$. Provided are the following conductive layers:

a first polycrystalline silicon layer for the word lines $WL_0$, $WL_1$, $WL_2$, and $WL_4$;

a second polycrystalline silicon layer for the electrode $E_0$;

a third polycrystalline silicon layer for the counter electrode $E_1$; and

an aluminum layer for the bit lines $BL_0$ and $BL_1$.

Note that "CONT" designates a contact hole for connecting the bit line $BL_0$ or $BL_1$ to an impurity diffusion (doped) region 4 on a semiconductor substrate 1 (see FIG. 3). In addition, the partly shaded areas designate field areas, and the inner areas thereof designate active areas.

One stacked capacitor-type memory cell, such as $C_{01}$, will be explained with reference to FIG. 3. In FIG. 3, a thick field oxide ($SiO_2$) layer 2 is formed on a $p^-$-type semiconductor substrate 1. Then a gate oxide ($SiO_2$) layer 3 is formed. Disposed on the layer 3 is a word line $WL_1$ serving as a gate of a transfer transistor which is made of the first polycrystalline silicon layer. After that, $N^+$-type impurity diffusion regions 4 and 5 serving as a source and a drain, respectively, of the transfer transistor are formed by self-alignment.

An electrode $E_0$ made of the second polycrystalline silicon layer is formed on the word line $WL_1$ and the field oxide layer 2. In this case, the electrode $E_0$ is connected electrically to the impurity diffusion region 5. An insulating layer 6 as a capacitor dielectric, which is made of, for example, chemical vapor deposition (CVD) silicon nitride ($Si_3N_4$), is formed on the electrode $E_0$. Further, the counter electrode $E_1$ made of the third polycrystalline silicon layer is formed on the insulating layer 6.

Note that the insulating layer 6 has a large dielectric constant and a small leak current characteristic. The blank portions of FIG. 3 designate other insulating layers made of $SiO_2$, phosphosilicate glass (PSG), or the like.

In FIG. 3, since a capacitor formed by the electrode $E_0$, the insulating layer 6, and the counter electrode $E_1$ extends over the field oxide layer 2 and the word line $WL_1$, the capacitance thereof is larger than that of the conventional one-transistor one-capacitor type of memory cell in which a capacitor is formed on the impurity diffusion region 5. This characteristic is beneficial in obtaining a high integration and a large capacitance.

However, the stacked capacitor-type memory cells as illustrated in FIGS. 1 and 3 are applied to a device having an open bit line layout as illustrated in the equivalent circuit diagram of FIG. 2 but are not applied to a device having a folded bit line layout as illustrated in the equivalent circuit diagram of FIG. 5.

3

Note that the folded bit line layout, as compared with the open bit line layout, are disadvantageous in regard to integration density but are advantageous in regard to noise immunity since the noises generated in a pair of bit lines are compensated for by each other at a sense amplifier which senses and amplifies the potential difference between the bit line pair.

In FIG. 4, which illustrates an embodiment of the present invention, and in FIG. 5, which is an equivalent circuit diagram of the device of FIG. 4, stacked capacitor-type memory cells $C_0$ and $C_1$ are provided at intersections between the word lines $WL_0$ and $WL_1$ and the bit line $BL_0$, but no memory cells are provided at intersections between the word lines $WL_2$ and $WL_3$ and the bit line $BL_0$. On the other hand, stacked capacitor-type memory cells $C_2$ and $C_3$ are provided at intersections between the word lines $WL_2$ and $WL_3$ and the bit line $\overline{BL_0}$, but no memory cells are connected at intersections between the word lines $WL_0$ and $WL_1$ and the bit line $\overline{BL_0}$. That is, two memory cells are provided at every other intersection with the word line along one bit line. This is because a memory cell is connected at only one of the two intersections between each word line and each bit line pair, resulting in vacancy (i.e., nonconnection) at half of all the intersections, which tends to decrease the integration density of the device.

However, according to the present invention, the electrode $E_0$ of the capacitor of each memory cell is formed on its own word line (gate) and an adjacent word line to occupy the adjacent vacant intersection. In addition, the counter electrode $E_1$ of the capacitors of the memory cells is formed on the entire surface of the device except for contact areas including the contact holes CONT.

FIG. 6 is a cross-sectional view of the device of FIG. 4 taken along the line VI—VI in FIG. 4. In FIG. 6, the elements which are the same as those of FIG. 3 are denoted by the same reference numerals. As is illustrated in FIG. 6, the electrode $E_0$ made of the second polycrystalline silicon layer is provided over its own word line $WL_1$ (the first polycrystalline silicon layer) and the adjacent word line $WL_2$ (the first polycrystalline silicon layer). Thus, the capacitance of a capacitor formed by the electrode $E_0$, the counter electrode $E_1$, and the insulating layer 6 is increased, this being all beneficial in obtaining a high integration density and a large capacitance.

FIG. 7 is a modification of FIG. 6. The difference between FIG. 7 and FIG. 6 is that in FIG. 7 the word line $WL_2$ is disposed partly on the thick field oxide layer 2 and partly on the thin oxide layer 3', which is the same as the gate oxide layer 3. As a result, the width $L_1$ of the field oxide layer 2 can be almost a minimum line width determined by the manufacturing technology. In FIG. 7, since no field oxide layer 2 is present between the word lines $WL_1$ and $WL_2$, the connection area between the second polycrystalline silicon layer $E_0$ and the impurity diffusion region 5 is determined by the space between the word lines $WL_1$ and $WL_2$ only. Therefore, this space can be a minimum value. On the other hand, in FIG. 6, the above-mentioned connection area is determined by the word line $WL_1$ and the field oxide layer 2. Therefore, since this connection area is reduced due to the displacement of the alignment of the word line $WL_1$ and the field oxide layer 2, it is necessary to design the distance therebetween at a sufficient value. In addition, it is necessary to design the distance between the impurity diffusion region 5 and the word line $WL_2$ at a

4

sufficient value in view of the displacement of the alignment therebetween. Thus, the space between the word lines $WL_1$ and $WL_2$ in FIG. 7 can be reduced as compared with that in FIG. 6.

FIG. 8 is also a modification of FIG. 6. The difference between FIG. 8 and FIG. 6 is that in FIG. 8 the insulating layer 3' immediately beneath the adjacent word line $WL_2$ is made thin. In this case, the insulating layer 3' is also the same as the gate oxide layer 3 immediately beneath the word line $WL_1$. For instance, it can be of silicon nitride. Further, N-type impurities are implanted in advance on the surface of the substrate 1 beneath the word line $WL_2$ by ion implantation or the like. Therefore, the MOS structure formed by the word line $WL_2$, the insulating layer 3', and the N-type impurity doped region of the substrate 1 serving as a charge-storing portion form a capacitor having a relatively large capacitance and which serves as a capacitor of the stacked capacitor-type memory cell (and has normally-on characteristics). As a result, the capacitance of the capacitor of the memory cell of FIG. 7 is increased as compared with that of FIG. 6.

Note that a $P^-$-type semiconductor substrate is used in the above-mentioned embodiments. However, obviously, a $N^-$-type substrate can be used.

As was explained hereinbefore, according to the present invention, the capacitor is formed on an adjacent word line so as to increase the capacitor capacitance, thereby obtaining a semiconductor memory device of a high integration density and a large capacitance having a folded bit line layout.

We claim:

1. A semiconductor memory device comprising:

a semiconductor substrate of a first conductivity type;

a plurality of word lines extending in parallel over said substrate;

a plurality of sense amplifiers;

a plurality of pairs of bit lines extending over said substrate transversely to said word lines, each said pair of bit lines being connected to corresponding inputs of a corresponding one of said sense amplifiers, and both of the bit lines of each said pair intersecting each of said word lines; and

stacked capacitor-type memory cells, each formed in the vicinity of an intersection between a corresponding one of said word lines and a corresponding one of said pairs of said bit lines,

wherein each of said memory cells comprises:

first and second impurity doped regions of a second conductivity type opposite to said first conductivity type formed in said substrate, each said first impurity doped region being electrically connected to a respective one of said bit lines, said first and second impurity doped regions and a respective portion of said corresponding one of said word lines forming a transfer transistor;

a first conductive layer electrically connected to said second impurity doped region, for forming a first of two capacitor electrodes, said first conductive layer extending over a respective part of another one of said word lines adjacent to said corresponding word line;

an insulating layer disposed on said first conductive layer; and

a second conductive layer, disposed on said insulating layer, for forming the second of said two capacitor electrodes.

4,641,166

5

2. A device as set forth in claim 1, wherein said first conductive layer of each said memory cell extends over a part of said corresponding word line of the memory cell.

3. A device as set forth in claim 1, further comprising a field insulating layer formed between said respective part of said another adjacent word line of each said memory cell and said substrate.

4. A device as set forth in claim 1 or 3, comprising a further insulating layer formed between said respective part of said another adjacent word line of each said memory cell and said substrate.

5. A device as set forth in claim 4, further comprising a third impurity doped region of said second conductivity type within said substrate beneath said respective part of said another adjacent word line and said further insulating layer of each said memory cell, so that a MIS structure formed by said respective part of said another adjacent word line, said further insulating layer, and said substrate has normally-on characteristics.

6

6. A device as set forth in claim 1, wherein said further insulating layer is made of silicon nitride.

7. The device of claim 4, further comprising a third impurity doped region of said second conductivity type within said substrate beneath said respective part of said another adjacent word line and said further insulating layer of each said memory cell, so that a MIS structure formed by said part of said another adjacent word line, said further insulating layer, and said substrate contribute to the capacitance of the memory cell.

8. The device of claim 1, 2, 3 or 6, wherein said device is of the folded-bit-line type.

9. The device of claim 8, wherein alternating ones of said word lines are effective for selecting a respective one of said memory cells of only a respective one of said bit lines of each said bit line pair.

10. The device of claim 8, wherein said first capacitor electrode is provided individually for each said memory cell, and said second capacitor electrode extends in common over all of said memory cells.

*  *  *  *  *

# EXHIBIT B



# United States Patent [19]

## Takemae

[11] Patent Number: 4,458,336

[45] Date of Patent: Jul. 3, 1984

[54] **SEMICONDUCTOR MEMORY CIRCUIT**

[75] Inventor: Yoshihiro Takemae, Yokohama, Japan

[73] Assignee: Fajitsu Limited, Kawasaki, Japan

[21] Appl. No.: 313,616

[22] Filed: Oct. 21, 1981

[30] **Foreign Application Priority Data**

Oct. 22, 1980 [JP] Japan ................................ 55-147771
Oct. 22, 1980 [JP] Japan ................................ 55-147773

[51] Int. Cl.$^3$ .............................................. G11C 11/40
[52] U.S. Cl. ...................................... 365/149; 365/203
[58] Field of Search .............. 365/149, 154, 190, 202, – 365/203, 205, 207, 222

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,045,783  8/1977  Harland ................................ 365/149
4,195,357  3/1980  Kuo et al. ........................ 365/149 X
4,291,393  9/1981  Wilson ................................ 365/203

*Primary Examiner*—Joseph A. Popek
*Attorney, Agent, or Firm*—Staas & Halsey

[57] **ABSTRACT**

A semiconductor memory circuit is disclosed, which includes: word lines, bit lines and memory cells at each cross point of the word lines and the bit lines. Each memory cell including a capacitor, having a first electrode and a second electrode, and a transfer-gate transistor connected in series with the capacitor at the first electrode thereof. The memory circuit also includes pre-charge circuits each charging one corresponding bit line to a predetermined pre-charge voltage level by using a memory power source and sense amplifiers each amplifying the voltage level developed at one corresponding bit line so as to have a high voltage level or a low voltage level in accordance with the charge stored in each corresponding capacitor. Additionally included are a first circuit which supplies the pre-charge voltage to the pre-charge circuit, the level of the pre-charge voltage is in the middle between the high voltage level and the low voltage level, and a second circuit which supplies a predetermined voltage to the capacitor at its second electrode. Preferably the predetermined voltage supplied from the second circuit is same as the voltage supplied from the first circuit.

12 Claims, 15 Drawing Figures





*Fig. 1* PRIOR ART



Fig. 2 PRIOR ART

("O" Read)



*Fig. 3* PRIOR ART

*Fig. 4* PRIOR ART



Fig. 5
PRIOR ART

Fig. 6 PRIOR ART
('O' Read)



*Fig. 7*
PRIOR ART
("1" Read)

*Fig. 8*



Fig. 9  ("O" Read)

Fig. 10  ("1" Read)



Fig. 11

Fig. 12



Fig. 13

Fig. 14



*Fig. 15*

4,458,336

1

# SEMICONDUCTOR MEMORY CIRCUIT

## BACKGROUND OF THE INVENTION

The present invention relates to a semiconductor memory circuit and, more particularly, to a dynamic semiconductor memory circuit which employs rows and columns provided with so-called one transistor storage cells.

In recent years, the one-transistor storage cell type memory device has been widely utilized as a random access memory (RAM) device of the MIS integrated semiconductor memory circuit. Such RAM device has already been disclosed in U.S. Pat. No. 4,045,783 or U.S. Pat. No. 4,195,357, and produces many superior advantages, as compared with a conventional RAM, however, at the same time, such RAM has some defects. The present invention addresses two of the defects. One defect resides in that read data from the RAM often contains an error due to a change in the level of the voltage of power source. The other defect resides in that error in the RAM system often occurs due to a change in the level of the back gate voltage ($V_{BB}$) for biasing the substrate, in which the change of $V_{BB}$ is necessarily created in accordance with voltage change developed in the bit (column) line.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a semiconductor memory circuit which can overcome the aforementioned two defects simultaneously, although the two defects themselves have no similarity to each other.

A semiconductor memory circuit is disclosed, which includes word lines, bit lines and memory cells at each cross point of the word lines and the bit lines. Each memory cell including a capacitor, having a first electrode and a second electrode, and a transfer-gate transistor connected in series with the capacitor at the first electrode thereof. The memory circuit also includes pre-charge circuits each charging one corresponding bit line to a predetermined pre-charged voltage level by using a memory power source and sense amplifiers each amplifying the voltage level developed at one corresponding bit line, so as to have a high voltage level or a low voltage level in accordance with the charge stored in each corresponding capacitor. Additionally included are a first circuit which supplies the pre-charge voltage to the pre-charge circuit, the level of the pre-charge voltage is in the middle between the high voltage level and the low voltage level, and a second circuit which supplies a predetermined voltage to the capacitor at its second electrode. Preferably the predetermined voltage supplied from the second circuit is same as the voltage supplied from the first circuit.

The present invention will be more apparent from the ensuing description with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit;

FIG. 2 is a graph, used for explaining the operation of the circuit illustrated in FIG. 1;

FIG. 3 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit;

2

FIG. 4 is a graph, used for explaining the operation of the circuit illustrated in FIG. 3;

FIG. 5 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit which contains an improvement with respect to an undesired voltage reduction of $\Delta V_{BL}$;

FIG. 6 is a graph, used for explaining the "0" read operation of the circuit illustrated in FIG. 5;

FIG. 7 is a graph, used for explaining the "1" read operation of the circuit illustrated in FIG. 5;

FIG. 8 illustrates a circuit diagram of an embodiment representing the semiconductor memory circuit according to the present invention;

FIG. 9 is a graph, used for explaining the "0" read operation of the circuit illustrated in FIG. 8;

FIG. 10 is a graph, used for explaining the "1" read operation of the circuit illustrated in FIG. 8;

FIG. 11 illustrates one example of the dynamic pull-up circuit shown in FIG. 8;

FIG. 12 is a first graph, used for explaining the change of $V_{BB}$, where the first graph is obtained when the voltage level $V_{BB}$ may change in proportion to the voltage of the line $\overline{BL}$;

FIG. 13 is a second graph, used for explaining the change of $V_{BB}$;

FIG. 14 illustrates a circuit diagram of another embodiment representing the semiconductor memory circuit according to the present invention; and,

FIG. 15 is a graph, used for explaining the change of $V_{BB}$, obtained by using the semiconductor memory circuit illustrated in FIG. 14.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit. The reference symbol SA represents a sense amplifier which consists of of MIS transistors $Q_4$, $Q_5$ and $Q'_6$ which is controlled by a signal LE. The reference symbols BL and $\overline{BL}$ represent a pair of bit lines which extend leftward and rightward respectively from the sense amplifier SA, the reference symbol PRE represents a pre-charge circuit consisting of MIS transistors $Q_1$ through $Q_3$, MC represents a memory cell consisting of MIS transistor $Q_5$, acting as a transfer-gate transistor and a MIS capacitor $C_S$, acting as a storage capacitor. The capacitor $C_S$ has a pair of electrodes, the first electrode thereof is connected, via a node $N_1$, to the transistor $Q_5$. The reference symbol DMC represents a dummy cell consisting of MIS transistors $Q_6$ and $Q_7$ and an MIS capacitor $C_D$. The reference symbol WL represents a word line. A signal, appearing on the word line WL, makes the transfer-gate transistor $Q_5$ ON and then the stored information in the memory cell MC is transferred to the bit line BL. The reference symbol DWL represents a dummy word line DWL; makes the MIS transistor $Q_6$ ON and then the dummy capacitor $C_D$ is connected with the bit line $\overline{BL}$. The reference symbol $\overline{RE}$ indicates a signal which makes the transistor $Q_7$ ON so as to discharge the capacitor $C_D$. That is, the voltage level at the node $N_2$ is changed to the low voltage level of a memory power source, specifically the voltage level $V_{SS}$ which is usually 0 V. The reference symbol BC indicates a signal which makes MIS transistors $Q_1$, $Q_2$ and $Q_3$ ON simultaneously, so that the level of both bit lines BL and $\overline{BL}$ is changed to the high level of the memory power source, specifically the voltage level

4,458,336

3

$V_{CC}$ which is usually 5 V. That is, the signal BC acts as a pre-charging signal. The bit lines BL and $\overline{BL}$ form the bit line parasitic capacitor $C_B$. Said high voltage level $V_{CC}$ of the memory power source is also applied to each one of the electrodes of the capacitors $C_S$ and $C_D$.

FIG. 2 depicts a graph, used for explaining the operation of the circuit shown in FIG. 1. The graph of FIG. 2 indicates the operation when information "0" is read out of the memory cell MC. The level of the word line WL is changed to the low voltage level $V_{SS}$ after a write operation or a refresh operation has been finished. Then the signals BC and $\overline{RE}$ are activated. Therefore, the bit lines BL and $\overline{BL}$ are pre-charged to the high voltage level $V_{CC}$, and the level at the node $N_2$, in the dummy cell DMC, is changed to the low voltage level $V_{SS}$, which is called a stand-by status.

Generally, a semiconductor memory circuit must guarantee normal operation with a power source voltage range of ±10%. Accordingly, when the high voltage level of the memory power source is designed to be 5 V, the semiconductor memory circuit must be designed so as to operate without any error even though the power source voltage changes within the range between 4.5 V and 5.5 V. Returning to FIG. 2, the graph depicts, for example, a case where first information "0" has been written, during a condition of $V_{CC}=4.5$ V, in the memory cell, i.e. the level at the node $N_1$ is changed to the level $V_{SS}$; second when information "0" is read from the memory cell MC at the time $t_2$, however, a voltage change has occurred during the stand-by status, particularly during the period from $t_0$ to $t_1$, from the level 4.5 V to 5.5 V. As is known, the capacitance of the dummy capacitor $C_D$ and the capacitance of the memory cell $C_S$ are determined so as to satisfy the following equation (1).

$$C_D = \tfrac{1}{2} C_S \qquad (1)$$

(Note the symbols $C_D$ and $C_S$ also denote the capacitances of respective capacitors $C_D$ and $C_S$.)

If the power source voltage level is maintained at 4.5 V up to and after the time $t_2$, contrary to the graph in FIG. 2, each voltage drop, produced in the bit lines BL and $\overline{BL}$, is respectively expressed by about

$$V_{CC}\,\frac{C_D}{C_B} \text{ and } V_{CC}\,\frac{C_S}{C_B}\,,$$

according to the equation (1) above. That is, when the word line WL is activated (the dummy word line DWL is also activated), current flows from the bit lines BL and $\overline{BL}$ into, respectively the capacitors $C_S$ and $C_D$, via the nodes $N_1$ and $N_2$, and thus the voltage levels of the bit lines BL and $\overline{BL}$ are reduced about the values of the aforesaid expressions

$$V_{CC}\,\frac{C_D}{C_B} \text{ and } V_{CC}\,\frac{C_S}{C_B}\,.$$

Accordingly, the voltage level $V_{\overline{BL}}$ of the bit line $\overline{BL}$ and the voltage level $V_{BL}$ of the bit line BL are respectively expressed by equations (2) and (3).

$$V_{\overline{BL}} = V_{CC} - V_{CC}\,\frac{C_D}{C_B} = 4.5 - 4.5\,\frac{C_D}{C_B} \qquad (2)$$

4

-continued

$$= 4.5 - \frac{4.5}{2}\,\frac{C_S}{C_B}$$

$$V_{BL} = V_{CC} - V_{CC}\,\frac{C_S}{C_B} = 4.5 - 4.5\,\frac{C_S}{C_B} \qquad (3)$$

From equations (2) and (3) above, the voltage difference $\Delta V_{BL}$, between the voltages of the bit lines BL and $\overline{BL}$, can be expressed by equation (4).

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25\,\frac{C_S}{C_B}\ \text{(V)} \qquad (4)$$

However, in FIG. 2, a voltage change by the power source occurs during the period $t_0$ through $t_1$ and the increased voltage 5.5 is maintained thereafter. In such a situation, the voltage level at the node $N_1$ is pushed upward, via the capacitor $C_S$, by the aforesaid voltage increase of 1 ($=5.5-4.5$) V. Thus, the voltage levels $V_{\overline{BL}}$ and $V_{BL}$ of the bit lines $\overline{BL}$ and BL, respectively, are expressed by equations (5) and (6).

$$V_{\overline{BL}} = V_{CC} - V_{CC}\,\frac{C_D}{C_B} = 5.5 - 5.5\,\frac{C_D}{C_B} \qquad (5)$$

$$= 5.5 - \frac{5.5}{2}\,\frac{C_S}{C_B}$$

$$V_{BL} = V_{CC} - (V_{CC} - V_{N1})\,\frac{C_S}{C_B} = V_{CC} - (V_{CC} - 1.0)\,\frac{C_S}{C_B} \qquad (6)$$

$$= 5.5 - 4.5\,\frac{C_S}{C_B}$$

As a result, the difference voltage $\Delta V_{BL}$, during the read operation after the time $t_2$, is reduced as defined by equation (7).

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 1.75\,\frac{C_S}{C_B} \qquad (7)$$

It should be understood that, in the circuit of FIG. 1, the above mentioned reduction of the voltage level (refer to the change in the equations (4) to (7) above) cannot occur during the read operation of the information "1". The reason is as follows. When the information "1" is to be written into the memory cell MC, the voltage level at the node $N_1$ is changed to the level of $V_{CC}$. Therefore, when the above write operation finishes, the voltage level at the node $N_1$ is equal to 4.5 V. If the voltage increase to 5.5 V occurs thereafter, the voltage level at the node $N_1$ is pushed upward, via the capacitor $C_S$, to 5.5 V. Under such circumstance, no charges leave the bit line BL during the read operation of the information "1", but charges, proportional to the value of $\tfrac{1}{2}$ $C_S$, leave the bit line $\overline{BL}$, which operation is the same as the usual read operation when there is no change in the power source voltage. The reference symbol $V_{ref}$ indicates a threshold voltage level utilized for distinguishing between the "1" level and the "0" level.

As mentioned above, since the capacitors $C_S$ and $C_D$ are energized, at each one electrode thereof, by the voltage level $V_{CC}$, the above mentioned voltage reduction

4,458,336

5

$$\left(2.25\ \frac{C_S}{C_B} \longrightarrow 1.75\ \frac{C_S}{C_B}\right)$$

is induced during the "0" read operation. However, the voltage level $V_{CC}$, at the capacitors $C_S$ and $C_D$ of FIG. 1, can be replaced by the voltage level $V_{SS}$ through a manufacturing process in which, for example impurities are injected, through an ion implantation process, into the areas located under the capacitors $C_S$ and $C_D$, where the impurities have a conductivity type opposite to that of the substrate. If the voltage level $V_{CC}$ at the capacitors $C_S$ and $C_D$ is replaced by the voltage level $V_{SS}$, there is a possibility that no voltage level change at the node $N_1$ will occur regardless of the power source voltage changes. FIG. 3 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit. In the circuit of FIG. 3, the above mentioned voltage $V_{SS}$ is employed instead of the voltage $V_{CC}$ at the capacitors $C_S$ and $C_D$. The circuit of FIG. 3 can overcome the voltage reduction of $\Delta V_{BL}$ during the "0" read operation, however, an identical voltage reduction of $\Delta V_{BL}$ is created during the "1" read operation. FIG. 4 is a graph, used for explaining the operation of the circuit shown in FIG. 3. This graph depicts the "1" read operation. First, the information "1" has been written in the memory cell MC under the condition where $V_{CC}=4.5$ V, second the change of the power source voltage occurs during the period from the time to to $t_1$, that is the voltage $V_{CC}$ is increased from 4.5 V to 5.5 V. If the power source voltage level is maintained at 4.5 V up to and after the time $t_2$, contrary to the graph in FIG. 4, the voltage level $V_{\overline{BL}}$ is defined by equation (8).

$$V_{\overline{BL}} = V_{CC} - V_{CC} \frac{C_D}{C_B} = 4.5 - \frac{4.5}{2}\ \frac{C_S}{C_B}\qquad (8)$$

Under such a circumstance, since the stored information "1" at the node $N_1$ is represented by 4.5 V, no charges are passed from the bit line BL to the node $N_1$ when the word line WL is activated, and thus equation (9) results.

$$V_{BL} = V_{CC} = 4.5\ V \qquad (9)$$

From equations (8) and (9) above, the voltage difference $\Delta V_{BL}$ is expressed as follows.

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25\ \frac{C_S}{C_B} \qquad (10)$$

The value $\Delta V_{BL}$ in equation (10) is the same as that in equation (4), and therefore, no voltage reduction is induced. However, if the power source voltage ($V_{CC}$) is increased, during the stand-by status as shown in FIG. 4, from 4.5 V to 5.5 V, the voltage level $V_{\overline{BL}}$ of the bit line $\overline{BL}$ is defined as follows.

$$V_{\overline{BL}} = V_{CC} - V_{CC} \frac{C_D}{C_B} = 5.5 - 5.5\ \frac{C_D}{C_B} \qquad (11)$$

$$= 5.5 - \frac{5.5}{2}\ \frac{C_S}{C_D}$$

At this time, even though the voltage level $V_{CC}$ is increased to 5.5 V, the voltage level $V_{N1}$ at the node $N_1$ is maintained, that is 4.5 V, because the transfer-gate

6

transistor $Q_5$ is now OFF. Therefore, current flows from the bit line BL to the memory cell MC and the voltage level $V_{BL}$ can be defined as follows.

$$V_{BL} = V_{CC} - (V_{CC} - V_{N1}) \frac{C_S}{C_B} = 5.5 - (5.5 - 4.5) \frac{C_S}{C_B} \qquad (12)$$

$$= 5.5 - \frac{C_S}{C_B}$$

Consequently, the voltage difference $\Delta V_{BL}$, at the time $t_2$ necessary for achieving the read operation, is defined as follows.

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 1.75\ \frac{C_S}{C_B} \qquad (13)$$

As understood from equations (7) and (13) above, the undesired voltage reduction of $\Delta V_{BL}$ is inevitable in each of the circuits illustrated in FIGS. 1 and 3.

FIG. 5 illustrates a circuit diagram of a conventional one-transistor storage cell type RAM circuit which contains an improvement with respect to the undesired voltage reduction of $\Delta V_{BL}$. FIG. 6 is a graph, used for explaining the "0" read operations of the circuit shown in FIG. 5. FIG. 7 is a graph, used for explaining the "1" read operation of the circuit shown in FIG. 5. As seen from FIG. 5, the improvement is specifically represented by a voltage divider VD having two resistors R. The voltage divider VD produces an output voltage of $V_C$ which is equal to half of $V_{CC}$ ($V_C = \frac{1}{2}\ V_{CC}$). The voltage $V_C$ is applied to both the capacitors $C_S$ and $C_D$, at each first electrode thereof. In the circuit of FIG. 5, when the write operation of the information "0" is achieved at the condition where $V_{CC}=4.5$ V and the read operation thereof is also achieved at the condition where $V_{CC}=4.5$ V, the voltage difference $\Delta V_{BL}$, during the read operation, is determined by equation (14).

$$\Delta V_{BL} = 2.25\ \frac{C_S}{C_B} \qquad (14)$$

If the power source voltage $V_{CC}$ changes from 4.5 V to 5.5 V during the period from the time $t_0$ to $t_1$, as illustrated in FIG. 6, and at the same time if the time $t_2$ is longer than the time $t_1$, equations (15) and (16) can be obtained, because the voltage level $V_C$ and the voltage level ($V_{N1}$) at the node $N_1$ change in such a manner as depicted in FIG. 6.

$$V_{\overline{BL}} = V_{CC} - V_{CC}\ \frac{C_D}{C_B} = 5.5 - 5.5\ \frac{C_D}{C_B} = \qquad (15)$$

$$5.5 - \frac{5.5}{2}\ \frac{C_S}{C_B} = 5.5 - 2.75\ \frac{C_S}{C_B}$$

$$V_{BL} = V_{CC} - (V_{CC} - V_{N1}) \frac{C_S}{C_B} = \qquad (16)$$

$$5.5 - (5.5 - 0.5) \frac{C_S}{C_B} = 5.5 - 5\ \frac{C_S}{C_B}$$

Consequently, the voltage difference $\Delta V_{BL}$, at the time $t_2$ for achieving the read operation, is expressed as follows.

4,458,336

7                                                          8

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25 \frac{C_S}{C_B} \qquad (17)$$

It should be noted that equation (17) is identical to equation (14) and no voltage reduction of $\Delta V_{BL}$ is induced, which is also true in the case where the "1" read operation is conducted. Thus, if the voltage level $V_{CC}$ is kept constant at 4.5 V, the voltage difference $\Delta V_{BL}$ is expressed by equation (18).

$$\Delta V_{BL} = 2.25 \frac{C_S}{C_B} \qquad (18)$$

Similarly, even though the voltage level $V_{CC}$ changes during the period from time $t_0$ to $t_1$, if the read time $t_2$ is far longer than the time $t_2$, equations (19) and (20) result.

$$V_{\overline{BL}} = V_{CC} - V_{CC} \frac{C_D}{C_B} = 5.5 - \frac{5.5}{2} \cdot \frac{C_S}{C_B} \qquad (19)$$

$$V_{BL} = V_{CC} - (V_{CC} - V_{NI}) \frac{C_S}{C_B} =$$

$$5.5 - (5.5 - 5) \frac{C_S}{C_B} = 5.5 - 0.5 \frac{C_S}{C_B} \qquad (20)$$

From equations (19) and (20), the voltage difference $\Delta V_{BL}$ at the time $t_2$ includes no undesired voltage reduction, as represented by equation (21).

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25 \frac{C_S}{C_B} \qquad (21)$$

Equation (21) is identical to equation (18) above.

The circuit of FIG. 5 is satisfactory from the point of view represented by the equations (17), (18) and (21), however, it has the following defects. The resistance value of each of the resistors R in FIG. 5 must be increased so as to reduce the power consumption produced by the resistors R. However, since the resistance value thereof is large, the voltage $V_C$ cannot quickly follow the change in $V_{CC}$. Accordingly, if the time $t_2$ is closed to the time $t_1$, the value of $\Delta V_{BL}$ becomes small. For example, in a large capacity RAM which is on the order of 64k bits, the capacitance, developed at the middle junction of resistors R in the voltage divider VD becomes about 1000 pF. While, if the resistance value of the resistor R is determined to be $2R = 50k\Omega$, the amount of current $I_R$ is suppressed below 0.1 mA. Then the time constant $\tau$ for a change of $V_C$, when the voltage level $V_{CC}$ changes, is determined as follows. That is, $\tau = 2R \cdot C = 50$ μS, which an extremely large value. Due to the presence of such a large time constant $\tau$ for $V_C$, if the read operation is commenced immediately after the time $t_1$, the voltage difference $\Delta V_{BL}$ is reduced as defined by the following equation (22).

$$\Delta V_{BL} = 1.75 \frac{C_S}{C_B} \qquad (22)$$

Equation (22) is identical to equation (13) above.

The present invention can improve the reduction of the voltage difference $\Delta V_{BL}$ represented by equation (22), so that the voltage difference $\Delta V_{BL}$ is always kept at a constant large value even if the change in the power source voltage occurs at any time. The basic construction of the present invention is described as follows. That is, a first circuit is employed for supplying a pre-charge voltage to the pre-charge circuit PRE, the level of that pre-charge voltage is defined as in the middle between the high voltage level and the low voltage level, developed at the bit line, and also a second circuit is employed for supplying a predetermined voltage to the capacitor $C_S$ at the second electrode thereof. Preferably, said predetermined voltage to be supplied from said second circuit is exactly the same as the voltage to be supplied from said first circuit, the level of which voltage is defined as in the middle between the high voltage level and the low voltage level developed at the bit line. FIG. 8 illustrates a circuit diagram of an embodiment representing the semiconductor memory circuit according to the present invention. FIG. 9 is a graph, used for explaining the "0" read operation of the circuit shown in FIG. 8. And, FIG. 10 depicts a graph, used for explaining the "1" read operation of the circuit shown in FIG. 8. As mentioned above, the circuit of the present invention contains the aforesaid first circuit and the second circuit. The first circuit supplies the pre-charge voltage to the pre-charge circuit PRE. The second circuit supplies a predetermined voltage to the capacitor $C_S$, at the second electrode thereof. The term "second electrode" has already been explained with reference to FIG. 1. Preferably, the predetermined voltage from the second circuit is exactly the same as the voltage from the first circuit. Further, the output voltages from said first and second circuits are defined as in the middle between the high voltage level developed at the bit line and the low voltage level developed at the same bit line. Furthermore, said high voltage level and low voltage level may be selected to be, respectively, the $V_{CC}$ and $V_{SS}$ supplied by the memory power source. In this case, a dynamic pull-up circuit is necessary. Since the first and second circuits produce the same output voltage, that is $\frac{1}{2}(V_{CC} - V_{SS})$, these circuits are fabricated as a single voltage divider. The circuit of FIG. 8 corresponds to a circuit which contains the above mentioned voltage divider VD and the above mentioned dynamic pull-up circuits DPU. Referring to FIG. 8, this circuit is different from that of FIG. 5 from the following two aspects. First, the output voltage $V_C$ being equal to $\frac{1}{2}(V_{CC} - V_{SS})$ from the voltage divider VD, is also applied to the pre-charge circuit PRE. Second, the voltage level of both the bit lines BL and $\overline{BL}$, appearing during the stand-by status, becomes $\frac{1}{2}V_{CC}$, which level $\frac{1}{2}V_{CC}$ has been pre-charged by the circuit PRE, and accordingly, the voltage of the bit line $\overline{BL}$ can be utilized as the aforesaid reference voltage $V_{ref}$. This means that the dummy cell DMC can be removed from the circuits illustrated in FIGS. 1, 3 and 5, as shown in FIG. 8. In this case, the dynamic pull-up circuits DPU are connected to the bit lines BL and $\overline{BL}$. Although the dummy cell DMC is not illustrated in FIG. 8, this DMC can be left as it is, if necessary, because such cell is available for suppressing undesired noise.

FIG. 11 illustrates an example of the dynamic pull-up circuit shown in FIG. 8. The dynamic pull-up circuit DPU is connected to each of the bit lines BL and $\overline{BL}$ so as to connect the aforesaid high voltage level of $V_{CC}$ thereto. The circuit DPU comprises an enhancement type MIS transistor $Q_{11}$, having a gate g1, first and second electrodes e11 and e12, a depletion type MIS transistor $Q_{12}$, having a gate g2, and first and second

4,458,336

**9**

electrodes e21 and e22. The dynamic pull-up circuit also includes a capacitor C, having a first electrode e1 and a second electrode e2 which receive a clock pulse CL. The first electrodes e11 and e21 of both said MIS transistors are connected with the bit line BL ($\overline{BL}$). The second electrode e22 of the depletion type MIS transistor, the gate g1 of the enhancement type MIS transistor and the first electrode e1 of the capacitor are commonly connected together. The gate g2 of the depletion type MIS transistor receives the voltage $V_{SS}$ and the second electrode e12 of the enhancement type MIS transistor receives the voltage $V_{CC}$. When the clock signal or pulse CL is supplied, the voltage level at the gate g1 is pushed upward above the voltage level $V_{CC}$ by a bootstrap effect. However, this bootstrap effect becomes effective only when the voltage level of the bit line BL (or $\overline{BL}$) is high. If the voltage level is low, current flows through the transistor Q12, and accordingly the voltage level at the gate g1 does not increase. As a result, if the voltage level of the bit line is high, the transistor Q11 is turned ON and the bit line is charged toward the level $V_{CC}$, while, if the voltage level of the bit line is low, the transistor Q11 is not turned ON and the bit line is not charged.

Returning to FIG. 8, after the write operation or refresh operation is performed with respect to the memory cell MC at the level $V_{CC}$ of 4.5 V, the voltage level is changed to $V_{SS}$, the voltage level of the bit line $\overline{BL}$ becomes 4.5 V and the voltage level of the bit line BL becomes 0 V, as shown in FIG. 9. Thereafter, the signal BC is activated and the transistors Q1, Q2 and Q3 are turned ON. Then the charges on the bit line $\overline{BL}$ are distributed to the bit line BL and thereby the voltage level of each of the bit lines has the same value of 2.25 ($=\frac{1}{2}\times4.5$) V. Thereafter the aforesaid stand-by status begins from the time t0, in which the voltage level of each bit line cannot be changed by, for example a junction-leakage current due to the voltage divider VD, and the voltage level 2.25 V is maintained.

When the read operation is commenced, the word line WL is activated and the aforesaid voltage difference $\Delta V_{BL}$ between the bit lines BL and $\overline{BL}$ is created in accordance with the information stored in the memory cell MC. Next, the sense amplifier SA is driven so that the low voltage level of one of the bit lines is pulled down toward the level $V_{SS}$, while, the high voltage level of the other bit line is pulled up toward the level $V_{CC}$ by means of one of the corresponding dynamic pull-up circuits DPU. Thus, the voltage difference therebetween is considerably amplified. The amplified difference voltage is transferred, via a column line (not shown), to a read-write amplifier (not shown).

The operation of the circuit shown in FIG. 8 will be explained with reference to FIGS. 9 and 10.

(1) During a "0" read operation, if the voltage level is maintained at $V_{CC}$=4.5 V, the voltage level $V_{\overline{BL}}$ of the bit line $\overline{BL}$ does not change, because no dummy cell DMC exists as is illustrated in FIG. 8. Thus, equation (23) is obtained.

$$V_{\overline{BL}} = V_C = 2.25\ V \tag{23}$$

While, the voltage level $V_{BL}$ of the bit line BL is expressed by equation (24).

$$V_{BL} = V_C - V_C \frac{C_S}{C_B} = 2.25V - 2.25 \frac{C_S}{C_B} \tag{24}$$

**10**

From equations (23) and (24) above, equation (25), with respect to the voltage difference, is obtained.

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25 \frac{C_S}{C_B} \tag{25}$$

(2) During a "0" read operation, if the voltage level $V_{CC}$ changes, during the stand-by status, from 4.5 V to 5.5 V and the read operation is commenced immediately after the time t1, the result is the same as that mentioned in paragraph (1) above. This is because, close to the time t1, as seen from FIG. 9, the voltage level at N1 is about 0 V and the voltage level $V_C$ is kept at almost 2.25 V due to the presence of the aforementioned time constant $\tau$.

(3) During a "0" read operation, if the voltage level $V_{CC}$ changes from 4.5 V to 5.5 V and the read operation is commenced at the time t2 being far longer than the time t1,

$$V_{\overline{BL}} = V_C = \frac{5.5}{2} = 2.75V \tag{26}$$

$$V_{BL} = V_C - (V_C - V_{N1}) \frac{C_S}{C_B} \tag{27}$$
$$= 2.75 - (2.75 - 0.5) \frac{C_S}{C_B}$$
$$= 2.75 - 2.25 \frac{C_S}{C_B}$$

From equations (26) and (27), equation (28) is obtained.

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25 \frac{C_S}{C_B} \tag{28}$$

(4) During a "1" read operation, if the voltage level is maintained at $V_{CC}$=4.5 V, equations (29) and (30) are obtained, with respect to the bit lines $\overline{BL}$ and BL.

$$V_{\overline{BL}} = V_C = 2.25V \tag{29}$$

$$V_{BL} = V_C + (V_{CC} - V_C) \frac{C_S}{C_B} \tag{30}$$
$$= 2.25 + (4.5 - 2.25) \frac{C_S}{C_B}$$
$$= 2.25 + 2.25 \frac{C_S}{C_B}$$

From equations (29) and (30), equation (31) is obtained.

$$\Delta V_{BL} = |V_{BL} - V_{\overline{BL}}| = 2.25 \frac{C_S}{C_B} \tag{31}$$

(5) During a "1" read operation, if the voltage level $V_{CC}$ varies, during the stand-by status, from 4.5 V to 5.5 V and the read operation is commenced immediately after the time t1, the voltage level $V_C$ is held at about 2.25 V and the voltage level at the node N1 is held at about 4.5 V, the result is the same as that mentioned in paragraph (4) above.

(6) During a "1" read operation, if the voltage level $V_{CC}$ changes from 4.5 V to 5.5 V and the read operation

4,458,336

**11**

is commenced at the time $t_2$ being far longer than the time $t_1$, equations (32) and (33) are obtained.

$$V_{BL} = V_C = \frac{5.5}{2} = 2.75V \tag{32}$$

$$V_{BL} = V_C + (V_{CC} - 0.5 - V_C) \frac{C_S}{C_B} \tag{33}$$

$$= 2.75 + (5.5 - 0.5 - 2.75) \frac{C_S}{C_B}$$

$$= 2.75 + 2.25 \frac{C_S}{C_B}$$

From equations (32) and (33), equation (34) is obtained.

$$\Delta V_{BL} = |V_{BL} - V_{BL}'| = 2.25 \frac{C_S}{C_B} \tag{34}$$

The cases, mentioned in the paragraphs (2), (3), (5) and (6) above correspond to all possible cases, in which, first the "0" write or "1" write operation has been performed in the memory cell MC under a condition where $V_{CC} = 4.5$ V. In such cases, the aforesaid results, corresponding to equations (28) and (34), are identical, corresponding to the equations (25) and (31) which are obtained in the cases where the read operations are commenced under a condition where $V_{CC} = 4.5$ V (not 5.5 V).

As explained above, one of the previously mentioned two defects can be overcome. That is, read error, due to a voltage change in the memory power source, can be eliminated. Further, three new advantages are produced, first no dummy cell DMC is required for constructing RAM, the second a high speed read operation is expected, because the read operation can be commenced immediately after the time $t_1$, and third power consumption can be reduced in the RAM, because a very large resistance value for each of the resistors R in the voltage divider VD is allowed.

The present invention can overcome the other previously mentioned defect in which an error in a RAM system often occurs due to change in level of the backgate voltage ($V_{BB}$) for biasing the substrate, in which the change in $V_{BB}$ is necessarily created in accordance with the voltage change developed in the bit lines BL and $\overline{BL}$. The circuit construction according to the present invention, especially the aforementioned first circuit, is very useful for suppressing the change in the backgate voltage $V_{BB}$. The first circuit, as mentioned above, functions to supply a pre-charge voltage to the pre-charge circuit PRE, and the pre-charge voltage is defined as in the middle between the levels $V_{CC}$ and $V_{SS}$. In this case, the previously mentioned second circuit, according to the present invention, functions to supply a predetermined voltage to the capacitor $C_S$, i.e. to its second electrode. The predetermined voltage may be chosen from a voltage having the level $V_{CC}$, $V_{SS}$ or $\frac{1}{2}$ ($V_{CC} - V_{SS}$). In FIG. 14, which will be explained hereinafter, the first circuit is illustrated as a voltage divider VD' having two resistors R'.

FIG. 12 is a first graph, used for explaining the change of $V_{BB}$. The first graph is obtained when the semiconductor memory circuit having a circuit diagram as in FIG. 1 or FIG. 3 is used. In the first graph of FIG. 12, the meanings of respective reference symbols have already been explained. In the graph, the change in the

**12**

backgate voltage $V_{BB}$ should be noted, which change is indicated by the hatched lines surrounded by broken lines. The reason why the voltage $V_{BB}$ changes in such a wide range is illustrated in FIG. 12, will be explained hereinafter. The backgate voltage, that is, the voltage of the substrate $V_{BB}$, was determined in the prior art, by an external biasing voltage generator. However, in recent years, the RAM system does not operate with such an external biasing voltage generator, but, an identical biasing voltage is generated in the RAM system itself, by using a single power source of 5 V ($V_{CC}$). In this case, it is difficult to generate a high power biasing voltage, compared to that of the external biasing voltage generator, and accordingly a low power biasing voltage is generated therein. To make matters worse, because the bit lines BL and $\overline{BL}$ are fabricated by diffusion layers, a great amount of PN-junction capacitance is created between the bit lines and the substrate. As a result, if a big change in the voltage level occurs in either one of the bit lines, this change of voltage is transmitted directly to the substrate, via the above mentioned large PN-junction capacitance. This is the reason why a large change in $V_{BB}$ occurs. For example, in FIG. 12, the voltage level $V_{BB}$ changes proportionally to the voltage change of the bit line BL. If such large voltage change occurs in the bit line $\overline{BL}$, the voltage level $V_{BB}$ may change in proportion to the voltage of the line $\overline{BL}$.

FIG. 13 is a second graph, used for explaining the change of $V_{BB}$. The second graph indicates an improvement with respect to the change of $V_{BB}$ shown in FIG. 12. As seen from FIG. 13, the change in $V_{BB}$ is indicated by the hatched lines surrounded by a chain-dotted line, and accordingly, the change in $V_{BB}$ shown in FIG. 12, also illustrated in FIG. 13 by a broken line, is relatively minimized. This is why the pre-charge voltage of both the bit lines BL and $\overline{BL}$ is reduced from the level $V_{CC}$ to the level $V_C'$ which is illustrated in FIG. 13.

FIG. 14 illustrates a circuit diagram of another embodiment representing the semiconductor memory circuit according to the present invention. The previously explained circuit construction according to the present invention, especially the aforementioned first circuit, is very useful for suppressing changes in $V_{BB}$. The first circuit (VD'), as previously mentioned, functions to supply the pre-charge voltage ($V_C'$) to the pre-charge circuit PRE, and the pre-charge voltage is defined as in the middle between the levels $V_{CC}$ and $V_{SS}$. In this case, the previously mentioned second circuit, according to the present invention, functions to supply a predetermined voltage to the capacitor $C_S$, i.e. to its second electrode. The predetermined voltage may be chosen from a voltage having the level $V_{CC}$, $V_{SS}$ or $\frac{1}{2}$ ($V_{CC} - V_{SS}$), but in FIG. 14, the level $V_{CC}$ is chosen. In the circuit of FIG. 14, since the voltage level $V_C'$ is determined to be $\frac{1}{2}$ ($V_{CC} - V_{SS}$), the change in $V_{BB}$, caused by an upward voltage shift of one bit line, is almost cancelled by the change in $V_{BB}$, caused by a downward voltage shift of the other bit line. This will be clarified with reference to FIG. 15. FIG. 15 is a graph, used for explaining the change of $V_{BB}$, obtained by using the semiconductor memory circuit shown in FIG. 14. In FIG. 15, the change in $V_{BB}$ is indicated by the hatched lines surrounded by a solid line, and accordingly, the change in $V_{BB}$ illustrated in FIGS. 12 and 13, and also illustrated in FIG. 15 by a broken line and a chain-dotted line, is considerably minimized.

4,458,336

13

As mentioned above, the present invention can overcome the aforesaid two defects, and accordingly first the read error, due to the change in the memory power source, cannot occur, and second the change of $V_{BB}$ in the substrate can be stabilized. At the same time, the following three advantages are produced, first no dummy cell is required, second a high speed read operation can be achieved and last the power consumption in the voltage divider VD can be reduced.

I claim:

1. A semiconductor memory circuit, comprising:

a plurality of word lines;

a plurality of bit line pairs;

a plurality of memory cells, each one of the memory cells operatively connected at corresponding ones of cross points of the word lines and the bit lines, each memory cell comprising:

a capacitor having a first electrode and a second electrode as a pair of electrodes; and

a transfer-gate transistor operatively connected to the corresponding bit line and in series with the capacitor at the first electrode thereof;

a plurality of pre-charge circuits, one of the pre-charge circuits operatively connected to each bit line pair, each charging the corresponding bit line pair to a predetermined pre-charge voltage level;

amplifying means including a plurality of sense amplifiers, each one of the sense amplifiers operatively connected to each bit line pair, for amplifying the voltage level difference between the corresponding bit line pair to develop a high voltage level and a low voltage level in accordance with the charge stored in each corresponding capacitor;

a circuit, operatively connected to the pre-charge circuits, for supplying the pre-charge voltage to the pre-charge circuits, the level of the pre-charge voltage being in the middle between the high voltage level and the low voltage level; and

supply means, operatively connected to each capacitor, for supplying a predetermined voltage to each capacitor at the second electrode thereof.

2. A semiconductor memory circuit as set forth in claim 1, wherein said predetermined voltage supplied from said second circuit is the same as the pre-charge voltage supplied from said first circuit, the level of the pre-charge voltage is in the middle between the high voltage level and the low voltage level developed at the bit line.

3. A semiconductor memory circuit as set forth in claim 2, wherein both said first and second circuit comprise a voltage divider.

4. A semiconductor memory circuit as set forth in claim 3, wherein said semiconductor memory circuit has operatively connectable thereto first and second voltage levels, and wherein said high voltage level and low voltage level, developed at the bit line, are selected to be the levels of the first voltage level and the second voltage level, respectively.

5. A semiconductor memory circuit as set forth in claim 4, wherein said voltage divider divides a voltage difference between the first voltage level and the second voltage level.

6. A semiconductor memory circuit as set forth in claim 5, wherein said amplifying means further comprises dynamic pull-up circuits, one of the dynamic pull-up circuits operatively connected to each bit line to pull the voltage levels of the respective bit lines to the level of the first voltage level.

14

7. A semiconductor memory circuit as set forth in claim 6,

wherein said semiconductor memory circuit is operatively connected to receive a clock pulse, and

wherein said dynamic pull-up circuit comprises:

an enhancement type transistor having a gate, and first and second electrodes;

a depletion type transistor having a gate and first and second electrodes; and

a capacitor having a first electrode and a second electrode which receives the clock pulse,

the first electrodes of both said enhancement and depletion type transistors are operatively connected to one of the bit lines, the second electrode of the depletion type transistor, the gate of the enhancement type transistor and the first electrode of the capacitor are commonly connected together, and the gate of the depletion type transistor receives the second voltage level and the second electrode of the enhancement type transistor receives the first voltage level.

8. A semiconductor memory circuit, comprising:

a memory cell;

a first dynamic pull-up circuit operatively connected to said memory cell;

a sense amplifier operatively connected to said memory cell;

a second dynamic pull-up circuit operatively connected to said sense amplifier, one of said first and second dynamic pull-up circuits at a time performing a pull-up operation to generate a first voltage level;

a pre-charging circuit operatively connected to said sense amplifier and said first and second dynamic pull-up circuits; and

a voltage divider, operatively connected to said pre-charging circuit and said memory cell, for providing a second voltage level lower than said first voltage level.

9. A semiconductor memory circuit as set forth in claim 8, wherein said semiconductor memory circuit has first and second reference voltages applied thereto and is operatively connectable to receive a clock signal, and wherein said first and second dynamic pull-up circuits each comprise:

a first transistor operatively connected to said sense amplifier and the second reference voltage;

a second transistor operatively connected to said sense amplifier, said first transistor and the first reference voltage; and

a capacitor operatively connected to said first and second transistors and operatively connectable to receive the clock signal.

10. A semiconductor memory device as set forth in claim 9, wherein said pre-charging circuit comprises:

a third transistor operatively connected to said sense amplifier and said voltage divider;

a fourth transistor operatively connected to said third transistor, said sense amplifier and said voltage divider;

a fifth transistor operatively connected to said third and fourth transistors, and

wherein said voltage divider comprises:

a first resistor operatively connected to the first reference voltage, said capacitor of said memory cell and said third and fourth transistors of said pre-charging circuit; and

4,458,336

**15**

a second resistor operatively connected to the second reference voltage and to said first resistor.

11. A semiconductor memory device as set forth in claim 8, wherein said pre-charging circuit comprises:

a first transistor operatively connected to said sense amplifier and said voltage divider;

a second transistor operatively connected to said first transistor, said sense amplifier and said voltage divider; and

**16**

a third transistor operatively connected to said first and second transistors.

12. A semiconductor memory device as set forth in claim 8, wherein said memory cell comprises:

a first transistor operatively connected to said sense amplifier; and

a capacitor operatively connected to said first transistor.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 4,458,336

DATED     : July 3, 1984

INVENTOR(S) : YOSHIHIRO TAKEMAE

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

      Column 1, line 25, change "biassing" to --biasing--.

 *    Column 2, line 38, delete "of", second occurrence;
                line 57, delete ",".

      Column 3, line 29, after "second", insert --,--.

      Column 4, line 19, delete "a"; change "situation" to
--case--.

      Column 7, line 54, after "which", insert --is--.

      Column 8, line 44, change "in" to --from--;
                line 45, change "from" to --in--.

## Signed and Sealed this

Ninth  **Day of**  April 1985

[SEAL]

*Attest:*

DONALD J. QUIGG

*Attesting Officer*       *Acting Commissioner of Patents and Trademarks*