# EXHIBIT M

US006292428B1

(12) **United States Patent**     (10) **Patent No.:**    **US 6,292,428 B1**
Tomita et al.                     (45) **Date of Patent:**    **Sep. 18, 2001**

(54) **SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS**

(75) Inventors: **Hiroyoshi Tomita; Tatsuya Kanda,** both of Kawasaki (JP)

(73) Assignee: **Fujitsu Limited,** Kanagawa (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/240,007**

(22) Filed: **Jan. 29, 1999**

(30) **Foreign Application Priority Data**

Feb. 3, 1998    (JP) ................................. 10-022257

(51) **Int. Cl.**$^7$ ................................... **G11C 8/00**
(52) **U.S. Cl.** .............. **365/233;** 365/230.08; 365/189.05
(58) **Field of Search** ............................ 365/233, 230.08, 365/189.05, 240

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,341,341  *  8/1994  Fukuzo ................................. 365/233
5,444,667  *  8/1995  Obara .
5,850,368  * 12/1998  Ong et al. ........................ 365/238.5
5,892,730  *  4/1999  Sato et al. .................. 365/189.05 X
6,064,625    5/2000  Tomita .

FOREIGN PATENT DOCUMENTS

7-141870    6/1995  (JP) .
10-269783  10/1998  (JP) .
11-16346    1/1999  (JP) .
12-163954   6/2000  (JP) .
12-40363    8/2000  (JP) .

OTHER PUBLICATIONS

Korean Intellectual Property Office Action Translation, dated Dec. 6, 2000, 2 Pages with Japanese Unexamined Patent Publication No. Hei 7–141870 (Jun. 2, 1995), 1 Page.

* cited by examiner

*Primary Examiner*—Huan Hoang
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn, PLLC

(57)          **ABSTRACT**

A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal includes address-latch circuits, a first control circuit which selects one of the address-latch circuits in sequence in response to the clock signal, and controls the selected one of the address-latch circuits to latch a corresponding one of the addresses in response to the clock signal, and a second control circuit which selects one of the address-latch circuits in sequence in response to the strobe signal, and controls the selected one of the address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

42 Claims, 25 Drawing Sheets





FIG. 1

# FIG. 2





FIG.3







FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG.11

FIG.12





FIG. 13



FIG. 14

# FIG.15



# FIG.16





FIG.17



FIG.18

FIG.19





FIG.20



FIG.21



# FIG.22



FIG.23