# EXHIBIT N





US006320819B2

(12) **United States Patent**
Tomita et al.

(10) Patent No.: **US 6,320,819 B2**
(45) Date of Patent: **Nov. 20, 2001**

(54) **SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS**

(75) Inventors: **Hiroyoshi Tomita; Tatsuya Kanda,** both of Kawasaki (JP)

(73) Assignee: **Fujitsu Limited,** Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/733,961**

(22) Filed: **Dec. 12, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/240,007, filed on Jan. 29, 1999.

(30) **Foreign Application Priority Data**

Feb. 3, 1998    (JP) ................................. 10-022257

(51) **Int. Cl.**$^7$ .................................................... G11C 8/00
(52) **U.S. Cl.** .............. 365/233; 365/189.05; 365/230.08; 365/194
(58) **Field of Search** .............................. 365/233, 189.05, 365/230.08, 194

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,341,341 | 8/1994 | Fukuzo . |
| 5,850,368 | 12/1998 | Ong et al. . |
| 5,892,730 | 4/1999 | Sato et al. . |
| 5,917,772 | * 6/1999 | Pawlowski .................. 365/230.08 X |
| 6,064,625 | 5/2000 | Tomita . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 7-141870 | 6/1995 | (JP) . |
| 10-269781 | 10/1998 | (JP) . |
| 11-16346 | 1/1999 | (JP) . |
| 12-163954 | 6/2000 | (JP) . |
| 12-40363 | 8/2000 | (JP) . |

OTHER PUBLICATIONS

Korean Intellectual Property Office Action Translation, dated Dec. 6, 2000, 2 Pages with Japanese Unexamined Patent Publication No. Hei 7–141780 (Jun. 2, 1995), 1 page.

* cited by examiner

*Primary Examiner*—Huan Hoang
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn PLLC

(57)    **ABSTRACT**

A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal includes address-latch circuits, a first control circuit which selects one of the address-latch circuits in sequence in response to the clock signal, and controls the selected one of the address-latch circuits to latch a corresponding one of the addresses in response to the clock signal, and a second control circuit which selects one of the address-latch circuits in sequence in response to the strobe signal, and controls the selected one of the address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

**6 Claims, 25 Drawing Sheets**



# FIG. 1



U.S. Patent    Nov. 20, 2001    Sheet 2 of 25    US 6,320,819 B2



FIG. 2



FIG.3





FIG.5

# FIG.6





FIG.7



FIG.8

# FIG.9



# FIG.10





FIG.11

FIG.12



FIG. 13



FIG. 14

# FIG.15



# FIG.16



FIG.17

# FIG.18

