**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 NORTH SAINT PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
*Nanya Technology Corp.*

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> **Plaintiff,** <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> **Defendants.** | CIVIL NO. CV06-00025 <br><br> *PRO HAC VICE* APPLICATION AND DECLARATION OF MARTIN PASCUAL |

I, MARTIN PASCUAL, hereby submit the following *pro hac vice* application pursuant to District Court of Guam G.R. 17.1(d). In support of this application, I hereby declare under penalty of perjury pursuant to the laws of the United States of America, the following:

1. I have been retained by the Plaintiff to assist with the defense of this action. My office address is Shore Chan Bragalone LLP, 325 North Saint Paul Street, Suite 4450, Dallas, Texas 75201.

2. I do not reside in Guam, am not regularly employed in Guam, and I am not regularly engaged in business, professional or other activities in Guam.

**ORIGINAL**

3. I have been admitted to practice before the following courts:

| Court: | Date of Admission: |
|---|---|
| Supreme Court of Texas | 2003 |
| United States District Court for the Northern District of Texas | 2004 |
| United States District Court for the Eastern District of Texas | 2006 |
| United States Court of Appeals for the Federal Circuit | 2006 |
| United States District Court for the Western District of Texas | 2006 |
| United States District Court for the Southern District of Texas | 2006 |

4. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have never been suspended or disbarred in any court. I have read the local rules of this Court.

5. I hereby designate Joseph C. Razzano, Esq. of the law offices of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Avenue, Hagåtña, Guam 96910-5010, telephone number (671) 477-9891-4, and facsimile number (671) 472-2601. Mr. Razzano is a member of the bar of this Court and he maintains an office at the place within the District with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. Mr. Razzano and members of his firm consent to their designation as co-counsel in this matter and have filed with this Court their Consent to Designation of Local Counsel.

Executed this 5th day of October, 2006, in Dallas, Texas.

MARTIN PASCUAL

JCR:cs
PLDGS:NANYA:004