**SHORE CHAN BRAGALONE LLP**
SUITE 450
325 NORTH SAINT PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
*Nanya Technology Corp.*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 7 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., ) | CIVIL NO. CV06-00025 |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | *PRO HAC VICE* APPLICATION |
| vs. ) | OF ALFONSO G. CHAN |
| ) | |
| FUJITSU LIMITED, FUJITSU ) | |
| MICROELECTRONICS AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

The Application of Alfonso G. Chan for admission *pro hac vice* to this Court comes on for review, and said Application being in compliance with the requirements of GR 17.1, Local Rules of the District Court of Guam, and for good cause shown,

IT IS THEREFORE ORDERED that the Application of Alfonso G. Chan is hereby GRANTED and that the said Applicant be admitted to this Court for the purpose of participating in the above-captioned matter.

IT IS FURTHER ORDERED that Joseph C. Razzano, Esq., of the law firm of Teker Torres & Teker, P.C. be, and is hereby, designated as local counsel of record in this action.

DATED on Oct. 16, 2006.

Frances M. Tydingco-Gatewood
**Designated U.S. District Judge**

JCR:cs
PLDGS:NANYA:002A


ORIGINAL