**SHORE WEST FREEMAN, P.C.**
SUITE 200
2020 BILL OWENS PARKWAY
LONGVIEW, TEXAS 75604
TELEPHONE: (903) 295-7200
FACSIMILE:  (903) 295-7201

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM  96910
TELEPHONE: (671) 477-9891/4
FACSIMILE:  (671) 472-2601

*Attorneys for Plaintiff*
*Nanya Technology Corp.*



FILED
DISTRICT COURT OF GUAM

NOV - 9 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., ) | CIVIL NO. CV06-00025 |
| ) | |
| **Plaintiff,** ) | |
| ) | *PRO HAC VICE* **APPLICATION** |
| vs. ) | **AND DECLARATION OF** |
| ) | **VANCE P. FREEMAN** |
| FUJITSU LIMITED, FUJITSU ) | |
| MICROELECTRONICS AMERICA, INC., ) | |
| ) | |
| **Defendants.** ) | |

I, VANCE P. FREEMAN, hereby submit the following *pro hac vice* application pursuant to District Court of Guam G.R. 17.1(d).  In support of this application, I hereby declare under penalty of perjury pursuant to the laws of the United States of America, the following:

1.  I have been retained by the Plaintiff to assist in the prosecution of this action. My office address is Shore West Freeman, P.C., 2020 Bill Owens Parkway, Suite 200, Longview, Texas 75604

2.  I do not reside in Guam, am not regularly employed in Guam, and I am not regularly engaged in business, professional or other activities in Guam.

**ORIGINAL**

3. I have been admitted to practice before the following courts:

| Court: | Date of Admission: |
|---|---|
| Supreme Court of Texas | 2002 |
| United States District Court for the Northern District of Texas | 2003 |
| United States District Court for the Eastern District of Texas | 2003 |
| United State District Court of the Southern District of Texas | 2004 |
| United States District Court for the Western District of Texas | 2006 |

4. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have never been suspended or disbarred in any court. I have read the local rules of this Court.

5. I hereby designate Joseph C. Razzano, Esq., of the law offices of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Avanue, Hagåtña, Guam 96910-5010, telephone number (671) 477-9891-4, and facsimile number (671) 472-2601. Mr. Razzano is a member of the bar of this Court, and he maintains an office at a place within this District. The Court and opposing counsel may readily communicate with Mr. Razzano regarding the conduct of the case and may serve him papers. Mr. Razzano and members of his firm consent to their designation as co-counsel in this matter and have filed with this Court their Consent to Designation of Local Counsel.

Executed this 23rd day of October, 2006, in Longview, Texas.

VANCE FREEMAN