Case 4:07-cv-03672-CW   Document 1-32   Filed 07/17/2007   Page 1 of 1

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
*Nanya Technology Corp.*



**FILED**
DISTRICT COURT OF GUAM
NOV - 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP.,** ) | CIVIL NO. CV06-00025 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CONSENT TO DESIGNATION** |
| ) | **AS LOCAL COUNSEL** |
| **FUJITSU LIMITED, FUJITSU** ) | |
| **MICROELECTRONICS AMERICA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

I, JOSEPH C. RAZZANO, an active member in good standing of the Bar of this Court and a resident of Guam, hereby consent to act as local counsel for Plaintiff, Nanya Technology Corp., along with Kenneth E. Shore, Esq., of the law firm of Shore West Freeman, P.C.

The Court and opposing counsel may readily communicate with me and may serve papers at my office address listed above.

DATED at Hagåtña, Guam, this 7th day of November, 2006.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.

JCR:cs
PLDGS:NANYA:SHORE CONSENT

**ORIGINAL**