**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

*Attorneys for Plaintiff*
*Nanya Technology Corp.*

**FILED**
DISTRICT COURT OF GUAM
NOV - 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP.,** ) | CIVIL CASE NO. CV-06-00025 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER GRANTING MOTION** |
| ) | **FOR ALTERNATIVE SERVICE OF** |
| **FUJITSU LIMITED, FUJITSU** ) | **PROCESS ON FUJITSU LIMITED** |
| **MICROELECTRONICS AMERICA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

IT IS HEREBY ORDERED that the Plaintiff's Motion for Alternative Service of Process on Defendant Fujitsu Limited is hereby GRANTED. Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, the Plaintiff is hereby authorized to serve process on Fujitsu Ltd. by the following methods:

(1) E-mail and mail service requiring a signed receipt to Shigeru Kitano of Fujitsu, Ltd.; and

(2) E-mail and mail service requiring a signed receipt to Christopher E. Chalsen, Fujitsu Ltd.'s counsel in the United States.

Dated at Hagåtña, Guam, on November 9, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge, District Court of Guam

**ORIGINAL**