**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE:  (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE:  (671) 475-8550

*Attorneys for Plaintiff*
 *Nanya Technology Corp.*

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., ) | CIVIL CASE NO. CV-06-00025 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | NOTICE OF APPLICATION |
| ) | PURSUANT TO LOCAL |
| FUJITSU LIMITED, FUJITSU ) | RULES 7.1(j)(1) |
| MICROELECTRONICS AMERICA, INC., ) | |
| ) | |
| **Defendants.** ) | |

TO:   **FUJITSU MICROELECTRONICS AMERICA, INC. by and through counsel, CARLSMITH BALL LLP,** Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam 96910.

1. I, Joseph C. Razzano, am the attorney for Plaintiff NANYA TECHNOLOGY CORP. in the above-captioned and numbered case.

2. I personally contacted, in good faith, Carlsmith Ball, LLP, who is counsel for Defendant Fujitsu Microelectronics America, Inc. on or about 1:00 p.m. on November 9, 2006, and we discussed the application presented to the Court.

3. Carlsmith Ball, LLP stated that "based on representations of New York Counsel for Fujitsu Microelectronics America, Inc., it is our understanding that Fujitsu Limited is declining Nanya's offer to waive service."

4. Upon information and belief, Defendant Fujitsu Limited is unrepresented.

DATED at Hagåtña, Guam, this 9th day of November, 2006.

                **TEKER TORRES & TEKER, P.C.**

By _____
    JOSEPH C. RAZZANO, ESQ.
    *Attorneys for Plaintiff*
    *Nanya Technology Corp.*