**SHORE WEST FREEMAN, P.C.**
SUITE 200
2020 BILLOWENS PARKWAY
LONGVIEW, TEXAS 75604
TELEPHONE: (903) 295-7200
FACSIMILE:  (903) 295-7201

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE:  (671) 472-2601

*Attorneys for Plaintiff*
*Nanya Technology Corp.*

**FILED**
DISTRICT COURT OF GUAM
NOV 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., ) | CIVIL NO. CV06-00025 |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | *PRO HAC VICE* APPLICATION |
| vs. ) | OF VANCE P. FREEMAN |
| ) | |
| FUJITSU LIMITED, FUJITSU ) | |
| MICROELECTRONICS AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

The Application of Vance P. Freeman for admission *pro hac vice* to this Court comes on for review, and said Application being in compliance with the requirements of GR 17.1, Local Rules of the District Court of Guam, and for good cause shown,

IT IS THEREFORE ORDERED that the Application of Vance P. Freeman is hereby GRANTED and that the said Applicant be admitted to this Court for the purpose of participating in the above-captioned matter.

IT IS FURTHER ORDERED that Joseph C. Razzano, Esq. of the law firm of Teker Torres & Teker, P.C. be, and is hereby, designated as local counsel of record in this action.

DATED on November 13, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**