5,227,996

1

## SEMICONDUCTOR MEMORY DEVICE HAVING WORD LINE DRIVER

### BACKGROUND OF THE INVENTION

The present invention generally relates to semiconductor memory devices, and more particularly to a semiconductor memory device having a word line driver for driving word lines.

There are demands to improve the integration density of semiconductor memory devices, and attempts have been made to reduce the size of unit elements forming a semiconductor memory device such as a dynamic random access memory device (DRAM). In order to reduce the size of the unit element, that is, the dynamic memory cell, it is possible to take measures such as reducing the gate length, reducing the thickness of the gate oxide layer and reducing the width of the device isolation.

When the gate length or the thickness of the gate oxide layer is reduced, it is necessary to reduce the voltage which is applied to the element proportionally to the scaling rule.

However, a circuit such as the word decoder of the semiconductor memory device must have a sufficiently high withstand voltage because a relatively large voltage is applied to such a circuit. For this reason, there is a limit to reducing the gate length and the device isolation in such a circuit.

On the other hand, when reducing the size of the cell, it is also necessary to reduce the interval of the word lines. Accordingly, in the case of the word decoder which selects word lines, for example, it becomes necessary to reduce the width of the unit circuit of the word driver columns forming the word decoder depending on the interval of the word lines.

Next, a description will be given of an example of a word line driver of a conventional semiconductor memory device, by referring to FIGS. 1 through 3. FIG. 1 shows the word line driver in a plan view, FIG. 2 shows the word line driver in a cross section taken along a line A—A in FIG. 1, and FIG. 3 shows the word line driver in a cross section taken along a line B—B in FIG. 1.

The word line driver shown in FIG. 1 is provided with two boost signal lines 100 and 200 because this word line driver uses a word line activation signal which is predecoded with respect to the word decoder. The word line driver is made up of N-channel metal oxide semiconductor (MOS) transistors.

Word lines 50, 52, 54, 56, 58 and 60 for outputting signals to a memory cell array (not shown) extend parallel to each other. The boost signal lines 100 and 200 extend perpendicularly to these word lines 50 through 60.

In a region between the two boost signal lines 100 and 200, device isolation regions 7, 7' and 7'' are formed in parallel to the word lines 50 through 60. The device isolation region 7 is formed between the word lines 54 and 56, the device isolation region 7' is formed between the word lines 50 and 52, and the device isolation region 7'' is formed between the word lines 58 and 60. Element regions 8, 8', 9 and 9' extend in parallel to the word lines 50 through 60. The device isolation 7' isolates the element regions 8 an 9', the device isolation 7 isolates the element regions 8 and 9, and the device isolation 7'' isolates the element regions 8' and 9. A driver 1 is formed within the element region 9', drivers 2 and 3 are formed within the element region 8, drivers 4 and 5 are

2

formed within the element region 9, and a driver 6 is formed within the element region 8'. Each of the drivers 1 through 6 are made up of MOS field effect transistors (MOSFETs) respectively having a gate electrode formed between a source region and a drain region.

The driver 2 includes a drain region 32 for inputting a word line activation signal from the boost signal line 100, a gate electrode 80, and a source region 20 which is coupled to the word line 50 via a word line contact 12. The driver 3 includes a drain region 32 for inputting a word line activation signal from the boost signal line 100, a gate electrode 82, and a source region 21 which is coupled to the word line 54 via a word line contact 10. The driver 6 includes a drain region 36 for inputting a word line activation signal from the boost signal line 100, a gate electrode 84, and a source region 22 which is coupled to the word line 58 via a word line contact 13. The drain region 32 which is connected to the boost signal line 100 is used in common by the drivers 2 and 3, as shown in FIGS. 2 and 3.

On the other hand, the driver 1 includes a drain region 38 for inputting a word line activation signal from the boost signal line 200, a gate electrode 86 and a source region 23 which is coupled to the word line 52 via a word line contact 14. The driver 4 includes a drain region 42 for inputting a word line activation signal from the boost signal line 200, a gate electrode 88, and a source region 24 which is coupled to the word line 56 via a word line contact 11. The driver 5 includes a drain region 42 for inputting a word line activation signal from the boost signal line 200, a gate electrode 90, and a source region 25 which is coupled to the word line 60 via a word line contact 15. The drain region 42 which is connected to the boost signal line 200 is used in common by the drives 4 and 5, as shown in FIGS. 2 and 3.

The word lines 50 through 60 are respectively coupled to the memory cell array (not shown) which is provided above the boost signal line 100 in FIG. 1. On the other hand, a decoder (not shown) is provided below the boost signal line 200 in FIG. 1.

The gate electrode 86 of the driver 1 and the gate electrode 80 of the driver 2 are connected in common to a signal line 70 from the decoder. The gate electrode 82 of the driver 3 and the gate electrode 88 of the driver 4 are connected in common to a signal line 72 from the decoder. In addition, the gate electrode 90 of the driver 5 and the gate electrode 84 of the driver 6 are connected in common to a signal line 74 from the decoder.

Because the word line driver has the structure described above, it is possible to control two word lines using one decoder. In this specification, a width occupied by the drivers used by one decoder will be referred to as "one decoder pitch". Accordingly, it is possible to further reduce the size of the elements if this "one decoder pitch" can be reduced.

In order to guarantee a sufficient withstand voltage between the elements with respect to the voltage applied to the boost signal lines 100 and 200, it is necessary to provide the device isolation region 7 between the word lines 54 and 56 which respectively transfer outputs of the drivers 3 and 4. The width of this device isolation region 7 along the direction in which the "one decoder pitch" is taken must be sufficiently large such that a sufficient withstand voltage is guaranteed between the elements. For this reason, there are problems in that the gate length of the drivers 3 and 4 cannot be set sufficiently large with respect to the voltage applied

5,227,996

**3**

to the boost signal lines 100 and 200, and that the source-drain withstand voltage of the drivers 3 and 4 becomes poor.

On the other hand, when the gate length of the drivers 3 and 4 is set sufficiently large with respect to the voltage applied to the boost signal lines 100 and 200, there are problems in that the width of the device isolation region 7 along the direction in which the "one decoder pitch" is taken cannot be made sufficiently large with respect to the voltage applied to the boost signal lines 100 and 200, and that the withstand voltage of the element becomes poor. Therefore, a problem is introduced from the point of view of the reliability of the elements, and this problem becomes more serious as the size of the elements is further reduced.

## SUMMARY OF THE INVENTION

Accordingly, it is a general object of the present invention to provide a novel and useful semiconductor memory device in which the problems described above are eliminated.

Another and more specific object of the present invention is to provide a semiconductor memory device comprising a first word line, a second word line which extends in parallel to the first word line, word line activation signal line means which extends perpendicularly to the first and second word lines, a device isolation region which extends perpendicularly to the first and second word lines, a first driver for activating the first word line and comprising a first impurity region provided adjacent to the device isolation region and connected to the word line activation signal line means, a first gate electrode and a second impurity region connected to the first word line, a second driver for activating the second word line and comprising a third impurity region provided adjacent to the device isolation region on an opposite side from the first impurity region and connected to the word line activation signal line means, a second gate electrode and a fourth impurity region connected to the second word line, and a decoder connected to the first and second gate electrodes. According to the semiconductor memory device of the present invention, it narrow decoder pitch with a layout which guarantees a sufficiently high reliability.

Other objects and further features of the present invention will be apparent from the following detailed description when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view showing an essential part of a word line driver of an example of a conventional semiconductor memory device;

FIG. 2 is a cross sectional view showing the word line driver along a line A—A in FIG. 1;

FIG. 3 is a cross sectional view showing the word line driver along a line B—B in FIG. 1;

FIG. 4 is a plan view showing an essential part of a word line driver of a first embodiment of a semiconductor memory device according to the present invention;

FIG. 5 is a cross sectional view showing the word line driver along a line A—A in FIG. 4;

FIG. 6 is a cross sectional view showing the word line driver along a line B—B in FIG. 4;

FIG. 7 is a circuit diagram showing an equivalent circuit of an essential part of the first embodiment when N-channel MOS transistors are used;

**4**

FIG. 8 is a circuit diagram showing an equivalent circuit of an essential part of the first embodiment when P-channel MOS transistors are used;

FIG. 9 is a plan view showing an essential part of a word line driver of a second embodiment of the semiconductor memory device according to the present invention;

FIG. 10 is a plan view showing an essential part of a word line driver of a third embodiment of the semiconductor memory device according to the present invention; and

FIG. 11 is a circuit diagram showing an equivalent circuit of an essential part of the third embodiment when P-channel MOS transistors are used.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

First, a description will be given of a first embodiment of a semiconductor memory device according to the present invention, by referring to FIGS. 4 through 8.

FIG. 4 shows a word line driver of the first embodiment of the semiconductor memory device according to the present invention in a plan view, FIG. 5 shows the word line driver in a cross section taken along a line A—A in FIG. 4, and FIG. 6 shows the word line driver in a cross section taken along a line B—B in FIG. 4. In FIGS. 4 through 6, those parts which are the basically same as those corresponding parts in FIGS. 1 through 3 are designated by the same reference numerals.

In this embodiment, the word line driver is provided with two boost signal lines 100 and 200 because the word line driver uses a word line activation signal which is predecoded with respect to a word decoder.

Word lines 50, 52, 54, 56, 58 and 60 for outputting signals to a memory cell array (not shown) extend parallel to each other. The boost signal lines 100 and 200 extend perpendicularly to these word lines 50 through 60.

A device isolation region 7 is provided at an intermediate part between the two boost signal lines 100 and 200, and this device isolation region 7 extends perpendicularly to the word lines 50 through 60. An element region 8 is formed between the device isolation region 7 and the boost signal line 100, and an element region 9 is formed between the device isolation region 7 and the boost signal line 200.

Drivers 2, 2′, 3, 3′, 6 and 6′ are formed within the element region 8.

The driver 2 includes a drain region 30 for inputting a word activation signal from the boost signal line 100, a gate electrode 80 and a source region 20 which is coupled to the word line 50 via a word line contact 12. The driver 2′ includes a drain region 32 for inputting a word activation signal from the boost signal line 100, a gate electrode 81 and the source region 20 which is coupled to the word line 50 via the word line contact 12. The drivers 2 and 2′ form a transistor pair using the source region 20 in common.

The driver 3 includes the drain region 32 for inputting a word activation signal from the boost signal line 100, a gate electrode 82 and a source region 21 which is coupled to the word line 54 via a word line contact 10. The driver 3′ includes a drain region 34 for inputting a word activation signal from the boost signal line 100, a gate electrode 83 and the source region 21 which is coupled to the word line 54 via the word line contact

5

5,227,996

6

10. The drivers 3 and 3' form a transistor pair using the source region 21 in common.

The driver 6 includes a drain region 34 for inputting a word activation signal from the boost signal line 100, a gate electrode 84 and a source region 22 which is coupled to the word line 58 via a word line contact 13. The driver 6' includes a drain region 36 for inputting a word activation signal from the boost signal line 100, a gate electrode 85 and the source region 22 which is coupled to the word line 58 via the word line contact 13. The drivers 6 and 6' form a transistor pair using the source region 22 in common.

As shown in FIGS. 4 and 5, the drain region 32 which is connected to the boost signal line 100 is used in common by the drivers 2' and 3, and the drain region 34 is used in common by the drivers 3' and 6.

Drivers 1, 1', 4, 4', 5 and 5' are formed within the element region 9.

The driver 1 includes a drain region 38 for inputting a word activation signal from the boost signal line 200, a gate electrode 86 and a source region 23 which is coupled to the word line 52 via a word line contact 14. The driver 1' includes a drain region 40 for inputting a word activation signal from the boost signal line 200, a gate electrode 87 and the source region 23 which is coupled to the word line 52 via the word line contact 14. The drivers 1 and 1' form a transistor pair using the source region 23 in common.

The driver 4 includes the drain region 40 for inputting a word activation signal from the boost signal line 200, a gate electrode 88 and a source region 24 which is coupled to the word line 56 via a word line contact 11. The driver 4' includes a drain region 42 for inputting a word activation signal from the boost signal line 200, a gate electrode 89 and the source region 24 which is coupled to the word line 56 via the word line contact 11. The drivers 4 and 4' form a transistor pair using the source region 24 in common.

The driver 5 includes a drain region 42 for inputting a word activation signal from the boost signal line 200, a gate electrode 90 and a source region 25 which is coupled to the word line 60 via a word line contact 15. The driver 5' includes a drain region 44 for inputting a word activation signal from the boost signal line 200, a gate electrode 91 and the source region 25 which is coupled to the word line 60 via the word line contact 15. The drivers 5 and 5' form a transistor pair using the source region 25 in common.

As shown in FIGS. 5 and 6, the drain region 40 which is connected to the boost signal line 200 is used in common by the drivers 1' and 4, and the drain region 42 is used in common by the drivers 4' and 5.

The word lines 50 through 60 connect to the memory cell array (not shown) which is provided above the boost signal line 100 in FIG. 4. On the other hand, the decoder (not shown) is provided below the boost signal line 200 in FIG. 4.

The gate electrode 80 of the driver 2 and the gate electrode 86 of the driver 1 are connected. The gate electrode 81 of the driver 2' and the gate electrode 87 of the driver 1' are connected. Further, the two gate electrodes 86 and 87 are connected in common to a signal line 70 from the decoder.

The gate electrode 82 of the driver 3 and the gate electrode 88 of the driver 4 are connected. The gate electrode 83 of the driver 3' and the gate electrode 89 of the driver 4' are connected. The two gate electrodes 88

and 89 are connected in common to a signal line 72 from the decoder.

The gate electrode 84 of the driver 6 and the gate electrode 90 of the driver 5 are connected. The gate electrode 85 of the driver 6' and the gate electrode 91 of the driver 5' are connected. The two gate electrodes 90 and 91 are connected in common to a signal line 74 from the decoder.

This embodiment employs the so-called $\frac{1}{8}$ predecoding in which two word lines are controlled by a single decoder. Hence, the "one decoder pitch" required to control a pair of word lines 54 and 56, for example, is the length between the drain regions 32 and 34 or the drain regions 40 and 42.

Next, a description will be given of an operation of this embodiment of the semiconductor memory device, by referring to FIG. 7 which shows an equivalent circuit of an essential part of this embodiment.

In the equivalent circuit shown in FIG. 7, the driver circuit includes a decoder circuit and a word line driver using N-channel MOS transistors. Since this embodiment employs the $\frac{1}{8}$ predecoding, the equivalent circuit shows the circuitry within "one decode pitch" which is necessary to control a pair of word lines 54 and 56, for example.

The word line 54 is connected to an N-channel transistor Q3 for inputting the word line activation signal from the boost signal line 100. The word line 56 is connected to an N-channel transistor Q4 for inputting the word line activation signal from the boost signal line 200. The N-channel transistor Q3 corresponds to the drivers 3 and 3', and the N-channel transistor Q4 corresponds to the drivers 4 and 4'.

The gate electrode of the N-channel transistor Q3 is connected to the gate electrode of the N-channel transistor Q4, and is coupled to an inverter 300 via a cut part 310 within a decoder part which is surrounded by a dotted line. The gate electrode of an N-channel transistor 305 is connected to the gate electrode of an N-channel transistor 306, and is coupled to the inverter 300 via an inverter 301 within the decoder part.

The inverter 300 is connected to an N-channel transistor 303 and a P-channel transistor 307.

A signal A0 from a predecoder (not shown) is input to the gate electrode of the N-channel transistor 303. A signal A1 from the predecoder is input to the gate electrode of an N-channel transistor 304 which is connected in series to the N-channel transistor 303. A reset signal /R is input to the gate electrode of the P-channel transistor 307.

The drain of a P-channel transistor 308 is connected to a node which connects the inverter 300 and the N-channel transistor 303. In addition, a node which connects the inverter 300 and the cut gate 310 is connected to the gate electrode of the P-channel transistor 308.

Bits of a memory address for making access to a memory cell, other than the three least significant bits, are decoded in the predecoder (not shown) which is provided in a stage preceding the decoder part. The signals A0 and A1 which are input to the decoder part respectively correspond to the second and third least significant bits of the memory address. The word line activation signal from the boost signal lines 100 and 200 for driving the N-channel transistors Q3 and Q4 corresponds to the least significant bit of the memory address.

The pair of word lines 54 and 56 is selected only when both the input signals A0 and A1 are high-level

7

signals. When the word line activation signal from the boost signal line 100 or 200 has a high level, the word line 54 or 56 is selected.

In other words, when both the input signals A0 and A1 are high-level signals, the signal level at the gate electrodes of the N-channel transistors Q3 and Q4 become high and the signal level at the gate electrodes of the N-channel transistors 305 and 306 becomes low. In this state, when the signal level of the word line activation signal from the boost signal line 100 becomes high, the word line 54 is selected to the high level because the N-channel transistor Q3 is ON. Because the boost signal lines 100 and 200 correspond to the least significant bit of the memory address, the signal level of the boost signal line 200 becomes low when the signal level at the boost signal line 100 is high, and although the N-channel transistor Q4 is ON, the signal level at the word line 56 is low. On the other hand, when the signal level at the boost signal line 100 is low, the word line activation signal from the boost signal line 200 has the high level, and the word line 56 is selected via the N-channel transistor Q4. The desired memory cell is selected in the above described manner.

The driver circuit of this embodiment may also be formed using P-channel MOS transistors. FIG. 8 shows an equivalent circuit of an essential part of this embodiment.

In the equivalent circuit shown in FIG. 8, the driver circuit includes a decoder circuit and a word line driver using P-channel MOS transistors. Particularly, the P-channel MOS transistors are used for the drivers 3, 3', 4 and 4'. In FIG. 8, those parts which are basically the same as those corresponding parts in FIG. 7 are designated by the same reference numerals, and a description thereof will be omitted.

In FIG. 8, the word line 54 is connected to a P-channel transistor Q3 for inputting the word line activation signal from the boost signal line 100. The word line 56 is connected to a P-channel transistor Q4 for inputting the word line activation signal from the boost signal line 200. The P-channel transistor Q3 corresponds to the drivers 3 and 3', and the P-channel transistor Q4 corresponds to the drivers 4 and 4'.

The gate electrodes of the P-channel transistors Q3 and Q4 and the gate electrodes of the N-channel transistors 305 and 306 are connected to a CMOS circuit of a level shift part which is surrounded by a dotted line. The CMOS circuit of the level shift part includes an N-channel transistor 401 and a P-channel transistor 403, and a voltage identical to the voltage of the word line activation signal from the P-channel transistors Q3 and Q4 is supplied to the gate electrodes. The P-channel transistor 403 and a P-channel transistor 402 are connected to a boost voltage source 400. The P-channel transistor 402 and the CMOS circuit are coupled to the inverter 300 of the decoder part via the cut gate 310.

The inverter 300 is connected to the N-channel transistor 303 and the P-channel transistor 307.

A signal A0 from a predecoder (not shown) is input to the gate electrode of the N-channel transistor 303. A signal A1 from the predecoder is input to the gate electrode of an N-channel transistor 304 which is connected in series to the N-channel transistor 303. A reset signal /R is input to the gate electrode of the P-channel transistor 307.

The drain of the P-channel transistor 308 is connected to a node which connects the inverter 300 and the N-channel transistor 303. In addition, a node which con-

8

nects the inverter 300 and the cut gate 310 is connected to the gate electrode of the P-channel transistor 308.

According to this embodiment, it is possible to eliminate the device isolation region which conventionally existed in parallel with the word lines within the "one decoder pitch". In addition, although two word line contacts conventionally existed in a direction perpendicular to the word lines within the "one decoder pitch", only one word line contact is required within the "one decoder pitch" according to this embodiment. Accordingly, a sufficient margin is introduced in the width of the semiconductor memory device along the direction in which the "decoder pitch" is taken, and it becomes possible to ensure a sufficient gate length for the word line driver.

On the other hand, since the device isolation region extends perpendicularly to the word lines, the "decoder pitch" does not increase even when the width of the device isolation region increases.

Next, a description will be given of a second embodiment of the semiconductor memory device according to he present invention, by referring to FIG. 9. In FIG. 6, those parts which are the same as those corresponding parts in FIG. 4 are designated by the same reference numerals, and a description thereof will be omitted.

This embodiment is characterized by the modified shape of the gate electrodes of the drivers when compared to the first embodiment. In other words, in FIG. 9 in which the drivers 1 through 6 and 1' through 6' form transistors in pairs, ends of the gate electrodes of the driver pair are connected in an approximate U-shape. The gate electrodes 86 and 87 of the drivers 1 and 1' are connected to surround the word line contact 14 of the source region 23. The gate electrodes 80 and 81 of the drivers 2 and 2' are connected to surround the word line contact 12 of the source region 20. The gate electrodes 82 and 83 of the drivers 3 and 3' are connected to surround the word line contact 10 of the source region 21. The gate electrodes 88 and 89 of the drivers 4 and 4' are connected to surround the word line contact 11 of the source region 24. The gate electrodes 90 and 91 of the drivers 5 and 5' are connected to surround the word line contact 15 of the source region 25. The gate electrodes 84 and 85 of the drivers 6 and 6' are connected to surround the word line contact 13 of the source region 22.

Therefore, it is possible to further reduce the interval of the two boost signal lines 100 and 200.

Next, a description will be given of a third embodiment of the semiconductor memory device according to the present invention, by referring to FIGS. 10 and 11. FIG. 10 shows a word line driver of the third embodiment in a plan view, and FIG. 11 shows an equivalent circuit of an essential part of the third embodiment. In FIG. 10, those parts which are the same as those corresponding parts in FIG. 4 are designated by the same reference numerals, and a description thereof will be omitted. Further, in FIG. 11, those parts which are the same as those corresponding parts in FIGS. 7 and 8 are designated by the same reference numerals, and a description thereof will be omitted.

This embodiment is characterized in that no predecoding using the boost signal line is made and that a single decoder is provided with respect to one word line.

In this embodiment, the word line driver is formed from P-channel MOS transistors.

5,227,996

9

In FIG. 10, the word lines 50, 52, 54, 56, 58 and 60 for outputting signals to a memory cell array (not shown) are provided in parallel to each other. The memory cell array is provided above an external power source line 220 in FIG. 10, and this external power source line 220 extends perpendicularly to the word lines 50 through 60.

The element regions 8 and 9 extend perpendicularly to the word lines 50 through 60 on the opposite side from the memory cell array relative to the external power source line 220. The device isolation region 7 extends between the element regions 8 and 9.

The drivers 2, 2', 3, 3', 6 and 6' are formed within the element region 8.

The driver 2 includes a source region 30' which is connected to the external power source line 220, a gate electrode 80, and a drain region 20' which is coupled to the word line 50 via a word line contact 12. The driver 2' includes a source region 32' which is connected to the external power source line 220, a gate electrode 81, and the drain region 20' which is coupled to the word line 50 via the word line contact 12. The drivers 2 and 2' form a transistor pair using the drain region 20' in common.

The driver 3 includes a source region 32' which is connected to the external power source line 220, a gate electrode 82, and a drain region 21' which is coupled to the word line 54 via a word line contact 10. The driver 3' includes a source region 34' which is connected to the external power source line 220, a gate electrode 83, and the drain region 21' which is coupled to the word line 54 via the word line contact 10. The drivers 3 and 3' form a transistor pair using the drain region 21' in common.

The driver 6 includes a source region 34' which is connected to the external power source line 220, a gate electrode 84, and a drain region 22' which is coupled to the word line 58 via a word line contact 13. The driver 6' includes a source region 36' which is connected to the external power source line 220, a gate electrode 85, and the drain region 22' which is coupled to the word line 58 via the word line contact 13. The drivers 6 and 6' form a transistor pair using the drain region 22' in common.

The source region 32' which is connected to the external power source line 220 is used in common by the drivers 2' and 3. The source region 34, is used in common y the drivers 3' and 6.

The drivers 1, 1', 4, 4', 5 and 5' are formed within the element region 9.

The driver 1 includes a source region 38' which is coupled to the external power source line 220 by a connection line 45 via the source region 30', a gate electrode 86, and a drain region 23' which is coupled to the word line 52 via a word line contact 14. The driver 1' includes a source region 40' which is coupled to the external power source line 220 by a connection line 46 via the source region 32', a gate electrode 87, and the drain region 23' which is coupled to the word line 52 via the word line contact 14. The drivers 1 and 1' form a transistor pair using the drain region 23' in common.

The driver 4 includes a source region 40' which is coupled to the external power source line 220 by the connection line 46 via the source region 32', a gate electrode 88, and a drain region 24' which is coupled to the word line 56 via a word line contact 11. The driver 4' includes a source region 42' which is coupled to the external power source line 220 by a connection line 47

10

via the source region 34', a gate electrode 89, and the drain region 24' which is coupled to the word line 56 via the word line contact 11. The drivers 4 and 4' form a transistor pair using the drain region 24' in common.

The driver 5 includes a source region 42' which is connected to the external power source line 220 by the connection line 47 via the source region 34', a gate electrode 90, and a drain region 25' which is coupled to the word line 60 via a word line contact 15. The driver 5' includes a source region 44' which is coupled to the external power source line 220 by a connection line 48 via the source region 36', a gate electrode 91, and the drain region 25' which is coupled to the word line 60 via the word line contact 15. The drivers 5 and 5' form a transistor pair using the drain region 25' in common.

The source region 40' which is coupled to the external power source line 220 via the connection line 46 is used in common by the drivers 1' and 4. The source region 42' is used in common by the drivers 4' and 5.

The word lines 50 through 60 are respectively connected to the memory cell array which is provided above the external power source line 220 in FIG. 10.

In FIG. 10, the gate electrode 80 of the driver 2 and the gate electrode 81 of the driver 2' are integrally formed to surround the drain region 20', and are coupled to a signal line 61 from the decoder by a signal contact 67. The gate electrodes 82 and 83 of the drivers 3 and 3', the gate electrodes 84 and 85 of the drivers 6 and 6', the gate electrodes 86 and 87 of the drivers 1 and 1', the gate electrodes 88 and 89 of the drivers 4 and 4', and the gate electrodes 90 and 91 of the drivers 5 and 5' are formed similarly to the gate electrodes 80 and 81 of the drivers 2 and 2', and are coupled to corresponding signal lines 63, 65, 62, 64 and 66 from the decoder via respective signal contacts 68, 69, . . . .

In this embodiment, the word line driver does not make a predecoding. For this reason, the width corresponding to "one decoder pitch" of the first embodiment corresponds to the width of "two decoder pitches" of this third embodiment.

Next, a description will be given of an operation of this third embodiment, by referring to the equivalent circuit of FIG. 11.

In the equivalent circuit shown in FIG. 11, the driver circuit includes a decoder circuit and a word line driver using P-channel MOS transistors. Since this embodiment does not make a predecoding, the equivalent circuit shows the circuitry within "one decoder pitch" which is necessary to control one word line by one decoder.

The word line is connected to a P-channel transistor Q3 for inputting the word line activation signal (Vcc) from the external power source line 220. This P-channel transistor Q3 corresponds to each driver.

The gate electrode of the P-channel transistor Q3 is connected to the gate electrode of an N-channel transistor 305, and is coupled to an N-channel transistor 303 and a P-channel transistor 307 via inverters 302 and 300 within a decoder part surrounded by a dotted line.

A signal A0 from a predecoder (not shown) is input to the gate electrode of the N-channel transistor 303. A signal A1 from the predecoder is input to the gate electrode of an N-channel transistor 304 which is connected in series to the N-channel transistor 303. A reset signal /R is input to the gate electrode of the P-channel transistor 307.

The drain of a P-channel transistor 308 is connected to a node which connects the inverter 300 and the N-

5,227,996

11

channel transistor 303. In addition, a node which connects the inverters 300 and 302 is connected to the gate electrode of the P-channel transistor 308.

Bits of a memory address for making access to a memory cell, other than the two least significant bits, are decoded in the predecoder (not shown) which is provided in a stage preceding the decoder part. The signals A0 and A1 which are input to the decoder part respectively correspond to the first and second least significant bits of the memory address.

The word line of the circuit shown in FIG. 11 is selected only when the signal level of both the input signals A0 and A1 is high.

When the input signals A0 and A1 are both high-level signals, the signal levels at the gate electrodes of the P-channel transistor Q3 and the N-channel transistor 305 become low. As a result, the signal level at the word line becomes high, and the desired memory cell is selected.

The first and second embodiments described above employ the ¼ predecoding. However, these embodiments may employ other predecodings such as a ¼ predecoding in which four word lines are controlled by a single decoder.

Further, the present invention is not limited to these embodiments, but various variations and modifications may be made without departing from the scope of the present invention.

What is claimed is:

1. A semiconductor memory device comprising:
a first word line;
a second word line which extends in parallel to said first word line;
word line activation signal line means which extends perpendicularly to said first and second word lines;
a device isolation region which extends perpendicularly to said first and second word lines;
a first driver for activating said first word line, said first driver comprising a first impurity region provided adjacent to said device isolation region and connected to said word line activation signal line means, a first gate electrode, and a second impurity region connected to said first word line;
a second driver for activating said second word line, said second driver comprising a third impurity region provided adjacent to said device isolation region on an opposite side from the first impurity region and connected to said word line activation signal line means, a second gate electrode, and a fourth impurity region connected to said second word line; and
a decoder connected to the first and second gate electrodes.

2. The semiconductor memory device as claimed in claim 1, wherein said word line activation signal line means includes first and second boost signal lines one of which transfers a word line activation signal at one time, said first impurity region of said first driver being connected to the first boost signal line, and third impurity region of said second driver being connected to the second boost signal line.

3. The semiconductor memory device as claimed in claim 2, wherein said device isolation region is provided at an intermediate position between the first and second boost signal lines.

4. The semiconductor memory device as claimed in claim 2, wherein said first and second drivers are arranged within a specific region defined by the first and second boost signal lines, and said decoder is provided

12

outside the specific region on an outer side of the second boost signal line.

5. The semiconductor memory device as claimed in claim 4, which further comprises a memory cell array which is connected to said first and second word lines, said memory cell array being provided outside the specific region on an outer side of the first boost signal line.

6. The semiconductor memory device as claimed in claim 1, wherein said first driver includes two said first impurity regions and two said first gate electrodes, and said second driver includes two said third impurity regions and two said second gate electrodes, said first impurity regions and said first gate electrodes surrounding said second impurity region from both sides, said third impurity regions and said second gate electrodes surrounding said fourth impurity region from both sides;

7. The semiconductor memory device as claimed in claim 1, wherein said first driver includes two said first impurity regions, said second driver includes two said third impurity regions, said first gate electrode has an approximate U-shape surrounding said second impurity region, and said second gate electrode has an approximate U-shape surrounding said fourth impurity region.

8. The semiconductor memory device as claimed in claim 1, wherein said word line activation signal line means includes a single signal line which transfers a word line activation signal, and said first impurity region of said first driver is connected to the signal line.

9. The semiconductor memory device as claimed in claim 8, wherein said first driver is provided at an intermediate position between the signal line and said device isolation region.

10. The semiconductor memory device as claimed in claim 8, wherein said decoder is provided on one side of said second driver opposite to said device isolation region.

11. The semiconductor memory device as claimed in claim 10, which further comprises a memory cell array which is connected to said first and second word lines, said memory cell array being provided on an outer side of the signal line opposite to said first driver.

12. The semiconductor memory device as claimed in claim 8, wherein said first driver includes two said first impurity regions, said second driver includes two said third impurity regions, said first gate electrode has an approximate U-shape surrounding said second impurity region, and said second gate electrode has an approximate U-shape surrounding said fourth impurity region.

13. The semiconductor memory device as claimed in claim 1, which further comprises first and second element regions which extend perpendicularly to said first and second word lines on both sides of said device isolation region, said first driver being provided within said first element region, said second driver being provided within said second element region.

14. The semiconductor memory device as claimed in claim 13, wherein said first and second word lines form a first pair, said first and second drivers form a second pair, a plurality of the first pairs are arranged in a direction perpendicular to said word line activation signal line means, and a plurality of the second pairs are arranged in the direction perpendicular to said word line activation signal line means, each of said first drivers of the second pairs being formed within said first element region, each of said second drivers of the second pairs being formed within said second element region.

* * * * *

# EXHIBIT P



US005339273A

# United States Patent [19]

## Taguchi

[11] Patent Number: **5,339,273**

[45] Date of Patent: **Aug. 16, 1994**

[54] **SEMICONDUCTOR MEMORY DEVICE HAVING A TESTING FUNCTION AND METHOD OF TESTING THE SAME**

[75] Inventor: **Masao Taguchi**, Kawasaki, Japan

[73] Assignee: **Fujitsu Ltd.**, Kanagawa, Japan

[21] Appl. No.: **806,406**

[22] Filed: **Dec. 13, 1991**

[30] **Foreign Application Priority Data**

Dec. 14, 1990 [JP] Japan .................................. 2-410668

[51] Int. Cl.⁵ ........................ G11C 29/00; G11C 7/00
[52] U.S. Cl. .................................... 365/201; 365/149;
365/205
[58] Field of Search ............... 365/149, 200, 201, 184,
365/205; 371/21.1

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,799,197 | 1/1989 | Kodama et al. | 365/149 X |
| 4,956,819 | 9/1990 | Hoffmann et al. | 365/201 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 58-128077 | 7/1983 | Japan | . |
| 62-84499 | 4/1987 | Japan | . |
| 62-86600 | 4/1987 | Japan | . |
| 63-140498 | 6/1988 | Japan | . |
| 2-143984 | 6/1990 | Japan | . |

Primary Examiner—Eugene R. LaRoche
Assistant Examiner—Son Dinh
Attorney, Agent, or Firm—Armstrong, Westerman, Hattori, McLeland & Naughton

[57] **ABSTRACT**

A semiconductor memory device is provided with a plurality of bit lines, a plurality of word lines, a memory cell array including a plurality of memory cells each coupled to one bit line and one word line, and a varying part for varying a capacitance of at least a selected one of the bit lines in response to a predetermined signal which indicates a test mode in which an operation of the semiconductor memory device is tested.

**15 Claims, 7 Drawing Sheets**





FIG.1

FIG.2

| OPERATION·MODE | | SW1 & SW2 | SW3 & SW4 |
|---|---|---|---|
| NORMAL MODE | SELECT CAR1 | ON | OFF |
| | SELECT CAR2 | OFF | ON |
| TEST (SCREENING) MODE | SELECT CAR1 | ON | ON |
| | SELECT CAR2 | ON | ON |

*FIG.3*



Case 4:07-cv-00670-CW Document 24-11-51    Filed 07/17/2007    Page 11 of 22



*FIG.4*

Case 4:06-cv-00726-RWS Document 24-11 Filed 07/17/2007 Page 12 of 22



*FIG. 5*

Case 4:07-cv-03672-CW   Document 24-15   Filed 07/17/2007   Page 13 of 22

# FIG.6



Case 4:06-cv-00722-JW Document 24-1-51   Filed 07/17/2007   Page 4 of 22

FIG. 7(a)

| 0 | 1⁺ | 0 | 1⁺ |
|---|----|---|----|
| 1⁺ | 0 | 1⁺ | 0 |
| 0 | 1⁺ | 0 | 1⁺ |
| 1⁺ | 0 | 1⁺ | 0 |

FIG. 7(b)

| 1⁺ | 0 | 1⁺ | 0 |
|----|---|----|---|
| 0 | 1⁺ | 0 | 1⁺ |
| 1⁺ | 0 | 1⁺ | 0 |
| 0 | 1⁺ | 0 | 1⁺ |

| 0⁻ | 1 | 0⁻ | 1 |
|----|---|----|---|
| 1 | 0⁻ | 1 | 0⁻ |
| 0⁻ | 1 | 0⁻ | 1 |
| 1 | 0⁻ | 1 | 0⁻ |

| 1 | 0⁻ | 1 | 0⁻ |
|---|----|---|----|
| 0⁻ | 1 | 0⁻ | 1 |
| 1 | 0⁻ | 1 | 0⁻ |
| 0⁻ | 1 | 0⁻ | 1 |

FIG. 7(c)

FIG. 7(d)



| 0 | 1 | 0 | 1 |
|---|---|---|---|
| 1 | 0 | 1 | 0 |
| 0 | 1 | 0 | 1 |
| 1 | 0 | 1 | 0 |



| 1 | 0 | 1 | 0 |
|---|---|---|---|
| 0 | 1 | 0 | 1 |
| 1 | 0 | 1 | 0 |
| 0 | 1 | 0 | 1 |

FIG. 8(a)

FIG. 8(b)

Case 4:07-cv-03672-CW Document 24-151 Filed 07/17/2007 Page 15 of 22



*FIG. 9*

(A) RASXI

(B) DLYO

(C) GIO

→ TIME

5,339,273

# SEMICONDUCTOR MEMORY DEVICE HAVING A TESTING FUNCTION AND METHOD OF TESTING THE SAME

## BACKGROUND OF THE INVENTION

The present invention generally relates to semiconductor memory devices and methods of testing the same, and more particularly to a semiconductor memory device having a testing function and a method of testing such a semiconductor memory device.

As the integration density of semiconductor memory devices improve, the time required to test the produced memory chips increases considerably. The main reason for the considerable increase in the testing time is due to the fact that the operating speed of the memory has not been improved considerably relative to the increase in the number of bits. The testing time can be determined from "the operating time per bit"×"the number of bits"×"the coefficient which is determined by the test pattern"/"number of bits tested simultaneously in parallel". As a result, the cost involved in testing the memory chip makes up a large percentage of the cost of the memory chip.

The test is used to detect and exclude the bits which are clearly defective. But the test is also used to detect and exclude bits which are unstable and become defective depending on the conditions. The testing time required to detect the latter type of bits is considerably long. However, because the test must be completed within a limited time, it is difficult in actual practice to take a sufficiently long time to test each bit.

Conventionally, there is a method of testing unstable bits of a dynamic random access memory (DRAM) by reducing the charge of the memory cell by some means, so as to forcibly reduce the output voltage of the memory cell from the regular value. By forcibly reducing the output voltage of the memory cell, the DRAM is put into a state where an error is more likely to occur so that it becomes possible to correctly detect a defect which would otherwise be considered normal during a normal test cycle. Such an error is more likely to occur in a memory cell which has a small capacitance due to some abnormal cause, a memory cell in which the pn junction and the transistor easily leak thereby causing a quick decrease in the charge, and a sense amplifier which has a poor sensitivity due to some abnormality. Particularly, the output voltage of the memory cell can be forcibly reduced by setting the voltage of a cell plate (counter electrode of the stacked capacitor) of the DRAM cell to different values for the write and read operations, so as to modulate the charge stored in the DRAM cell.

For example, when writing a data "1" into the memory cell and thereafter reading out this data, the apparent stored charge is reduced if the cell plate voltage is reduced during the read operation when compared to that during the write operation. In this manner, it is possible to forcibly reduce the output voltage of this data "1". Particularly, when the write operation is made by setting the cell plate voltage $V_{CP}$ to 2.5 V and the bit line voltage $V_{BL}$ to 5 V, the cell voltage $V_C$ becomes $V_C=V_{BL}-V_{CP}=2.5$ V and the charge Q stored in the memory cell is a product of this cell voltage $V_C$ and the capacitance C of the memory cell. When the read operation is made by setting the cell plate voltage $V_{CP}$ to $V_{CP}=1.5$ V, the bit line voltage $V_{BL}$ becomes $V_{BL}=V_{CP}+V_C=4$ V which is 1 V lower than the bit

line voltage of 5 V which is used when making the normal read operation at $V_{CP}=2.5$.

The charge within the memory cell having a poor charge holding characteristic decreases after the level "1" is written therein, and according to the above described method, the decrease of this level "1" is made more conspicuous by forcibly reducing the output voltage of the memory cell, thereby making it possible to detect the unstable memory cell as a defective memory cell.

The method of reducing the cell plate voltage during the read operation can detect the memory cell which has an unstable level "1". However, in order to detect the memory cell which has an unstable level "0", it is necessary to increase the cell plate voltage during the read operation compared to that during the write operation. Generally, when the cause of the defective memory cell is due to the pn junction leak within the memory cell, only the decrease of the level "1" occurs and there is no modulation of the level "0". For this reason, it is sufficient to simply reduce the cell plate voltage when detecting the defective memory cell if only the storage electrode and the capacitor are taken into consideration. However, in the case of a memory cell such that the bit line and the word line are becoming short-circuited, the defective bit is caused by the modulation of the level "0". In other words, if the selected memory cell holds the level "0" and the word line and the bit line are short-circuited when reading from this selected memory cell, the bit line voltage is pulled towards the high level via the word line, and the defect is detected because the read data appears as if the level "1" were read.

Therefore, in order to guarantee no leak of the memory cell for both the level "1" and the level "0", the modulation of the cell plate voltage must be made for the level "1" and for the level "0" and the test must be carried out twice. The above leak of the memory cell refers to a failure other than an evident short-circuit which can be simply detected, such that a current leak occurs via a high resistance thereby causing an unstable operation of the memory cell. If the test is not carried out twice, it becomes necessary to employ a production process which guarantees that no leak will occur between the bit line and the word line. But such a production process generally requires the memory cells to have a relatively large size in order to facilitate the production, and as a result, the chip size becomes large and the production cost increases. On the other hand, the cost of the test increases if the test is carried out twice.

According to the conventional method of detecting the bits with the unstable operation (hereinafter referred to as "screening"), the cell plate voltage must be varied to detect the instability (leak relates to the storage electrode and the capacitor) with respect to the data "1" and to detect the instability (leak between the bit line and the word line) with respect to the data "0" for each cycle in the case of a data pattern such as "marching" which is used when the special operation of reducing the output voltage of the memory cell is made during read and write operations which are carried out alternatively. In actual practice, the cell plate voltage cannot be varied at a sufficiently high speed which follows the minimum operation cycle because of the relatively large cell plate capacitance. For this reason,

3

4

there is a problem in that the required testing time is long.

## SUMMARY OF THE INVENTION

Accordingly, it is a general object of the present invention to provide a novel and useful semiconductor memory device having a testing function and a method of testing such a semiconductor memory device, according to which the above described problems are eliminated.

Another and more specific object of the present invention is to provide a semiconducutor memory device comprising a plurality of bit lines, a plurality of word lines, at least one memory cell array including a plurality of memory cells, each of the memory cells being coupled to one bit line and one word line, and varying means, coupled to the bit lines, for varying a capacitance of at least a selected one of the bit lines in response to a predetermined signal which indicates a test mode in which an operation of the semiconductor memory device is tested. According to the semiconductor memory device of the present invention, it is possible to test the operation of the semiconductor memory device simultaneously for the data "0" and the data "1" by varying the bit line capacitance in the test mode. Hence, it is possible to quickly detect not only clearly defective memory cells but also a sense amplifier having a poor sensitivity and memory cells which undergo unstable operation under severe operating conditions. Furthermore, it is unnecessary to carry out the troublesome operation of changing the cell plate voltage mutually different voltages during the write and read cycles, and the test time can be reduced compared to the conventional case.

Still another object of the present invention is to provide a semiconductor memory device comprising at least first and second bit line groups respectively including a plurality of bit lines, a plurality of word lines, at least first and second memory cell arrays respectively including a plurality of memory cells, where each of the memory cells of the first memory cell array is coupled to one bit line of the first bit line group and one word line and each of the memory cells of the second memory cell array is coupled to one bit line of the second bit line group and one word line, a sense amplifier for amplifying a potential difference on a selected bit line pair, and switching means, coupled to the first and second bit line groups and responsive to a control signal, for coupling one of the first and second bit line groups to the sense amplifier during a normal read/write operation of the semiconductor memory device and for coupling both the first and second bit line groups to the sense amplifier in a test mode in which an operation of the semiconductor memory device is tested, where the bit line of the first bit line group has a first capacitance during the normal read/write operation and has a second capacitance which is greater than the first capacitance in the test mode. According to the semiconductor memory device of the present invention, it is possible to test the operation of the semiconductor memory device simultaneously for the data "0" and the data"1" by varying the bit line capacitance in the test mode. Hence, it is possible to quickly detect not only clearly defective memory cells but also a sense amplifier having a poor sensitivity and memory cells which undergo unstable operation under severe operating conditions. In addition, it is unnecessary to carry out the troublesome operation of changing the cell plate voltage mutually different voltages during the write and read cycles, and the test time

can be reduced compared to the conventional case. Moreover, the bit line capacitance can be varied in the test mode by a simple switching of the switching means.

A further object of the present invention is to provide a method of testing an operation of a semiconductor memory device which comprises a plurality of bit lines, a plurality of word lines, at least one memory cell array including a plurality of memory cells, where each of the memory cells is coupled to one bit line and one word line and the method comprises the steps of (a) varying a capacitance of at least a selected one of the bit lines in a test mode in which the operation of the semiconductor memory device is tested, (b) writing test data into the memory cells coupled to a selected bit line, and (c) reading the stored test data from the memory cells coupled to the selected bit line. According to the method of the present invention, it is possible to test the operation of the semiconductor memory device simultaneously for the data "0" and the data "1" by varying the bit line capacitance in the test mode. Hence, it is possible to quickly detect not only clearly defective memory cells but also a sense amplifier having a poor sensitivity and memory cells which undergo unstable operation under severe operating conditions. Furthermore, it is unnecessary to carry out the troublesome operation of changing the cell plate voltage mutually different voltages during the write and read cycles, and the test time can be reduced compared to the conventional case.

Other objects and further features of the present invention will be apparent from the following detailed description when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a system block diagram for explaining the operating principle of the present invention;

FIG. 2 is a diagram for explaining operation modes of the present invention;

FIG. 3 is a circuit diagram showing an essential part of an embodiment of a semiconductor memory device according to the present invention;

FIG. 4 is a circuit diagram showing an embodiment of a control circuit for generating clock signals which are used in the first embodiment;

FIG. 5 is a system block diagram generally showing the embodiment of the semiconductor memory device;

FIG. 6 is a flow chart for explaining a test sequence of the semiconductor memory device;

FIGS. 7(a)-7(d) and 8(a) and 8(b) are diagrams for explaining the effects of the present invention; and

FIG. 9 is a timing chart for explaining the operation of the control circuit shown in FIG. 4.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

First, a description will be given of the operating principle of the present invention, by referring to FIGS. 1 and 2. FIG. 1 shows an essential part of a semiconductor memory device according to the present invention, and FIG. 2 is a diagram for explaining operation modes of the present invention.

In FIG. 1, a cell array CAR1 is coupled to a sense amplifier SA via switches SW1 and SW2, and a cell array CAR2 is coupled to the sense amplifier SA via switches SW3 and SW4. The switches SW1 and SW2 are switched at the same time, while the switches SW3 and SW4 are switched at the same time. Depending on the connection of the switches SW1 through SW4, the

5,339,273

5

sense amplifier SA amplifies a voltage difference of bit lines BL1 and BL1X of the cell array CAR1 or a voltage difference of bit lines BL2 and BL2X of the cell array CAR2. In this specification, an "X" is used in place of a bar (—) to indicate complementary signals.

During a normal memory operation, the switches SW1 and SW2 are ON when the switches SW3 and SW4 are OFF, and on the other hand, the switches SW1 and SW2 are OFF when the switches SW3 and SW4 are ON, as shown in FIG. 2. Hence, the single sense amplifier SA can be used for two pairs of bit lines, and the chip area can be reduced because the number of sense amplifiers can be reduced. In other words, the so-called shared sense amplifier system is employed in the case shown in FIG. 1. However, it is of course possible to apply the present invention to systems other than the shared sense amplifier system.

In a test mode when the screening described above is made, all of the switches SW1, SW2, SW3 and SW4 are turned ON simultaneously, as shown in FIG. 2. Of course, the memory cell to be tested is selected from only one of the cell arrays CAR1 and CAR2.

When the switches SW1 and SW2 respectively connected to the bit lines BL1 and BL1X of the cell array CAR1 and CAR2 and the switches respectively connected to the bit lines BL2 and BL2X of the cell array CAR2 are turned ON at the same time in the test mode, the bit line capacitance becomes twice that during the normal memory operation and the cell output voltage decreases.

If the storage capacitance of the memory cell is denoted by $C_S$, the bit line capacitance by $C_b$ and the sense amplifier input capacitance by $C_a$, an output voltage $\Delta V$ of the memory cell applied to the bit line during the normal memory operation can be described by the following formula, where $V_d$ denotes the storage voltage within the memory cell corresponding to the stored data and $V_p$ denotes the precharge voltage of the bit line (that is, the voltage of the bit line which is in the floating state during the read operation).

$$\Delta V = [C_S/(C_b + C_a + C_S)] \times (V_d - V_p)$$

On the other hand, in the test mode, the bit line capacitance $C_b$ becomes twice that during the normal memory operation because all of the switches SW1 through SW4 turn ON, and an output voltage $\Delta V_{test}$ of the memory cell can be described by the following formula.

$$V_{test} = [C_S/(2C_b + C_a + C_S)] \times (V_d - V_p)$$

The ratio $C_b/C_S$ is referred to as the C ratio and takes a value of approximately 10. If it is assumed that this C ratio is 10 and the sense amplifier input capacitance $C_a$ is 20% of the bit line capacitance $C_b$, the output voltage $\Delta V$ of the memory cell during the normal memory operation becomes as follows.

$$\Delta V = (1/13) \times (V_d - V_p) = 0.0770 \times (V_d - V_p)$$

On the other hand, the output voltage $\Delta V_{test}$ of the memory cell in the test mode becomes as follows, and it can be seen that the cell output voltage in the test mode can be reduced compared to that during the normal memory operation.

$$\Delta V_{test} = (1/23) \times (V_d - V_p) = 0.0435 \times (V_d - V_p)$$

6

It should be noted that the storage voltage $V_d$ within the memory cell is included in the formula which describes the output voltage $\Delta V_{test}$ of the memory cell in the test mode. This means that the cell output voltage can be reduced for both the stored data "0" and "1" within the memory cell. Therefore, it becomes possible to detect a memory cell having a weak output signal and a sense amplifier having a poor sensitivity, which have a high possibility of causing an erroneous operation during the normal memory operation.

Next, a description will be given of an embodiment of the semiconductor memory device according to the present invention, by referring to FIG. 3. This embodiment employs an embodiment of a method of testing the semiconductor memory device. In FIG. 3, those parts which are the same as those corresponding parts in FIG. 1 are designated by the same reference numerals, and a description thereof will be omitted.

In FIG. 3, MOSFETs are used for the switches SW1 through SW4 which switch the bit lines BL1, BL1X, BL2 and BL2X. The gate voltages of the switches SW1 and SW2 are controlled by a clock signal BT1, while the gate voltages of the switches SW3 and SW4 are controlled by a clock signal BT2.

FIG. 4 shows an embodiment of a control circuit for generating the clock signal BT2. The clock signal BT1 can be generated by a similar control circuit, as will be described later.

The control circuit shown in FIG. 4 includes a row address strobe (RAS) generator CGEN, a delay circuit DLY, gates G1 and G2, inverters I2 and I3, and a decoder DEC which are connected as shown. The decoder DEC includes transistors Q1 through Q5 and an inverter I1 which are connected as shown. The p-channel MOS transistor Q1 receives an output of the NAND gate G1. The n-channel MOS transistors Q2, Q3 and Q4 of the decoder DEC respectively receive bits A, B and C of the cell array address. The p-channel MOS transistor Q5 receives an output of the inverter I1.

In FIG. 4, the RAS generator CGEN generates a RASX1 (internal clock used within the chip) shown in FIG. 9(A) in response to an external RASX which is applied from outside the chip. The waveform of the RASX1 follows that of the RASX. The RASX1 normally has a high level, and has a low level during an access mode. If the RASX1 has the high level and a sufficiently long time has elapsed after the RASX1 becomes high, an output signal level DLYO of the delay circuit DLY shown in FIG. 9(B) becomes high, and an output signal level G10 of the NAND gate G1 accordingly becomes low as shown in FIG. 9(C). The output signal level G10 of the NAND gate G1 becomes high when the RASX1 becomes low, and the output signal G10 of the NAND gate G1 returns to the low level after a delay time $\tau$ which is set in the delay circuit DLY when the RASX1 returns to the high level from the low level. In other words, the return of the output signal G10 of the NAND gate G1 from the high level to the low level is delayed by the delay time $\tau$. This delay is required to finally reset the row address, that is, cancel the operation of the decoder DEC.

When the output signal level G10 of the NAND gate G1 is low, the p-channel MOS transistor Q1 turns 0N and the input signal level of the inverter I1 becomes high. Hence, the output signal level of the inverter I1 becomes low and the p-channel MOS transistor Q5 turns ON. Therefore, the decoder DEC is precharged.

On the other hand, when the output signal level G10 of the NAND gate G1 becomes high, the transistor Q1 turns OFF and the input signal level of the inverter I1 becomes low if the transistors Q2 through Q4 all turn ON responsive to the address bits A, B and C, that is, if the cell array CAR1 is selected. In this case, the output signal level of the inverter I1 becomes high. In other words, the transistor Q1 is OFF during the high-level period of the signal G10 shown in FIG. 9(C), and the transistor Q1 is otherwise OFF. Because the test mode signal STEX has the high level during the normal read/write operation, the output signal level of the gate G2 is low, the clock signal BT2 has the low level, and the switches SW3 and SW4 are thus OFF. Therefore, the circuit shown in FIG. 4 has the function of opening the switches SW3 and SW4 of the cell array CAR2 which is provided on the opposite side of the selected cell array CAR1 relative to the sense amplifier SA.

Returning now to the description of FIG. 3, MOS transistors Qa through Qd form the sense amplifier SA, and this sense amplifier SA is driven by signals received via a pair of sense amplifier driving lines SADL. Transistors Qg and Qh which are connected to the sense amplifier driving lines SADL respectively receive sense enable clock signals $\phi_z$ and $\phi_zX$. Hence, one sense amplifier driving line SADL is coupled to a power source Vcc via the transistor Qg, while the other sense amplifier driving line SADL is coupled to the ground via the transistor Qh. A column selection line CSL transfers a signal for turning ON/OFF MOS transistors Qe and Qf which respectively couple the bit lines BL and BLX to data buses DB and DBX. Each memory cell MC is a 1-transistor-1-capacitor type comprising a MOS transistor $Q_t$ which is used as a transfer gate and a capacitor $C_p$. This capacitor $C_z$ is not a MOS type, but is a normal type (metal-dielectric-metal type) having polysilicon electrodes.

The normal read/write operation is carried out in the known manner. When reading data from a memory cell MC within the cell array CAR1, the word line WL of the cell array CAR1 is selected and the selected memory cell MC is connected to the bit line BL1 which is precharged in advance. Hence, a potential difference occurs between the bit lines BL1 and BL1X. On the other hand, the clock signal BT2 is set to a low level to open the switches SW3 and SW4 in order to connect the bit lines BL1 and BL1X to the sense amplifier SA and disconnect the bit lines BL2 and BL2X from the sense amplifier SA, so as to amplify the potential difference between the bit lines BL1 and BL1X. Next, a column select signal on the column selection line CSL is set to a high level to turn ON the transistors Qe and Qf so that the potentials of the selected bit lines BL1 and BL1X are transferred to the corresponding data buses DB and DBX.

The read operation can be made similarly when reading data from a memory cell MC within the cell array CAR2. Of course, in this case, the clock signal BT1 is set to a low level to disconnect the bit lines BL1 and BL1X from the sense amplifier SA and to connect the bit lines BL2 and BL2X to the sense amplifier SA.

A test mode signal STEX which is supplied to the NAND gate G2 shown in FIG. 4 has a high level during the normal read/write operation. For this reason, the NAND gate G2 is open during the normal read/-write operation, and the clock signal BT2 is dependent on the output signal of the decoder DEC. On the other hand, the test mode signal STEX has a high level in the test mode. As a result, the output signal of the NAND gate G2 becomes fixed to a high level in the test mode, regardless of the output signal level of the decoder DEC. Hence, the clock signal BT2 has a high level in the test mode.

In a control circuit (not shown) which generates the clock signal BT1, the clock signal BT1 is generated similarly to the clock signal BT2 and the clock signal BT1 has a high level in the test mode. In this case, the same circuit construction as that shown in FIG. 4 may be used, however, the transistor Q2 receives an inverted address bit AX, and the transistors Q3 and Q4 respectively receive the address bits B and C.

Accordingly, the switches SW1 through SW4 all close in the test mode, and the length of the bit lines becomes twice that during the normal read/write operation. The memory cell selection (or word line selection) is made from only one of the cell arrays CAR1 and CAR2 during the normal read/write operation and also in the test mode. For this reason, the output voltage $\Delta V_{net}$ of the selected memory cell MC decreases in the test mode regardless of whether the data stored in this selected memory cell MC is "1" or "0".

The test mode signal STEX may be supplied to the gate G2 in various manners. For example, a test terminal can be provided on the chip for receiving the test mode signal STEX which has the low level in the test mode. It is also possible to enter the test mode by setting the test mode signal STEX to the low level in the so-called WCBR (Write-CAS-Before-RAS) mode. In the WCBR mode, the RASX is set to the low level before the write enable WEX and the CASX are set to the low level, and the RASX is thereafter set to the low level to enter the test mode. Furthermore, it is possible to enter the test mode by setting the test mode signal STEX to the low level using a specific address code.

FIG. 5 is a system block diagram showing the general construction of the embodiment of the semiconductor memory device. The semiconductor memory device shown in FIG. 5 includes a clock generator 11, a mode controller 12, a clock generator 13, a write clock generator 14, a data input buffer 15, a data output buffer 16, an address buffer and predecoder part 17, a refresh address counter 18, a substrate bias generator 19, a memory cell array 20, a row decoder 21, a sense amplifier and input/output gate part 22, a column decoder 23, a gate 25, a memory cell array 30, a row decoder 31, control circuits 41 and 42, and switching parts 51 and 52 which are connected as shown. Parts other than the control circuits 41 and 42 and the switching parts 52 and 53 are known. Hence, it may be seen that only a slight modification is required to apply the present invention to the existing semiconductor memory device.

The control circuit 41 generates the clock signal BT1. On the other hand, the control circuit 42 corresponds to the circuit shown in FIG. 4 and generates the clock signal BT2. The memory cell array 20 and 30 respectively correspond to the cell arrays CAR1 and CAR2 shown in FIG. 3. The switching part 51 includes the switches SW1 and SW2 shown in FIG. 3 which control the connection to the memory cell array 20, and the switching part 52 includes the switches SW3 and SW4 shown in FIG. 3 which control the connection to the memory cell array 30. For example, the memory cell arrays 20 and 30 each have 2097152 bits.

The clock generator 11 generates a clock signal in response to the RASX and column address strobe (CASX), and the generated clock signal is supplied to

5,339,273

9

the row decoders 21 and 31, the mode controller 12 and the gate 25. The gate 25 also receives the CASX. The mode controller 12 supplies a control signal to the refresh address counter 18. The clock generator 13 generates two kinds of clock signals based on an output signal of the gate 25. One output clock signal of the clock generator 13 is supplied to the address buffer and predecoder part 17 and the column decoder 23. The other output clock signal of the clock generator 13 is supplied to the write clock generator 14 and the data output buffer 16. The write clock generator also receives a write enable signal WEX, and supplies a write clock signal to the data input buffer 15. The data input buffer 15 receives an input data $D_{IN}$, and the data output buffer 16 outputs an output data $D_{OUT}$.

Address bits A0 through A10 of an address signal are supplied to the address buffer and predecoder 17, and the predecoded address is supplied to the row decoder 21 and the column decoder 23. The address buffer and predecoder 17 also outputs a block switching address. Address bits A, B and C of the block switching address are supplied to the control circuit 41 which outputs the clock signal BT1X and address bits AX, B and C of the block switching address are supplied to the control circuit 42 which outputs the clock signal BT2X. The clock signals BT1X and BT2X are supplied to the corresponding switching parts 51 and 52.

In the above described embodiment, the present invention is applied to the semiconductor memory device employing the shared sense amplifier system. However, the present invention may be applied to semiconductor memory devices other than the kind employing the shared sense amplifier system. In other words, the present invention is applicable to any semiconductor memory device in which the bit line capacitance may be varied between the normal read/write operation and the test mode, by carrying out a switching to connect a capacitance to the bit line during the test mode, for example.

On the other hand, when the present invention is applied to the semiconductor memory device employing the shared sense amplifier system, the number of memory cell arrays sharing the single sense amplifier is of course not limited to two, and more than two memory cell arrays may share the sense amplifier.

Next, a description will be given of a test sequence of the semiconductor memory device, by referring to FIG. 6.

FIG. 6 shows the test sequence which is carried out in the wafer state of the semiconductor memory device (DRAM). A step S1 carries out a D.C. test such as testing the conduction of input/output terminals and checking the power source current value. A step S2 carries out a function test such as testing functions under standard operating conditions. A step S3 carries out a D.C. test which is more detailed than the D.C. test carried out in the step S1. A step S4 carries out an operation margin test such as testing functions under operating conditions which are more severe than the standard conditions used in the step S2. A step S5 carries out a refresh characteristic test. A step S6 measures the access time of the semiconductor memory device. The semiconductor memory device in the wafer state is mounted on a package (not shown) after the step S6, for example.

The present invention is particularly applicable to the steps S4 and S5 shown in FIG. 6.

10

When carrying out the operating margin test in the step S4, the output voltage of the memory cell is forcibly reduced so as to determine whether or not the semiconductor memory device operates under such a condition. Hence, by this operating margin test, it is possible to detect two kinds of defects. First, it is possible to detect a memory cell having a capacitor which leaks and the charge held in the memory cell easily decreases. Second, it is possible to detect a memory cell which has a small output voltage and operates erroneously due to a deteriorated sensitivity of the sense amplifier.

The advantage of applying the present invention to the step S4 is that there is no possibility of introducing an erroneous operation of the semiconductor memory device in the test mode as in the case of the conventional method which varies the voltage of the extremely large electrode. It may be regarded that the erroneous operation is introduced when the conventional method is used because a noise voltage is generated within the chip when the voltage of the extremely large electrode is varied.

The refresh characteristic test in the step S5 is carried out to detect whether or not the refresh operation is carried out according to specifications of the semiconductor memory device.

The advantage of applying the present invention to the step S5 is that the memory cell having a poor refresh characteristic can be found quickly by forcibly reducing the cell charge according to the present invention.

Next, a description will be given of the effect of the present invention, by referring to FIGS. 7 and 8.

When testing the semiconductor memory device by writing data into the semiconductor memory device and then reading out the stored data so as to detect the defective memory cells, the so-called checker board data pattern is written into the memory cell array. The checker board data pattern is convenient in that the data values stored in the memory cells surrounding each arbitrary memory cell are different from the data value stored in the arbitrary memory cell, thereby making it possible to detect effects of a defective memory cell on the surrounding memory cells.

According to the conventional method described in the introductory part of the specification, the cell output voltage is increased for the data "1" in the checker board data pattern shown in (a) of FIG. 7 and the checker board data pattern shown in (b) of FIG. 7, where each square shown in FIG. 7 represents a memory cell. Hence, the operation of increasing the cell output voltage (so-called bump-up) must be carried out twice. On the other hand, the cell output voltage is decreased for the data "0" in the checker board data pattern shown in (c) of FIG. 7 and the checker board data pattern shown in (d) of FIG. 7. Thus, the operation of decreasing the cell output voltage (so-called bump-down) must be carried out twice. As a result, a total of four test operations must be carried out in the test mode when the conventional method is used.

On the other hand, when the present invention is employed, the bit line capacitance is increased for the data "1" and the data "0" in the checker board data pattern shown in (a) of FIG. 8 and the checker board data pattern shown in (b) of FIG. 8, where each square shown in FIG. 8 represents a memory cell. Hence, the operation of increasing the bit line capacitance is carried out twice, but in total it is only necessary to carry out two test operations in the test mode when the present invention is employed. Therefore, it may easily be

5,339,273

11

seen that the testing time is considerably reduced compared to the case where the above described conventional method is employed.

Further, the present invention is not limited to these embodiments, but various variations and modifications may be made without departing from the scope of the present invention.

What is claimed is:

1. A semiconductor memory device comprising:

a sense amplifier;

two bit line pairs coupled to said sense amplifier via switches;

a plurality of word lines;

at least one memory cell array including a plurality of memory cells, each of the memory cells being coupled to one bit line pair and one word line; and

varying means, coupled to the bit lines, for varying a capacitance of at least a selected one of the bit line pairs in response to a predetermined signal which indicates a test mode in which an operation of the semiconductor memory device is tested, said varying means for increasing the capacitance of the selected bit line pair in the test mode compared to the capacitance of the selected bit line pair during normal read/write operation of the semiconductor memory device, whereby when said two bit line pairs are connected to said sense amplifier via said switches in the test mode, said selected bit line pair functions as a capacitor when the other of the two bit line pairs is in use.

2. The semiconductor memory device as claimed in claim 1, wherein each memory cell includes a transistor which is connected to one bit line and one word line, and a storage capacitor which is connected to the transistor.

3. The semiconductor memory device as claimed in claim 1, wherein said sense amplifier, coupled to the bit line pairs, is further for amplifying a potential difference of a selected bit line pair during the normal read/write operation and in the test mode.

4. The semiconductor memory device as claimed in claim 3, wherein a test data pattern is written into and read out from the memory cells coupled to the selected bit line pair in the test mode, so that a defect including a leak of the memory cell and a poor sensitivity of the sense amplifier is detectable from the read test data.

5. A semiconductor memory device comprising:

at least first and second bit line groups respectively including a plurality of bit lines;

a plurality of word lines;

at least first and second memory cell arrays respectively including a plurality of memory cells, each of the memory cells of the first memory cell array being coupled to one bit line of the first bit line group and one word line, each of the memory cells of the second memory cell array being coupled to one bit line of the second bit line group and one word line;

a sense amplifier for amplifying a potential difference on a selected bit line pair; and

switching means, coupled to the first and second bit line groups and responsive to a control signal, for coupling one of the first and second bit line groups to the sense amplifier during a normal read/write operation of the semiconductor memory device and for coupling both the first and second bit line groups to the sense amplifier in a test mode in

12

which an operation of the semiconductor memory device is tested,

the bit line of the first bit line group having a first capacitance during the normal read/write operation and having a second capacitance which is greater than the first capacitance in the test mode.

6. The semiconductor memory device as claimed in claim 5, wherein said sense amplifier is shared by the first and second memory cell array during the normal read/write operation and in the test mode.

7. The semiconductor memory device as claimed in claim 5, wherein each memory cell includes a transistor which is connected to one bit line and one word line, and a storage capacitor which is connected to the transistor.

8. The semiconductor memory device as claimed in claim 6, wherein a test data pattern is written into and read out from the memory cells coupled to a selected bit line pair of one of the first and second memory cell arrays in the test mode, so that a defect including a leak of the memory cell and a poor sensitivity of the sense amplifier is detectable from the read test data.

9. The semiconductor memory device as claimed in claim 5, which further comprises circuit means for generating the control signal which controls switching of said switching means during the normal read/write operation based on an address signal, and the control signal generated by said circuit means forcibly switches the switching means to couple both the first and second bit line groups to the sense amplifier in response to a predetermined signal which indicates the test mode.

10. The semiconductor memory device as claimed in claim 9, wherein the predetermined signal is an external signal received from outside the semiconductor memory device.

11. A method of testing an operation of a semiconductor memory device which comprises a sense amplifier, two bit line pairs coupled to said sense amplifier via switches, a plurality of word lines, at least one memory cell array including a plurality of memory cells, each of the memory cells being coupled to one bit line pair and one word line, said method comprising the steps of:

(a) varying a capacitance of at least a selected one of the bit line pairs in a test mode in which the operation of the semiconductor memory device is tested;

(b) writing test data into the memory cells coupled to the other of the bit line pairs; and

(c) reading the stored test data from the memory cells coupled to the other bit line pair;

wherein in step (a), the capacitance of the selected bit line pair is increased in the test mode compared to the capacitance of the selected bit line pair during normal read/write operation of the semiconductor memory device, whereby when said two bit line pairs are connected to said sense amplifier via said switches in the test mode, said selected bit line pair functions as a capacitor when the other of the two bit line pairs is in use.

12. The method as claimed in claim 11, wherein in said step (c), said sense amplifier, coupled to the bit line pairs, is further for amplifying a potential difference of a selected bit line pair during the normal read/write operation and in the test mode.

13. The method as claimed in claim 12, wherein the test data pattern is read out from the memory cells coupled to the other bit line pair by said step (c) in the test mode, so that a defect including a leak of the mem-

5,339,273

**13**

ory cell and a poor sensitivity of the sense amplifier is detectable from the read test data.

14. The method as claimed in claim 11, wherein the semiconductor memory device includes at least first and second bit line groups respectively including the pairs of bit lines, at least first and second memory cell arrays respectively including the plurality of memory cells, each of the memory cells of the first memory cell array being coupled to one bit line of the first bit line group and one word line, each of the memory cells of the second memory cell array being coupled to one bit line of the second bit line group and one word line, and a sense amplifier for amplifying a potential difference on a selected bit line pair, one of the first and second bit line groups being coupled to the sense amplifier during a normal read/write operation of the semiconductor memory device,

said step (a) coupling both the first and second bit line groups to the sense amplifier in the test mode so that the bit line of the first bit line group has a first capacitance which is greater than a second capacitance of the bit line during the normal read/write operation.

15. A method of testing an operation of a semiconductor memory device which comprises a plurality of bit lines, a plurality of word lines, at least one memory cell array including a plurality of memory cells, each of the memory cells being coupled to one bit line and one word line, said method comprising the steps of:

**14**

(a) varying a capacitance of at least a selected one of the bit lines in a test mode in which the operation of the semiconductor memory device is tested;

(b) writing test data into the memory cells coupled to a selected bit line; and

(c) reading the stored test data from the memory cells coupled to the selected bit line;

wherein the semiconductor memory device includes at least first and second bit line groups respectively including the plurality of bit lines, at least first and second memory cell arrays respectively including the plurality of memory cells, each of the memory cells of the first cell array being coupled to one bit line of the first bit line group and one word line, each of the memory cells of the second memory cell array being coupled to one bit line of the second bit line group and one word line, and a sense amplifier for amplifying a potential difference on a selected bit line pair, one of the first and second bit line groups being coupled to the sense amplifier during a normal read/write operation of the semiconductor memory device; and

in said step (a), coupling both the first and second bit line groups to the sense amplifier in the test mode so that the bit line of the first bit line group has a first capacitance which is greater than a second capacitance of the bit line during the normal read/write operation.

* * * * *