inputting of the corresponding write command regardless of whether tDSS is the shortest or the longest. The one-clock delay 619 is provided in order to insure that the write-amplifier-activation signal WRT and the column-selection pulse csp are not generated prior to a timing of the falling edge of the internal clock signal iCLK that corresponds to an end of the 1.5-cycle period.

In the first embodiment previously described, two address latches (latches 26 and 27) are provided, whereas the second embodiment is provided with two sets of data latches. The number of these latches or the number of these data latches is not limited to two, but, as is apparent from the disclosure, may be more than two depending on the length of the longest tDSS.

In the following, third and fourth embodiments will be described.

In the first embodiment, two latches (i.e., the latches 26 and 27) are provided for the purpose of latching addresses. Because of this, the case of the shortest tDSS as shown in FIG. 1 and the case of the longest tDSS as shown in FIG. 2 are properly dealt with. When the two bits (D0, D1) of the first data is supplied to the internal circuit, it is sufficient in the case of FIG. 1 to have a latch that stores a single address corresponding to the two-bit data. In the case of FIG. 2, however, there is a need to have latches which store two addresses including a first address for the first two-bit data and a second address for second two-bit data. If only one latch is provided, the case of FIG. 2 cannot be handled. Namely, the address for the first two-bit data is rewritten by the address for the next data as the first two-bit data is transferred to the internal circuit, so that writing of data in specified memory cells cannot be achieved. Further, when the address latches are implemented via shift registers such as the address latches 61 and 62 of FIG. 12, such a configuration cannot cope with the case of FIG. 1. These shift registers perform a data-shift operation while holding a plurality of consecutive addresses (two addresses in this example). Because of this, an address cannot be output to the internal circuit for at least one clock cycle after the acquisition of the address. Namely, when the first two-bit data is transferred to the internal circuit, a corresponding address cannot be output from the shift register to the internal circuit.

The second embodiment is provided with two parallel sets of data latches (51, 52, 53; 54, 55, 56) (see FIG. 12). This configuration is necessary in order to cope with a case (FIG. 13) in which two sets of data must remain intact in the storage when the first two-bit data is transferred to the internal circuit and a case (FIG. 14) in which only one set of data needs to be kept in the storage.

In the examples of FIGS. 1 and 2 (or FIGS. 13 and 14), a description was given with respect to a case in which the margin of the time period tDSS is equivalent to one clock cycle.

FIG. 23 is a timing chart for explaining timing relations between the clock signal, the data-strobe signal, and the data-write timings when the time period tDSS has a narrower margin (e.g., equivalent to half the clock cycle).

As is shown in the example of FIG. 23, the address buffers must keep two addresses stored therein including an address for first two-bit data and an address for next two-bit data when the first two-bit data (D0, D1) is transferred to the internal circuit in parallel. In the example of FIG. 23, there is only one pattern of timing relations as to how the addresses are acquired. Because of this, a configuration based on the address latch 61 plus the shift register 62 as described in connection with FIG. 12 can be employed as an

address-buffer configuration in place of the configuration using the latch 26 plus the latch 27 as shown in FIG. 3. It should be noted, however, that the shift register 62 of FIG. 12 delays an address signal by 1.5 clock cycles whereas the shift register in the third embodiment delays an address signal only by one clock cycle.

FIG. 24 is a block diagram of the third embodiment of the present invention. In FIG. 24, the same elements as those of FIG. 3 are referred to by the same numerals, and a description thereof will be omitted.

A semiconductor device 630 of FIG. 24 includes the data-input buffer 11, the data latch 14, the shift register 15, the data latch 16, the write amplifiers 29, 30, the odd-numbered-cell array 36, the even-numbered-cell array 37, the sense amplifiers 38, 39, the column decoders 40, 41, the read amplifiers 43, 44, the parallel-to-serial conversion unit 503, the output buffer 504, the data-strobe-input buffer 12, the command decoder 22, the write-command latch 23, the mode register 502, the burst-length-measurement counter 42, the clock generator 501, the write-pulse/column-selection-pulse generator 31, the address buffer 13, and the predecoders 34 and 35.

The semiconductor device of FIG. 24 does not includes the increment latch 24, the address generator 25, the latches 26, 27, the address buffer 28, the address generator 33, the internal-clock generator 21, the frequency dividers 17, 18, the latch-input-clock generator 20, and the latch-output-clock generator 19, all of which are shown in FIG. 3. Instead, the semiconductor device of FIG. 24 includes an internal-clock generator 632 and an address generator 631.

The internal-clock generator 632 has the same configuration as the internal-clock generator 60 of FIG. 12, and the address generator 631 has a configuration that combines the address latch 61, the shift register 62, the address generator 25, and the address buffer 28 of FIG. 12.

With regard to the write-pulse/column-selection-pulse generator of FIG. 24, the AND circuit 514 of FIG. 10 has one input thereof directly connected to the write-enable signal wrtz. Instead of this configuration, this input of the AND circuit 514 may be connected to the write-enable signal wrtz via such a one-clock delay as the one-clock delay 619 of FIG. 22. In the third embodiment, the first two-bit data D0 and D1 are not supplied to the internal circuit until at least one clock cycle after the inputting of the corresponding write command regardless of the time period tDSS. It is desirable, therefore, to provide a one-clock-delay circuit in order to insure that a write pulse/column-selection pulse is not generated by accident due to noise in the data-strobe signal DS or the like within one clock cycle from the inputting of the write command.

In this manner, the third embodiment has a simpler structure than the first embodiment.

FIG. 25 is a block diagram of the fourth embodiment of the present invention.

The second embodiment of FIG. 12 is provided with the two sets of data latches so as to satisfy such timing conditions as required in the case of FIG. 13 and the case of FIG. 14. When the tolerable margin of the time period tDSS is narrower than that of the second embodiment, there is a case in which it is sufficient for the data latches to hold only the first two-bit data at a moment when a corresponding address is output to the internal circuit 1.5 clock cycles after the acquisition of this address as shown in FIG. 14 regardless of where the actual time period tDSS is located within the tolerable margin. In such a case, one set of data latches (14, 15, 16) as in FIG. 3 may be used in place of the two sets of data latches (51, 52, 53; 54, 55, 56) as shown in FIG. 12.

In FIG. 25, the same elements as those of FIG. 12 are referred to by the same numerals, and a description thereof will be omitted.

A semiconductor device 640 of FIG. 25 includes the data-input buffer 11, the write amplifiers 29, 30, the odd-numbered-cell array 36, the even-numbered-cell array 37, the sense amplifiers 38, 39, the column decoders 40, 41, the read amplifiers 43, 44, the parallel-to-serial conversion unit 503, the output buffer 504, the data-strobe-input buffer 12, the command decoder 22, the mode-command latch 23, the mode register 502, the burst-length-measurement counter 42, the clock generator 501, the write-pulse/column-selection-pulse generator 31, the address buffer 13, the predecoders 34, 35, and the internal-clock generator 60.

The semiconductor device 640 of FIG. 25 does not include the data latch 51, the shift register 52, the data latch 53, the data latch 54, the shift register 55, the data latch 56, the delay circuit 57, the frequency dividers 17, 18, the latch-input-clock generator 58, and the latch-output-clock generator 59, all of which are shown in FIG. 12. Instead, the semiconductor device 640 includes a serial-to-parallel conversion unit 641 comprised of a data latch 642, a shift register 643, and a data latch 644. The serial-to-parallel conversion unit 641 has the same configuration as the serial-to-parallel conversion unit 505 of the first embodiment shown in FIG. 3.

In this manner, the semiconductor memory device of the fourth embodiment has a simpler structure than does the second embodiment. In the fourth embodiment, just as in the second embodiment, addresses are acquired in synchronism with the clock signal, and data are acquired in synchronism with the data-strobe signal different from the clock signal, yet the internal circuit of the semiconductor device processes both the address and the data in synchronism with the clock signal.

Further, the present invention is not limited to these embodiments, but various variations and modifications may be made without departing from the scope of the present invention.

The present application is based on Japanese priority application No.10-022257 filed on Feb. 3, 1998, with Japanese Patent Office, the entire contents of which are hereby incorporated by reference.

What is claimed is:

1. A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal, said semiconductor device comprising:
   address-latch circuits which latches the addresses;
   a first control circuit which selects one of said address-latch circuits in sequence in response to the clock signal, and controls the selected one of said address-latch circuits to latch a corresponding one of the addresses in response to the clock signal; and
   a second control circuit which selects one of said address-latch circuits in sequence in response to the strobe signal, and controls the selected one of said address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

2. The semiconductor device as claimed in claim 1, wherein said first control circuit includes a first frequency divider configured to divide a frequency of the clock signal, and selects one of said address-latch circuits in sequence by using the frequency-divided clock signal from said first frequency divider, and said second control circuit includes a second frequency divider configured to divide a frequency

of the strobe signal, and selects one of said address-latch circuits in sequence by using the frequency-divided clock signal from said second frequency divider.

3. The semiconductor device as claimed in claim 1, further comprising:
   an increment-latch circuit which latches one of the addresses in synchronism with the clock signal; and
   an address-generation circuit which increments the one of the addresses latched by said increment-latch circuit by 1, and supplies the incremented address to said address-latch circuits,
   wherein each of said address-latch circuits configured so as to be capable of selecting the corresponding one of the addresses externally provided or the incremented address supplied from said address-generation circuit for the latching operation thereof.

4. The semiconductor device as claimed in claim 1, further comprising an address buffer, wherein said address-latch circuits supply the addresses to said address buffer without a clock-cycle delay during a read operation.

5. The semiconductor device as claimed in claim 1, further comprising data-latch circuits, each of which latches a corresponding datum of the data in synchronism with the strobe signal, and outputs the corresponding datum of the data in synchronism with the strobe signal.

6. The semiconductor device as claimed in claim 5, wherein said data-latch circuits operate in response to a write-enable signal which is generated in response to a write command to said semiconductor device.

7. The semiconductor device as claimed in claim 6, wherein the write-enable signal controls said first control circuit and said second control circuit to operate for a predetermined time period after receiving the write command.

8. The semiconductor device as claimed in claim 5, wherein said data-latch circuit comprises:
   a first data-latch circuit which latches a corresponding datum of the data in synchronism with a rising edge of the strobe signal; and
   a second data-latch circuit which latches a corresponding datum of the data in synchronism with a falling edge of the strobe signal.

9. A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal, said semiconductor device comprising:
   data-latch circuits;
   a first control circuit which selects one of said data-latch circuits in sequence in response to the strobe signal, and controls the selected one of said data-latch circuits to latch a corresponding datum of the data in response to the strobe signal; and
   a second control circuit which selects one of said data-latch circuits in sequence in response to the clock signal, and controls the selected one of said data-latch circuits to output a corresponding datum of the data in response to the clock signal.

10. The semiconductor device as claimed in claim 9, wherein said first control circuit includes a first frequency divider configured to divide a frequency of the strobe signal, and selects one of said data-latch circuits in sequence by using the frequency-divided strobe signal from said first frequency divider, and said second control circuit includes a second frequency divider configured to divide a frequency of the clock signal, and selects one of said data-latch circuits in sequence by using the frequency-divided clock signal from said second frequency divider.

US 6,292,428 B1

**27**

11. The semiconductor device as claimed in claim 9, wherein each of said data-latch circuits includes:

a first latch which latches a corresponding datum of the data in synchronism with a rising edge of the strobe signal; and

a second latch which latches a corresponding datum of the data in synchronism with a falling edge of the strobe signal.

12. The semiconductor device as claimed in claim 9, wherein said address-latch circuit operates in response to a write-enable signal which is generated in response to a write command to said semiconductor device.

13. The semiconductor device as claimed in claim 12, wherein the write-enable signal controls said first control circuit and second control circuit to operate for a predetermined time period after receiving the write command.

14. The semiconductor device as claimed in claim 9, further comprising an address-latch circuit which latches the addresses in sequence in synchronism with the clock signal, and outputs the addresses in synchronism with the clock signal.

15. The semiconductor device as claimed in claim 14, further comprising

an address-generation circuit which increments one of the addresses latched by said address-latch circuit, and supplies the incremented address to said address-latch circuit,

wherein said address-latch circuit is configured so as to be capable of selecting the addresses externally provided or the incremented address supplied from said address-generation circuit for the latching operation thereof.

16. The semiconductor device as claimed in claim 14, wherein said address-latch circuit includes a delay circuit which delays output timings of the addresses by a predetermined number of cycles of the clock signal.

17. The semiconductor device as claimed in claim 14, further comprising an address buffer, wherein said address-latch circuit supplies the addresses to said address buffer without a clock-cycle delay during a read operation.

18. A memory circuit receiving a clock signal and a strobe signal which have an identical cycle but have independent timings, comprising:

an address-input circuit which latches address signals in response to the clock signal, and outputs the address signals in response to a timing signal;

a data-input circuit which latches data signals in response to the strobe signal, and outputs the data signals in response to said timing signal; and

an internal circuit which writes the data signals supplied from the data-input circuit in memory cells indicated by the address signals supplied form the address-input circuit.

19. The memory circuit as claimed in claim 18, wherein said data-input circuit latches the data signals in synchronism with rising edges and falling edges of the strobe signal.

20. The memory circuit as claimed in claim 18, wherein said timing signal is responsive to the strobe signal.

21. The memory circuit as claimed in claim 20, wherein the address-input circuit includes:

a first latch circuit which latches the address signal in response to a first rising edge of the clock signal, and outputs the address signal in response to the timing signal; and

a second latch circuit, connected in parallel to the first latch circuit, which latches next address signal in

**28**

response to a next rising edge of the clock signal, and outputs the next address signal in response to the timing signal.

22. The memory circuit as claimed in claim 21, wherein the address-input circuit outputs the address signal prior to outputting the next address signal.

23. The memory circuit as claimed in claim 20, wherein said address-input circuit includes a shift register which operates in response to the clock signal.

24. A method of writing data in the memory circuit of claim 23, comprising a step of adjusting an input timing of the strobe signal relative to the clock signal such that said shift register stores two addresses at a time when the data-input circuit outputs the data signals.

25. The memory circuit as claimed in claim 20, further comprising:

a decode circuit which receives the address signal from the address-input circuit, and decodes the address signal in response to a first activation signal; and

a write amplifier which receives the data signal from the data-input circuit, and amplifies the data signal in response to a second activation signal in a data-write mode,

wherein both of the first and second activation signals are responsive to the strobe signal in the data-write mode.

26. The memory circuit as claimed in claim 25, wherein in a data-read mode, the first activation signal is responsive to the clock signal, and the second activation signal is in a deactivated state.

27. The memory circuit as claimed in claim 25, wherein in the data-write mode, the first activation signal activates said decode circuit after said address-input circuit outputs the address signals, and the second activation signal activates said write amplifier after said data-input circuit outputs the data signals.

28. The memory circuit as claimed in claim 18, wherein said timing signal is responsive to the clock signal.

29. The memory circuit as claimed in claim 28, wherein said data-input circuit includes:

a first data-input circuit which latches the data signals in sequence in response to a first rising edge and a first falling edge of the strobe signal, and outputs the data signals in parallel in response to the timing signal; and

a second data-input circuit, connected in parallel to the first data-input circuit, which latches next data signals in sequence in response to a next rising edge and a next falling edge of the strobe signal, and outputs the next data signals in parallel in response to the timing signal.

30. The memory circuit as claimed in claim 29, wherein said data-input circuit outputs the data signals prior to outputting the next data signals.

31. The memory circuit as claimed in claim 28, wherein said data-input circuit includes a first data-input circuit which latches the data signals in sequence in response to a rising edge and a falling edge of the strobe signal, and outputs the data signals in parallel in response to the timing signal.

32. The memory circuit as claimed in claim 31, wherein said first data-input circuit latches next data signals after outputting the data signals.

33. The memory circuit as claimed in claim 28, wherein said address-input circuit includes a shift register which operates in response to the clock signal.

34. The memory circuit as claimed in claim 33, wherein said shift register delays the address signals by 1.5 clock cycles of the clock signal.

US 6,292,428 B1

29

**35**. The memory circuit as claimed in claim **28**, further comprising:

a decode circuit which receives the address signal from the address-input circuit, and decodes the address signal in response to a first activation signal; and

a write amplifier which receives the data signal from the data-input circuit, and amplifies the data signal in response to a second activation signal in a data-write mode,

wherein both of the first and second activation signals are responsive to the clock signal in the data-write mode.

**36**. The memory circuit as claimed in claim **39**, wherein in a data-read mode, the first activation signal is responsive to the clock signal, and the second activation signal is in a deactivated state.

**37**. The memory circuit as claimed in claim **35**, wherein in the data-write mode, the first activation signal activates said decode circuit after said address-input circuit outputs the address signals, and the second activation signal activates said write amplifier after said data-input circuit outputs the data signals.

**38**. The memory circuit as claimed in claim **18**, wherein a timing at which said address-input circuit outputs the address signals is concurrent with a timing at which said data-input circuit outputs the data signals corresponding to the address signals.

**39**. A memory circuit, comprising:

an address-input circuit which latches address signals in response to a clock signal, and outputs the address signals in response to a timing signal;

a data-input circuit which latches data signals in response to a strobe signal, and outputs the data signals in response to the timing signal;

an internal circuit which writes the data signals supplied from the data-input circuit in memory cells indicated by the address signals supplied from the address-input circuit; and

the strobe signal has a cycle identical to that of the clock signal, and a first timing of a first rising edge of the strobe signal is different from a second timing of a corresponding rising edge of the clock signal.

**40**. The memory circuit as claimed in claim **39**, wherein the first timing is later than the second timing with a timing gap therebetween being shorter than one cycle of the clock signal.

30

**41**. A memory circuit, comprising:

an address-input circuit which latches address signals in response to a clock signal, and outputs the address signals in response to a timing signal, said address-input circuit includes a shift register which operates in response to the clock signal;

a data-input circuit which latches data signals in response to a strobe signal, and outputs the data signals in response to the timing signal;

an internal circuit which writes the data signals supplied from the data-input circuit in memory cells indicated by the address signals supplied from the address-input circuit;

said timing signal is responsive to the clock signal; and

a bypass circuit provided in parallel to said shift register, wherein the address signals pass through the bypass circuit and bypass said shift register in a data-read mode.

**42**. A memory circuit, comprising:

an address-input circuit which latches address signals in response to a clock signal, and outputs the address signals in response to a timing signal, the address-input circuit includes a shift register which operates in response to the clock signal;

a data-input circuit which latches data signals in response to a strobe signal, and outputs the data signals in response to the timing signal;

an internal circuit which writes the data signals supplied from the data-input circuit in memory cells indicated by the address signals supplied from the address-input circuit;

the said timing signal is responsive to the strobe signal; and

a bypass circuit provided in parallel to said shift register, wherein the address signals pass through the bypass circuit and bypass said shift register in a data-read mode.

\* \* \* \* \*

# EXHIBIT S



US006320819B2

(12) **United States Patent** (10) **Patent No.:** **US 6,320,819 B2**
Tomita et al. (45) **Date of Patent:** **Nov. 20, 2001**

(54) **SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS**

(75) Inventors: **Hiroyoshi Tomita; Tatsuya Kanda,** both of Kawasaki (JP)

(73) Assignee: **Fujitsu Limited**, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/733,961**

(22) Filed: **Dec. 12, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/240,007, filed on Jan. 29, 1999.

(30) **Foreign Application Priority Data**

Feb. 3, 1998 (JP) ................................................. 10-022257

(51) Int. Cl.[7] ...................................................... G11C 8/00
(52) U.S. Cl. ............... 365/233; 365/189.05; 365/230.08; 365/194
(58) Field of Search ............................... 365/233, 189.05, 365/230.08, 194

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,341,341 | 8/1994 | Fukuzo . |
| 5,850,368 | 12/1998 | Ong et al. . |
| 5,892,730 | 4/1999 | Sato et al. . |
| 5,917,772 | * 6/1999 | Pawlowski .................. 365/230.08 X |
| 6,064,625 | 5/2000 | Tomita . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 7-141870 | 6/1995 | (JP) . |
| 10-269781 | 10/1998 | (JP) . |
| 11-16346 | 1/1999 | (JP) . |
| 12-163954 | 6/2000 | (JP) . |
| 12-40363 | 8/2000 | (JP) . |

OTHER PUBLICATIONS

Korean Intellectual Property Office Action Translation, dated Dec. 6, 2000, 2 Pages with Japanese Unexamined Patent Publication No. Hei 7–141780 (Jun. 2, 1995), 1 page.

* cited by examiner

*Primary Examiner*—Huan Hoang
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn PLLC

(57) **ABSTRACT**

A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal includes address-latch circuits, a first control circuit which selects one of the address-latch circuits in sequence in response to the clock signal, and controls the selected one of the address-latch circuits to latch a corresponding one of the addresses in response to the clock signal, and a second control circuit which selects one of the address-latch circuits in sequence in response to the strobe signal, and controls the selected one of the address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

**6 Claims, 25 Drawing Sheets**



# FIG. 1



Case 4:06-cv-00602-CW Document 24-154    Filed 07/17/2007    Page 8 of 31

# FIG. 2



FIG.3





Case 1:06-cv-00665-W Document 24-1-34    Filed 07/17/2007    Page 11 of 31



FIG.5

Case 4:07-cv-03672-CW Document 24-14 Filed 07/17/2007 Page 12 of 31



FIG.6

Case 4:06-cv-00672-CW Document 24-14 Filed 07/17/2007 Page 13 of 31



FIG.7

Case 4:07-cv-00872-CW Document 24-14 Filed 07/17/2007 Page 4 of 31



FIG.8

Case 1:06-cv-00672-CW   Document 24-1-54   Filed 07/7/2007   Page 15 of 31

# FIG.9



Case 4:07-cv-03672-CW Document 1-4 Filed 07/17/2007 Page 16 of 31



FIG.10



FIG.11

Case 4:07-cv-03672-CW Document 1-34 Filed 07/17/2007 Page 18 of 31

## FIG.12



FIG. 13





FIG. 14

Case 4:07-cv-03672-CW Document 24-14 Filed 07/17/2007 Page 21 of 31

FIG.15



Case 4:06-cv-00672-CW Document 24-14 Filed 07/17/2007 Page 22 of 31



FIG.16

Case 4:06-cv-00672-CW Document 24-14    Filed 07/7/2007    Page 23 of 31



FIG.17

Case 4:07-cv-03672-CW Document 1-4    Filed 07/17/2007    Page 24 of 31

# FIG.18



# FIG.19



Case 4:07-cv-06072-CW Document 24-14 Filed 07/7/2007 Page 26 of 31



FIG.20

Case 4:07-cv-03672-CW Document 24-14 Filed 07/17/2007 Page 27 of 31

# FIG.21



Case 4:07-cv-03672-CW Document 1-4 Filed 07/17/2007 Page 28 of 31

# FIG.22





FIG.23

Case 4:06-cv-00072-WDo Document 24-1-34 Filed 07/17/2007 Page 30 of 31

FIG.24



Case 4:07-cv-03672-CW Document 1-34 Filed 07/17/2007 Page 31 of 31



FIG.25