1  RODNEY J. JACOB, ESQ.
2  DANIEL M. BENJAMIN, ESQ.
   CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:  (671) 646-9403

6  Attorneys for Defendant
7  FUJITSU LIMITED

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

NANYA TECHNOLOGY CORP.,

                    Plaintiff,

        -v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

                    Defendants.

CIVIL CASE NO. 06-CV-00025

**FUJITSU LIMITED'S MOTION FOR LEAVE TO FILE PORTABLE DOCUMENT FORMAT ("PDF") AND FACSIMILES COPIES PENDING RECEIPT OF ORIGINAL**

[NO ORAL ARGUMENT REQUESTED]

{G0017147.DOC;1}
CIVIL CASE NO. 06-CV-00025

**ORIGINAL**

NOW COMES Defendant Fujitsu Limited[1] ("Fujitsu") and respectfully moves this Honorable Court for leave to file herewith PDF and/or facsimile copies of the following documents pending receipt of the originals:

1) Shigeshi Tanaka Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

2) Shigeru Kitano Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

3) Yuichi Sakoda Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

4) Takao Miura Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

5) Katsuya Irie Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

6) Declaration of Michael M. Murray in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

7) Declaration of Christopher E. Chalsen in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

This motion is made pursuant to GR 5.1(a) of the Local Rules of Practice for the District Court of Guam. Fujitsu seeks leave to file the copies pending receipt of the originals on the ground that the signatories are located in Japan and New York, and it was not possible in the time available to transmit the originals to Guam for filing. The original documents are being sent

---

[1] Fujitsu is filing herewith an objection to an ex parte Order regarding the means of service of process upon it. The filing of this procedural motion is necessary to those objections. It is not a waiver of Fujitsu's continuing objections with regard to service.

Similarly, in filing this necessary procedural motion, Fujitsu does not in any way consent to personal jurisdiction over it in this matter, and respectfully reserves the right to raise that issue

*CIVIL CASE NO. 06-CV-00025*                                                            {G0017147.DOC;1} 1

1  to counsel, and will be filed with the Court upon receipt. Pending receipt of the originals, Fujitsu
2  therefore requests leave to file the pdf and/or facsimile copies, which are being filed herewith.
3      Respectfully submitted this 20th day of November, 2006.

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
    DANIEL M. BENJAMIN

---

(and others as permitted under Fed. R. Civ. Proc. 12) in its first responsive pleading if and when it is properly served with the complaint in this matter.

*CIVIL CASE NO. 06-CV-00025*     {G0017147.DOC;1} 2