1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:  (671) 646-9403

6  Attorneys for Defendant
7  FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| NANYA TECHNOLOGY CORP., | CIVIL CASE NO. 06-CV-00025 |
|---|---|
| Plaintiff, | FUJITSU MICROELECTRONICS AMERICA, INC.S MOTION FOR LEAVE TO FILE PORTABLE DOCUMENT FORMAT ("PDF") AND FACSIMILES COPIES PENDING RECEIPT OF ORIGINAL |
| -v- | |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | [NO ORAL ARGUMENT REQUESTED] |

ORIGINAL

{G0017150.DOC;1}
CIVIL CASE NO. 06-CV-00025

NOW COMES Defendant Fujitsu Microelectronics America, Inc.[1] ("FMA") and respectfully moves this Honorable Court for leave to file herewith PDF and/or facsimile copies of the following documents pending receipt of the originals:

1) **Declaration of Christopher E. Chalsen in Support of Defendant Fujitsu Microelectronics American, Inc.'s Motion to Extend Time;**

2) **Application for Admission Pro Hac Vice of Chris L. Holm**

3) **Declaration of Chris L. Holm in Support of Application for Admission Pro Hac Vice;**

4) **Application for Admission Pro Hac Vice of Frank A. Bruno;**

5) **Declaration of Frank A. Bruno in Support of Application for Admission Pro Hac Vice;**

6) **Application for Admission Pro Hac Vice of Lawrence T. Kass;**

7) **Declaration of Lawrence T. Kass in Support of Application for Admission Pro Hac Vice;**

8) **Application for Admission Pro Hac Vice of Christopher E. Chalsen**

9) **Declaration of Christopher E. Chalsen in Support of Application for Admission Pro Hac Vice;**

10) **Application for Admission Pro Hac Vice of Michael M. Murray**

11) **Declaration of Michael M. Murray in Support of Application for Admission Pro Hac Vice;**

This motion is made pursuant to GR 5.1(a) of the Local Rules of Practice for the District Court of Guam. FMA seeks leave to file the copies pending receipt of the originals on the ground that the signatories are located in Japan and New York, and it was not possible in the time available to transmit the originals to Guam for filing. The original documents are being sent

---

[1] In filing this necessary procedural motion, FMA does not in any way consent to personal jurisdiction over it in this matter, and respectfully reserves the right to raise that issue (and others as permitted under Fed. R. Civ. Proc. 12) in its first responsive pleading.

1  to counsel, and will be filed with the Court upon receipt.  Pending receipt of the originals, FMA
2  therefore requests leave to file pdf and/or facsimile copies, which are being filed herewith.
3      Respectfully submitted this 20th day of November, 2006.

               CALVO & CLARK, LLP
               Attorneys at Law
               Attorneys for Defendant
               *Fujitsu Microelectronics America, Inc.*

               By: _[signature]_____
                    Daniel M. Benjamin