**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*



FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. CV06-00025 <br><br><br> PLAINTIFFS' SUBMISSION OF PROOF OF SERVICE OF SUMMONS |

Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A. hereby submits the Proof of Service of Summons on the Defendant, Fujitsu Microelectronics America, Inc., through Jesus Martinez, at its place of business located at

SUBMISSION OF PROOF OF SERVICE          ORIGINAL

1.

1280 E. Arques Avenue, Building E-7, Sunnyvale, California 94088, which Proof of Service was executed and completed by Antonio Paulo, III, a registered process server of the State of California. Mr. Paulo's address is 255 N. Market Street, No. 246, San Jose, California 95110. Evidence of the above is attached hereto as Exhibit "A" and incorporated herein by reference.

DATED at Hagåtña, Guam, on November 20, 2006.

**TEKER TORRES & TEKER, P.C.**

By /s/ JOSEPH C. RAZZANO
JOSEPH C. RAZZANO, ESQ.

SUBMISSION OF PROOF OF SERVICE

2.

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

**NANYA TECHNOLOGY CORP.,**

        Plaintiff,

    V.

**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,**

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00025**

TO: (Name and address of Defendant) **FUJITSU MICROELECTRONICS AMERICA, INC.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Razzano, Esq.
Teker Torres & Teker, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

SEP 13 2006

CLERK          DATE

/s/ Walter M. Tenorio

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/31/2006 |
| NAME OF SERVER (PRINT) Antonio Paulo III | TITLE | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1280 E. Arques Avenue, Bldg. E-1, Sunnyvale, CA 94088 by serving Jesus Martinez

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/31/2006
          Date

Signature of Server: Antonio Paulo III

Address of Server: 255 N. Market Street #246
San Jose, CA 95110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.