**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*



FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. CV06-00025 <br><br><br> CERTIFICATE OF SERVICE |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1.   I am over the age of majority and am competent to testify regarding the matters stated herein.

2.

2. I hereby certify that on November 20, 2006, a true and exact copy of Plaintiffs' First Amended Complaint was served, via hand delivery, on the Defendant, Fujitsu Microelectronics America, Inc., through its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on November 20, 2006.

*[signature]*
JOSEPH C. RAZZANO

CERTIFICATE OF SERVICE