| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ.<br>2  DANIEL M. BENJAMIN, ESQ.<br>   CALVO & CLARK, LLP<br>3  Attorneys at Law<br>   655 South Marine Corps Drive, Suite 202<br>4  Tamuning, Guam  96913<br>   Telephone:   (671) 646-9355<br>5  Facsimile:    (671) 646-9403 | **FILED**<br>DISTRICT COURT OF GUAM<br>NOV 20 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

6

7  Attorneys for Defendant
   FUJITSU MICROELECTRONICS AMERICA, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10                      DISTRICT OF GUAM

11  NANYA TECHNOLOGY CORP.,            CIVIL CASE NO. 06-CV-00025

12

13                  Plaintiff,

14          -v-                        **CONSENT OF RODNEY J. JACOB IN
                                       SUPPORT OF APPLICATION FOR
15                                     ADMISSION PRO HAC VICE OF
                                       CHRIS L. HOLM**
16  FUJITSU LIMITED, FUJITSU
    MICROELECTRONICS AMERICA, INC.,

17
                    Defendants.
18

19

...

28                         **ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
{G0017107.DOC;1}

1  I, Rodney J. Jacob, a member of the Guam Bar in good standing admitted to
2  practice before this Court, hereby consent to serve as the Local Counsel under General Rule
3  17.1(e) for the purposes of the admission in this proceeding of Chris L. Holm to this Court *pro*
4  *hac vice*.
5  
6  I declare under penalty of perjury pursuant to the laws of the United States and of
7  the Territory of Guam that the foregoing statements are true and correct.
8  Executed this 18th day of November, 2006, in Tamuning, Guam.

_____
**RODNEY J. JACOB**

*CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION*
*PRO HAC VICE OF CHRIS L. HOLM*
*CIVIL CASE NO. 06-CV-00025*
{G0017107.DOC;1}

1