Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, et al., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **APPLICATION FOR ADMISSION *PRO HAC VICE* OF *LAWRENCE T. KASS*** |

NOW COMES Lawrence T. Kass of the New York, New York firm Milbank, Tweed, Hadley & McCloy LLP and makes application under GR 17.1(d) for admission *pro hac vice*, having been retained by Defendant Fujitsu Microelectronics America, Inc., a California

corporation ("FMA") to defend its interests in the above-captioned litigation, and would respectfully show unto the Court as follows:

I.

Lawrence T. Kass is not a resident of Guam.

II.

Lawrence T. Kass is not regularly employed in Guam.

III.

Lawrence T. Kass is not regularly engaged in business or other activities in Guam.

IV.

Lawrence T. Kass resides at 96 Sun Valley Way, Morris Plains, NJ 07950, and practices as a principal attorney with Milbank, Tweed, Hadley & McCloy, LLP, at 1 Chase Manhattan Plaza, New York, New York 10005. His office telephone number (212) 530-5000 and facsimile number is (212) 530-5219.

V.

Lawrence T. Kass was admitted and is an active member in good standing of the bar of the U.S. Supreme Court being admitted on July 31, 2006, the U.S. Court of Appeals for the Federal Circuit being admitted on August 15, 1996, the U.S. District Court for the Southern District of New York being admitted on May 28, 1996, the U.S. District Court for the Eastern District of New York being admitted on June 28, 1996, the U.S. Patent and Trademark Office being admitted on August 4, 1997, and State of New York being admitted in 1996 and an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia.

### VI.

Lawrence T. Kass is not currently suspended or disbarred in any court, nor has he ever been.

### VII.

Lawrence T. Kass has been retained by FMA to represent FMA herein.

### VII.

Lawrence T. Kass has never sought *pro hac vice* admission to this District.

### IX.

Lawrence T. Kass has designated Rodney J. Jacob, of Calvo & Clark LLP, as local counsel, under GR 17.1(d)(2)(E) and (e). Mr. Jacob is an active member in good standing of the bar of this Court. Mr. Jacob has consented to this designation *infra*.

### X.

No waiver of any jurisdictional or venue challenge that may be made by FMA is intended by this application.

### XI.

All facts asserted herein are attested to by Lawrence T. Kass, in the accompanying Declaration.

WHEREFORE, PREMISES CONSIDERED, Lawrence T. Kass, of Milbank, Tweed, Hadley & McCloy LLP, applies for admission *pro hac vice*, to serve as lead counsel for FMA, through and including trial and/or judgment herein.

Dated: November 5, 2006

_____
CHRISTOPHER E. CHALSEN
New York Bar No. 1916485
(Seeking admission *Pro Hac Vice*)
MICHAEL M. MURRAY
New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
LAWRENCE T. KASS
New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
FRANK A. BRUNO
New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY
  & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone (212) 530-5000
Facsimile (212) 530-5219

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.