Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, et al., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **DECLARATION OF LAWRENCE T. KASS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

LAWRENCE T. KASS declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I make this declaration in support of my application for admission *pro hac vice* pursuant to GR 17.1(d), having been retained by Defendant Fujitsu Microelectronics America, Inc. ("Fujitsu MA"), to defend its interests in the above-captioned litigation.

3. I am an active member in good standing of the bar of the U.S. Supreme Court being admitted on July 31, 2006, the U.S. Court of Appeals for the Federal Circuit being admitted on August 15, 1996, the U.S. District Court for the Southern District of New York being admitted on May 28, 1996, the U.S. District Court for the Eastern District of New York being admitted on June 28, 1996, the U.S. Patent and Trademark Office being admitted on August 4, 1997, and State of New York being admitted in 1996 and an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia.

4. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

5. I agree to abide by the Standards of Professional Conduct, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

6. An attorney who is a member of the bar of this Court in good standing and who maintains an office within Guam has been designated co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

Rodney J. Jacob
Kathleen V. Fisher

Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York, November 15, 2006.

_____
LAWRENCE T. KASS