1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:  (671) 646-9403

6  Attorneys for Defendant
7  FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

NANYA TECHNOLOGY CORP.,

Plaintiff,

-v-

FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,

Defendants.

CIVIL CASE NO. 06-CV-00025

**CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF LAWRENCE T. KASS**

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*
{G0017105.DOC;1}

1  I, Rodney J. Jacob, a member of the Guam Bar in good standing admitted to practice before this Court, hereby consent to serve as the Local Counsel under General Rule 17.1(e) for the purposes of the admission in this proceeding of Lawrence T. Kass to this Court *pro hac vice.*

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing statements are true and correct.

Executed this __18th__ day of November, 2006, in Tamuning, Guam.

*[signature]*
RODNEY J. JACOB

*ONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION*
*PRO HAC VICE OF LAWRENCE T. KASS*
*CIVIL CASE NO. 06-CV-00025*
{G0017136.DOC;1}

1