Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, et al., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **DECLARATION OF MICHAEL M. MURRAY IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

MICHAEL M. MURRAY declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I make this declaration in support of my application for admission *pro hac vice* pursuant to GR 17.1(d), having been retained by Defendant Fujitsu Microelectronics America, Inc. ("FMA"), to defend its interests in the above-captioned litigation.

3. I am an active member in good standing of the bar of the Federal Circuit Court of Appeals being admitted on 11/16/90, Eastern District of New York being admitted on 9/10/96, Southern District of New York being admitted on 9/10/96, District of Massachusetts being admitted in 1990, District of Colorado being admitted in 2002, State of New York being admitted on 1/31/96, and State of Massachusetts being admitted on 12/14/88.

4. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

5. I agree to abide by the Standards of Professional Conduct, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

6. An attorney who is a member of the bar of this Court in good standing and who maintains an office within Guam has been designated co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Rodney J. Jacob
> Kathleen V. Fisher
> Daniel M. Benjamin
> Calvo & Clark LLP
> 655 South Marine Corp Drive
> Suite 202
> Tamuning, Guam 96913
> (671) 646-9355

I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York, November 15, 2006.

_____
MICHAEL M. MURRAY