| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ. | |
| 2  DANIEL M. BENJAMIN, ESQ. | **FILED** |
|    CALVO & CLARK, LLP | DISTRICT COURT OF GUAM |
| 3  Attorneys at Law | |
|    655 South Marine Corps Drive, Suite 202 | NOV 20 2006 |
| 4  Tamuning, Guam 96913 | |
|    Telephone:  (671) 646-9355 | MARY L.M. MORAN |
| 5  Facsimile:   (671) 646-9403 | CLERK OF COURT |

Attorneys for Defendant
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| -v- | **CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF MICHAEL M. MURRAY** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
{G0017138.DOC;1}

I, Rodney J. Jacob, a member of the Guam Bar in good standing admitted to practice before this Court, hereby consent to serve as the Local Counsel under General Rule 17.1(e) for the purposes of the admission in this proceeding of Michael M. Murray to this Court *pro hac vice*.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing statements are true and correct.

Executed this 16th day of November, 2006, in Tamuning, Guam.

_____
RODNEY J. JACOB

*CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF MICHAEL M. MURRAY*
*CIVIL CASE NO. 06-CV-00025*
{G0017138.DOC;1}

1