Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, et al., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **APPLICATION FOR ADMISSION *PRO HAC VICE* OF FRANK A. BRUNO** |

NOW COMES Frank A. Bruno of the New York, New York firm Milbank, Tweed, Hadley & McCloy LLP and makes application under GR 17.1(d) for admission *pro hac vice*, having been retained by Defendant Fujitsu Microelectronics America, Inc., a California

corporation ("FMA") to defend its interests in the above-captioned litigation, and would respectfully show unto the Court as follows:

I.

Frank A. Bruno is not a resident of Guam.

II.

Frank A. Bruno is not regularly employed in Guam.

III.

Frank A. Bruno is not regularly engaged in business or other activities in Guam.

IV.

Frank A. Bruno resides at 102 E. 22nd Street, Apt. 8C, New York, NY 10010, and practices as a principal attorney with Milbank, Tweed, Hadley & McCloy, LLP, at 1 Chase Manhattan Plaza, New York, New York 10005. His office telephone number (212) 530-5000 and facsimile number is (212) 530-5219.

V.

Frank A. Bruno was admitted and is an active member in good standing of the bar of the Eastern and Southern Districts of New York being admitted in 2000, State of New Jersey being admitted in 1999 (inactive bar no. 02194-1999), and State of New York being admitted in 2000 and an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia.

VI.

Frank A. Bruno is not currently suspended or disbarred in any court, nor has he ever been.

## VII.

Frank A. Bruno has been retained by FMA to represent FMA herein.

## VII.

Frank A. Bruno has never sought *pro hac vice* admission to this District.

## IX.

Frank A. Bruno has designated Rodney J. Jacob, of Calvo & Clark LLP, as local counsel, under GR 17.1(d)(2)(E) and (e). Mr. Jacob is an active member in good standing of the bar of this Court. Mr. Jacob has consented to this designation *infra*.

## X.

No waiver of any jurisdictional or venue challenge that may be made by FMA is intended by this application.

## XI.

All facts asserted herein are attested to by Frank A. Bruno, in the accompanying Declaration.

WHEREFORE, PREMISES CONSIDERED, Frank A. Bruno, of Milbank, Tweed, Hadley & McCloy LLP, applies for admission *pro hac vice*, to serve as lead counsel for FMA, through and including trial and/or judgment herein.

Dated: November 16, 2006

*[signature: Frank A. Bruno]*
CHRISTOPHER E. CHALSEN
New York Bar No. 1916485
(Seeking admission *Pro Hac Vice*)
MICHAEL M. MURRAY
New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
LAWRENCE T. KASS
New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
FRANK A. BRUNO
New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY
 & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone (212) 530-5000
Facsimile (212) 530-5219

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.