Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant
Fujitsu Microelectronics America, Inc.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, et al.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**DECLARATION OF FRANK A. BRUNO IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

FRANK A. BRUNO declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I make this declaration in support of my application for admission *pro hac vice* pursuant to GR 17.1(d), having been retained by Defendant Fujitsu Microelectronics America, Inc. ("Fujitsu MA"), to defend its interests in the above-captioned litigation.

3. I am an active member in good standing of the bar of the Eastern and Southern Districts of New York being admitted in 2000, State of New Jersey being admitted in 1999 (inactive bar no. 02194-1999), and State of New York being admitted in 2000.

4. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

5. I agree to abide by the Standards of Professional Conduct, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

6. An attorney who is a member of the bar of this Court in good standing and who maintains an office within Guam has been designated co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Rodney J. Jacob
> Kathleen V. Fisher
> Daniel M. Benjamin
> Calvo & Clark LLP
> 655 South Marine Corp Drive
> Suite 202
> Tamuning, Guam 96913
> (671) 646-9355

I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York, November __16__, 2006.

_____
FRANK A. BRUNO