RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Defendant
FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF FRANK A. BRUNO |

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*
{G0017136.DOC;1}

I, Rodney J. Jacob, a member of the Guam Bar in good standing admitted to practice before this Court, hereby consent to serve as the Local Counsel under General Rule 17.1(e) for the purposes of the admission in this proceeding of Frank A. Bruno to this Court *pro hac vice*.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing statements are true and correct.

Executed this 18th day of November, 2006, in Tamuning, Guam.

_____
**RODNEY J. JACOB**

*CONSENT OF RODNEY J. JACOB IN SUPPORT OF APPLICATION FOR ADMISSION*
*PRO HAC VICE OF FRANK A. BRUNO*
*CIVIL CASE NO. 06-CV-00025*
{G0017136.DOC;1}

1