FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

NANYA TECHNOLOGY CORP.,

    Plaintiff,

v.

FUJITSU LIMITED,
FUJITSU MICROELECTRONICS
AMERICA, INC.,

    Defendants.

CIVIL CASE NO. 06-CV-00025

KATSUYA IRIE DECLARATION IN SUPPORT OF FUJITSU LIMITED'S OBJECTIONS TO THE MAGISTRATE'S ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON FUJITSU LIMITED

I, Katsuya Irie declare as follows:

1. I make this declaration based upon my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. I am a Manager in the Industry Relations Division of the Law and Intellectual Property Unit of Fujitsu Limited ("Fujitsu"), which is one of the Defendants in Civil Case No. 06-CV-00025 along with Defendant Fujitsu Microelectronics America, Inc.

3. As a part of my work for Fujitsu, I attended the September 14, 2006 settlement meeting with Nanya Technology Corp. in Tokyo, Japan under the supervision of the Tokyo District Court.

4. I have reviewed the Shigeru Kitano Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of

ORIGINAL

Process on Fujitsu Limited and, in the Alternative, Motion to Dismiss for Insufficiency of Process and Insufficiency of Service of Process ("Kitano Declaration").

5.  The Kitano Declaration describes accurately and exactly what happened in the September 14, 2006 settlement meeting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Tokyo, Japan, this 16 day of November, 2006.

By: *Katsuya Irie*
Katsuya Irie