```
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403

Attorneys for Defendant,
FUJITSU LIMITED
```

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **AGREEMENT OF HEARING DATE FOR FUJITSU LIMITED'S OBJECTIONS TO THE MAGISTRATE'S ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON FUJITSU LIMITED** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Daniel M. Benjamin, am the attorney for the defendant Fujitsu Limited ("Fujitsu") in this matter. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of Fujitsu's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited.

2. The attorney for plaintiff is Joseph C. Razanno.

3. We agreed upon the following date: January 17, 2007 at 10:00 a.m.

1

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

4. My office contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Respectfully submitted this 20th day of November, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
Daniel M. Benjamin

2

*CIVIL CASE NO. 06-CV-00025*