RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant FUJITSU
MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> -v- <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **EX PARTE APPLICATION UNDER L.R. 7.1(j)&(k) TO SHORTEN TIME ON MOTION TO EXTEND TIME** |

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

## EX PARTE APPLICATION

Defendant Fujitsu Microelectronics America, Inc. ("FMA") hereby applies *ex parte* for an order shortening time on its concurrently filed Motion to Extend Time. In compliance with Local Rule 7.1(j)&(k), the memorandum set forth below contains the name of counsel for the opposing party, the reasons for the seeking of an ex parte order, points and authorities in support thereof, and a Certificate by Daniel M. Benjamin. As set out below, prior to bringing this application, FMA counsel attempted unsuccessfully to reach a stipulation with Plaintiffs' counsel, and these papers and the Motion to Extend Time are being served on opposing counsel immediately after filing.

Respectfully submitted this 20th day of November, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Microelectronics America, Inc.*

By: _____
Daniel M. Benjamin

*Of Counsel:*

Christopher E. Chalsen
Michael M. Murray
Lawrence T. Kass
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Attorneys for Defendant,
Fujitsu Microelectronics America, Inc.

1

*CIVIL CASE NO. 06-CV-00025*

## MEMORANDUM OF POINTS AND AUTHORITIES

FMA seeks a hearing on shortened time on its Motion to Extend Time in the interest of judicial economy and to protect the parties from duplicative or unnecessary scheduling practice and discovery.

At present, the proposed scheduling order in this matter is due on November 27, 2006 and the scheduling conference is set for December 12, 2006. However, FMA's co-defendant, Fujitsu Limited, has yet to be served in this action, as explained in its concurrently filed Objections To The Magistrate's Order Granting Motion For Alternative Service Of Process On Fujitsu. And, an amended complaint, adding a new plaintiff and new claims, was filed just days ago on November 17, 2006.

Under these circumstances, with one party yet to be served, a new party being interjected, and new claims being brought, FMA is asking that the Court reschedule the scheduling conference and time for submission of proposed scheduling orders until the outstanding issues can be sorted out, all parties are properly before the Court, and all parties have a fair opportunity to consider the new claims and the scheduling modifications that these may require. In the alternative, FMA is moving to stay discovery based upon the same facts. FMA is moving on shortened time because the relief requested cannot be obtained prior to the due date for the proposed scheduling order absent an order shortening time.

In compliance with Local Rules 7.1(j)&(k), FMA notes that Plaintiffs in this action are represented by two local attorneys and several attorneys who are admitted *pro hac vice*. Their addresses are as follows:

    John S. Unpingco, Esq.
    Law Offices of John S. Unpingco
      & Associates, LLC

2

*CIVIL CASE NO. 06-CV-00025*

777 Rte. 4, Suite 12B
Sinajana, Guam 96910
Tel: 671-475-8545
Fax: 671-475-8550

Joseph C. Razzano
Teker Torres and Teker, P.C.
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Tel: 671-477-9891/4
Fax: 671-472-6201

Michael W. Shore
Alfonso G. Chan
Martin Pascual
Shore Chan Bragalone LLP
Suite 4450
325 North Saint Paul Street
Dallas, TX 75201
Tel: 214-593-9110
Fax: 214-593-9111

Kenneth E. Shore
Vance P. Freeman
Shore West Freeman, P.C.
Suite 200
2020 Billowens Parkway
Longview, TX 75604
Tel: 903-295-7200
Fax: 903-295-7201

FMA counsel informed Plaintiffs' local counsel of their intent to bring this application and the Motion for Leave unless a stipulation could be reached. (Certificate of Daniel M. Benjamin in Support of Defendant FMA's Ex Parte Application under L.R. 7.1(J)&(K) to Shorten Time on Motion to Extend Time ("Benjamin Certificate") ¶¶ 6-7 & Ex. 1). Plaintiffs' counsel did not agree. (Benjamin Certificate ¶ 7).

//

//

3

CIVIL CASE NO. 06-CV-00025

This ex parte application to shorten time is being served on Plaintiffs' counsel with the accompanying papers and Motion to Extend Time. (Benjamin Certificate ¶ 8).

Respectfully submitted this 20th day of November, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Microelectronics America, Inc.*

By: _____
Daniel M. Benjamin

*Of Counsel:*

Christopher E. Chalsen
Michael M. Murray
Lawrence T. Kass
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

Attorneys for Defendant,
Fujitsu Microelectronics America, Inc.

4

*CIVIL CASE NO. 06-CV-00025*