Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2733079
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant

Fujitsu Microelectronics America, Inc.

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, *et al.*,<br><br>　　　　Defendants. | CIVIL CASE NO. 06-00025<br><br>**ORDER**<br>Granting Fujitsu Limited's Motion for Leave to File Facsimile Copies Pending Receipt of Originals (Docket No. 25) |

For good cause being shown, Defendant Fujitsu Limited's Motion for Leave to File Facsimile Copies Pending Receipt of Originals of the following:

Nanya Technology Corp. vs. Fujitsu Limited, et al.
District Court of Guam Civil Case No. 06-00025
ORDER GRANTING FUJITSU LIMITED'S MOTION TO FILE FACSIMILE COPIES

1) Shigeshi Tanaka Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

2) Shigeru Kitano Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

3) Yuichi Sakoda Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

4) Takao Miura Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

5) Katsuya Irie Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

6) Declaration of Michael M. Murray in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited; and

7) Declaration of Christopher E. Chalsen in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited

is hereby GRANTED.

SO ORDERED this 21st day of November 2006, nunc pro tunc to November 20, 2006.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge