Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2733079
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant

Fujitsu Microelectronics America, Inc.

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, *et al.*, <br><br> Defendants. | CIVIL CASE NO. 06-00025 <br><br> **ORDER** <br> Granting Fujitsu Microelectronics America, Inc.'s Motion for Leave to File Facsimile Copies Pending Receipt of Originals <br> (Docket No. 26) |

For good cause being shown, Defendant Fujitsu Microelectronics America, Inc.'s Motion for Leave to File Facsimile Copies Pending Receipt of Originals of the following:

Nanya Technology Corp. vs. Fujitsu Limited, et al.
District Court of Guam Civil Case No. 06-00025
**ORDER GRANTING FUJITSU MICROELECTRONICS AMERICA, INC.'S MOTION TO FILE FACSIMILE COPIES**

1) Declaration of Christopher E. Chalsen in Support of Defendant Fujitsu Microelectronics American, Inc.'s Motion to Extend Time;

2) Application for Admission Pro Hac Vice of Chris L. Holm

3) Declaration of Chris L. Holm in Support of Application for Admission Pro Hac Vice;

4) Application for Admission Pro Hac Vice of Frank A. Bruno;

5) Declaration of Frank A. Bruno in Support of Application for Admission Pro Hac Vice;

6) Application for Admission Pro Hac Vice of Lawrence T. Kass;

7) Declaration of Lawrence T. Kass in Support of Application for Admission Pro Hac Vice;

8) Application for Admission Pro Hac Vice of Christopher E. Chalsen;

9) Declaration of Christopher E. Chalsen in Support of Application for Admission Pro Hac Vice;

10) Application for Admission Pro Hac Vice of Michael M. Murray; and

11) Declaration of Michael M. Murray in Support of Application for Admission Pro Hac Vice;

is hereby GRANTED.

SO ORDERED this 21st day of November 2006, nunc pro tunc to November 20, 2006.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

2.