Christopher E. Chalsen, New York Bar No. 1916485
*(Seeking Admission Pro Hac Vice)*
Michael M. Murray, New York Bar No. 2711265
*(Seeking Admission Pro Hac Vice)*
Lawrence T. Kass, New York Bar No. 2733079
*(Seeking Admission Pro Hac Vice)*
Frank A. Bruno, New York Bar No. 3028032
*(Seeking Admission Pro Hac Vice)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Tel. No. 212.530-5000

Rodney J. Jacob
Kathleen V. Fisher
Daniel M. Benjamin
Calvo & Clark LLP
655 South Marine Corp Drive
Suite 202
Tamuning, Guam 96913
(671) 646-9355

Attorneys for Defendant

Fujitsu Microelectronics America, Inc.

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., | CIVIL CASE NO. 06-00025 |
| Plaintiff, | **ORDER**<br>Granting Applications for Admission<br>*Pro Hac Vice* for |
| vs. | (1) Frank A. Bruno<br>(2) Christopher E. Chalsen<br>(3) Chris Holm<br>(4) Lawrence T. Kass and<br>(5) Michael M. Murray |
| FUJITSU LIMITED, *et al.*, | |
| Defendants. | |

On consideration of the Applications of Frank A. Bruno, Christopher E. Chalsen, Chris Holm, Lawrence T. Kass and Michael M. Murray to appear *Pro Hac Vice* as counsel for

Nanya Technology Corp. vs. Fujitsu Limited, et al.
District Court of Guam Civil Case No. 06-00025
**ORDER GRANTING APPLICATIONS FOR ADMISSION PRO HAC VICE**

Defendant Fujitsu Microelectronics America, Inc. in this cause, the Court finds that such appearances are proper and appropriate in the circumstances, and therefore

IT IS HEREBY ORDERED that Frank A. Bruno, Christopher E. Chalsen, Chris Holm, Lawrence T. Kass and Michael M. Murray Bruno be permitted to appear *pro hac vice* for Defendant Fujitsu Microelectronics America, Inc. this cause.

SO ORDERED this 21st day of November 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

2.