| | |
|---|---|
| 1 | RODNEY J. JACOB, ESQ. |
| 2 | DANIEL M. BENJAMIN, ESQ.<br>CALVO & CLARK, LLP |
| 3 | Attorneys at Law<br>655 South Marine Corps Drive, Suite 202 |
| 4 | Tamuning, Guam 96913<br>Telephone:   (671) 646-9355 |
| 5 | Facsimile:    (671) 646-9403 |
| 6 | |
| 7 | Attorneys for Defendant<br>FUJITSU LIMITED |

**FILED**
DISTRICT COURT OF GUAM

NOV 2 7 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*

The undersigned hereby certifies that a true and correct copy of the following:

1. Agreement of Hearing Date for Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

2. Fujitsu Limited's Motion for Leave to File Portable Document Format ("PDF") and Facsimiles Copies Pending Receipt of Original [No Oral Argument Requested];

3. [Proposed] Order Granting Fujitsu Limited's Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Originals;

4. Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited (with supporting Memorandum and Declarations) Oral Argument Requested;

5. Fujitsu Limited's Memorandum of Points and Authorities in Support of Its Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited (Oral Argument Requested);

6. Declaration of Christopher E. Chalsen in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

7. Declaration of Michael M. Murray in Support of Fujitsu Limited's Objections to the Magirstrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

8. Katsuya Irie Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

9. Shigeru Kitano Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

10. Takao Miura Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

11. Yuichi Sakoda Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

12. Shigeshi Tanaka Declaration in Support of Fujitsu Limited's Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited;

**13. [Proposed] Order**

was caused to be served via hand delivery on the 20th day of November, 2006, to the following:

>Joseph C. Razzano, Esq.
>**TEKER, TORRES & TEKER, P.C.**
>Suite 2A, 130 Aspinall Avenue
>Hagåtña, Guam 96910
>
>John S. Unpingco, Esq.
>**LAW OFFICES OF JOHN S. UNPINGCO**
>  **& ASSOCIATES, LLC**
>777 Rte. 4, Suite 12B
>Sinajana, Guam 96910

Dated this 22nd day of November, 2006.

>CALVO & CLARK, LLP
>Attorneys at Law
>Attorneys for Defendant
>*Fujitsu Limited*
>
>By: _____
>DANIEL M. BENJAMIN