RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for Defendant
FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br>  Plaintiff, <br><br> -v- <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br>  Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1. Ex Parte Application Under L.R.7.1(j)&(k) to Shorten Time on Motion to Extend Time;

2. Certificate of Daniel M. Benjamin in Support of Defendant FMA's Ex Parte Application Under L.R.7.1(j)&(k) to Shorten Time on Motion to Extend Time;

3. [Proposed] Order Granting Defendant FMA's Ex Parte Application Under L.R.7.1(j)&(k) to Shorten Time of Motion to Extend Time;

4. Defendant Fujitsu Microelectronics America, Inc.'s Motion to Extend Time; Memorandum of Points and Authorities in Support Thereof;

5. Declaration of Christopher K. Chalsen in Support of Defendant Fujitsu Microelectronics America, Inc.'s Motion to Extend Time;

6. [Proposed] Order Granting Defendant FMA's Motion to Extend Time;

7. Fujitsu Microelectronics America, Inc.s' Motion for Leave to File Portable Document Format ("PDF") and Facsimiles Copies Pending Receipt of Original [No Oral Argument Requested];

8. [Proposed] Order Granting Fujitsu Microelectronics America, Inc.'s Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Originals;

9. Application for Admission Pro Hac Vice of Frank A. Bruno;

10. Declaration of Frank A. Bruno in Support of Application for Admission Pro Hac Vice;

11. Consent of Rodney J. Jacob in Support of Application for Admission Pro Hac Vice of Frank A. Bruno;

12. Order Granting Admission Pro Hac Vice of Frank A. Bruno;

13. Application for Admission Pro Hac Vice of Christopher E. Chalsen;

14. Declaration of Christopher E. Chalsen in Support of Application for Admission Pro Hac Vice;

15. Consent of Rodney J. Jacob in Support of Application for Admission Pro Hac Vice of Christopher E. Chalsen;

16. Order Granting Admission Pro Hac Vice of Christopher E. Chalsen;

17. Application for Admission Pro Hac Vice of Chris L. Holm;

18. Declaration of Chris L. Holm in Support of Application for Admission Pro Hac Vice;

19. Consent of Rodney J. Jacob in Support of Application for Admission Pro Hac Vice of Chris L. Holm;

20. Order Granting Admission Pro Hac Vice of Chris L. Holm;

21. Application for Admission Pro Hac Vice of Lawrence T. Kass;

22. Declaration of Lawrence T. Kass in Support of Application for Admission Pro Hac Vice;

23. Consent of Rodney J. Jacob in Support of Application for Admission Pro Hac Vice of Lawrence T. Kass;

24. Order Granting Admission Pro Hac Vice of Lawrence T. Kass;

25. Application for Admission Pro Hac Vice of Michael M. Murray;

26. Declaration of Michael M. Murray in Support of Application for Admission Pro Hac Vice;

27. Consent of Rodney J. Jacob in Support of Application for Admission Pro Hac Vice of Michael M. Murray;

28. Order Granting Admission Pro Hac Vice of Michael M. Murray

//
//
//
//
//
//
//
//
//
//
//

1 | was caused to be served via hand delivery on the 20th day of November, 2006, to the following:

2
3
4

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910

5
6
7

> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO**
>   **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

8  Dated this 22nd day of November, 2006.
9
10
11

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

12
13  By: _____
14          DANIEL M. BENJAMIN

15
16
17
18
19
20
21
22
23
24
25
26
27
28

*CIVIL CASE NO. 06-CV-00025*                                                                 4