DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 06-00025 <br><br><br><br> ORDER |

On November 20, 2006, defendant Fujitsu Microelectronics America, Inc. ("FMA") filed a Motion to Extend Time, seeking a sixty-day extension of each of the dates set forth in the October 12, 2006 Scheduling Notice. (Docket No. 54.) FMA also filed an *ex parte* application to shorten time on its Motion to Extend Time. (Docket No. 56.) For good cause shown, the Court hereby grants the *ex parte* application to shorten time. The Plaintiff shall file a response to the Motion to Extend Time no later than December 1, 2006. FMA may file a reply to said response by December 5, 2006.

SO ORDERED this 28th of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**