%AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

NANYA TECHNOLOGY CORP.

        **Plaintiff,**

        V.

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

        **Defendants.**

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  **06-00025**

**FILED**

DISTRICT COURT OF GUAM

DEC - 1 2006

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)  **FUJITSU LIMITED**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Razzano, Esq.
Teker Torres & Teker, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk of Court

CLERK

SEP 13 2006

DATE

(By) DEPUTY CLERK

## ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  11/13/2006 |
|---|---|
| NAME OF SERVER (*PRINT*)  Michael W. Shore | TITLE |

*Check one box below to indicate appropriate method of service*

|   | Served personally upon the defendant. Place where served: |
|---|---|
|   | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. |
|   | Returned unexecuted: |

X  Other (specify): **In accordance with the Court's November 9, 2006 Order, Plaintiff's Original Complaint** was served via email on November 9 and 13, 2006, and copies were served via Federal Express, signed receipt, on November 10, 2006 to Christopher Chalsen, and to Shigeru Kitano on November 13, 2006.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **NOV 1 3 2006**

*Signature of Server*  Michael W. Shore
Shore Chan Bragalone, LLP
325 North Saint Paul Street, Suite 4450
Dallas, Texas 75201

*Street Address of Server*

*City State Zip Code of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**From:** Alexandra Mitchell
**Sent:** Thursday, November 09, 2006 5:47 PM
**To:** christopher chalsen; shigeru kitano
**Subject:** NANYA Fujitsu Complaint (Guam).pdf

Gentlemen - Attached are (1) a copy of the Complaint filed on 09-13-2006
in the above-referenced action, as well as (2) a copy of the Order
entered today 11-09-2006. Hard copies of these documents have
been forwarded to you by Federal Express. Please note that the
copy of the complaint attached does not include the very large
appendix because the file size might have caused delivery problems.
The full appendix is, of course, included in the hard copy that will
arrive by Federal Express. Thank you.

## SHORE CHAN
### BRAGALONE LLP
ATTORNEYS & COUNSELORS AT LAW

Alexandra Mitchell
Legal Secretary
Shore Chan Bragalone LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9142 Direct Dial
214.593.9110 Main Number
214.593.9111 Facsimile
alexandra.mitchell@shorechan.com

**NOTICE OF CONFIDENTIALITY:**
The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work Product privileges, and
is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any
dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other
than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please
notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.0.409 / Virus Database: 268.14.12/545 - Release Date: 11/21/2006

11/22/2006

**From:** Michael Shore
**Sent:** Monday, November 13, 2006 10:18 AM
**To:** cchalsen@milbank.com
**Cc:** kitano@Iip.fujitsu.com; kitano@lip.fujitsu.com; Alfonso G Chan; Vance Freeman
**Subject:** Service

Dear Chris and Kitano-san:

Attached please find a copy of the Complaint filed in Guam on September 134, 2006, as well as the Civil Cover Sheet, and other materials previously filed. The Guam Federal District Court granted Nanya's motion for service under Rule 4(f)(3) yesterday, and the form of service approved was email and mail to each of you. Upon my presentation of this email to the Court as evidence of return of service, Fujitsu Ltd.'s answer will be due in 20 days. We will forward you a copy of the Court's Order as soon as we receive a file-stamped copy.

Regards,

Michael W. Shore

SHORE CHAN
BRAGALONE LLP
ATTORNEYS & COUNSELORS AT LAW

MICHAEL W. SHORE

325 NORTH SAINT PAUL ST.
SUITE 4450
DALLAS, TEXAS 75201
214-593-9140 (DIRECT)
214-593-9110 (FIRM)
214-593-9111 (FAX)

**NOTICE OF CONFIDENTIALITY:**
THE INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS E-MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES, AND IS CONFIDENTIAL. IT IS INTENDED ONLY FOR THE INDIVIDUALS OR ENTITIES DESIGNATED AS RECIPIENTS ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, USE OR RELIANCE UPON THE INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS E-MAIL BY OR TO ANYONE OTHER THAN THE ADDRESSEE DESIGNATED ABOVE BY THE SENDER IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY IMMEDIATELY. ANY E-MAIL ERRONEOUSLY TRANSMITTED TO YOU SHOULD BE IMMEDIATELY DESTROYED.

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.0.409 / Virus Database: 268.14.5/534 - Release Date: 11/14/2006

Case 4:07-cv-03672-CW    Document 1-98    Filed 07/17/2007    Page 5 of 8



Close Window

Track Shipments
## Detailed Results

⊞ Print

| | | | |
|---|---|---|---|
| **Tracking number** | 791582660786 | **Reference** | NANYA Fujitsu |
| **Signed for by** | J.DEVINCENZO | **Destination** | New York, NY |
| **Ship date** | Nov 9, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | Nov 10, 2006 10:16 AM | **Service type** | Priority Box |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for
this shipment.



Request copy of signature

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 10, 2006** | 10:16 AM | Delivered | New York, NY | |
| | 7:53 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:47 AM | Departed FedEx location | NEWARK, NJ | |
| | 7:46 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:57 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 4:15 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 1:42 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| **Nov 9, 2006** | 8:38 PM | Left origin | DALLAS, TX | |
| | 7:44 PM | Picked up | DALLAS, TX | |
| | 5:28 PM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and</u>
<u>Conditions</u>

Submit

<u>Close Window</u>

Case 4:07-cv-03672-CW    Document 1-98    Filed 07/17/2007    Page 7 of 8

 **FedEx**

Close Window

Track Shipments

 Print

## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 798040306292 | **Reference** | NANYA Fujitsu |
| **Signed for by** | .EBINA | **Destination** | KAWASAKI JP |
| **Ship date** | Nov 9, 2006 | **Delivered to** | Mailroom |
| **Delivery date** | Nov 13, 2006 9:54 AM | **Service type** | Priority Box |
| | | **Weight** | 3.0 lbs. |

| | |
|---|---|
| **Status** | Delivered |

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.



[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 13, 2006** | 9:54 AM | **Delivered** | KAWASAKI JP | |
| | 8:09 AM | On FedEx vehicle for delivery | YOKOHAMA-SHI NAKA-KU JP | |
| | 7:36 AM | At local FedEx facility | YOKOHAMA-SHI NAKA-KU JP | |
| **Nov 11, 2006** | 12:51 PM | In transit | NARITA-SHI JP | |
| | 12:51 PM | Int'l shipment release | NARITA-SHI JP | |
| | 12:15 PM | In transit | NARITA-SHI JP | Package available for clearance |
| **Nov 10, 2006** | 9:59 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 6:59 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 4:46 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:25 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:27 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Nov 9, 2006** | 8:38 PM | Left origin | DALLAS, TX | |
| | 7:44 PM | Picked up | DALLAS, TX | |
| | 5:30 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**

**Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and</u>
<u>Conditions</u>

Submit

<u>Close Window</u>