**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

*Attorneys for Plaintiffs*
*Nanya Technology Corp.*
*And Nanya Technology Corp. (U.S.A.)*



FILED
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. CV06-00025<br><br>PLAINTIFF NANYA TECHNOLOGY CORP.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nanya Technology Corp. makes the following disclosures:

1. The parent corporation of Nanya Technology Corp. is Formosa Plastics Group, a private Taiwanese company.

ORIGINAL

PLAINTIFF NANYA TECHNOLOGY CORP.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT    1.

2.  Nanya Technology Corp. owns ten percent (10%) or more of Nanya Technology Corp. U.S.A's stock.

3.  No other corporation owns ten percent (10%) or more of Nanya Technology Corp. U.S.A.'s stock.

DATED at Hagåtña, Guam, on December 4, 2006.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.