**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

*Attorneys for Plaintiffs*
*Nanya Technology Corp.*
*And Nanya Technology Corp. (U.S.A.)*

FILED
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,**<br><br>**Defendants.** | **CIVIL CASE NO. CV06-00025**<br><br>**PLAINTIFF NANYA TECHNOLOGY CORP. U.S.A.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nanya Technology Corp. U.S.A. makes the following disclosures:

1. The parent corporation of Nanya Technology Corp. U.S.A. is Nanya Technology Corp., a Taiwanese corporation.

ORIGINAL

2. Formosa Plastics Group owns less than ten percent (10%) of Nanya Technology Corp.'s stock.

3. No publicly held corporation owns ten percent (10%) or more of Nanya Technology Corp.'s stock.

DATED at Hagåtña, Guam, on December 4, 2006.

**TEKER TORRES & TEKER, P.C.**

By ______________________
**JOSEPH C. RAZZANO, ESQ.**