**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450, 325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111



FILED
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,**  )<br>)<br>**Plaintiffs,**  )<br>)<br>vs.  )<br>)<br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,**  )<br>)<br>**Defendants.**  )<br>) | CIVIL CASE NO. CV06-00025<br><br>**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT** |

The Defendant, Fujitsu Microelectronics America, Inc., ("FMA") having filed a Motion to Extend Time on November 20, 2006, and the Plaintiffs having filed their Response, hereby

PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
CIVIL CASE NO. CV06-00025

**ORIGINAL**

1.

request oral argument to be held on December 12, 2006, immediately prior to the regularly scheduled Scheduling Conference, to allow the Court to dispose of some of the many pending issues in this case.

On December 1, 2006, Plaintiffs' undersigned contacted counsel for Defendant FMA, Calvo & Clark, to discuss the requested hearing date. Counsel indicated FMA refused to agree to oral argument.

## PRAYER

Plaintiffs request that a hearing be held on December 12, 2006 immediately prior to the regularly scheduled Scheduling Conference.

DATED at Hagåtña, Guam, on December 4, 2006.

**TEKER TORRES & TEKER, P.C.**

By _/s/ Joseph C. Razzano_
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs