1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:   (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:  (212) 530-5000
10

11 *Attorneys for Defendant*
   FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM

DEC - 5 2006

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **AGREEMENT/ NON-AGREEMENT OF HEARING DATE FOR FUJITSU MICROELECTRONICS AMERICA, INC.'S MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT** |

*CIVIL CASE NO. 06-CV-00025*
{DMB0016.DOC;1}

**ORIGINAL**

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Daniel M. Benjamin, am the attorney for the defendant Fujitsu Microelectronics America, Inc. ("FMA") in this matter. I contacted the attorney for the opposing parties in this action to agree upon a date for oral argument of FMA's Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement.

2. The attorney for plaintiffs is Joseph C. Razzano.

3. The date I proposed was: January 17, 2007, at 10:00 a.m. Mr. Razzano indicated that he had to check with co-counsel. I did not hear back from him prior to this filing. I will amend this once a response is received.

4. My office contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Respectfully submitted this 5th day of December, 2006.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& McCLOY LLP**
*Attorneys for Defendant*
Fujitsu Microelectronics America, Inc.

By: _____
**DANIEL M. BENJAMIN**

{DMB0016.DOC;1}
*CIVIL CASE NO.06-CV-00025*

1