1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
5  Facsimile:   (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:   (212) 822-5796

11
   *Attorneys for Defendant*
12 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
DEC - 5 2006
MARY L.M. MORAN
CLERK OF COURT

15              IN THE UNITED STATES DISTRICT COURT

16                        DISTRICT OF GUAM

17 NANYA TECHNOLOGY CORP.,              CIVIL CASE NO. 06-CV-00025

19                Plaintiff,            **FUJITSU MICROELECTRONICS
                                        AMERICA, INC.S MOTION FOR
20         -v-                          LEAVE TO FILE PORTABLE
                                        DOCUMENT FORMAT ("PDF") AND
21                                      FACSIMILES COPIES PENDING
   FUJITSU LIMITED, FUJITSU             RECEIPT OF ORIGINAL**
22 MICROELECTRONICS AMERICA, INC.,

23                Defendants.           [NO ORAL ARGUMENT REQUESTED]

*CIVIL CASE NO. 06-CV-00025*
{G0017559.DOC;1}

**ORIGINAL**

NOW COMES Defendant Fujitsu Microelectronics America, Inc.[1] ("FMA") and respectfully moves this Honorable Court for leave to file herewith PDF and/or facsimile copies of the following document pending receipt of the original:

1) **MICHAEL M. MOORE DECLARATION IN SUPPORT OF FUJITSU MICROELECTRONICS AMERICA, INC.'S MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT**

This motion is made pursuant to GR 5.1(a) of the Local Rules of Practice for the District Court of Guam. FMA seeks leave to file the copies pending receipt of the originals on the ground that the signatory is not a resident of Guam, and it was not possible in the time available to transmit the originals to Guam for filing. The original documents are being sent to counsel, and will be filed with the Court upon receipt. Pending receipt of the originals, FMA therefore requests leave to file pdf and/or facsimile copies, which are being filed herewith.

Respectfully submitted this 5th day of December, 2006.

> CALVO & CLARK, LLP
> MILBANK, TWEED, HADLEY
> & MCCLOY LLP
> *Attorneys for Defendant*
> *Fujitsu Microelectronics America, Inc.*
>
> By: _____
> **DANIEL M. BENJAMIN**

---

[1] In filing this necessary procedural motion, FMA does not in any way consent to personal jurisdiction over it in this matter, and respectfully reserves the right to raise that issue (and others as permitted under Fed. R. Civ. Proc. 12) in its first responsive pleading.

*CIVIL CASE NO. 06-CV-00025* 1

{G0017559.DOC;1}