AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

NANYA TECHNOLOGY CORP., and
MICROELECTRONICS AMERICA, INC.,
V.
FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-00025

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)   FUJITSU LIMITED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Razzano, Esq.
TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

First JCR
Amended

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

DATE   DEC - 1 2006

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11/30/2006 |
| NAME OF SERVER (PRINT)  Ruth E. Lee | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

X Other (specify): In accordance with the Court's November 9, 2006 Order, I served Plaintiff's First Amended Complaint via email and shipped copies for service via Federal Express, signed receipt, on November 30, 2006 to Shigeru Kitano and Christopher Chalsen.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-30-06

*Signature of Server* Ruth E. Lee, Paralegal
Shore Chan Bragalone, LLP
325 North Saint Paul Street, Suite 4450
Dallas, Texas 75201

*Street Address of Server*

*City State Zip Code of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.