**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A., <br><br>Plaintiffs, <br><br>vs. <br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br>Defendants. | CIVIL CASE NO. CV06-00025 <br><br><br><br>CERTIFICATE OF SERVICE |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE

1.

ORIGINAL

2.    I hereby certify that on December 6, 2006, a true and exact copy of Plaintiffs' Response And Memorandum In Opposition To Fujitsu Limited's Objection To The Magistrates Order Allowing Alternative Service On Fujitsu Limited was served, via hand delivery, on the Defendant, Fujitsu Microelectronics America, Inc., through its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3.    I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on December 7, 2006.

*JOSEPH C. RAZZANO*

CERTIFICATE OF SERVICE

2.