```
 1  RODNEY J. JACOB, ESQ.
    DANIEL M. BENJAMIN, ESQ.
 2  CALVO & CLARK, LLP
    Attorneys at Law
 3  655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
 4  Telephone:  (671) 646-9355
 5  Facsimile:  (671) 646-9403
 6
    Attorneys for Defendant
 7  FUJITSU MICROELECTRONICS AMERICA, INC.
```

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

The undersigned hereby certifies that a true and correct copy of the following the

**NOTICE OF FILING OF ORIGINALS** of:

1) Application for Admission *Pro Hac Vice* of Frank A. Bruno

2) Declaration of Frank A. Bruno in Support of Application for Admission *Pro Hac Vice*

3) Application for Admission *Pro Hac Vice* of Christopher E. Chalsen

4) Declaration of Christopher E. Chalsen in Support of Application for Admission *Pro Hac Vice*

5) Application for Admission *Pro Hac Vice* of Chris L. Holm

6) Declaration of Chris L. Holm in Support of Application for Admission *Pro Hac Vice*

7) Application for Admission *Pro Hac Vice* of Lawrence T. Kass

8) Declaration of Lawrence T. Kass in Support of Application for Admission *Pro Hac Vice*

9) Application for Admission *Pro Hac Vice* of Michael M. Murray

10) Declaration of Michael M. Murray in Support of Application for Admission *Pro Hac Vice*

was caused to be served via hand delivery on the 4th day of December, 2006, to the following:

    Joseph C. Razzano, Esq.
    **TEKER, TORRES & TEKER, P.C.**
    Suite 2A, 130 Aspinall Avenue
    Hagåtña, Guam 96910

    John S. Unpingco, Esq.
    **LAW OFFICES OF JOHN S. UNPINGCO**
      **& ASSOCIATES, LLC**
    777 Rte. 4, Suite 12B
    Sinajana, Guam 96910

Dated this 6th day of December, 2006.

    **CALVO & CLARK, LLP**
    **MILBANK, TWEED, HADLEY**
      **& MCCLOY LLP**
    *Attorneys for Defendant*
    Fujitsu Microelectronics America, Inc.

By: _____
    **RODNEY J. JACOB**