| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ.<br>    DANIEL M. BENJAMIN, ESQ.<br>2  CALVO & CLARK, LLP<br>3  Attorneys at Law<br>   655 South Marine Corps Drive, Suite 202<br>4  Tamuning, Guam 96913<br>   Telephone: (671) 646-9355<br>5  Facsimile: (671) 646-9403 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>DEC - 8 2006<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone: (212) 530-5000
10 Facsimile: (212) 822-5796

11 *Attorneys for Defendant*
12 FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the following:

1) Fujitsu Microelectronics America, Inc.'s Reply In Support Of Its Motion To Extend Time And Alterative Motion To Stay Discovery

2) Fujitsu Microelectronics America, Inc.'s Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement (with supporting Memorandum and Declaration)

3) Fujitsu Microelectronics America, Inc.'s Memorandum Of Points And Authorities In Support Of Its Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

4) Michael M. Moore Declaration in Support of Fujitsu Microelectronics America, Inc.'s Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

5) Fujitsu Microelectronics America, Inc.'s Motion For Leave To File Portable Document Format ("PDF") And Facsimiles Copies Pending Receipt Of Original

6) Agreement/Non-Agreement Of Hearing Date For Fujitsu Microelectronics America, Inc.'s Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

7) [Proposed] Order Granting Fujitsu Microelectronics America, Inc.'s Motion For Leave To File Portable Document Format ("PDF") And Facsimile Copies Pending Receipt Of Original

8) [Proposed] Order Granting Fujitsu Microelectronics America, Inc.'s Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

was caused to be served via hand delivery on the 5th day of December, 2006, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO**
> **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 8th day of December, 2006.

> CALVO & CLARK, LLP
> MILBANK, TWEED, HADLEY
> & MCCLOY LLP
> *Attorneys for Defendant*
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*                                                                 2