RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
FUJITSU LIMITED

**FILED**
DISTRICT COURT OF GUAM
DEC 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A<br><br>Plaintiff,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**FUJITSU LIMITED'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE'S ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON FUJITSU LIMITED**<br><br>**[NO ARGUMENT REQUESTED]** |

*CIVIL CASE NO. 06-CV-00025*
{G0017752.DOC;1}

**ORIGINAL**

NOW COMES Defendant Fujitsu Limited[1] ("Fujitsu") and respectfully moves this Honorable Court for leave to file herewith a short reply in support of its Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited.

The Court's relevant rule, stated in General Order No. 04-00016, refers only to the filing of objections to a magistrate judge's order and responses to those objections, and is silent as to the possibility of a reply brief. Fujitsu believes a reply should be permitted here. This is not an ordinary situation in which a reply in support of objections to a magistrate judge's order might not be necessary because there was complete briefing of the relevant issues before that magistrate judge, and the objections and response are simply repeating issues fully developed before that judge. Fujitsu never had an opportunity to brief the issues raised in the Objections before Magistrate Judge Manibusan because Nanya obtained the Order at issue *ex parte* on only a few hours notice. Thus, the proposed reply that Fujitsu seeks to file (submitted herewith) will be only its second brief with regard to the issues raised in the Objections, and is the only opportunity Fujitsu will have to make a submission to address Nanya's contentions in its Response.

For these reasons, Fujitsu respectfully asks that this motion be granted.

Respectfully submitted this 11th day of December, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
RODNEY J. JACOB

---

[1] The filing of this procedural motion is necessary to Fujitsu's pending objections. It is not a waiver of Fujitsu's continuing objections with regard to service. Similarly, in filing this necessary procedural motion, Fujitsu does not consent to personal jurisdiction, and respectfully reserves the right to raise that issue (and others as permitted under Fed. R. Civ. Proc. 12) in its first responsive pleading if and when it is properly served with the complaint in this matter.