1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
5  Facsimile:    (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:    (212) 530-5000
10 Facsimile:    (212) 822-5796

11
   *Attorneys for Defendant*
12 FUJITSU MICROELECTRONICS AMERICA, INC.

13

14               IN THE UNITED STATES DISTRICT COURT

15                         DISTRICT OF GUAM

16
   NANYA TECHNOLOGY CORP. and          CIVIL CASE NO. 06-CV-00025
17 NANYA TECHNOLOGY CORP. U.S.A.,

18                    Plaintiff,        **NON-AGREEMENT OF HEARING
                                        DATE FOR FUJITSU
19              vs.                     MICROELECTRONICS AMERICA,
                                        INC.'S MOTION TO DISMISS OR
20 FUJITSU LIMITED, FUJITSU             TRANSFER TO THE NORTHERN
   MICROELECTRONICS AMERICA, INC.,      DISTRICT OF CALIFORNIA AND
21                                      FOR A MORE DEFINITE
                                        STATEMENT**
22                    Defendants.

23

24

25

26

27

28
   *CIVIL CASE NO. 06-CV-00025*          ORIGINAL
   *{G0017751.DOC;1}*

FILED
DISTRICT COURT OF GUAM

DEC 1 1 2006  nba

MARY L.M. MORAN
CLERK OF COURT

1        Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

2        1.    I, Daniel M. Benjamin, am the attorney for the defendant Fujitsu

3    Microelectronics America, Inc. ("FMA") in this matter.  I contacted the attorney for the opposing

4    parties in this action to agree upon a date for oral argument of FMA's Motion To Dismiss Or

5    Transfer To The Northern District Of California And For A More Definite Statement.

6

7        2.    The attorney for plaintiffs is Joseph C. Razzano.

8        3.    The date I proposed was:  January 17, 2007, at 10:00 a.m.  Mr. Razzano

9    initially indicated that he had to check with co-counsel.  After the filing, I heard back from Mr.

10   Razzano, who indicated that Plaintiffs did *not* agree to the proposed hearing date, but *did* agree

11   that a hearing was necessary.  We did not, however, agree to an alternative date, and FMA hereby

12   requests the above-stated date.

13

14       4.    My office contacted the Deputy Clerk of Court to ensure that the Court is

15   available on the above date.

16       Respectfully submitted this 11th day of December, 2006.

17                                    **CALVO & CLARK, LLP**
                                     **MILBANK, TWEED, HADLEY**
18                                    **& MCCLOY LLP**
                                     *Attorneys for Defendant*
19                                    Fujitsu Microelectronics America, Inc.

20

21   By:    _____

22          **DANIEL M. BENJAMIN**

23

24

25

26

27

28