

**FILED**
DISTRICT COURT OF GUAM

DEC 1 2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANY TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> -v- <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **ORDER GRANTING FUJITSU LIMITED'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE'S ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON FUJITSU LIMITED** |

For good cause being shown, Defendant Fujitsu Limited's Motion for Leave to File a Reply In Support Of Its Objections To The Magistrate's Order Granting Motion For Alternative Service Of Process On Fujitsu Limited is hereby GRANTED.

SO ORDERED this 12th day of December, 2006.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*

1

{G0017747.DOC;1}