| | |
|---|---|
| 1 | |
| 2 | RODNEY J. JACOB, ESQ.<br>DANIEL M. BENJAMIN, ESQ.<br>CALVO & CLARK, LLP |
| 3 | Attorneys at Law<br>655 South Marine Drive, Suite 202 |
| 4 | Tamuning, Guam 96913<br>Telephone:  (671) 646-9355 |
| 5 | Facsimile:  (671) 646-9403 |
| 6 | Attorneys for Defendant<br>FUJITSU LIMITED |

**FILED**
DISTRICT COURT OF GUAM
DEC 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP.,<br>NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**FUJITSU LIMITED'S MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT (with supporting Memorandum and Declarations)**<br><br>ORAL ARGUMENT REQUESTED |

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

Defendant Fujitsu Limited ("Fujitsu") hereby respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order dismissing Fujitsu from this action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5) for an order dismissing Fujitsu from this action for insufficiency of process and insufficiency of service of process. Fujitsu also respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406 for an order dismissing Fujitsu from this action for improper venue, or, alternatively, pursuant to 28 U.S.C. § 1404(a), transferring Fujitsu to the United States District Court for the Northern District of California. Fujitsu further respectfully moves for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

This motion is based on the attached Memorandum of Law, the declaration of Shigeru Kitano, sworn to on December 14, 2006, the declaration of Christopher E. Chalsen, sworn to on December 15, 2006, the pleadings and such further evidence and argument as the Court may consider.

Respectfully submitted this 18th day of December, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
Daniel M. Benjamin

*Of Counsel*

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

*CIVIL CASE NO. 06-CV-00025*        1