RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403

Attorneys for Defendant,
FUJITSU LIMITED

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

| | |
|---|---|
| NANYA TECHNOLOGY CORP., NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>NON-AGREEMENT OF HEARING DATE FOR FUJITSU LIMITED'S MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.  I, Daniel M. Benjamin, am the attorney for the defendant Fujitsu Limited ("Fujitsu") in this matter. I attempted to contact the attorney for the opposing parties in this action to agree upon a date for oral argument of Fujitsu's Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement.

2.  The attorney for plaintiffs is Joseph C. Razanno.

3.  When I contacted Mr. Razanno, he was not available. He did not return my call prior to the submission of this filing.

CIVIL CASE NO. 06-CV-00025          {G0018080.DOC;1} 1

**ORIGINAL**

4.   The date I intended to propose was: January 17, 2007, at 10:00 a.m. I will inform the Court of plaintiffs' position once I hear from Mr. Razanno.

4.   My office contacted the Deputy Clerk of Court to ensure that the Court is available on the above date.

Respectfully submitted this 18th day of December, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
Daniel M. Benjamin

*Of Counsel*

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

*CIVIL CASE NO. 06-CV-00025*                {G0018080.DOC;1}2