RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:   (671) 646-9403

Attorneys for Defendant
FUJITSU LIMITED

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**FUJITSU LIMITED'S MOTION TO EXCEED PAGE LIMIT**<br><br>**[NO ORAL ARGUMENT REQUESTED]** |

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

NOW COMES Defendant Fujitsu Limited[1] ("Fujitsu") and hereby respectfully moves this Court for leave to file a Memorandum of Points and Authorities in Support of Its Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement in excess of twenty (20) pages, pursuant to District Court of Guam Local Court Rule LR 7.1(g).

Specifically, Fujitsu respectfully seeks permission to file with this Court a memorandum that will not exceed 25 pages in length. Fujitsu's memorandum must cover issues concerning personal jurisdiction, service of process, venue, and, alternatively, a request for a more definite statement. Given these issues, and the complex nature of this case (which involves a patent dispute between two large foreign corporations and their California-based subsidiaries), Fujitsu believes that a memorandum that is twenty-five pages in length is necessary to fully address the issues it must raise in its defense.

Respectfully submitted this 18th day of December, 2006

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
Daniel M. Benjamin

*Of Counsel*

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

---

[1] Fujitsu has filed an objection to an ex parte Order regarding the means of service of process upon it and is filing herewith its motion under Fed. R. Civ. Proc. 12(b). This procedural motion is necessary to that 12(b) motion, and Fujitsu does not in any way consent to service or personal jurisdiction over it in this matter.

*CIVIL CASE NO. 06-CV-00025*                                                                                                    1