```
 1  RODNEY J. JACOB, ESQ.
    DANIEL M. BENJAMIN, ESQ.
 2  CALVO & CLARK, LLP
    Attorneys at Law
 3  655 South Marine Corps Drive, Suite 202
 4  Tamuning, Guam 96913
    Telephone:  (671) 646-9355
 5  Facsimile:  (671) 646-9403
 6  Attorneys for Defendant
    FUJITSU LIMITED
 7
```

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | CIVIL CASE NO. 06-CV-00025<br><br><br>**CERTIFICATE OF SERVICE** |

CIVIL CASE NO. 06-CV-00025
{G0017918.DOC;1}

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

1) Non-Agreement of Hearing Date for Fujitsu Limited's Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement

2) Fujitsu Limited's Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement (with supporting Memorandum and Declarations)

3) Fujitsu Limited's Memorandum of Points and Authorities in Support of Its Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement

4) Declaration of Christopher E. Chalsen in Support of Fujitsu Limited's Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement

5) Shigeru Kitano's Declaration in Support of Fujitsu Limited's Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement

6) [Proposed] Order Granting Fujitsu Limited's Motion to Dismiss

7) Fujitsu Limited's Motion to Exceed Page Limit

8) [Proposed] Order Granting Fujitsu Limited's Motion to Exceed Page Limit

9) Fujitsu Limited's Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Original

10) [Proposed] Order Granting Fujitsu Limited's Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Original

was caused to be served via hand delivery on the 18th day of December, 2006, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

*CIVIL CASE NO. 06-CV-00025*
{G0017918.DOC;1}

1

1  
2  John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO**
  **& ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 18th day of December, 2006.

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
    DANIEL M. BENJAMIN

*Of Counsel*

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219