1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:  (671) 646-9403

6  Attorneys for Defendant
7  FUJITSU LIMITED

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

{G0018081.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

1) Fujitsu Limited's Motion for Leave to File Reply in Support of Its Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited

2) Fujitsu Limited's Reply in Support of Its Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited

3) [Proposed] Order Granting Fujitsu Limited's Motion for Leave to File Reply in Support of Its Objections to the Magistrate's Order Granting Motion for Alternative Service of Process on Fujitsu Limited

was caused to be served via hand delivery on the 11th day of December, 2006, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO
 & ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 18th day of December, 2006.

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Defendant
*Fujitsu Limited*

By: _____
DANIEL M. BENJAMIN

*Of Counsel*

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

*CIVIL CASE NO. 06-CV-00025*                                                                 1

{G0018081.DOC;1}