```
 1  RODNEY J. JACOB, ESQ.
    DANIEL M. BENJAMIN, ESQ.
 2  CALVO & CLARK, LLP
    Attorneys at Law
 3  655 South Marine Corps Drive, Suite 202
 4  Tamuning, Guam 96913
    Telephone:   (671) 646-9355
 5  Facsimile:   (671) 646-9403

 6  CHRISTOPHER E. CHALSEN, ESQ.
 7  MICHAEL M. MURRAY, ESQ.
    LAWRENCE T. KASS, ESQ.
 8  MILBANK, TWEED, HADLEY & MCCLOY LLP
    1 Chase Manhattan Plaza
 9  New York, New York 10005
    Telephone:   (212) 530-5000
10  Facsimile:   (212) 822-5796

11
    Attorneys for Defendant
12  FUJITSU MICROELECTRONICS AMERICA, INC.
```

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

The undersigned hereby certifies that a true and correct copy of the following:

1) Non-Agreement of Hearing Date for Fujitsu Microelectronics America, Inc.'s Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement

was caused to be served via hand delivery on the 11th day of December, 2006, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO**
> **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 18th day of December, 2006.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY**
> **& MCCLOY LLP**
> *Attorneys for Defendant*
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*
{G0018082.DOC;1}

1