**FILED**
DISTRICT COURT OF GUAM

DEC 26 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**ORDER GRANTING FUJITSU LIMITED'S MOTION FOR LEAVE TO FILE FACSIMILE COPIES PENDING RECEIPT OF ORIGINALS** |

*CIVIL CASE NO. 06-CV-00025*
{G0018074.DOC;1}

ORIGINAL

For good cause being shown, Defendant Fujitsu Limited's Motion for Leave to File Facsimile Copies Pending Receipt of Originals of the following:

1) Shigeru Kitano's Declaration in Support of Fujitsu Limited's Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

2) Christopher E. Chalsen's Declaration in Support of Fujitsu Limited's Motion To Dismiss Or Transfer To The Northern District Of California And For A More Definite Statement

is hereby GRANTED.

SO ORDERED this 26th day of December, 2006.

_____
Frances M. Tydingco-Gatewood
Chief Judge, District Court of Guam

*CIVIL CASE NO. 06-CV-00025*
{G0018074.DOC;1}

1