

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
DEC 2 6 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO FUJITSU LIMITED'S OBJECTIONS TO THE MAGISTRATE'S ORDER ALLOWING ALTERNATIVE SERIVCE ON FUJITSU LIMITED** |

FOR GOOD CAUSE BEING SHOWN, Plaintiffs, Nanya Technology Corporation and Nanya Technology Corporation, U.S.A.'s Motion for Leave to File a Sur-Reply In Support Of Their Opposition To Fujitsu Limited's Objection To The Magistrate's Order Allowing Alternative Service on on Fujitsu Limited is hereby GRANTED.

SO ORDERED this 26th day of December, 2006.

_____
**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge, District Court of Guam

**ORIGINAL**