1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891/4
3  FACSIMILE:  (671) 472-2601

4  **UNPINGCO & ASSOCIATES, LLC**
   SUITE 12B, SINAJANA MALL
5  SINAJANA, GUAM
   TELEPHONE: (671) 475-8545
6  FACSIMILE:  (671) 475-8550

7  **SHORE CHAN BRAGALONE LLP**
   SUITE 4450
8  325 N. ST. PAUL STREET
   DALLAS, TEXAS 75201
9  TELEPHONE: (214) 593-9110
   FACSIMILE:  (214) 593-9111
10

   *Attorneys for Plaintiffs*
11 *Nanya Technology Corp. and*
   *Nanya Technology Corp. U.S.A.*
12

**FILED**
DISTRICT COURT OF GUAM
DEC 2 9 2006
MARY L.M. MORAN
CLERK OF COURT

13
                        DISTRICT COURT OF GUAM
14
                           TERRITORY OF GUAM
15

16 | NANYA TECHNOLOGY CORP. and       | No. CV-06-00025
   | NANYA TECHNOLOGY CORP. U.S.A.    |
17 |                                  |
   |        Plaintiffs,               |
18 |                                  | **PLAINTIFFS' REQUESTED HEARING**
   |        vs.                       | **DATE ON DEFENDANTS' MOTIONS**
19 |                                  | **TO DISMISS**
   | FUJITSU LIMITED and FUJITSU      |
20 | MICROELECTRONICS AMERICA,        |
   | INC.                             |
21 |                                  |
   |        Defendants.               |
22

23     Plaintiffs, Nanya Technology Corporation and Nanya Technology Corporation, U.S.A.
24 hereby propose that the hearing on Defendant, Fujitsu Microelectronics America, Inc.'s Motion
25 To Dismiss Or Transfer To The Northern District Of California And For A More Definite
26 Statement, which was filed herein on December 5, 2006 and Defendant Fujitsu Limited's
27 Motion to Dismiss or Transfer to the Northern District of California and For a More Definite
28 Statement (with supporting Memorandum and Declarations) filed on December 18, 2006, be

                                        1

heard before this Court on or after March 20, 2007. Defendants have proposed to this Court a hearing date of January 17, 2007, at 10:00 o'clock a.m., however, Plaintiffs oppose said date as the date is premature. Plaintiffs' believe that jurisdictional discovery, specifically with respect to Defendants' sale to the DRAM spot market to buyers from all over the world, must be conducted. Additionally, Fujitsu Limited has objected to service and, therefore, their motion may not be ripe for adjudication, absent additional discovery.

Based on the foregoing, Plaintiffs respectfully request dates be set for Defendants' motions on or after March 20, 2007.

Respectfully submitted this 29th day of December, 2006.

**TEKER TORRES & TEKER, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs