| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ. | |
|    DANIEL M. BENJAMIN, ESQ. | |
| 2  CALVO & CLARK, LLP | |
|    Attorneys at Law | |
| 3  655 South Marine Corps Drive, Suite 202 | |
| 4  Tamuning, Guam  96913 | **FILED** |
|    Telephone:    (671) 646-9355 | DISTRICT COURT OF GUAM |
| 5  Facsimile:    (671) 646-9403 | JAN - 4 2007 |
| 6  CHRISTOPHER E. CHALSEN, ESQ. | MARY L.M. MORAN |
| 7  MICHAEL M. MURRAY, ESQ. | CLERK OF COURT |
|    LAWRENCE T. KASS, ESQ. | |
| 8  MILBANK, TWEED, HADLEY & MCCLOY LLP | |

1 Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A, | CIVIL CASE NO.  06-CV-00025 |
| Plaintiff, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*                     ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUESTED HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**

was caused to be served via hand delivery on the 4th day of January, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 4th day of January, 2007.

> CALVO & CLARK, LLP
> Attorneys at Law
> Attorneys for Defendants
> *Fujitsu Limited and Fujitsu Microelectronics America, Inc.*
>
> By: _____
> DANIEL M. BENJAMIN

*Of Counsel*
Christopher E. Chalsen (admitted *Pro Hac Vice*)
Michael M. Murray (admitted *Pro Hac Vice*)
Lawrence T. Kass (admitted *Pro Hac Vice*)
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 530-5000

*CIVIL CASE NO. 06-CV-00025*

1