| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ.<br>   DANIEL M. BENJAMIN, ESQ.<br>2  JENNIFER A. CALVO-QUITUGUA, ESQ.<br>   CALVO & CLARK, LLP<br>3  Attorneys at Law<br>4  655 South Marine Corps Drive, Suite 202<br>   Tamuning, Guam  96913<br>5  Telephone:   (671) 646-9355<br>   Facsimile:   (671) 646-9403<br>6 | **FILED**<br>DISTRICT COURT OF GUAM<br>JAN -8 2007<br>MARY L.M. MORAN<br>CLERK OF COURT |

7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
   Facsimile:   (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A,<br><br>             Plaintiff,<br><br>        -v-<br><br>FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>             Defendants. | CIVIL CASE NO.  06-CV-00025<br><br><br><br>**CERTIFICATE OF SERVICE** |

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

**DEFENDANTS' RESPONSE TO PLAINTIFFS' JANUARY 5, 2007 FILING REGARDING THE REQUESTED HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**

was caused to be served via hand delivery on the 8th day of January, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 8th day of January, 2007.

> CALVO & CLARK, LLP
> Attorneys at Law
> Attorneys for Defendants
> *Fujitsu Limited and Fujitsu Microelectronics America, Inc.*
>
> By: _____
> JENNIFER A. CALVO-QUITUGUA

*Of Counsel*
Christopher E. Chalsen (admitted *Pro Hac Vice*)
Michael M. Murray (admitted *Pro Hac Vice*)
Lawrence T. Kass (admitted *Pro Hac Vice*)
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:    (212) 822-5796

*CIVIL CASE NO. 06-CV-00025*

1