AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

Nanya Technology Corp., et al.,

    Plaintiffs,

V.

Fujitsu Limited, et al.,

    Defendants.

**NOTICE OF HEARING**

CASE NUMBER: 1:06-cv-00025

**Motions to Dismiss or Transfer to the Northern District of California and for a More Definite Statement**

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Hon. Frances M. Tydingco-Gatewood | 413 |
| | DATE AND TIME |
| | March 22, 2007 at 10:30 A.M. |

TYPE OF PROCEEDING

**Objections to Order Issued by Magistrate Judge**

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | January 17, 2007 at 10:00 A.M. | January 24, 2007 at 9:00 A.M. |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 10, 2007          /s/ Virginia T. Kilgore

DATE          DEPUTY CLERK

TO: