**JOSEPH C. RAZZANO, ESQ.**
**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**JOHN S. UNPINGCO, ESQ.**
**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**MICHAEL W. SHORE**
**ALFONSO GARCIA CHAN**
**MARTIN PASCUAL**
**SHORE CHAN BRAGALONE, LLP**
325 NORTH SAINT PAUL STREET-SUITE 4450
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JAN - 9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. CV 06-00025 <br><br><br> PLAINTIFFS' NOTICE OF L.R. 26.2 DISCLOSURE |

1.

ORIGINAL

2.

Plaintiffs NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A. hereby certify that it has served upon counsel of record for Defendants their joint Disclosure Pursuant to L.R. 26.2 on January 9, 2007 via hand delivery.

Dated: January 9, 2007.

By /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Teker Torres & Teker, P.C.

**SHORE CHAN BRAGALONE, LLP**

**ATTORNEYS FOR PLAINTIFFS
NANYA TECHNOLOGY CORP., AND
NANYA TECHNOLOGY CORP., U.S.A.**

3.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record via hand delivery on January 9, 2007:

Rodney J. Jacob
Daniel M. Benjamin
**Calvo & Clark, LLP**
655 South Marine Corps Dr., Suite 202
Tamuning, Guam 96913

_____
JOSEPH C. RAZZANO, ESQ.

3.