**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. CV06-00025 <br><br><br> CERTIFICATE OF SERVICE |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1.   I am over the age of majority and am competent to testify regarding the matters stated herein.

---

CERTIFICATE OF SERVICE

1.

ORIGINAL

2.  I hereby certify that on January 16, 2007, a true and exact copy of Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion to Clarify Magistrate Judge's Order and Motion to Compel Substantive Responses to Plaintiffs' Discovery Requests was served, via hand delivery, on the Defendants, through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3.  I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on January 17, 2007.

_____
JOSEPH C. RAZZANO

CERTIFICATE OF SERVICE

2.