**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs, Nanya Technology Corp.
and Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.**<br><br>Defendants. | CIVIL CASE NO. CV06-00025<br><br>NOTICE OF PLAINTIFFS' INTENT TO USE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE HEARING ON DEFENDANT'S OBJECTION TO MAGISTRATE'S ORDER |

Please take notice that Plaintiffs intend to utilize the Court's media and projection system during their opposition to Defendant's Objection to Magistrate's Order set for hearing on Wednesday, January 24, 2007, at the hour of 9:00 o'clock a.m.

1.                                     **ORIGINAL**

2.

As a courtesy, the Court's technology department, by and through Mr. Charles White, was informed of the Plaintiffs' intended use today, by and through the Law Offices of John S. Unpingco & Associates, LLC.

DATED at Hagåtña, Guam, on January 22, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs