# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00025　　　　　　　　　　　DATE: January 24, 2007
CAPTION: Nanya Technology Corp. - vs- Fujitsu Limited

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:06:09 - 10:17:30
CSO: F. Tenorio / J. Lizama

---

**APPEARANCES:**

| COUNSEL FOR PLAINTIFF(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| John Unpingco | Daniel Benjamin & Rodney Jacob - Fujitsu Limited |
| Joseph Razzano | Christopher Chalsen & Michael Murray - Fujitsu Microelectronics America, Inc. |
| Martin Pascual | |

---

**PROCEEDINGS: Hearing on Objections to Order issued by Magistrate Judge**

- Motion argued by Plaintiff and Defendant.
- Motion under advisement.

NOTES: