GUD NT ENT (12/06)

# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100

| | |
|---|---|
| Nanya Technology Corp., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Fujitsu Limited, et al., <br><br> Defendants. | Case No. 1:06-cv-00025 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order re: Objections to Magistrate's Order Granting Motion of Alternative Service of Process on Fujitsu Limited filed on January 26, 2007*
*Date of Entry: January 26, 2007*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** January 26, 2007

Clerk of Court
**/s/ Mary L.M. Moran**