| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ. | |
|    DANIEL M. BENJAMIN, ESQ. | |
| 2  CALVO & CLARK, LLP | **FILED** |
|    Attorneys at Law | DISTRICT COURT OF GUAM |
| 3  655 South Marine Corps Drive, Suite 202 | JAN 26 2007 |
| 4  Tamuning, Guam 96913 | |
|    Telephone: (671) 646-9355 | MARY L.M. MORAN |
| 5  Facsimile: (671) 646-9403 | CLERK OF COURT |

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5796

*Attorneys for Defendant*
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
{G0018890.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

    1) Futjisu Microelectronics America, Inc.'s [Proposed] Discovery Plan

    2) [Proposed] Scheduling Order

was caused to be served via hand delivery on the 24th day of January, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 26th day of January, 2007.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY & MCCLOY LLP**
> *Attorneys for Defendant*
> Fujitsu Microelectronics America, Inc.
>
> By: _____
>     **DANIEL M. BENJAMIN**

*CIVIL CASE NO. 06-CV-00025*
{G0018890.DOC;1}

1