1
2
3
4
5
6
7                    DISTRICT COURT OF GUAM
8                    TERRITORY OF GUAM
9

10
11  NANYA TECHNOLOGY CORP. and                Civil Case No. 06-00025
    NANYA TECHNOLOGY CORP. U.S.A.,
12
           Plaintiffs,
13
       vs.                                    ORDER
14
    FUJITSU LIMITED and FUJITSU
15  MICROELECTRONICS AMERICA, INC.,

16         Defendants.

17
18        This case is scheduled to come before the Court on January 30, 2007, for a scheduling
19  conference.  The original scheduling conference date had been moved previously to permit
20  resolution of a dispute over whether defendant Fujitsu Limited ("Fujitsu") was properly served
21  with process.  On January 26, 2007, Judge Tydingco-Gatewood issued an Order (Docket
22  No. 119) affirming the decision of the below-signed judge to permit the Plaintiffs to effect
23  service of process on Fujitsu via electronic mail and international mail requiring a signed receipt
24  pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.  In light of this decision, the
25  Court believes it would be in the interest of judicial economy to re-calendar the scheduling
26  conference until **Wednesday, February 21, 2007, at 9:00 a.m.**  This brief continuance will
27  provide all parties the opportunity to participate fully in the drafting of a scheduling order and
28  discovery plan.  The Clerk of Court is directed to return all previously submitted proposed

Nanya Technology Corp & Nanya Technology Corp USA v. Fujitsu Ltd. And Fujitsu Microelectronics America, Inc., Civil Case No. 06-00025
Order Moving Scheduling Conference

1  scheduling orders and discovery plans to the respective parties.  The parties are directed to meet
2  and confer in a good faith effort to prepare a proposed joint scheduling order and discovery plan,
3  which shall be submitted no later than **February 16, 2007**.
4      SO ORDERED this 29th day January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**