# EXHIBIT A

206

208

205


# ONETOUCH®

## Ultra™
Blood Glucose Monitoring System

**YES!** OneTouch® Test Strips are covered by most insurance plans and Medicare Part B
Conditions and restrictions apply. Check your plan for details.

### The Comfort Of C...

...ng
...g Test Strip

**FASTDRAW**
**DESIGN**
...conds

Sma...

· ...
  r...
· A...

```
        PAY-LESS SUPERMARKETS INC.
        DEDEDO - 632-9391/9419

        PHARMACY - SCRIPTS NP   75.00
   YOUR BALANCE DUE IS           75.00
        CASH SALES               75.00
        CHANGE                     .00

   YOUR APPROXIMATE GRT IS  $    2.88

   1/04/07 13:57 0001 10 0046 1115

   THANK YOU FOR SHOPPING AT PAY-LESS
     **    PLEASE COME AGAIN      **
```

le Size
arison
· Other Brand 4μL

### Less Bloo...
· Test o...
  ending...
· UltraS...
  painfu...
· UltraS...
  needs...



### Advanced Data Management
- Large, easy-to-read display
- 150-test memory with date and time
- Automatic 14 and 30-day averaging
- Can be downloaded into OneTouch™ Diabetes Management Software for data graphing and trending †

*3-Year Warranty.*
*30-Day Money-Back Guarantee.*

\* Read the owner's booklet and talk to your doctor before arm testing
† OneTouch™ Software or data cable not included

### Keep In Touch
We're always there, whenever you need us.

To make sure you're absolutely comfortable using OneTouch® products, we offer you 2 fast and easy ways to ask questions and get information.

**1** 24-Hour, Toll-Free Assistance
USA (English): 1 800 227-8862 or USA (Español): 1 800 381-7226
www.LifeScan.com

**2** Or visit our award winning Web site for product information, answers by experts to frequently asked questions, diabetes management information, recipes, and personal e-mail support.

**LIFESCAN**
a Johnson & Johnson company

# The real power behind Fujitsu's 8-bit MCUs is the fact they hardly use any.

Thanks to our low-voltage, low-leakage yet high-speed designs, Fujitsu is the preferred choice in power-conscious MCUs. Glucose monitors, home theatre remotes, security systems, and thermostat controls are just a few examples of the hundreds of applications where our new, expanded 8-bit MCUs have found a home. But this preference is no accident. We understand better than anyone the price, performance and space challenges faced by engineers, and the end result is a design architecture unrivaled in its power and flexibility. What's more, working with Fujitsu offers world-class manufacturing and a proven track record of reliability. For more on Fujitsu's MCUs and our industry-leading solutions, visit **www.fma.fujitsu.com/mcuad** or call **(800) 866-8608**.

**MICROCONTROLLERS**
- 8-bit, 16-bit, 32-bit MCUs
- Up to 768 KB embedded Flash memory
- Up to 5 channel UART
- Low-power modes
- DC/AC motor, inverter control modules
- Dedicated DSC application specific controllers
- LPC bus, PS2 interface, keyboard controller with multi Li-ion battery management
- A/D, D/A, LCD controllers/drivers and timers
- Full-featured ICE and integrated development environment available

*Bringing solutions to your business is Vu Lac, Technical Sales Manager for Fujitsu Microelectronics.*



# FUJITSU
THE POSSIBILITIES ARE INFINITE

www.fma.fujitsu.com

© 2004 Fujitsu Microelectronics America, Inc. All rights reserved. All company and product names are trademarks or registered trademarks of their respective owners.