# EXHIBIT D

THE POSSIBILITIES ARE INFINITE 

# Fujitsu's MCUs are known for their reliability, making them ideal for automobiles



- LIN
- CAN 2.0B
- 8/16/32-bit MCU



## "Faster, Cooler, Smarter"

Microcontroller (MCU) applications in consumer and industrial products continue to grow rapidly. Users demand faster, "cooler" and smarter performance from their audio-visual equipment and household appliances. Luxury vehicles now use as many as 80 MCUs, while mid-range models use 40 to 50. Fujitsu's 8-bit, 16-bit and 32-bit MCU families are appropriate for all these applications.

## CAN Support
(HTTP://EDEVICE.FUJITSU.COM/FJ/MARCOM/FIND/20-4E/PDF/02.PDF)

High-end CAN applications now require large amounts of program memory. With 768KB of embedded flash memory, the MB91F376 is perfectly suited for automotive instrumentation applications and embedded industrial applications with CAN.

The MB90340/90345 is a "best-in-class" series of 16-bit MCUs providing rich timing sets, a multi-channel Programmable Pulse Generator, multiple Universal Asynchronous Receiver/Transmitters (UARTs), $I^2C$ and CAN interfaces.

## LIN Support
(HTTP://WWW.FMA.FUJITSU.COM/PDF/DOC_JP_214.PDF)

The MB89210 series of $F^2MC$ controllers includes UART capabilities that support the Local Interconnect Network (LIN). Fujitsu's MB89210 8-bit series is designed for applications where key requirements are an embedded LIN, a fail-proof internal oscillator for backup in case of an external resonator failure, a wide operation voltage range for power-supply stability, and a small 30-pin SSOP package. This device is also suitable for simple household equipment.

## Smooth, Smart Motor Control
(HTTP://WWW.FMA.FUJITSU.COM/PDF/MCU_FR60.PDF/)

The MB91260 series is just one example of Fujitsu's MCUs that integrate the industry's fastest triple-channel A/D converter with a dedicated waveform generator for smooth and smarter motor control. This series is ideal for intelligent air conditioners, smart dishwashers and other applications using motors.

## The World's First Embedded Dual-Operation Flash MCU
(HTTP://WWW.FMA.FUJITSU.COM/PDF/DOC_JP_MB90890.PDF)

Fujitsu has developed the world's first embedded dual-operation Flash MCU. Dual operation means that a read operation can be executed on one bank while a write operation is executed on another. This is ideal for applications that require reprogramming in the field and could eliminate external memory requirements, such as EEPROM. Another benefit is that uninterrupted operations can be performed on one bank, while the other bank is in programming mode using the Embedded Algorithm.

## Small to Large: a Perfect Fit for Embedded Applications

Fujitsu's best-in-class, small, 16-bit microcontroller has a 7x7 mm body, 0.5 mm pitch and 48 pins, making it appropriate for a wide range of applications. The three series, the MB90455, MB90385 and MB90890 (which is the world's first dual-operation Flash memory MCU), have pin-to-pin compatibility. Customers can choose from mask ROM or Flash, with either CAN interface support or simple MCU.

For complicated applications that require a large memory, the 32-bit FR RISC MCU family has 768KB embedded Flash and the 16-bit CISC $F^2MC$ 16LX family has 384KB embedded Flash.

Pin count support is up to 100 pins for 8-bit, 144 pins for 16-bit, and 208 pins for 32-bit MCUs.

## Faster Controller with Sweet Features

Fujitsu's new 32-bit FR60Lite MCU family is designed to meet the requirements of the latest consumer product applications. The family is also suited for automotive-equipment control systems that require safer, quieter, more customer-friendly performance.

For more information, or to order a free DVD visit

http://www.fma.fujitsu.com/micro/

## Automotive Network Overview

The automotive network consists of more than a dozen networks that cohesively connect to perform various automotive functions. Since its start in 1985, the automotive network has come to encompass the automotive-body LAN, power-train LAN and information LAN. Today, the network utilizes many key technologies including CAN, LIN, TTx, D2B, MOST and Flexray to support a comfortable, even luxurious car life.

## CAN (Controller Area Network)

The CAN was standardized by the Robert Bosch GmbH Company during the 1980s. Since then, several automotive manufacturers have adopted it for automotive-body LANs and power-train LANs. CAN was originally designed solely for motor-vehicle use. Today, because of its high dependability and reliability, CAN is attracting a great deal of attention from various industrial fields.

## Fujitsu CAN Controller

Fujitsu's family of $F^2MC$-16LX and 32-bit FR CAN serves the entire CAN spectrum for automotive and industrial applications. The family includes a wide range of single, double and triple CAN controllers from a small, 48-pin configuration to 208-pin devices with up to 768KB of on-chip Flash memory. All devices support CAN 2.0A and 2.0B standards, and have up to 16 message buffers, each individually programmable for transmit or receive functions. These features make $F^2MC$-16LX and FR devices ideal for automotive customers.

**Automotive Network**





**Roof Area:**
e.g. Rain Sensor, Light Sensor, F/C/R Room Light, Sun Roof Control, Garage Control, Info Display, Rear Climate Control

**Seat Area:**
e.g. Seat-positioning Control, Occupancy Sensor, HVAC

**Steering Wheel Area:**
Centralized Control Function, e.g. Cruise Control, Wiper, Lighting, Climate, Audio, Telephone

**Door Area:**
e.g. Window U/D and Unit-Pinch Control, Mirror Control, Seat Adjustment, Door Lock

**Climate Panel:**
e.g. User I/F, Motor Control, Duct Control, Moisture/Temp Sensors, etc.

**Engine Room:**
e.g. Fan Control, Lighting Control, Intelligent Fuse and Maintenance Indicator, etc.

| Operation | MB90385 Series | MB90689S Series | MB90495G Series | MB90350 Series | MB90340 Series | MB90420/425 Series | MB90540/545 Series | MB90590/595 Series | MB90390 Series | MB90440G Series | MB91360 Series |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAN | 1ch | 1ch | 1ch | 1ch | 2ch/1ch | 2ch/1ch | 2ch/1ch | 2ch/1ch | 2ch | 3ch | 3ch/2ch |
| CAN Function | CAN 2.0B Full | | | | | | | | | | |
| Buffer | 8 (R/T) | | | 16 (R/T) | | | | | | | |
| Transfer speed | Max. 1 Mbps | | | | | | | | | | |
| ID filter | 29-bit x 2 | | | | | | | | | | |
| Interrupt | 2 x number of CAN channels | | | | | | | | | | |
| Min. execution Time | 62.5 ns | | | 42 ns | | | 62.5 ns | | 42 ns | 62.5 ns | 15.6 ns |
| Operation Voltage | 3.5 to 5.5V | 4.5 to 5.5V | | 3.5 to 5.5V | | 4.5 to 5.5V | 3.5 to 5.5V | 4.5 to 5.5V | 3.5 to 5.5V | 3.5 to 5.5V | 4.25 to 5.25V |
| ROM/RAM Size | 64KB/2KB | | | 128KB/4KB | 64KB/2KB 128KB/6KB 256KB/16KB 512KB/20KB | 128KB/6KB | 540: 128KB/6KB 545: 64KB/2KB 128K/4KB 256KB/6/8KB | 590: 256KB/6KB 384KB/8KB 595:128KB/4KB | 384KB/10KB | 28/6KB 128KB/16KB | 512KB/36KB 512KB/20KB |
| No. of clock system | | | | | | 2/1 clock | | | | | |
| SMC | | | | | 4 ch | | | 4 ch | 6 ch | | 4 ch |
| PPG timer | 8-bit x 4 ch, 16-bit x 2 ch | | | 8-bit x 12 ch 16-bit x 6 ch | 8/16-bit x 8 ch | 16-bit x 3 ch | 8/16-bit x 4 ch | 8/16-bit x 6ch | 8/16-bit x 6 ch | 8/16-bit x 4 ch | 16-bit x 3 ch / 16-bit x 4 ch |
| 16 bit timer | 2 ch | | | | 4 ch | | | 2 ch | | | 6 ch / 3 ch |
| ICU | 4 ch | | | 6 ch | 8 ch | 4 ch | 8 ch | 6 ch / 4 ch | 6 ch | 8 ch | 4 ch |
| OCU | | | | 4 ch | 8 ch | | 4 ch | | | | |
| UART | 1 ch | 2 ch | | 2 ch | 4 ch | 2 ch | 2 ch | 6 ch / 4 ch | 8 ch | 4 ch | 4 ch / 2 ch |
| SIO | 1 ch | | | | | | | 3 ch / 2 ch | 3 ch | 2 ch | 3 ch, 2 ch |
| IIC | | | | 2 ch | | | | 1 ch | 1 ch | 1 ch | 2 ch |
| I/O Port | 34 | 49 | | 49 | 80 | 58 | 78 | | 96 | 81 | 1 ch |
| D/A converter | 1 | | | | | | | | | | 10-bit x 2 ch |
| A/D converter | 10-bit x 8 ch | | | 10-bit x 15 ch | 10-bit x 24 ch | | 10-bit x 8 ch | | | | 10-bit x 16 ch |
| Interrupt | 4 ch | 8 ch | | 8 ch | 16 ch | | | 8 ch | | | |
| Package | LQFP 48 | QFP-64 LQFP-64 | | LQFP-64 | | QFP-100, LQFP-100 | | | LQFP-120 | QFP-100 LQFP-100 | QFP-160 QFP-208 QFP-120 |

## Fujitsu CAN MCU Offering

Fujitsu recognizes the challenges faced by automotive engineers. Fujitsu's MCU expertise, combined with the products' rich feature set and unbelievable CPU performance, make Fujitsu's MCUs suitable for body-electronics network and power-train network applications. Fujitsu's stepper motor MCUs feature up to six stepper motor controllers in a single MCU, making them ideal for dashboard applications. Automotive body control requires CAN MCUs with large I/O and high current capability. These needs can be met by a wide range of 16- and 32-bit CAN MCUs.

## CAN MCU Line-up



## LIN (Local Interconnect Network)

The concept of a low-cost, reliable network is not new to the automotive industry. Continuing this trend, the lower-cost LIN system finds its place in the distributed electronic systems in vehicles. LIN enables a cost-effective communication system for smart sensors and actuators where the bandwidth and versatility of CAN are not required. Typical LIN applications include doors, seats, the steering wheel, climate regulation system, lighting and rain sensor.

## Application Example

Each high-end car is networked with more than 30 MCUs, which are connected to the common CAN network. Not all CAN networks have same requirements. For example, body-control networks, which deal with passenger comfort and convenience systems, run at lower speeds (between 125Kbps to 250Kbps). Fujitsu's small, 48-pin, 16-bit MB90385, single-CAN MCU with eight message buffers is appropriate for this application.

In contrast, power-train networks, which periodically pass critical information related to engine and transmission control, run at relatively higher speeds (250Kbps to 1Mbps). Fujitsu's new high-performance MB90340 series meets this challenge. The series utilizes a wide range of memory selection with single and dual CAN controllers, giving designers of high- and low-speed CAN network applications a great deal of flexibility.

**Fujitsu's Automotive MCU Applications Examples**



FUJITSU MICROELECTRONICS AMERICA, INC.

Corporate Headquarters
1250 E. Arques Avenue, Sunnyvale, California 94088-3470
Tel: (800) 866-8608  Fax: (408) 737-5999
E-mail: inquiry@fma.fujitsu.com  Web Site: http://www.fma.fujitsu.com

© 2004 Fujitsu Microelectronics America, Inc.
All company and product names are trademarks or registered trademarks of their respective owners.
Printed in the U.S.A. MCU-BR-21039-9/2004

# EXHIBIT E

```
ORIGIN ID: BWCA (650) 259-1890        Ship Date: 16JAN07
RAUDEL RUBIO                          ActWgt: 0.2 LB
MAGNITUDE ELECTRONICS LLC             System#: 0608905/CAFE2308
870 MAHLER ROAD                       Account: S 183127098

BURLINGAME, CA 94010
UNITED STATES US                      EIN/VAT:

TO JOSEPH                                         21459375201
   TEKER TORRES &TEKER PC
   130 ASPINALL AVENUE
   SUITE 2A
   HAGATNA, 96910                     (GU)

                                      AWB
```





```
TRK# 6619 6833 6307    Form 0430
         1/1
INTL PRIORITY PAK

REF:
DESC1: INTEGRATED CIRCUITS
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37 (a)


COUNTRY MFG: JP           SIGN: RAUDEL RUBIO
CARRIAGE VALUE: 0.00 USD  T/C: R 318544085
CUSTOM VALUE: 50.00 USD   D/T: R 318544085

These commodities, technology or software were exported from the
United States in accordance with the export administration
regulations. Diversion contrary to US law prohibited.
The Warsaw Convention may apply and will govern and in most cases
limit the liability of Federal Express for loss or delay of or
damage to your shipment Subject to the conditions of the
contract on the reverse.

CONSIGNEE COPY - PLEASE PLACE IN POUCH
```

# MAGNITUDE ELECTRONICS, LLC.

870 MAHLER ROAD • BURLINGAME, CA 94010-1604
TEL: 650.259.1890 • FAX: 650.259.1891
www.magnitude-electronics.com • info@magnitude-electronics.com



# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/16/2007 | 61629 |

| BILL TO | SHIP TO |
|---|---|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|---|---|---|---|---|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP<br>JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5<br><br>TRACKING # 6619 6833 6307 | | | |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total (US Dollars) | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.



# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/16/2007 | 61629 |

**ELECTRONICS, LLC.**

870 MAHLER ROAD • BURLINGAME, CA 94010-1604
TEL: 650.259.1890 • FAX: 650.259.1891
www.magnitude-electronics.com • info@magnitude-electronics.com

| BILL TO | SHIP TO |
|---|---|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|---|---|---|---|---|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP<br>JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5 | | | |
| | TRACKING # 6619 6833 6307 | | | |

| | | |
|---|---|---|
| Sales Tax (0.0%) | | $0.00 |
| Total (US Dollars) | | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.



**MAGNITUDE ELECTRONICS, LLC.**

870 MAHLER ROAD • BURLINGAME, CA 94010-1604
TEL: 650.259.1890 • FAX: 650.259.1891
www.magnitude-electronics.com • info@magnitude-electronics.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/16/2007 | 61629 |

| BILL TO | SHIP TO |
|---|---|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|---|---|---|---|---|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5<br><br>TRACKING # 6619 6833 6307 | | | |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total (US Dollars) | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.