**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477.9891
Facsimile: (671) 472.2601

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam 96910
Telephone: (671) 475.8545
Facsimile: (671).475.8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JAN 30 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br> v. <br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **DECLARATION OF JOSEPH C. RAZZANO IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED NUMBER OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS** |

I, JOSEPH C. RAZZNO, hereby declare as follows:

1.  My name is Joseph C. Razzano. I am over the age of 21 and am competent to make this Declaration.

2.  All of the statements set forth herein are true and correct and are based on my personal knowledge.

3.  I am an attorney of record for Plaintiffs, Nanya Technology Corporation and Nanya Technology Corp. U.S.A. ("Nanya" collectively herein) in the above-captioned and titled cause.

4. Attached as Exhibit "A" are: (1) a true and correct copy of photographs of the One-Touch Ultra, the blood glucose monitoring system purchased by the Plaintiffs; (2) a true and correct copy of the receipt evidencing the purchase of the One Touch Ultra product on Guam on or about January 4, 2007; and (3) a true and correct copy of a Fujitsu advertisement touting the advantages of their "microcontrollers."

5. Attached as Exhibit "B" is a true and correct copy of a Fujitsu press release regarding MOST car-infotainment product. In addition, attached hereto is a true and correct copy of **BMW** automobile materials provided by **BMW** and describing the MOST system used in **BMW** automobiles.

6. Attached as Exhibit "C" is a true and correct copy of a Fujitsu Microelectronics America, Inc. press release.

7. Attached as Exhibit "D" is a true and correct copy of a Fujitsu advertisement describing advantages of their microcontrollers for automotive applications.

8. Attached as Exhibit "E" is a true and correct copy of invoices and packaging materials evidencing that Defendants expressly ship their products to Guam. The invoices from Magnitude Electronics, LLC, located in Burlingame, California, were ordered and shipped directly to counsel in Guam.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 30, 2007.

_____
JOSEPH C. RAZZANO

# EXHIBIT A

206



208



205



# ONETOUCH®

## Ultra™
Blood Glucose Monitoring System

**YES!** OneTouch® Test Strips are covered by most insurance plans and Medicare Part B
Conditions and restrictions apply.
Check your plan for details.

## The Comfort Of C[hoice]

*ng*
*Test Strip*

**FASTDRAW [       ] *conds*
DESIGN**

Sma[       ]

- H
  r
- /

Size arison
Other Brand 4µL

### Less Bloo[d]

- Test o[n]
  endin[g]
- UltraS[ ]
  painfu[l]
- UltraS[ ]
  needs

```
     PAY-LESS SUPERMARKETS INC.
     DEDEDO - 632-9391/9419


        PHARMACY - SCRIPTS NP    75.00
     YOUR BALANCE DUE IS         75.00
        CASH SALES               75.00
        CHANGE                     .00

     YOUR APPROXIMATE GRT IS  $   2.88


     1/04/07 13:57 0001 10 0046 1115

     THANK YOU FOR SHOPPING AT PAY-LESS
      **     PLEASE COME AGAIN      **
```

### Advanced Data Management

- Large, easy-to-read display
- 150-test memory with date and time
- Automatic 14 and 30-day averaging
- Can be downloaded into OneTouch™ Diabetes Management Software for data graphing and trending †

* Read the owner's booklet and talk to your doctor before arm testing
† OneTouch™ Software or data cable not included

*3-Year Warranty.*
*30-Day Money-Back Guarantee.*

## Keep In Touch
We're always there, whenever you need us.

To make sure you're absolutely comfortable using OneTouch® products, we offer you 2 fast and easy ways to ask questions and get information.

1. 24-Hour, Toll-Free Assistance
   USA (English): 1 800 227-8862 or USA (Español): 1 800 381-7226
   www.LifeScan.com
2. Or visit our award winning Web site for product information, answers by experts to frequently asked questions, diabetes management information, recipes, and personal e-mail support.

**LIFESCAN**
a Johnson & Johnson company

# The real power behind Fujitsu's 8-bit MCUs is the fact they hardly use any.

Thanks to our low-voltage, low-leakage yet high-speed designs, Fujitsu is the preferred choice in power-conscious MCUs. Glucose monitors, home theatre remotes, security systems, and thermostat controls are just a few examples of the hundreds of applications where our new, expanded 8-bit MCUs have found a home. But this preference is no accident. We understand better than anyone the price, performance and space challenges faced by engineers, and the end result is a design architecture unrivaled in its power and flexibility. What's more, working with Fujitsu offers world-class manufacturing and a proven track record of reliability. For more on Fujitsu's MCUs and our industry-leading solutions, visit **www.fma.fujitsu.com/mcuad** or call **(800) 866-8608**.

**MICROCONTROLLERS**
- 8-bit, 16-bit, 32-bit MCUs
- Up to 768 KB embedded Flash memory
- Up to 5 channel UART
- Low-power modes
- DC/AC motor, inverter control modules
- Dedicated DSC application specific controllers
- LPC bus, PS2 interface, keyboard controller with multi Li-ion battery management
- A/D, D/A, LCD controllers/drivers and timers
- Full-featured ICE and integrated development environment available


*Bringing solutions to your business is Vu Lac, Technical Sales Manager for Fujitsu Microelectronics.*



**THE POSSIBILITIES ARE INFINITE**

www.fma.fujitsu.com

© 2004 Fujitsu Microelectronics America, Inc. All rights reserved. All company and product names are trademarks or registered trademarks of their respective owners.