# EXHIBIT C



Fujitsu Microelectronics America, Inc.

# Fujitsu Introduces Next-Generation FlexRay™ Controller, Enabling X-by-Wire Technology for In-Vehicle Networks

*Built around Bosch IP, New MB88121 Supports FlexRay Version 2.0*

**Sunnyvale, CA, September 13, 2005** — Fujitsu Microelectronics America, Inc. (FMA) today introduced the industry's leading FlexRay™ controller, the MB88121, an application-specific standard product that supports FlexRay version 2.0.

Based on IP developed by Robert Bosch GmbH, the MB88121 delivers 10 Megabit per second over two channels. It provides fault-tolerant, deterministic data transmission, which is suitable for the engine control, braking and steering subsystems now being introduced using the FlexRay protocol.

The MB88121 is designed to complement all of the existing standard automotive buses, including the Controller Area Network (CAN) and Local Interconnect Network (LIN). FlexRay-based technology, which can provide approximately 10 times the throughput of CAN, is expected to gradually replace CAN as automakers and their suppliers adopt x-by-wire solutions in new generations of vehicles.

Fujitsu has been a world leader in FlexRay product development, as a member of the FlexRay Consortium, and as the first company to deliver a complete developers' kit designed to enable early-stage application development.

"This new FlexRay communication controller incorporates all the features and capabilities required to spur significant production of FlexRay systems by vehicle makers and automotive-equipment manufacturers," said Keith Horn, senior vice president of sales and marketing for Fujitsu Microelectronics America. "Embedding FlexRay IP into real silicon will allow early adapters to design a range of automotive electronic-control applications at production grade."

The MB88121 can be connected directly to existing CPUs, enabling the development of production systems that use a next-generation network, while simultaneously maximizing the performance of equipment already in the vehicle. Internal speeds reach 80MHz, with a 4, 5, 8, 10MHz external oscillator, or by external clock. The chip's parallel interface affords a maximum frequency of 33MHz.

**About the FlexRay Standard**

FlexRay is a high-speed serial communication system using point-to-point links over unshielded or shielded twisted pair cable. It features fault tolerance and provides deterministic data transmission at a baud rate of between 500kbps to 10Mbps with a 24-bit CRC. FlexRay is a time-triggered bus, enabling electronic systems to communicate continually in pre-defined time slots.

Fujitsu will maintain its strong commitment to the FlexRay technology by continuing to develop FlexRay enabled components. In 2006, the company plans to begin sampling a new microcontroller with the FlexRay IP built around Fujitsu's FR microprocessor core.

**Pricing and Availability**

The MB88121 is available now in production quantities with prices beginning under $5 each. It is packaged in an LQFP-64. Fujitsu is now planning a 48-pin version for future release.

**Note to editors:**
Click here to download the Fujitsu FlexRay ASSP product fact sheet
Click here to download JPEG file of the Fujitsu FlexRay ASSP product photo #1

# About Fujitsu Microelectronics America, Inc.

Fujitsu Microelectronics America, Inc. (FMA) leads the industry in innovation. FMA provides high-quality, reliable semiconductor products and services for the networking, communications, automotive, security and other markets throughout North and South America. For product information, visit the company web site at http://us.fujitsu.com/micro/mcu.

**Press Contacts**

**Emi Igarashi**
**Fujitsu Microelectronics America, Inc.**
Tel: 408-737-5647
E-mail:eigarash@fma.fujitsu.com

**Dick Davies**
**IPRA**
Tel: 415-777-4161
E-mail:ipra@mindspring.com

All Rights Reserved, Copyright © FUJITSU 2000 - 2007



FUJITSU THE POSSIBILITIES ARE INFINITE

Fujitsu Microelectronics Asia Pte Ltd

# Fujitsu Introduces Controller-Area-Network (CAN) Microcontroller for Automotive Applications

**Singapore, 8 July 2004** — Fujitsu Microelectronics Asia Pte Ltd, one of the major players in the Microelectronics and Flat Panel Display Industry today announced the launch of 16bit Microcontroller series with built-in CAN micro, at the Thailand Electronics and Industrial Technology Exhibition 2004.

Fujitsu has been responding to the ever changing demands for the automotive engineering network with leading edge technologies. Automotive is one of the many focuses that Fujitsu has excelled in. Since Fujitsu had first introduced Microcontrollers with built-in CAN macro in the mid 1990s, Fujitsu has been expanding its 16bit Microcontroller series and has now some of the most extensive range of Microcontrollers with CAN Macro built-in. For the high-end automotive application, Fujitsu has also a range of specialized 32bit Microcontrollers which are feature-rich, low-power, high-performance and cost-effective.

Since the introduction of CAN in the automotive industries, CAN is now one of the most widely accepted network within the vehicles. Over the years, industries such as Factory Automation and Healthcare have also adopted this type of network for the reason that CAN has sophisticated functions to support error detection. It is very reliable, robust in communication, has simplified two-wire communication and uses differential voltage of two-wire to reduce noise. CAN specially stands out in the automotive application as the two-wire communication means reduction in cost for the network within the vehicle, lighter in weight (lesser wirings), much more simplified wire-harness design and equipment used within the vehicle.

The Fujitsu CAN Controller is a full CAN Macro that supports 'CAN Version 2.0B Active'. It means that it can support Identifier of up to 29bit instead of the normal 11bit of a Basic CAN. The Fujitsu CAN also has multiple-message buffer of up to 16 transmitting messages. With the 16bit Microcontroller, it comes with enhanced features such as low-power consumption mode, stepper motor controller, input-capture units, output-compare unit and many timers to support the different applications.

## Some of the series suitable for different applications

| | |
|---|---|
| Dashboard : | MB90390 series<br>MB90420 series<br>MB90540 series<br>MB90590 series |
| Gateways : | MB90495 series<br>MB90540 series<br>MB90590 series |
| Power Seats : | MB90385 series<br>MB90495 series<br>MB90590 series<br>MB91360 series |
| Car Infotainment System : | MB90390 series |
| HVAC system : | MB90440 series<br><br>MB90540 series |
| Power Window : | MB90385 series<br><br>MB90495 series |
| Steering Wheel : | MB90385 series<br><br>MB90495 series |
| Instrumental Cluster : | MB90390 series<br>MB90440 series |

| | |
|---|---|
| | MB90540 series |
| | MB90440 series |
| | MB91302 series |
| | MB91360 series |

## About Fujitsu Microelectronics Asia Pte Ltd

Fujitsu Microelectronics Asia Pte Ltd was established as the Asia –Pacific Headquarters of Fujitsu Limited Electronic Devices Group in 1986. It provides support, sales and marketing of Microelectronics and Flat Panel Display products to the Asia Pacific region, including India and Oceania.

Fujitsu Microelectronics Asia offers a wide and varied product range like ASIC, ASSPs, Flat Panels (LCD / PDP), Microcontrollers / Microprocessors (FR-V), System Memory (Flash Memory / FRAM / FCRAM) and System LSIs ( DVD MPEG Source Decoders / MPEG –2 Encoders)

### Press Contacts

**Ms Gladys Ng**
**Fujitsu Microelectronics Asia Pte Ltd**
Marketing Communications
Tel: (65) 6281 0770
**Website:** www.fmal.fujitsu.com
E-mail:sg.enquiry@fmal.fujitsu.com

### Technical Contacts

**Mr Lou Kai Chee**
**Fujitsu Microelectronics Asia Pte Ltd**
System LSI Product Marketing
E-mail:kaichee.lou@@fmal.fujitsu.com

All company/product names mentioned may be trademarks or registered trademarks of their respective holders and are used for identification purpose only.

Copyright © FUJITSU 2001 - 2007

# EXHIBIT D

THE POSSIBILITIES ARE INFINITE FUJITSU



# Fujitsu's MCUs are known for their reliability, making them ideal for automobiles

• **LIN**

• **CAN 2.0B**

• **8/16/32-bit MCU**



### "Faster, Cooler, Smarter"

Microcontroller (MCU) applications in consumer and industrial products continue to grow rapidly. Users demand faster, "cooler" and smarter performance from their audio-visual equipment and household appliances. Luxury vehicles now use as many as 80 MCUs, while mid-range models use 40 to 50. Fujitsu's 8-bit, 16-bit and 32-bit MCU families are appropriate for all these applications.

### CAN Support

(HTTP://EDEVICE.FUJITSU.COM/FJ/MARCOM/FIND/20-4E/PDF/02.PDF)

High-end CAN applications now require large amounts of program memory. With 768KB of embedded flash memory, the MB91F376 is perfectly suited for automotive instrumentation applications and embedded industrial applications with CAN.

The MB90340/90345 is a "best-in-class" series of 16-bit MCUs providing rich timing sets, a multi-channel Programmable Pulse Generator, multiple Universal Asynchronous Receiver/Transmitters (UARTs), $I^2C$ and CAN interfaces.

### LIN Support

(HTTP://WWW.FMA.FUJITSU.COM/DOC_JP_214.PDF)

The MB89210 series of $F^2MC$ controllers includes UART capabilities that support the Local Interconnect Network (LIN). Fujitsu's MB89210 8-bit series is designed for applications where key requirements are an embedded LIN, a fail-proof internal oscillator for backup in case of an external resonator failure, a wide operation voltage range for power-supply stability, and a small 30-pin SSOP package. This device is also suitable for simple household equipment.

### Smooth, Smart Motor Control

(HTTP://WWW.FMA.FUJITSU.COM/PDF/MCU_FR60.PDF/)

The MB91260 series is just one example of Fujitsu's MCUs that integrate the industry's fastest triple-channel A/D converter with a dedicated waveform generator for smooth and smarter motor control. This series is ideal for intelligent air conditioners, smart dishwashers and other applications using motors.

### The World's First Embedded Dual-Operation Flash MCU

(HTTP://WWW.FMA.FUJITSU.COM/PDF/DOC_JP_MB90890.PDF)

Fujitsu has developed the world's first embedded dual-operation Flash MCU. Dual operation means that a read operation can be executed on one bank while a write operation is executed on another. This is ideal for applications that require reprogramming in the field and could eliminate external memory requirements, such as EEPROM. Another benefit is that uninterrupted operations can be performed on one bank, while the other bank is in programming mode using the Embedded Algorithm.

### Small to Large: a Perfect Fit for Embedded Applications

Fujitsu's best-in-class, small, 16-bit microcontroller has a 7x7 mm body, 0.5 mm pitch and 48 pins, making it appropriate for a wide range of applications. The three series, the MB90455, MB90385 and MB90890 (which is the world's first dual-operation Flash memory MCU), have pin-to-pin compatibility. Customers can choose from mask ROM or Flash, with either CAN interface support or simple MCU.

For complicated applications that require a large memory, the 32-bit FR RISC MCU family has 768KB embedded Flash and the 16-bit CISC $F^2MC$ 16LX family has 384KB embedded Flash.

Pin count support is up to 100 pins for 8-bit, 144 pins for 16-bit, and 208 pins for 32-bit MCU's.

### Faster Controller with Sweet Features

Fujitsu's new 32-bit FR60Lite MCU family is designed to meet the requirements of the latest consumer product applications. The family is also suited for automotive-equipment control systems that require safer, quieter, more customer-friendly performance.

For more information, or to order a free DVD visit

**http://www.fma.fujitsu.com/micro/**

## Automotive Network Overview

The automotive network consists of more than a dozen networks that cohesively connect to perform various automotive functions. Since its start in 1985, the automotive network has come to encompass the automotive-body LAN, power-train LAN and information LAN. Today, the network utilizes many key technologies including CAN, LIN, TTx, D2B, MOST and Flexray to support a comfortable, even luxurious car life.

## CAN (Controller Area Network)

The CAN was standardized by the Robert Bosch GmbH Company during the 1980s. Since then, several automotive manufacturers have adopted it for automotive-body LANs and power-train LANs. CAN was originally designed solely for motor-vehicle use. Today, because of its high dependability and reliability, CAN is attracting a great deal of attention from various industrial fields.

## Fujitsu CAN Controller

Fujitsu's family of $F^2MC$-16LX and 32-bit FR CAN serves the entire CAN spectrum for automotive and industrial applications. The family includes a wide range of single, double and triple CAN controllers from a small, 48-pin configuration to 208-pin devices with up to 768KB of on-chip Flash memory. All devices support CAN 2.0A and 2.0B standards, and have up to 16 message buffers, each individually programmable for transmit or receive functions. These features make $F^2MC$-16LX and FR devices ideal for automotive customers.

## Automotive Network





**Roof Area:**
e.g. Rain Sensor, Light Sensor, F/C/R Room Light, Sun Roof Control, Garage Control, Info Display, Rear Climate Control

**Seat Area:**
e.g. Seat-positioning Control, Occupancy Sensor, HVAC

**Steering Wheel Area:**
Centralized Control Function, e.g. Cruise Control, Wiper, Lighting, Climate, Audio, Telephone

**Door Area:**
e.g. Window U/D and Unit-Pinch Control, Mirror Control, Seat Adjustment, Door Lock

**Climate Panel:**
e.g. User I/F, Motor Control, Duet Control, Moisture/Temp Sensors, etc.

**Engine Room:**
e.g. Fan Control, Lighting Control, Intelligent Fuse and Maintenance Indicator, etc.

| Operation | MB90385 Series | MB90895 Series | MB90495G Series | MB90350 Series | MB90340 Series | MB90420/42S Series | MB90540/545 Series | MB90590/595 Series | MB90390 Series | MB90440G Series | MB91360 Series |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAN | 1ch | 1ch | 1ch | 1ch | 2ch/1ch | 2ch/1ch | 2ch/1ch | 2ch/1ch | 2ch | 3ch | 3ch/2ch |
| CAN Function | CAN 2.0B Full | | | | | | | | | | |
| Buffer | 8 (R/T) | | | | 16 (R/T) | | | | | | |
| Transfer speed | Max. 1 Mbps | | | | | | | | | | |
| ID filter | 29-bit x 2 | | | | | | | | | | |
| Interrupt | 2 x number of CAN channels | | | | | | | | | | |
| Min. execution Time | 62.5 ns | | | 42 ns | | 62.5 ns | | | 42 ns | 62.5 ns | 15.6 ns |
| Operation Voltage | 3.5 to 5.5V | | 4.5 to 5.5V | 3.5 to 5.5V | | 4.5 to 5.5V | 3.5 to 5.5V | 4.5 to 5.5V | 3.5 to 5.5V | 3.5 to 5.5V | 4.25 to 5.25V |
| ROM/RAM Size | 64KB/2KB | | | 128KB/4KB | 64KB/2KB 128KB/6KB 256KB/16KB 512KB/20KB | 128KB/6KB | 540: 128KB/6KB 545: 64KB/2KB 128K/4KB 256KB/6KB | 590: 256KB/6KB 384KB/8KB 595:128KB/4KB | 384KB/10KB | 28/6KB 128KB/16KB | 512KB/36KB 512KB/20KB |
| No. of clock system | 2/1 clock | | | | | | | | | | |
| SMC | | | | | 4 ch | | | 4 ch | 6 ch | | 4 ch |
| PPG timer | 8-bit x 4 ch, 16-bit x 2 ch | | | 8-bit x 12 ch, 16-bit x 6 ch | 16-bit x 3 ch | 8/16-bit x 4 ch | 8/16-bit x 6 ch | 8/16-bit x 6 ch | | 8/16-bit x 4 ch | 16-bit x 6 ch / 16-bit x 4 ch |
| 16-bit timer | 2 ch | | | | 4 ch | | 2 ch | | | | 6 ch / 3 ch |
| ICU | 4 ch | | | 6 ch | 8 ch | 4 ch | 8 ch | 6 ch / 4 ch | 6 ch | 8 ch | |
| OCU | | | | 4 ch | 8 ch | 4 ch | | 6 ch / 4 ch | | 8 ch | 4 ch / 2 ch |
| UART | 1 ch | 2 ch | | 2 ch | 4 ch | 2 ch | 2 ch | 3 ch / 2 ch | 3 ch | 2 ch | 3 ch, 2 ch |
| SiO | 1 ch | | | | | | | 1 ch | 1 ch | 1 ch | 2 ch |
| IIC | | | | | 2 ch | | | | | | 1 ch |
| I/O Port | 34 | | 49 | 49 | 80 | 58 | 78 | | 96 | 81 | |
| D/A converter | | | | | | | | | | | 10-bit x 2 ch |
| A/D converter | 10-bit x 8 ch | | | 10-bit x 15 ch | 10-bit x 24 ch | 10-bit x 8 ch | | | | | 10-bit x 16 ch |
| Interrupt | 4 ch | | | 8 ch | 8 ch | 16 ch | 8 ch | | | | |
| Package | LQFP-48 | QFP-64 LQFP-64 | | LQFP-64 | QFP-100, LQFP-100 | | | | LQFP-120 | QFP-100 LQFP-100 | QFP-160 QFP-208 QFP-120 |

## Fujitsu CAN MCU Offering

Fujitsu recognizes the challenges faced by automotive engineers. Fujitsu's MCU expertise, combined with the products' rich feature set and unbelievable CPU performance, make Fujitsu's MCUs suitable for body-electronics network and power-train network applications. Fujitsu's stepper motor MCUs feature up to six stepper motor controllers in a single MCU, making them ideal for dashboard applications. Automotive body control requires CAN MCUs with large I/O and high current capability. These needs can be met by a wide range of 16- and 32-bit CAN MCUs.



## LIN (Local Interconnect Network)

The concept of a low-cost, reliable network is not new to the automotive industry. Continuing this trend, the lower-cost LIN system finds its place in the distributed electronic systems in vehicles. LIN enables a cost-effective communication system for smart sensors and actuators where the bandwidth and versatility of CAN are not required. Typical LIN applications include doors, seats, the steering wheel, climate regulation system, lighting and rain sensor.

## Application Example

Each high-end car is networked with more than 30 MCUs, which are connected to the common CAN network. Not all CAN networks have same requirements. For example, body-control networks, which deal with passenger comfort and convenience systems, run at lower speeds (between 125Kbps to 250Kbps). Fujitsu's small, 48-pin, 16-bit MB90385, single-CAN MCU with eight message buffers is appropriate for this application.

In contrast, power-train networks, which periodically pass critical information related to engine and transmission control, run at relatively higher speeds (250Kbps to 1Mbps). Fujitsu's new high-performance MB90340 series meets this challenge. The series utilizes a wide range of memory selection with single and dual CAN controllers, giving designers of high- and low-speed CAN network applications a great deal of flexibility.

**Fujitsu's Automotive MCU Applications Examples**



## FUJITSU MICROELECTRONICS AMERICA, INC.

Corporate Headquarters
1250 E. Arques Avenue, Sunnyvale, California 94088-3470
Tel: (800) 866-8608  Fax: (408) 737-5999
E-mail: inquiry@fma.fujitsu.com  Web Site: http://www.fma.fujitsu.com

© 2004 Fujitsu Microelectronics America, Inc.

All company and product names are trademarks or registered trademarks of their respective owners.

Printed in the U.S.A. MCU-BR-27039-8/2004

# EXHIBIT E

```
ORIGIN ID: BWCA (650) 259-1890        Ship Date: 16JAN07
RAUDEL RUBIO                          ActWgt: 0.2 LB
MAGNITUDE ELECTRONICS LLC             System# 060B905/CAFE2308
870 MAHLER ROAD                       Account: S 183127098

BURLINGAME, CA 94010
UNITED STATES US
                                      EIN/VAT:
TO JOSEPH
   TEKER TORRES &TEKER PC                  21459375201
   130 ASPINALL AVENUE
   SUITE 2A
   HAGATNA,  96910                    (GU)

                                      AWB
```



```
TRK# 6619 6833 6307    Form
                       0430
          1/1
INTL PRIORITY PAK

REF:
DESC1: INTEGRATED CIRCUITS
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37 (a)
```

```
COUNTRY MFG: JP                  SIGN: RAUDEL RUBIO
CARRIAGE VALUE: 0.00 USD         T/C: R 318544085
CUSTOM VALUE: 50.00 USD          D/T: R 318544085
```

These commodities, technology, or software were exported from the
United States in accordance with the export administration
regulations. Diversion contrary to US law prohibited.
The Warsaw Convention may apply and will govern and in most cases
limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

# MAGNITUDE

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/16/2007 | 61629 |

ELECTRONICS, LLC.

870 MAHLER ROAD · BURLINGAME, CA 94010-1604
TEL: 650.259.1890 · FAX: 650.259.1891
www.magnitude-electronics.com · info@magnitude-electronics.com

| BILL TO | SHIP TO |
|---------|---------|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|----------|-------|---------|-----------|----------|-----|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|------|-------------|----------|----------|--------|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP<br>JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5 | | | |
| | TRACKING # 6619 6833 6307 | | | |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total (US Dollars) | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.

# MAGNITUDE

## ELECTRONICS, LLC.

870 MAHLER ROAD · BURLINGAME, CA 94010-1604
TEL: 650.259.1890 · FAX: 650.259.1891
www.magnitude-electronics.com · info@magnitude-electronics.com

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/16/2007 | 61629 |

| BILL TO | SHIP TO |
|---------|---------|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|----------|-------|---------|-----------|----------|-----|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|------|-------------|----------|----------|--------|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP<br>JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5 | | | |
| | TRACKING # 6619 6833 6307 | | | |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total (US Dollars) | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.



# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/16/2007 | 61629 |

**ELECTRONICS, LLC.**

870 MAHLER ROAD · BURLINGAME, CA 94010-1604
TEL: 650.259.1890 · FAX: 650.259.1891
www.magnitude-electronics.com · info@magnitude-electronics.com

| BILL TO | SHIP TO |
|---|---|
| SHORE CHAN BRAGALONE, LLP<br>325 NORTH SAINT PAUL STREET<br>SUITE 4450<br>DALLAS, TX 75201<br>USA | TEKER TORRES & TEKER PC<br>130 ASPINALL AVENUE<br>SUITE 2A<br>HAGATNA, GUAM 96910 |

| P.O. NO. | TERMS | SOLD BY | SHIP DATE | SHIP VIA | FOB |
|---|---|---|---|---|---|
| VERBAL | PPD VISA | JL | 1/16/2007 | FEDX-INTL-PTY | ORIGIN |

| ITEM | DESCRIPTION | QUANTITY | UNIT AMT | AMOUNT |
|---|---|---|---|---|
| 08S | (57882) MB91F362PFV, FUJI 2000, QFP<br>JAPAN - EAR99 - NLR | 2 | 25.00 | 50.00 |
| Freight | 1 BOX, 1 LB | | 0.00 | 0.00 |
| | FREIGHT COLLECT<br>ACCT # 3185 4408 5 | | | |
| | TRACKING # 6619 6833 6307 | | | |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total (US Dollars) | $50.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion or reexport contrary to U.S. Law is prohibited. BUYER acknowledges and agrees that the terms and conditions on the reverse side of this Invoice shall govern and apply to their purchase of the Products.