**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,** ) <br> ) <br> **Defendants.** ) | CIVIL CASE NO. CV06-00025 <br><br> NOTICE OF SERVICE OF PLAINTIFFS' FIRST THROUGH SIXTEENTH REQUESTS FOR PRODUCTION TO FUJITSU LIMITED |

To:    Clerk, District Court of Guam.

PLEASE TAKE NOTICE that Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp., U.S.A., have served its First through Sixteenth Requests For Production of

NOTICE OF SERVICE

1.

**ORIGINAL**

2.

Documents on Defendant, Fujitsu Limited, by hand delivering copies to its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

DATED at Hagåtña, Guam, on January 31, 2007.

_____
JOSEPH C. RAZZANO