| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ.<br>   DANIEL M. BENJAMIN, ESQ.<br>2  CALVO & CLARK, LLP<br>   Attorneys at Law<br>3  655 South Marine Corps Drive, Suite 202<br>4  Tamuning, Guam  96913<br>   Telephone:   (671) 646-9355<br>5  Facsimile:    (671) 646-9403 | **FILED**<br>DISTRICT COURT OF GUAM<br>FEB - 1 2007<br>MARY L.M. MORAN<br>CLERK OF COURT |

6  **CHRISTOPHER E. CHALSEN, ESQ.**
7  **MICHAEL M. MURRAY, ESQ.**
   **LAWRENCE T. KASS, ESQ.**
8  **MILBANK, TWEED, HADLEY & MCCLOY LLP**
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:    (212) 822-5796

11
   *Attorneys for Defendant*
12 FUJITSU MICROELECTRONICS AMERICA, INC.

13
                    IN THE UNITED STATES DISTRICT COURT
14
                              DISTRICT OF GUAM
15

16 | NANYA TECHNOLOGY CORP. and          | CIVIL CASE NO. 06-CV-00025
   | NANYA TECHNOLOGY CORP. U.S.A.,       |
17 |                                      |
   |              Plaintiff,              |
18 |                                      |
   |         vs.                          | **CERTIFICATE OF SERVICE**
19 |                                      |
   | FUJITSU LIMITED, FUJITSU             |
20 | MICROELECTRONICS AMERICA, INC.,      |
21 |                                      |
   |              Defendants.             |
22

*CIVIL CASE NO. 06-CV-00025*          **ORIGINAL**
{G0019035.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

**FMA'S OPPOSITION TO PLAINTIFFS' MOTION TO CLARIFY MAGISTRATE JUDGE'S ORDER AND TO COMPEL**

was caused to be served via hand delivery on the 1st day of February, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910

> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 1st day of February, 2007.

> CALVO & CLARK, LLP
> MILBANK, TWEED, HADLEY
> & MCCLOY LLP
> *Attorneys for Defendant*
> Fujitsu Microelectronics America, Inc.
>
> By: _____
>     DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*
{G0019035.DOC;1}

1