# EXHIBIT A

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

CHRISTOPHER E. CHALSEN  (pro hac vice)
MICHAEL M. MURRAY (pro hac vice)
LAWRENCE T. KASS (pro hac vice)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Attorneys for Defendant
FUJITSU MICROELECTRONICS AMERICA, INC.

RECEIVED

JAN 30 2007

3:53 am

UNPINGCO & ASSOCIATES, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A

Plaintiff,

-v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

Defendants.

CIVIL CASE NO.  06-CV-00025

**FMA'S RESPONSES AND
OBJECTIONS TO PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Fujitsu

Microelectronics America, Inc. ("FMA") hereby objects and responds to Plaintiffs' Nanya

1

CIVIL CASE NO. 06-CV-00025

1    Technology Corp. and Nanya Technology Corp. U.S.A. First Request For Production of

2    Documents To Defendant Fujitsu Microelectronics America, Inc. ("Requests").

3

4                              **PRELIMINARY OBJECTION**

5           FMA objects to each of the Requests on the grounds that they are premature

6    because the commencement of discovery has been delayed by the Court and, as of the time of

7    these objections, Plaintiffs had neither sought nor obtained leave to propound the requested

8    discovery. On November 20, 2006 FMA moved for a sixty day extension of the dates specified in

9    the October 12, 2006 Scheduling Notice and/or for a stay of discovery. On December 11, 2006,

10   the Court granted FMA's motion in part and noted that "Plaintiffs will not be substantially

11   prejudiced by a short extension of the scheduling conference and commencement of discovery."

12   (emphasis added). Thus, the Court granted an extension in the commencement in discovery.

13   FMA objects to Plaintiffs' unilateral violation of the Court's Order.

14          These responses are without waiver of any and all objections to the Requests based

15   on their improper service before the commencement of discovery. Further, the responses are

16   based on the best information currently available to FMA. FMA reserves all objections, in this or

17   any other proceeding, with respect to the relevance, materiality, and admissibility of information

18   produced pursuant to the Requests for Production following the commencement of discovery.

19   FMA also reserves the right to assert additional objections should further review of the files or

20   pre-trial preparation develop new information as to any of the Requests for Production. These

21   responses are made without waiver of, or prejudice to, any such objection or right. To the extent

22   FMA responds to Requests for Production to which it also objects, such responses are without

23   waiver of any such objections.

24

25   CIVIL CASE NO. 06-CV-00025                        2

26

1

**GENERAL OBJECTIONS**

2   These General Objections are incorporated into each response set forth herein.

3       1.      FMA objects to each of the Requests, including all definitions and instructions, to

4   the extent they seek to impose requirements on FMA that are inconsistent with or in addition to

5   the provisions of the Federal Rules of Civil Procedure, or impose obligations beyond the local

6   rules of the United States District Court for Guam.

7       2.      FMA's responses and objections are made to the best of its present knowledge,

8   information, and belief. FMA has not completed its investigation and discovery in this matter;

9   therefore, FMA reserves the right to amend, revise, correct, supplement, or clarify any of the

10  responses and objections herein pursuant to facts or information gathered at any time subsequent

11  to the date of these responses. FMA further reserves the right to make use of, or to introduce at

12  hearing and at trial, documents and things responsive to the Requests discovered subsequent to

13  the date of FMA's production.

14      3.      FMA objects to the Requests, including all definitions and instructions, to the

15  extent that they seek the disclosure of information protected from discovery by the attorney-client

16  privilege, the work product doctrine, common interest privilege, joint prosecution privilege, the

17  trade secret or proprietary information privilege, or any other applicable privilege or immunity, or

18  invade the privacy rights of any person. FMA will not knowingly disclose any information that is

19  subject to such privilege or protection. In connection with the Requests, FMA does not intend to

20  waive, and shall not be construed as having waived, any such privilege or protection. Any

21  inadvertent production or disclosure thereof shall not be deemed a waiver of any such privilege or

22  protection in whole or in part. FMA reserves its rights to recall any such document.

23

24   *CIVIL CASE NO. 06-CV-00025*

25

26

3

4.    FMA objects to the Requests to the extent they call for the production of information for which disclosure is prohibited by any domestic or judicial order, protective order, stipulation of confidentiality, non-disclosure agreement, or confidentiality agreement with any non-party restricting the disclosure of such information by FMA. FMA does not intend to produce any documents that are subject to any protection or privilege.

5.    FMA objects to the Requests to the extent that they are vague and ambiguous, fail to identify with the necessary specificity the information or document sought, and would require FMA to speculate as to the nature and/or scope of the documents and things sought thereby.

6.    FMA objects to these Requests to the extent that they are overly broad, unduly burdensome, seeking information not relevant to any issue in this lawsuit and not reasonably calculated to lead to the discovery of admissible evidence.

7.    FMA objects to the Requests to the extent they seek information or documents other than that which may be obtained through a reasonably diligent search of its records. In responding to the Requests, FMA has made or will conduct a reasonable inquiry and search of materials within its possession, custody or control in those places where information responsive to the Requests are most likely to be found. To the extent that Plaintiffs seek to require FMA to undertake any action beyond that described above, FMA objects to the Requests as unduly burdensome, oppressive, not reasonably calculated to lead to the discovery of admissible evidence, and harassing and seeking information not within the possession, custody or control of FMA.

8.    FMA objects to the Requests to the extent they are duplicative, unreasonably cumulative, harassing and responding thereto will cause unnecessary expense.

4

*CIVIL CASE NO. 06-CV-00025*

9.    FMA objects to the Requests to the extent they seek information equally available to Plaintiffs, including, without limitation, publicly available information and documentation.

10.    FMA objects to the Requests as unduly burdensome to the extent that they seek to impose on FMA the obligation to locate documents that are not in the control of FMA or FMA's personnel. FMA will undertake only to produce documents that are reasonably within FMA's knowledge and control.

11.    FMA objects to the Requests to the extent they are ambiguous or would require FMA to speculate as to the nature or scope of the information sought thereby.

12.    FMA objects to the Requests to the extent they fail to specify a reasonable or relevant time period for the information and/or documents sought. Subject to agreement of all parties, FMA will not produce documents generated after the date of the Complaint in this action.

13.    FMA objects to the Requests to the extent they seek information that is neither relevant to the subject matter involved in this action, nor relevant to a claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible evidence. FMA reserves all objections, in this or any other proceeding, with respect to the relevance, materiality, and admissibility of documents or things produced pursuant to the Requests and the contents of such documents.

14.    FMA objects to the Requests to the extent they seek information that is subject to confidentiality obligations with any non-party restricting the disclosure of such information by FMA.

15.    FMA objects to the Requests to the extent they seek information in the custody, possession or control of persons or entities other than FMA. FMA will not provide any

5

*CIVIL CASE NO. 06-CV-00025*

1    information in the possession, custody or control of any third party, including any agent, outside

2    attorney or affiliate of FMA on the grounds that production of such documents is unduly

3    burdensome and not calculated to lead to the discovery of admissible evidence.

4    16.    FMA objects to the Requests to the extent they seek production of documents that

5    are already in Plaintiffs' possession, custody or control, that are publicly available, that are

6    equally available to Plaintiffs or from other parties to the litigation, or that are duplicative of

7    documents already produced in the litigation.

8    17.    FMA objects to the Requests to the extent they seek information that is

9    inaccessible.

10    18.    FMA objects to providing information demanded by the Requests that is

11    confidential, including sensitive, business, financial, proprietary, competitive, personal, customer,

12    or client information of FMA. FMA will not produce any such information until the Court has

13    entered a suitable Protective Order. Any statement in the responses to individual Requests below

14    that indicates that documents will be produced is subject to the entry of a suitable Protective

15    Order.

16    19.    Although FMA will make a reasonable and good faith effort to respond to these

17    Requests after the commencement of discovery, further information may be discovered that might

18    be responsive to these Requests. Accordingly, without assuming any obligation other than as

19    may be imposed by law, FMA will promptly produce the responsive documents to those Requests

20    that FMA does not object to as identified below, will continue to search for further responsive

21    documents to those Requests that FMA does not object to, and reserves the right to revise,

22

23

24    *CIVIL CASE NO. 06-CV-00025*

25

26

6

1    supplement, correct, or amend these responses based upon information, evidence, documents,

2    facts, and things that hereafter may be discovered.

3        20.    FMA objects to the definition of Defendant to the extent it includes or attempts to

4    include parties or entities other than the specific parties and entities named as Defendants in this

5    action.

6        21.    FMA objects to the Requests to the extent that they require FMA to form legal

7    conclusions in order to respond.

8        22.    FMA makes no admission of any nature, and no admission may be implied by, or

9    inferred from, these objections and responses.

10       23.    To the extent FMA responds to any of the Requests, it does not concede that the

11   information or document requested is relevant to this action, nor does it waive or intend to waive

12   any objection to the competency, relevancy, or admissibility as evidence of any document or

13   information provided, referred to, or made the subject of any response.  FMA expressly reserves

14   the right to object to further discovery of the subject matter of any Request and the introduction

15   into evidence of any provided document or information.  A partial response to any Request that

16   has been objected to, in whole or in part, is not intended to be a waiver of the objection.  By

17   making these objections and responses, FMA does not concede that it is in possession of any

18   information or documents responsive to the Requests or that any documents or information

19   requested or provided is relevant to this litigation.

20       24.    To the extent that FMA does not object to a Request and agrees to produce

21   documents in response to a Request, that agreement is not a representation that any such

22   documents actually exist, only that if such documents exist, then FMA will produce them.

23

7

24   *CIVIL CASE NO. 06-CV-00025*

25

26

25.     Each of the foregoing General Objections is hereby incorporated by reference into each of the following specific responses to Propounding Party's specific Requests.

## SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

Without waiving and subject to its General Objections, which are incorporated into each response below, FMA responds to each specific Request as follows:

**REQUEST NO. 1:**    Documents listing each and every camera manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

**RESPONSE TO REQUEST NO. 1:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents listing each and every camera manufacturer; (c) it is vague and ambiguous, in particular as to the identities of "camera manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or control of FMA.

**REQUEST NO. 2:**    Documents listing each and every camera that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 2:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every camera"; (c) it is vague and ambiguous, in particular as to what constitutes a camera and what

8

*CIVIL CASE NO. 06-CV-00025*

1  constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)

2  it calls for information not within the possession or control of FMA.

3

4  **REQUEST NO. 3:**    Documents listing each and every contract entered into within the last six
   years between FMA and a camera manufacturer involving an FMA dynamic memory chip.
5
   **RESPONSE TO REQUEST NO. 3:**    In addition to its General Objections, FMA objects to
6
   the request on the following grounds: (a) it seeks information that is neither relevant to this action
7
   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential
8
   and/or proprietary information not reasonably calculated to lead to the discovery of admissible
9
   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of
10
   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to
11
   the meaning of what constitutes a "contract" and the identities of "camera manufacturer[s]".
12

13

14  **REQUEST NO. 4:**    Documents listing each and every request made within the last six years by
    a camera manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise
    produce an FMA dynamic memory chip.
15
    **RESPONSE TO REQUEST NO. 4:**    In addition to its General Objections, FMA objects to
16
    the request on the following grounds: (a) it seeks information that is neither relevant to this action
17
    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary
18
    and/or confidential information not reasonably calculated to lead to the discovery of admissible
19
    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of
20
    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the
21
    identities of "camera manufacturer[s]" and the meaning of what constitutes a "request... for
22
    proposal[]"; and (e) it calls for information not within the possession or control of FMA.
23
                                         9
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 5:**    Documents listing each and every proposal made within the last six years
2    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
     chip for a camera manufacturer.

3    **RESPONSE TO REQUEST NO. 5:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "camera manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11   **REQUEST NO. 6:**    Documents listing each and every mobile phone manufacturer that has
12   purchased an FMA dynamic memory chip for use or incorporation in one of its products within
     the last six years.

13   **RESPONSE TO REQUEST NO. 6:**    In addition to its General Objections, FMA objects to

14   the request on the following grounds: (a) it seeks information that is neither relevant to this action

15   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16   unduly burdensome such as calling for the production of documents listing each and every mobile

17   phone manufacturer; (c) it is vague and ambiguous, in particular as to the identities of "mobile

18   phone manufacturer[s]" and their "products"; and (d) it calls for information not within the

19   possession or control of FMA.

20

21

22

23
                                    10
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 7:**   Documents listing each and every mobile phone that has used or
incorporated an FMA dynamic memory chip within the last six years.

2   **RESPONSE TO REQUEST NO. 7:**   In addition to its General Objections, FMA objects to

3   the request on the following grounds: (a) it seeks information that is neither relevant to this action

4   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5   unduly burdensome such as calling for the production of documents "listing each and every

6   mobile phone"; (c) it is vague and ambiguous, in particular as to what constitutes a mobile phone

7   and what constitutes "used or incorporated"; (d) it seeks information equally available to

8   Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10

11  **REQUEST NO. 8:**   Documents listing each and every contract entered into within the last six
years between FMA and a mobile phone manufacturer involving an FMA dynamic memory chip.

12  **RESPONSE TO REQUEST NO. 8:**   In addition to its General Objections, FMA objects to

13  the request on the following grounds: (a) it seeks information that is neither relevant to this action

14  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15  and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17  documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18  the meaning of what constitutes a "contract" and the identities of "mobile phone

19  manufacturer[s]".

20

21

22

23
                                11
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 9:**   Documents listing each and every request made within the last six years by
2   a mobile phone manufacturer for proposals from FMA to develop, manufacture, distribute, or
    otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 9:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "mobile phone manufacturer[s]" and the meaning of what constitutes a "request…

10  for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 10:**   Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a mobile phone manufacturer.

14  **RESPONSE TO REQUEST NO. 10:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "mobile phone manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                    12
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 11:**  Documents listing each and every Personal Digital Assistant ("PDA")
2   manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one
    of its products within the last six years.

3   **RESPONSE TO REQUEST NO. 11:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6   unduly burdensome such as calling for the production of documents listing each and every

7   Personal Digital Assistant ("PDA") manufacturer; (c) it is vague and ambiguous, in particular as

8   to the identities of PDA manufacturers and their "products"; and (d) it calls for information not

9   within the possession or control of FMA.

10

11  **REQUEST NO. 12:**  Documents listing each and every PDA that has used or incorporated an
    FMA dynamic memory chip within the last six years.
12
    **RESPONSE TO REQUEST NO. 12:**   In addition to its General Objections, FMA objects to
13
    the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
    unduly burdensome such as calling for the production of documents "listing each and every
16
    PDA"; (c) it is vague and ambiguous, in particular as to what constitutes a PDA and what
17
    constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)
18
    it calls for information not within the possession or control of FMA.
19

20

21

22

23                                      13

24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 13:** Documents listing each and every contract entered into within the last six years between FMA and a PDA manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 13:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "PDA manufacturer[s]".

**REQUEST NO. 14:** Documents listing each and every request made within the last six years by a PDA manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 14:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "PDA manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

14

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 15:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a PDA manufacturer.

3    **RESPONSE TO REQUEST NO. 15:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "PDA manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11    **REQUEST NO. 16:**  Documents listing each and every personal computer manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12    the last six years.

13    **RESPONSE TO REQUEST NO. 16:**    In addition to its General Objections, FMA objects to

14    the request on the following grounds: (a) it seeks information that is neither relevant to this action

15    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16    unduly burdensome such as calling for the production of documents listing "each and every

17    personal computer manufacturer"; (c) it is vague and ambiguous, in particular as to the identities

18    of "personal computer manufacturer[s]" and their "products"; and (d) it calls for information not

19    within the possession or control of FMA.

20

21

22

23

15

24    *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 17:**  Documents listing each and every personal computer that has used or
incorporated an FMA dynamic memory chip within the last six years.

2

**RESPONSE TO REQUEST NO. 17:**   In addition to its General Objections, FMA objects to

3

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every

6

personal computer"; (c) it is vague and ambiguous, in particular as to what constitutes a personal

7

computer and what constitutes "used or incorporated"; (d) it seeks information equally available

8

to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10

**REQUEST NO. 18:**  Documents listing each and every contract entered into within the last six

11    years between FMA and a personal computer manufacturer involving an FMA dynamic memory
chip.

12

**RESPONSE TO REQUEST NO. 18:**   In addition to its General Objections, FMA objects to

13

the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18

the meaning of what constitutes a "contract" and the identities of "personal computer

19

manufacturer[s]".

20

21

22

23

16

24    *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 19:**  Documents listing each and every request made within the last six years by a personal computer manufacturer for proposals from FMA to develop, manufacture, distribute,

2    or otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 19:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "personal computer manufacturer[s]" and the meaning of what constitutes a

10   "request... for proposal[]"; and (e) it calls for information not within the possession or control of

11   FMA.

12

13   **REQUEST NO. 20:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory

14   chip for a personal computer manufacturer.

15   **RESPONSE TO REQUEST NO. 20:**   In addition to its General Objections, FMA objects to

16   the request on the following grounds: (a) it seeks information that is neither relevant to this action

17   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

18   and/or confidential information not reasonably calculated to lead to the discovery of admissible

19   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

20   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

21   identities of "personal computer manufacturer[s]" and the meaning of what constitutes a

22   "proposal".

23
                                            17
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 21:**  Documents listing each and every notebook computer manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

2

3    **RESPONSE TO REQUEST NO. 21:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing "each and every

7    notebook computer manufacturer"; (c) it is vague and ambiguous, in particular as to the identities

8    of "notebook computer manufacturer[s]" and their "products";  and (d) it calls for information not

9    within the possession or control of FMA.

10

11    **REQUEST NO. 22:**  Documents listing each and every notebook computer that has used or incorporated an FMA dynamic memory chip within the last six years.

12

13    **RESPONSE TO REQUEST NO. 22:**   In addition to its General Objections, FMA objects to

      the request on the following grounds: (a) it seeks information that is neither relevant to this action

14    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15    unduly burdensome such as calling for the production of documents "listing each and every

16    notebook computer"; (c) it is vague and ambiguous, in particular as to what constitutes a

17    notebook computer and what constitutes "used or incorporated"; (d) it seeks information equally

18    available to Plaintiffs; and (e) it calls for information not within the possession or control of

19    FMA.

20

21

22

23
                                                18
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 23:**  Documents listing each and every contract entered into within the last six
2  years between FMA and a notebook computer manufacturer involving an FMA dynamic memory
   chip.

3  **RESPONSE TO REQUEST NO. 23:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6  and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8  documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9  the meaning of what constitutes a "contract" and the identities of "notebook computer

10  manufacturer[s]".

11

12  **REQUEST NO. 24:**  Documents listing each and every request made within the last six years by
    a notebook computer manufacturer for proposals from FMA to develop, manufacture, distribute,
13  or otherwise produce an FMA dynamic memory chip.

14  **RESPONSE TO REQUEST NO. 24:**    In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19  documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20  identities of "notebook computer manufacturer[s]" and the meaning of what constitutes a

21  "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22  FMA.

23
                                        19
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 25:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a notebook computer manufacturer.

3    **RESPONSE TO REQUEST NO. 25:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "notebook computer manufacturer[s]" and the meaning of what constitutes a

10   "proposal".

11

12   **REQUEST NO. 26:**  Documents listing each and every television manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13   the last six years.

14   **RESPONSE TO REQUEST NO. 26:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17   unduly burdensome such as calling for the production of documents listing "each and every

18   television manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19   "television manufacturer[s]" and their "products"; and (d) it calls for information not within the

20   possession or control of FMA.

21

22

23
                                          20
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 27:**   Documents listing each and every television that has used or incorporated an FMA dynamic memory chip within the last six years.

2

3    **RESPONSE TO REQUEST NO. 27:**   In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action

4    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5    unduly burdensome such as calling for the production of documents "listing each and every

6    television"; (c) it is vague and ambiguous, in particular as to what constitutes a television and

7    what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

8    and (e) it calls for information not within the possession or control of FMA.

9

10   **REQUEST NO. 28:**   Documents listing each and every contract entered into within the last six

11   years between FMA and a television manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 28:**   In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "television manufacturer[s]".

19

20

21

22

23                                      21

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 29:**  Documents listing each and every request made within the last six years by a television manufacturer for proposals from FMA to develop, manufacture, distribute, or
2    otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 29:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "television manufacturer[s]" and the meaning of what constitutes a "request... for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 30:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for a television manufacturer.

14   **RESPONSE TO REQUEST NO. 30:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "television manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23                                        22

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 31:**  Documents listing each and every DVD player manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within

2  the last six years.

3  **RESPONSE TO REQUEST NO. 31:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6  unduly burdensome such as calling for the production of documents listing each and every "DVD

7  player manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "DVD

8  player manufacturer[s]" and their "products";  and (d) it calls for information not within the

9  possession or control of FMA.

10

11  **REQUEST NO. 32:**  Documents listing each and every DVD player that has used or
incorporated an FMA dynamic memory chip within the last six years.

12

13  **RESPONSE TO REQUEST NO. 32:**    In addition to its General Objections, FMA objects to

    the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15

    unduly burdensome such as calling for the production of documents "listing each and every DVD

16

    player"; (c) it is vague and ambiguous, in particular as to what constitutes a "DVD player" and

17

    what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

18

    and (e) it calls for information not within the possession or control of FMA.

19

20

21

22

23                                        23

24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 33:**  Documents listing each and every contract entered into within the last six years between FMA and a DVD player manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 33:**   In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "DVD player manufacturer[s]".

**REQUEST NO. 34:**  Documents listing each and every request made within the last six years by a DVD player manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 34:**   In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "DVD player manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

24

*CIVIL CASE NO. 06-CV-00025*

1  **REQUEST NO. 35:**  Documents listing each and every proposal made within the last six years
   by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a DVD player manufacturer.

3  **RESPONSE TO REQUEST NO. 35:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "DVD player manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 36:**  Documents listing each and every car stereo manufacturer that has
    purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 36:**   In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every car

17  stereo manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "car stereo

18  manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

19  control of FMA.

20

21

22

23
                                   25
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 37:**  Documents listing each and every car stereo that has used or incorporated an FMA dynamic memory chip within the last six years.

2    **RESPONSE TO REQUEST NO. 37:**    In addition to its General Objections, FMA objects to

3    the request on the following grounds: (a) it seeks information that is neither relevant to this action

4    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5    unduly burdensome such as calling for the production of documents "listing each and every car

6    stereo"; (c) it is vague and ambiguous, in particular as to what constitutes "used or incorporated";

7    (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within

8    the possession or control of FMA.

9

10

11   **REQUEST NO. 38:**  Documents listing each and every contract entered into within the last six years between FMA and a car stereo manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 38:**    In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "car stereo manufacturer[s]".

19

20

21

22

23                                                26

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 39:**  Documents listing each and every request made within the last six years by a car stereo manufacturer for proposals from FMA to develop, manufacture, distribute, or
2  otherwise produce an FMA dynamic memory chip.

3  **RESPONSE TO REQUEST NO. 39:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8  documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9  identities of "car stereo manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 40:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a car stereo manufacturer.

14  **RESPONSE TO REQUEST NO. 40:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "car stereo manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                    27
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 41:**  Documents listing each and every automobile manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within

2   the last six years.

3   **RESPONSE TO REQUEST NO. 41:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6   unduly burdensome such as calling for the production of documents listing each and every

7   "automobile manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

8   "automobile manufacturer[s]" and their "products";  and (d) it calls for information not within the

9   possession or control of FMA.

10

11  **REQUEST NO. 42:**  Documents listing each and every automobile that has used or incorporated an FMA dynamic memory chip within the last six years.

12  **RESPONSE TO REQUEST NO. 42:**   In addition to its General Objections, FMA objects to

13  the request on the following grounds: (a) it seeks information that is neither relevant to this action

14  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15  unduly burdensome such as calling for the production of documents "listing each and every

16  automobile"; (c) it is vague and ambiguous, in particular as to what constitutes "used or

17  incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for

18  information not within the possession or control of FMA.

19

20

21

22

23

28

24  *CIVIL CASE NO. 06-CV-00025*

25

26

1

**REQUEST NO. 43:** Documents listing each and every contract entered into within the last six years between FMA and an automobile manufacturer involving an FMA dynamic memory chip.

2

**RESPONSE TO REQUEST NO. 43:** In addition to its General Objections, FMA objects to

3

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

5

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

6

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

7

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

8

the meaning of what constitutes a "contract" and the identities of "automobile manufacturer[s]".

9

10

**REQUEST NO. 44:** Documents listing each and every request made within the last six years by an automobile manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

11

12

**RESPONSE TO REQUEST NO. 44:** In addition to its General Objections, FMA objects to

13

the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

15

and/or confidential information not reasonably calculated to lead to the discovery of admissible

16

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17

documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

18

identities of "automobile manufacturer[s]" and the meaning of what constitutes a "request... for

19

proposal[]"; and (e) it calls for information not within the possession or control of FMA.

20

21

22

23

24

*CIVIL CASE NO. 06-CV-00025*

25

26