1  **REQUEST NO. 45:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for an automobile manufacturer.

3  **RESPONSE TO REQUEST NO. 45:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "automobile manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 46:**  Documents listing each and every LCD display manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 46:**   In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every LCD

17  display manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "LCD

18  display manufacturer[s]" and their "products"; and (d) it calls for information not within the

19  possession or control of FMA.

20

21

22

23

30

24  *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 47:**  Documents listing each and every LCD display that has used or
   incorporated an FMA dynamic memory chip within the last six years.

2  **RESPONSE TO REQUEST NO. 47:**   In addition to its General Objections, FMA objects to

3  the request on the following grounds: (a) it seeks information that is neither relevant to this action

4  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5  unduly burdensome such as calling for the production of documents "listing each and every LCD

6  display"; (c) it is vague and ambiguous, in particular as to what constitutes a LCD display and

7  what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

8  and (e) it calls for information not within the possession or control of FMA.

9

10
   **REQUEST NO. 48:**  Documents listing each and every contract entered into within the last six
11 years between FMA and an LCD display manufacturer involving an FMA dynamic memory chip.

12 **RESPONSE TO REQUEST NO. 48:**   In addition to its General Objections, FMA objects to

13 the request on the following grounds: (a) it seeks information that is neither relevant to this action

14 nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15 and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16 evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17 documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18 the meaning of what constitutes a "contract" and the identities of "LCD display manufacturer[s]".

19

20

21

22

23
                                    31
24 *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 49:**  Documents listing each and every request made within the last six years by an LCD display manufacturer for proposals from FMA to develop, manufacture, distribute, or
2   otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 49:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "LCD display manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 50:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for an LCD display manufacturer.

14  **RESPONSE TO REQUEST NO. 50:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "LCD display manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                    32
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 51:**  Documents listing each and every climate control unit manufacturer that
has purchased an FMA dynamic memory chip for use or incorporation in one of its products
2    within the last six years.

3    **RESPONSE TO REQUEST NO. 51:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing each and every

7    "climate control unit manufacturer"; (c) it is vague and ambiguous, in particular as to the

8    identities of "climate control unit manufacturer[s]" and their "products";  and (d) it calls for

9    information not within the possession or control of FMA.

10

11    **REQUEST NO. 52:**  Documents listing each and every climate control unit that has used or
incorporated an FMA dynamic memory chip within the last six years.
12
**RESPONSE TO REQUEST NO. 52:**   In addition to its General Objections, FMA objects to
13
the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
unduly burdensome such as calling for the production of documents "listing each and every
16
climate control unit"; (c) it is vague and ambiguous, in particular as to what constitutes a "climate
17
control unit" and what constitutes "used or incorporated"; (d) it seeks information equally
18
available to Plaintiffs; and (e) it calls for information not within the possession or control of
19
FMA.
20

21

22

23
                                      33
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 53:**  Documents listing each and every contract entered into within the last six years between FMA and a climate control unit manufacturer involving an FMA dynamic memory
2    chip.

3    **RESPONSE TO REQUEST NO. 53:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6    and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9    the meaning of what constitutes a "contract" and the identities of "climate control unit

10   manufacturer[s]".

11

12   **REQUEST NO. 54:**  Documents listing each and every request made within the last six years by a climate control unit manufacturer for proposals from FMA to develop, manufacture, distribute,
13   or otherwise produce an FMA dynamic memory chip.

14   **RESPONSE TO REQUEST NO. 54:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20   identities of "climate control unit manufacturer[s]" and the meaning of what constitutes a

21   "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22   FMA.

23
                                        34
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 55:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a climate control unit manufacturer.

3    **RESPONSE TO REQUEST NO. 55:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "climate control unit manufacturer[s]" and the meaning of what constitutes a

10   "proposal".

11

12   **REQUEST NO. 56:**  Documents listing each and every printer manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six
13   years.

14   **RESPONSE TO REQUEST NO. 56:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17   unduly burdensome such as calling for the production of documents listing "each and every

18   printer manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "printer

19   manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

20   control of FMA.

21

22

23
                                            35
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 57:**  Documents listing each and every printer that has used or incorporated an FMA dynamic memory chip within the last six years.

2    **RESPONSE TO REQUEST NO. 57:**    In addition to its General Objections, FMA objects to

3    the request on the following grounds: (a) it seeks information that is neither relevant to this action

4    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5    unduly burdensome such as calling for the production of documents "listing each and every

6    printer"; (c) it is vague and ambiguous, in particular as to what constitutes a printer and what

7    constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)

8    it calls for information not within the possession or control of FMA.

9

10   **REQUEST NO. 58:**  Documents listing each and every contract entered into within the last six

11   years between FMA and a printer manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 58:**    In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "printer manufacturer[s]".

19

20

21

22

23

24

25

26

36

*CIVIL CASE NO. 06-CV-00025*

1   **REQUEST NO. 59:**  Documents listing each and every request made within the last six years by
    a printer manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise
2   produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 59:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "printer manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 60:**  Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a printer manufacturer.

14  **RESPONSE TO REQUEST NO. 60:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "printer manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                              37
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 61:**  Documents listing each and every copier manufacturer that has purchased
   an FMA dynamic memory chip for use or incorporation in one of its products within the last six
2  years.

3  **RESPONSE TO REQUEST NO. 61:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6  unduly burdensome such as calling for the production of documents listing "each and every

7  copier manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "copier

8  manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

9  control of FMA.

10

11  **REQUEST NO. 62:**  Documents listing each and every copier that has used or incorporated an
    FMA dynamic memory chip within the last six years.
12
    **RESPONSE TO REQUEST NO. 62:**    In addition to its General Objections, FMA objects to
13
    the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
    unduly burdensome such as calling for the production of documents "listing each and every
16
    copier"; (c) it is vague and ambiguous, in particular as to what constitutes a "copier" and what
17
    constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)
18
    it calls for information not within the possession or control of FMA.
19

20

21

22

23
                                          38
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 63:**  Documents listing each and every contract entered into within the last six
     years between FMA and a copier manufacturer involving an FMA dynamic memory chip.

2

3    **RESPONSE TO REQUEST NO. 63:**    In addition to its General Objections, FMA objects to

     the request on the following grounds: (a) it seeks information that is neither relevant to this action

4
     nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

5
     and/or proprietary information not reasonably calculated to lead to the discovery of admissible

6
     evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

7
     documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

8
     the meaning of what constitutes a "contract" and the identities of "copier manufacturer[s]".

9

10
     **REQUEST NO. 64:**  Documents listing each and every request made within the last six years by
11   a copier manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise
     produce an FMA dynamic memory chip.
12

     **RESPONSE TO REQUEST NO. 64:**    In addition to its General Objections, FMA objects to
13
     the request on the following grounds: (a) it seeks information that is neither relevant to this action

14
     nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

15
     and/or confidential information not reasonably calculated to lead to the discovery of admissible

16
     evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17
     documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

18
     identities of "copier manufacturer[s]" and the meaning of what constitutes a "request... for

19
     proposal[]"; and (e) it calls for information not within the possession or control of FMA.

20

21

22

23                                               39

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 65:**  Documents listing each and every proposal made within the last six years
   by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a copier manufacturer.

3  **RESPONSE TO REQUEST NO. 65:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "copier manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 66:**  Documents listing each and every fax machine manufacturer that has
    purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 66:**   In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every fax

17  machine manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "fax

18  machine manufacturer[s]" and their "products"; and (d) it calls for information not within the

19  possession or control of FMA.

20

21

22

23
                                    40
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 67:** Documents listing each and every fax machine that has used or incorporated an FMA dynamic memory chip within the last six years.

2

3   **RESPONSE TO REQUEST NO. 67:** In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every fax

6

machine"; (c) it is vague and ambiguous, in particular as to what constitutes a fax machine and

7

what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

8

and (e) it calls for information not within the possession or control of FMA.

9

10
    **REQUEST NO. 68:** Documents listing each and every contract entered into within the last six
11  years between FMA and a fax machine manufacturer involving an FMA dynamic memory chip.

12  **RESPONSE TO REQUEST NO. 68:** In addition to its General Objections, FMA objects to

13  the request on the following grounds: (a) it seeks information that is neither relevant to this action

14  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15  and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17  documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18  the meaning of what constitutes a "contract" and the identities of "fax machine manufacturer[s]".

19

20

21

22

23
                                                41
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 69:**  Documents listing each and every request made within the last six years by
a fax machine manufacturer for proposals from FMA to develop, manufacture, distribute, or
2    otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 69:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "fax machine manufacturer[s]" and the meaning of what constitutes a "request… for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 70:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for a fax machine manufacturer.

14   **RESPONSE TO REQUEST NO. 70:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "fax machine manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                               42
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 71:**  Documents listing each and every home stereo manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
2  the last six years.

3  **RESPONSE TO REQUEST NO. 71:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6  unduly burdensome such as calling for the production of documents listing "each and every home

7  stereo manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "home

8  stereo manufacturer[s]" and their "products"; and (d) it calls for information not within the

9  possession or control of FMA.

10

11  **REQUEST NO. 72:**  Documents listing each and every home stereo that has used or incorporated an FMA dynamic memory chip within the last six years.
12

13  **RESPONSE TO REQUEST NO. 72:**    In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents "listing each and every home

17  stereo"; (c) it is vague and ambiguous, in particular as to what constitutes a "home stereo" and

18  what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

19  and (e) it calls for information not within the possession or control of FMA.

20

21

22

23
                                            43
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 73:**  Documents listing each and every contract entered into within the last six years between FMA and a home stereo manufacturer involving an FMA dynamic memory chip.

2

3    **RESPONSE TO REQUEST NO. 73:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

5

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

6

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

7

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

8

the meaning of what constitutes a "contract" and the identities of "home stereo manufacturer[s]".

9

10

11   **REQUEST NO. 74:**  Documents listing each and every request made within the last six years by a home stereo manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

12

13   **RESPONSE TO REQUEST NO. 74:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

15

and/or confidential information not reasonably calculated to lead to the discovery of admissible

16

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17

documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

18

identities of "home stereo manufacturer[s]" and the meaning of what constitutes a "request... for

19

proposal[]"; and (e) it calls for information not within the possession or control of FMA.

20

21

22

23
                                        44
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 75:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a home stereo manufacturer.

3    **RESPONSE TO REQUEST NO. 75:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "home stereo manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11    **REQUEST NO. 76:**  Documents listing each and every video game system manufacturer that
has purchased an FMA dynamic memory chip for use or incorporation in one of its products
12    within the last six years.

13    **RESPONSE TO REQUEST NO. 76:**    In addition to its General Objections, FMA objects to

14    the request on the following grounds: (a) it seeks information that is neither relevant to this action

15    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16    unduly burdensome such as calling for the production of documents listing "each and every video

17    game system manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

18    "video game system manufacturer[s]" and their "products"; and (d) it calls for information not

19    within the possession or control of FMA.

20

21

22

23
                                              45
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 77:**  Documents listing each and every video game system that has used or incorporated an FMA dynamic memory chip within the last six years.

2

**RESPONSE TO REQUEST NO. 77:**   In addition to its General Objections, FMA objects to

3

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every video

6

game system"; (c) it is vague and ambiguous, in particular as to what constitutes a video game

7

system and what constitutes "used or incorporated"; (d) it seeks information equally available to

8

Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10

**REQUEST NO. 78:**  Documents listing each and every contract entered into within the last six

11  years between FMA and a video game system manufacturer involving an FMA dynamic memory chip.

12

**RESPONSE TO REQUEST NO. 78:**   In addition to its General Objections, FMA objects to

13

the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18

the meaning of what constitutes a "contract" and the identities of "video game system

19

manufacturer[s]".

20

21

22

23
                                        46
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 79:**  Documents listing each and every request made within the last six years by a video game system manufacturer for proposals from FMA to develop, manufacture, distribute,
2   or otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 79:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "video game system manufacturer[s]" and the meaning of what constitutes a

10  "request... for proposal[]"; and (e) it calls for information not within the possession or control of

11  FMA.

12

13  **REQUEST NO. 80:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
14  chip for a video game system manufacturer.

15  **RESPONSE TO REQUEST NO. 80:**   In addition to its General Objections, FMA objects to

16  the request on the following grounds: (a) it seeks information that is neither relevant to this action

17  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

18  and/or confidential information not reasonably calculated to lead to the discovery of admissible

19  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

20  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

21  identities of "video game system manufacturer[s]" and the meaning of what constitutes a

22  "proposal".

23

24  *CIVIL CASE NO. 06-CV-00025*

25

26

47

1    **REQUEST NO. 81:**  Documents listing each and every land-line telephone manufacturer that
has purchased an FMA dynamic memory chip for use or incorporation in one of its products
2    within the last six years.

3    **RESPONSE TO REQUEST NO. 81:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing "each and every land-

7    line telephone manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

8    "land-line telephone manufacturer[s]" and their "products"; and (d) it calls for information not

9    within the possession or control of FMA.

10

11    **REQUEST NO. 82:**  Documents listing each and every land-line telephone that has used or
incorporated an FMA dynamic memory chip within the last six years.
12
**RESPONSE TO REQUEST NO. 82:**    In addition to its General Objections, FMA objects to
13
the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
unduly burdensome such as calling for the production of documents "listing each and every land-
16
line telephone"; (c) it is vague and ambiguous, in particular as to what constitutes a "land-line
17
telephone" and what constitutes "used or incorporated"; (d) it seeks information equally available
18
to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.
19

20

21

22

23
                                        48
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 83:**  Documents listing each and every contract entered into within the last six
     years between FMA and a land-line telephone manufacturer involving an FMA dynamic memory
2    chip.

3    **RESPONSE TO REQUEST NO. 83:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6    and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9    the meaning of what constitutes a "contract" and the identities of "land-line telephone

10   manufacturer[s]".

11

12   **REQUEST NO. 84:**  Documents listing each and every request made within the last six years by
     a land-line telephone manufacturer for proposals from FMA to develop, manufacture, distribute,
13   or otherwise produce an FMA dynamic memory chip.

14   **RESPONSE TO REQUEST NO. 84:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20   identities of "land-line telephone manufacturer[s]" and the meaning of what constitutes a

21   "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22   FMA.

23
                                              49
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 85:**  Documents listing each and every proposal made within the last six years
   by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a land-line telephone manufacturer.

3  **RESPONSE TO REQUEST NO. 85:**  In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "land-line telephone manufacturer[s]" and the meaning of what constitutes a

10 "proposal".

11

12 **REQUEST NO. 86:**  Documents listing each and every microwave manufacturer that has
   purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13 the last six years.

14 **RESPONSE TO REQUEST NO. 86:**  In addition to its General Objections, FMA objects to

15 the request on the following grounds: (a) it seeks information that is neither relevant to this action

16 nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17 unduly burdensome such as calling for the production of documents listing "each and every

18 microwave manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19 "microwave manufacturer[s]" and their "products"; and (d) it calls for information not within the

20 possession or control of FMA.

21

22

23
                                   50
24 *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 87:**  Documents listing each and every microwave that has used or incorporated an FMA dynamic memory chip within the last six years.

2  **RESPONSE TO REQUEST NO. 87:**  In addition to its General Objections, FMA objects to

3  the request on the following grounds: (a) it seeks information that is neither relevant to this action

4  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5  unduly burdensome such as calling for the production of documents "listing each and every

6  microwave"; (c) it is vague and ambiguous, in particular as to what constitutes a "microwave"

7  and what constitutes "used or incorporated"; (d) it seeks information equally available to

8  Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10

11  **REQUEST NO. 88:**  Documents listing each and every contract entered into within the last six years between FMA and a microwave manufacturer involving an FMA dynamic memory chip.

12  **RESPONSE TO REQUEST NO. 88:**  In addition to its General Objections, FMA objects to

13  the request on the following grounds: (a) it seeks information that is neither relevant to this action

14  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15  and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17  documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18  the meaning of what constitutes a "contract" and the identities of "microwave manufacturer[s]".

19

20

21

22

23

24

25

26

51

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 89:**  Documents listing each and every request made within the last six years by a microwave manufacturer for proposals from FMA to develop, manufacture, distribute, or
2    otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 89:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "microwave manufacturer[s]" and the meaning of what constitutes a "request... for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 90:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for a microwave manufacturer.

14   **RESPONSE TO REQUEST NO. 90:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "microwave manufacturer[s]".

21

22

23
                                              52
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 91:**  Documents listing each and every washing machine manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
2    the last six years.

3    **RESPONSE TO REQUEST NO. 91:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing "each and every

7    washing machine manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

8    "washing machine manufacturer[s]" and their "products"; and (d) it calls for information not

9    within the possession or control of FMA.

10

11    **REQUEST NO. 92:**  Documents listing each and every washing machine that has used or incorporated an FMA dynamic memory chip within the last six years.

12    **RESPONSE TO REQUEST NO. 92:**   In addition to its General Objections, FMA objects to

13    the request on the following grounds: (a) it seeks information that is neither relevant to this action

14    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15    unduly burdensome such as calling for the production of documents "listing each and every

16    washing machine"; (c) it is vague and ambiguous, in particular as to what constitutes a "washing

17    machine" and what constitutes "used or incorporated"; (d) it seeks information equally available

18    to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

19

20

21

22

23                                          53

24    *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 93:**  Documents listing each and every contract entered into within the last six years between FMA and a washing machine manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 93:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

the meaning of what constitutes a "contract" and the identities of "washing machine

manufacturer[s]".


**REQUEST NO. 94:**  Documents listing each and every request made within the last six years by a washing machine manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 94:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

and/or confidential information not reasonably calculated to lead to the discovery of admissible

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

identities of "washing machine manufacturer[s]" and the meaning of what constitutes a

"request... for proposal[]"; and (e) it calls for information not within the possession or control of

FMA.

*CIVIL CASE NO. 06-CV-00025*

1   **REQUEST NO. 95:**  Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2   chip for a washing machine manufacturer.

3   **RESPONSE TO REQUEST NO. 95:**    In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9   identities of "washing machine manufacturer[s]" and the meaning of what constitutes a

10  "proposal".

11

12  **REQUEST NO. 96:**  Documents listing each and every power supply manufacturer that has
    purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13  the last six years.

14  **RESPONSE TO REQUEST NO. 96:**    In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17  unduly burdensome such as calling for the production of documents listing "each and every

18  power supply manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19  "power supply manufacturer[s]" and their "products"; and (d) it calls for information not within

20  the possession or control of FMA.

21

22

23
                                    55
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 97:**  Documents listing each and every power supply that has used or incorporated an FMA dynamic memory chip within the last six years.

2    **RESPONSE TO REQUEST NO. 97:**    In addition to its General Objections, FMA objects to

3    the request on the following grounds: (a) it seeks information that is neither relevant to this action

4    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5    unduly burdensome such as calling for the production of documents "listing each and every

6    power supply"; (c) it is vague and ambiguous, in particular as to what constitutes "used or

7    incorporated" and what constitutes a "power supply"; (d) it seeks information equally available to

8    Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10   **REQUEST NO. 98:**  Documents listing each and every contract entered into within the last six

11   years between FMA and a power supply manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 98:**    In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "power supply

19   manufacturer[s]".

20

21

22

23                                    56

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 99:**  Documents listing each and every request made within the last six years by a power supply manufacturer for proposals from FMA to develop, manufacture, distribute, or
2   otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 99:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "power supply manufacturer[s]" and the meaning of what constitutes a "request... for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 100:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for a power supply manufacturer.

14   **RESPONSE TO REQUEST NO. 100:** In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "power supply manufacturer[s]".

21

22

23
                                    57
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 101:** Documents listing each and every network-enabled device manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products

2   within the last six years.

3   **RESPONSE TO REQUEST NO. 101:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6   unduly burdensome such as calling for the production of documents listing "each and every

7   network-enabled device manufacturer"; (c) it is vague and ambiguous, in particular as to the

8   identities of "network-enabled device manufacturer[s]" and their "products"; and (d) it calls for

9   information not within the possession or control of FMA.

10

11  **REQUEST NO. 102:** Documents listing each and every network-enabled device that has used or incorporated an FMA dynamic memory chip within the last six years.

12  **RESPONSE TO REQUEST NO. 102:** In addition to its General Objections, FMA objects to

13  the request on the following grounds: (a) it seeks information that is neither relevant to this action

14  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15  unduly burdensome such as calling for the production of documents "listing each and every

16  network-enabled device"; (c) it is vague and ambiguous, in particular as to what constitutes a

17  "network-enabled device" and what constitutes "used or incorporated"; (d) it seeks information

18  equally available to Plaintiffs; and (e) it calls for information not within the possession or control

19  of FMA.

20

21

22

23                                          58

24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 103:** Documents listing each and every contract entered into within the last six years between FMA and a network-enabled device manufacturer involving an FMA dynamic
2    memory chip.

3    **RESPONSE TO REQUEST NO. 103:** In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6    and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9    the meaning of what constitutes a "contract" and the identities of "network-enabled device

10   manufacturer[s]".

11

12   **REQUEST NO. 104:** Documents listing each and every request made within the last six years by a network-enabled device manufacturer for proposals from FMA to develop, manufacture,
13   distribute, or otherwise produce an FMA dynamic memory chip.

14   **RESPONSE TO REQUEST NO. 104:** In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20   identities of "network-enabled device manufacturer[s]" and the meaning of what constitutes a

21   "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22   FMA.

23
                                        59
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 105:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a network-enabled device manufacturer.

3  **RESPONSE TO REQUEST NO. 105:** In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "network-enabled device manufacturer[s]" and the meaning of what constitutes a

10  "proposal".

11

12  **REQUEST NO. 106:** Documents listing each and every home audio device manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13  the last six years.

14  **RESPONSE TO REQUEST NO. 106:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17  unduly burdensome such as calling for the production of documents listing "each and every home

18  audio device manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19  "home audio device manufacturer[s]" and their "products"; and (d) it calls for information not

20  within the possession or control of FMA.

21

22

23

60

24  *CIVIL CASE NO. 06-CV-00025*

25

26

1

**REQUEST NO. 107:** Documents listing each and every home audio device that has used or incorporated an FMA dynamic memory chip within the last six years.

2

**RESPONSE TO REQUEST NO. 107:** In addition to its General Objections, FMA objects to

3

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every home

6

audio device"; (c) it is vague and ambiguous, in particular as to what constitutes "used or

7

incorporated" and what constitutes a "home audio device"; (d) it seeks information equally

8

available to Plaintiffs; and (e) it calls for information not within the possession or control of

9

FMA.

10

11

**REQUEST NO. 108:** Documents listing each and every contract entered into within the last six

12

years between FMA and a home audio device manufacturer involving an FMA dynamic memory chip.

13

**RESPONSE TO REQUEST NO. 108:** In addition to its General Objections, FMA objects to

14

the request on the following grounds: (a) it seeks information that is neither relevant to this action

15

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

16

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

17

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

18

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

19

the meaning of what constitutes a "contract" and the identities of "home audio device

20

manufacturer[s]".

21

22

23

24

61

*CIVIL CASE NO. 06-CV-00025*

25

26