**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM

FEB 9 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br>**PLAINTIFFS' REQUESTED HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL SUBSTANTITVE RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION TO DEFENDANT FUJITSU MICROELECTRONICS AMERICA, INC.** |

Plaintiffs, Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. hereby propose that the hearing on their Motion to Compel Substantive Reponses to Plaintiffs' Requests for Production to Defendant Fujitsu Microelectronics America, Inc. to be held on or before March 2, 2007 at the Court's convenience. On February 9, 2007, Phillip Torres, counsel for Plaintiffs, contacted Daniel Benjamin to discuss the above date. Mr. Benjamin indicated he would contact New York counsel for a response.

1

Based on the foregoing, Plaintiffs respectfully request the date set out above.

Respectfully submitted this 9th day of February, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs