**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477.9891
Facsimile: (671) 472.2601

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam 96910
Telephone: (671) 475.8545
Facsimile: (671).475.8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **DECLARATION OF JOSEPH C. RAZZANO RE RULE 26(f) CONFERENCE** |

I, JOSEPH C. RAZZNO, hereby declare as follows:

1.   My name is Joseph C. Razzano. I am over the age of 21 and am competent to make this Declaration.

2.   All of the statements set forth herein are true and correct and are based on my personal knowledge.

3.   I am an attorney of record for Plaintiffs, Nanya Technology Corporation and Nanya Technology Corp. U.S.A. ("Nanya" collectively herein) in the above-captioned and titled cause.

4. On or about the morning of November 27, 2006, I, as counsel for Plaintiff, and Rodney Jacob, counsel for Defendants, conducted a telephone conference in compliance with Rule 26(f) for preparation of the required Scheduling Order prior to the submission of the parties' Initial Scheduling Orders on November 27, 2006, as ordered by the Court.

5. Both parties agreed to disagree and the parties submitted their respective Orders and Discovery Plans.

6. The Scheduling Notice issued by the Court on October 12, 2006 confirmed that discovery was to continue regardless of any Motions to Dismiss.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 9, 2007.

_____
JOSEPH C. RAZZANO