1  RODNEY J. JACOB, ESQ.
2  DANIEL M. BENJAMIN, ESQ.
   CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
5  Facsimile:   (671) 646-9403

6  **CHRISTOPHER E. CHALSEN, ESQ.**
7  **MICHAEL M. MURRAY, ESQ.**
   **LAWRENCE T. KASS, ESQ.**
8  **MILBANK, TWEED, HADLEY & MCCLOY LLP**
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:   (212) 822-5796

11
   *Attorneys for Defendants*
12 FUJITSU LIMITED AND
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

14             IN THE UNITED STATES DISTRICT COURT
15                      DISTRICT OF GUAM
16
17 NANYA TECHNOLOGY CORP. and           CIVIL CASE NO. 06-CV-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
18
              Plaintiff,
19
         vs.                            **CERTIFICATE OF SERVICE**
20
   FUJITSU LIMITED, FUJITSU
21 MICROELECTRONICS AMERICA, INC.,
22            Defendants.

28                        ORIGINAL

*CIVIL CASE NO. 06-CV-00025*
{G0019605.DOC;1}

1  The undersigned hereby certifies that a true and correct copy of the following:

2  1) DEFENDANTS' COMBINED NON-AGREEMENT OF HEARING DATE FOR: (1) PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER; AND (2) PLAINTIFFS' MOTION TO EXCEED NUMBER OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS;

2) DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER;

3) DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCEED NUMBER OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS

was caused to be served via hand delivery on the 13th day of February, 2007, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 13th day of February, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*
{G0019605.DOC;1}

1