1   **TEKER TORRES & TEKER, P.C.**
2   130 Asinall Avenue-Suite 2A
    Hagatna, Guam 96910
3   671.477.9891 Telephone
    671.472.2601 Facsimile

**FILED**
DISTRICT COURT OF GUAM

FEB 15 2007

MARY L.M. MORAN
CLERK OF COURT

4   **UNPINGCO & ASSOCIATES, LLC**
5   Sinajana Mall-Suite 12B
    Sinajana, Guam
    671.475.8545 Telephone
6   671.475.8550 Facsimile

7   **SHORE CHAN BRAGALONE LLP**
    Suite 4450
8   325 N. St. Paul Street
    Dallas, Texas 75201
9   (214) 593-9110 Telephone
    (214) 593-9111 Facsimile
10
    ATTORNEYS FOR PLAINTIFFS
11  Nanya Technology Corp. and
    Nanya Technology Corp. U.S.A.
12

13          **UNITED STATES DISTRICT COURT**

14                **DISTRICT OF GUAM**

15

16  NANYA TECHNOLOGY CORP. AND          Case No. CV-06-00025
    NANYA TECHNOLOGY CORP. U.S.A.,
17
              Plaintiffs,              **CERTIFICATE OF SERVICE**
18

19  v.

20  FUJITSU LIMITED AND FUJITSU
    MICROELECTRONICS AMERICA, INC.,
21
              Defendants.
22

23
        I, MARTIN A. PASCUAL, hereby declare as follows:
24
25      1.      I am over the age of majority and am competent to testify regarding the matters stated

26  herein.

27      2.      I hereby certify that on February 9, 2007, a true and exact copy of the following

28  instrument was served via facsimile and U.S. Mail on Defendant Fujitsu Microelectronics America,

ORIGINAL

1  Inc. through its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp.

2  Drive, Tamuning, Guam 96913:

3
4
    Plaintiffs' Second Set of Jurisdictional Requests for Production
    to Defendant Fujitsu Microelectronics America, Inc.

5    3.  I declare under penalty of perjury that the foregoing is true and correct.

6  DATED at Dallas, Texas on February 9, 2007.

7
8
9        MARTIN A. PASCUAL

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28