1  **TEKER TORRES & TEKER, P.C.**
   130 Asinall Avenue-Suite 2A
2  Hagatna, Guam 96910
   671.477.9891 Telephone
3  671.472.2601 Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall-Suite 12B
5  Sinajana, Guam
   671.475.8545 Telephone
6  671.475.8550 Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   Suite 4450
8  325 N. St. Paul Street
   Dallas, Texas 75201
9  (214) 593-9110 Telephone
   (214) 593-9111 Facsimile
10
   ATTORNEYS FOR PLAINTIFFS
11 Nanya Technology Corp. and
   Nanya Technology Corp. U.S.A.
12

**FILED**
DISTRICT COURT OF GUAM

FEB 1 5 2007

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **CERTIFICATE OF SERVICE** |

I, MARTIN A. PASCUAL, hereby declare as follows:

1.  I am over the age of majority and am competent to testify regarding the matters stated herein.

2.  I hereby certify that on February 9, 2007, a true and exact copy of the following instrument was served via facsimile and U.S. Mail on Defendants Fujitsu Ltd. through its attorneys of

ORIGINAL

---
CERTIFICATE OF SERVICE                                                                PAGE 1

record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

> Plaintiffs' Second Set of Jurisdictional Requests for Production to Defendant Fujitsu Limited

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Dallas, Texas on February 9, 2007.

_____
MARTIN A. PASCUAL