**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br><br>**AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Joseph C. Razzano, am one of the attorneys for the Plaintiffs in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of Plaintiffs' Motion to Compel Substantive Responses to Plaintiffs' First Requests For Production to Defendant Fujitsu Microelectronics America, Inc.

2. The attorneys for the opposing party are:

1

ORIGINAL

```
 1    David Benjamin, Esq.
      Calvo & Clark
 2    655 South Marine Corp. Drive
      Tamuning, Guam 96913
 3    Telephone (671) 646-9355
      Facsimile: (671) 646-9403
 4
      Michael M. Murray, Esq.
 5    Milbank Tweed Hadley & McCoy
      1 Chase Manhattan Plaza
 6    New York, New York 10005
      Telephone: (212) 530-5000
 7    Facsimile: (212) 530-5219
 8

 9      3.   We agreed upon the following date: March 2, 2007.

10      4.   Therefore, the parties request that a hearing be set by the Court.

11    Respectfully submitted this 15th day of February, 2007.

12                                   TEKER TORRES & TEKER, P.C.
```

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs

PLAINTIFFS' REQUESTED HEARING DATE ON DEFENDANT'S MOTION TO DISMISS