**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

FILED
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs, Nanya Technology Corp.
and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP.**, and **NANYA TECHNOLOGY CORP. U.S.A.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,** <br><br> Defendants. | CIVIL CASE NO. CV06-00025 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE

1.

ORIGINAL

2. I hereby certify that on February 15, 2007; a true and exact copy of the Agreement of Hearing Date was served, via hand delivery, on the Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

DATED at Hagåtña, Guam, on February 15, 2007.

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO

---

CERTIFICATE OF SERVICE