IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., NANYA TECHNOLOGY CORP., <br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**ORDER GRANTING FUJITSU LIMITED'S MOTION TO EXCEED PAGE LIMIT** |

*CIVIL CASE NO. 06-CV-00025*
{G0018068.DOC;1}

For good cause being shown, Defendant Fujitsu Limited's Motion to Exceed Page Limit is hereby **GRANTED**.

**SO ORDERED** this 15th day of February, 2007.



        **/s/ Hon. Frances M. Tydingco-Gatewood**
                        **Chief Judge**

*CIVIL CASE NO. 06-CV-00025*
{G0018068.DOC;1}

1