1   **RODNEY J. JACOB, ESQ.**
    **DANIEL M. BENJAMIN, ESQ.**
2   **CALVO & CLARK, LLP**
3   Attorneys at Law
    655 South Marine Corps Drive, Suite 202
4   Tamuning, Guam 96913
    Telephone:    (671) 646-9355
5   Facsimile:    (671) 646-9403

6   **CHRISTOPHER E. CHALSEN, ESQ.**
7   **MICHAEL M. MURRAY, ESQ.**
    **LAWRENCE T. KASS, ESQ.**
8   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
    1 Chase Manhattan Plaza
9   New York, New York 10005
    Telephone:    (212) 530-5000
10  Facsimile:    (212) 822-5796

11
    *Attorneys for Defendants*
12  FUJITSU LIMITED and
    FUJITSU MICROELECTRONICS AMERICA, INC.
13

14              IN THE UNITED STATES DISTRICT COURT

15                        DISTRICT OF GUAM

16
    NANYA TECHNOLOGY CORP. and            CIVIL CASE NO. 06-CV-00025
17  NANYA TECHNOLOGY CORP. U.S.A.,

18                  Plaintiff,

19          vs.                           **CERTIFICATE OF SERVICE**

20  FUJITSU LIMITED, FUJITSU
21  MICROELECTRONICS AMERICA, INC.,

22                  Defendants.

23

24

25

26

27

28
                              ORIGINAL
    *CIVIL CASE NO. 06-CV-00025*
    *{G0019876.DOC;1}*

**FILED**
DISTRICT COURT OF GUAM

FEB 2 1 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

1    The undersigned hereby certifies that a true and correct copy of the **STIPULATION** was

2    caused to be served via hand delivery on the 20th day of February, 2007, to the following:

3
                            Joseph C. Razzano, Esq.
4                           **TEKER, TORRES & TEKER, P.C.**
                            Suite 2A, 130 Aspinall Avenue
5                           Hagåtña, Guam 96910

6
                            John S. Unpingco, Esq.
7                           **LAW OFFICES OF JOHN S. UNPINGCO**
                            **& ASSOCIATES, LLC**
8                           777 Rte. 4, Suite 12B
                            Sinajana, Guam 96910
9

10    Dated this 21st day of February, 2007.

11                                    **CALVO & CLARK, LLP**
                                      **MILBANK, TWEED, HADLEY**
12                                    **& MCCLOY LLP**
                                      *Attorneys for Defendants*
13                                    Fujitsu Limited and
                                      Fujitsu Microelectronics America, Inc.
14

15                        By:    _____

16                                    **DANIEL M. BENJAMIN**

17

18

19

20

21

22

23

24

25

26

27

28