**TEKER TORRES & TEKER, P.C.**
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile

ATTORNEYS FOR PLAINTIFFS
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

FILED
DISTRICT COURT OF GUAM
FEB 22 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

ORIGINAL

---

CERTIFICATE OF SERVICE                                                                                          PAGE 1

2. I hereby certify that on February 22, 2007, a true and exact copy of **PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER** was served via hand delivery on Defendants through their attorneys or record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on Feburary 22, 2007.

JOSEPH C. RAZZANO