RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

*CIVIL CASE NO. 06-CV-00025*

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

1) *ERRATA* TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCEED NUMBER OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS

2) FMA'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION

was caused to be served via hand delivery on the 23rd day of February, 2007, to the following:

Joseph C. Razzano, Esq.
TEKER, TORRES & TEKER, P.C.
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
LAW OFFICES OF JOHN S. UNPINGCO
 & ASSOCIATES, LLC
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 23rd day of February, 2007.

CALVO & CLARK, LLP
MILBANK, TWEED, HADLEY
 & MCCLOY LLP
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*                                                                 1