## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 06-00025 <br><br><br> ORDER |

Having reviewed the executed Stipulated Protective Order attached as an exhibit to the Plaintiffs' Unopposed Motion for Entry of Protective Order (Docket No. 157) and finding good cause for same, the Court hereby GRANTS the motion and adopts the Stipulated Protective Order in full with the exception of page 5, paragraph 5, lines 8 through 12, inclusive, which the Court modifies to read as follows:

"CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER. This envelope (or container) filed by [name of party] contains documents (or things) subject to a Protective Order. Its contents shall not be displayed or made available for public viewing, except by written order of the Court or by agreement of the parties."

SO ORDERED this 26th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**