1  **RODNEY J. JACOB, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
2  **CALVO & CLARK, LLP**
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
5  Facsimile:   (671) 646-9403

6  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
7  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
8  1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:   (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-00025 <br><br><br> **ORDER** |

Based upon the stipulation of the parties:

1.  The status conference scheduled for February 21, 2007 is moved to March 2, 2007 at 10:00 a.m. to coincide with the hearing on Plaintiffs' motions to compel and to exceed the number of interrogatory requests and requests for admission (Docket No. 113, 126, & 132).

2. Plaintiffs' motion for a protective order (Docket No. 123) is moot.

3. The hearing on Defendants' motions to dismiss or transfer (Docket Nos. 74 & 89) is rescheduled from March 22, 2007 to June 22, 2007 at 10:00 a.m. The following briefing schedule is adopted: (1) Plaintiffs' oppositions shall be due on or before May 15, 2007; (2) Defendants' replies shall be due on or before May 31, 2007; (3) Any sur-reply by Plaintiffs (strictly limited to five total pages) shall be due on or before June 7, 2007; (4) Any sur-reply by Defendants (strictly limited to five total pages) shall be due on or before June 14, 2007.

SO ORDERED this 26th day of February 2007, *nunc pro tunc* to February 21, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**