RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:   (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED AND
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A, <br><br> Plaintiff, <br><br> -v- <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION TO EXCEED NUMBER OF INTERROGATORIES AND REQUESTS FOR ADMISSION** <br><br> [NO ARGUMENT REQUESTED] |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
{G0020108.DOC;1}

NOW COMES Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. and respectfully move this Honorable Court for leave to file herewith a short sur-reply in support of their Opposition to Plaintiffs' motion to exceed number of interrogatories and requests for admission.

Defendants seek leave to file a sur-reply because Plaintiffs improperly raised issues on reply that were not raised in the original moving papers, and to which Defendants therefore have not had an opportunity to respond. Defendants respectfully request that the Court disregard these new arguments and alleged facts; alternatively, however, if the Court decides to consider Plaintiffs' new material, then Defendants respectfully request that the Court grant Defendants' request to file a sur-reply addressing those issues, which brief is submitted herewith.

Respectfully submitted this 28th day of February, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0020108.DOC;1}                                                                 1