

**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**JENNIFER A. CALVO-QUITUGUA, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:     (671) 646-9355
Facsimile:      (671) 646-9403

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:     (212) 530-5000
Facsimile:      (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM

FEB 2 8 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A.,

Plaintiff,

vs.

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

Defendants.

CIVIL CASE NO. 06-CV-00025

**CERTIFICATE OF SERVICE**

# ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

1    The undersigned hereby certifies that a true and correct copy of the following:

2    **1) DEFENDANTS' MOTION FOR LEAVE TOFILE**
3    **SUR-REPLY IN SUPPORT OF THEIR OPPOSITION**
     **TO PLAINTIFFS' MOTION TO EXCEED NUMBER**
4    **OF INTERROGATORIES AND REQUEST FOR**
     **ADMISSION**
5
     **2) DEFENDANTS' SUR-REPLY IN OPPOSITION TO**
6    **PLAINTIFFS' MOTION TO EXCEED NUMBER OF**
7    **INTERROGATORIES AND REQUESTS FOR**
     **ADMISSION**
8
     **3) [PROPOSED] ORDER GRANTING DEFENDANTS'**
9    **MOTION FOR LEAVE TOFILE SUR-REPLY IN**
     **SUPPORT OF THEIR OPPOSITION TO**
10   **PLAINTIFFS' MOTION TO EXCEED NUMBER OF**
11   **INTERROGATORIES AND REQUEST FOR**
     **ADMISSION**
12

13   was caused to be served via hand delivery on the 28th day of February, 2007, to the following:

14                    Joseph C. Razzano, Esq.
15                    **TEKER, TORRES & TEKER, P.C.**
                      Suite 2A, 130 Aspinall Avenue
16                    Hagåtña, Guam 96910

17                    John S. Unpingco, Esq.
18                    **LAW OFFICES OF JOHN S. UNPINGCO**
                      **& ASSOCIATES, LLC**
19                    777 Rte. 4, Suite 12B
                      Sinajana, Guam 96910
20
21   Dated this 28th day of February, 2007.

22                    **CALVO & CLARK, LLP**
                      **MILBANK, TWEED, HADLEY**
23                    **& MCCLOY LLP**
                      *Attorneys for Defendants*
24                    Fujitsu Limited and
                      Fujitsu Microelectronics America, Inc.
25
26             By:    _____
27                    JENNIFER A. CALVO-QUITUGUA
28