ORIGINAL

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111



FILED
DISTRICT COURT OF GUAM
MAR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,** ) ) ) Plaintiffs, ) ) vs. ) ) **FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.** ) ) ) **Defendants.** ) | CIVIL CASE NO. CV06-00025 NOTICE OF PLAINTIFFS' INTENT TO USE THE COURT'S MEDIA AND PROJECTION SYSTEM AT ANY AND ALL HEARINGS ON MARCH 2, 2007 |

Please take notice that Plaintiffs intend to utilize the Court's media and projection system during the any and all hearings set for hearing on Friday, March 2, 2007, at the hour of 10:00 o'clock a.m.



2.

As a courtesy, the Court's technology department, by and through Mr. Charles White, was informed of the Plaintiffs' intended use today, by the undersigned counsel.

DATED at Hagåtña, Guam, on March 2, 2007.

                                              **TEKER TORRES & TEKER, P.C.**

                                              By_____
                                                  JOSEPH C. RAZZANO, ESQ.
                                                  Attorneys for Plaintiffs