IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL

CASE NO.: CV-06-00025     DATE: March 02, 2007
CAPTION: Nanya Technology Corp. v. Fujitsu Limited

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:05:30 - 11:58:22
CSO: B. Benavente / J.Lizama

**APPEARANCES:**

Counsel for Plaintiff(s)                                  Counsel for Defendant(s)
Joseph Razanno                                            Daniel Benjamin
   Nanya Technology Corp. & Nanya Technology Corp. USA   Michael Murray
John S. Unpingco
   Nanya Technology Corp. & Nanya Technology Corp. USA
Kenneth E. Shore, Nanya Technology Corp.
Alfonso Chan, Nanya Technology Corp.

**PROCEEDINGS: See Notes Below**

NOTES: - Motion to Compel Substantive Responses to Plaintiffs' First Requests for Production to Defendant Fujitsu Microelectronics America, Inc.: <u>Not addressed</u>.

- Motion to Clarify Magistrate Judge's Order and Motion to Compel Substantive Responses: <u>Not addressed</u>.

- Motion to Exceed Number of Interrogatories and Request for Admissions: <u>The Court granted the motion in part by permitting 400 total interrogatories and 400 requests for admission. Defendants would be afforded the same discovery.</u>

- The Court executed the Scheduling Order with the dates and time agreed upon by parties with minor changes. Deadline for defendants' initial disclosures due 60 days from today.

- Plaintiffs oral motion to incorporate Guam claims into California mediation: <u>Denied</u>.