DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 06-00025 <br><br><br> ORDER |

Pending before the Court are the Plaintiffs' Motion to Clarify Magistrate Judge's Order and Motion to Compel Substantive Responses to Plaintiffs' Discovery Requests (Docket No. 113) and Motion to Compel Substantive Responses to Plaintiffs' First Requests for Production (Docket No. 132). In light of the stipulation filed by the parties (see Docket No. 148 at ¶3), the Court finds said motions to be moot and will not take any further action on them.

SO ORDERED this 9th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**