1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 06-00025 <br><br><br> ORDER |

On February 28, 2007, the Defendants filed a motion seeking leave to file a sur-reply in response to the Plaintiffs' reply brief to its Motion to Exceed Number of Interrogatories and Requests for Admissions. See Docket No. 164. Contemporaneous with said filing, the Defendants filed its sur-reply. See Docket No. 165. Because the Court has already ruled on the substantive motion, the Court finds that the pending motion to file a sur-reply is moot. Nevertheless, the Court issues this Order to remind all counsel that the Local Rules of Practice for the District Court of Guam do not contemplate the filing of sur-replies. In the future, counsel must obtain prior court approval before such filings, otherwise counsel runs the risk of having a sanction imposed upon him/her.

SO ORDERED this 9th day of March 2007.

/s/ **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**