| | |
|---|---|
| 1  RODNEY J. JACOB, ESQ. | |
| 2  DANIEL M. BENJAMIN, ESQ.<br>CALVO & CLARK, LLP | **FILED** |
| 3  Attorneys at Law<br>655 South Marine Corps Drive, Suite 202 | DISTRICT COURT OF GUAM |
| 4  Tamuning, Guam 96913<br>Telephone: (671) 646-9355 | MAR 20 2007 |
| 5  Facsimile: (671) 646-9403 | MARY L.M. MORAN<br>CLERK OF COURT |

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone: (212) 530-5000
10 Facsimile: (212) 822-5796

11 *Attorneys for Defendants*
12 FUJITSU LIMITED and
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

14               IN THE UNITED STATES DISTRICT COURT
15                       DISTRICT OF GUAM
16

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | **DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT** |
| vs. | |
| FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fujitsu Limited ("Fujitsu") and Fujitsu Microelectronics America, Inc. ("FMA") make the following disclosures:[1]

Fujitsu is a publicly traded Japanese company whose shares are listed on the Tokyo Stock Exchange, as well as the Osaka, Nagoya, Frankfurt, London and Swiss exchanges.

Fujitsu wholly owns FMA.

No publicly held corporation owns ten percent (10%) or more of Fujitsu's stock.

Respectfully submitted this 20th day of March, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
DANIEL M. BENJAMIN

---

[1] The filing of this procedural document is not a waiver of Fujitsu's continuing objections with regard to service. Similarly, in filing this necessary procedural paper, neither Fujitsu nor FMA consent to personal jurisdiction or venue and respectfully reserve all defenses permitted under Fed. R. Civ. Proc. 12 and 28 U.S.C. § 1404(a) in this matter.

*CIVIL CASE NO. 06-CV-00025*    1