RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
MAR 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **CERTIFICATE OF SERVICE** |

*CIVIL CASE NO. 06-CV-00025*

ORIGINAL

1 | The undersigned hereby certifies that a true and correct copy of **DEFENDANTS' FED.**
2 | **R. CIV. P. 7.1 STATEMENT** was caused to be served via hand delivery on the 20th day of
3 | March, 2007, to the following:

        Joseph C. Razzano, Esq.
        **TEKER, TORRES & TEKER, P.C.**
        Suite 2A, 130 Aspinall Avenue
        Hagåtña, Guam 96910

        John S. Unpingco, Esq.
        **LAW OFFICES OF JOHN S. UNPINGCO**
         **& ASSOCIATES, LLC**
        777 Rte. 4, Suite 12B
        Sinajana, Guam 96910

Dated this 20th day of March, 2007.

        **CALVO & CLARK, LLP**
        **MILBANK, TWEED, HADLEY**
         **& MCCLOY LLP**
        *Attorneys for Defendants*
        Fujitsu Limited and
        Fujitsu Microelectronics America, Inc.

By: _____
      DANIEL M. BENJAMIN