| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
| 2 | 130 Asinall Avenue-Suite 2A<br>Hagatna, Guam 96910 |
| 3 | 671.477.9891 Telephone<br>671.472.2601 Facsimile |
| 4 | **UNPINGCO & ASSOCIATES, LLC** |
| 5 | Sinajana Mall-Suite 12B<br>Sinajana, Guam 96910 |
| 6 | 671.475.8545 Telephone<br>671.475.8550 Facsimile |
| 7 | **SHORE CHAN BRAGALONE LLP** |
| 8 | SUITE 4450<br>325 N. ST. PAUL STREET |
| 9 | DALLAS, TEXAS 75201<br>TELEPHONE: (214) 593-9110 |
| 10 | FACSIMILE: (214) 593-9111 |
| 11 | ATTORNEYS FOR PLAINTIFFS<br>Nanya Technology Corp. and |
| 12 | Nanya Technology Corp. U.S.A. |

**FILED**
DISTRICT COURT OF GUAM
APR -2 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | | |
|---|---|---|
| NANYA TECHNOLOGY CORP. AND<br>NANYA TECHNOLOGY CORP. U.S.A., | | Case No. CV-06-00025 |
| Plaintiffs, | | **CERTIFICATE OF SERVICE** |
| v. | | |
| FUJITSU LIMITED AND FUJITSU<br>MICROELECTRONICS AMERICA, INC., | | |
| Defendants. | | |

I, JOHN S. UNPINGCO, Esq., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

---

CERTIFICATE OF SERVICE FOR
PLAINTIFFS' MOTION FOR COURT ORDERED MEDIATION
AND MEMORANDUM OF POINTS AND AUTHORITIES

ORIGINAL

PAGE 1 OF 2

2. I hereby certify that on April 2, 2007, a true and exact copy of **PLAINTIFFS' MOTION FOR COURT ORDERED MEDIATION AND MEMORANDUM OF POINTS AND AUTHORITIES** was served via hand delivery on Defendant Fujitsu, Ltd. through its attorneys or record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Sinajana, Guam on April 2, 2007.

_____
John S. Unpingco, Esq.