| | |
|---|---|
| **TEKER TORRES & TEKER, P.C.**<br>SUITE 2A, 130 ASPINALL AVENUE<br>HAGÅTÑA, GUAM 96910<br>TELEPHONE: (671) 477-9891/4<br>FACSIMILE: (671) 472-2601<br><br>**UNPINGCO & ASSOCIATES, LLC**<br>SUITE 12B, SINAJANA MALL<br>SINAJANA, GUAM<br>TELEPHONE: (671) 475-8545<br>FACSIMILE: (671) 475-8550<br><br>**SHORE CHAN BRAGALONE LLP**<br>SUITE 4450<br>325 N. ST. PAUL STREET<br>DALLAS, TEXAS 75201<br>TELEPHONE: (214) 593-9110<br>FACSIMILE: (214) 593-9111<br><br>*Attorneys for Plaintiffs*<br>*Nanya Technology Corp. and*<br>*Nanya Technology Corp. U.S.A.* | **FILED**<br>DISTRICT COURT OF GUAM<br>APR - 5 2007<br>MARY L.M. MORAN<br>CLERK OF COURT |

### DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU<br>MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br>**NON-AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Joseph C. Razzano, am one of the attorneys for the Plaintiffs in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of Plaintiffs' Motion For Court Ordered Mediation and Memorandum of Points And Authorities.

///

**ORIGINAL**

1

2. The attorneys for the opposing party are:

David Benjamin, Esq.
Calvo & Clark
655 South Marine Corp. Drive
Tamuning, Guam 96913
Telephone (671) 646-9355
Facsimile: (671) 646-9403

3. I left messages on both April 3rd and 4th, 2007 for Mr. Benjamin and/or Mr. Jacob to return my call and advised the receptionist that the messages had to do with hearing dates for the Motion For Court Ordered Mediation. As of the filing of this Pleading, no return call was received.

4. Therefore, the parties request that a hearing be set by the Court April 23, 2007 at 9:30a.m.

Respectfully submitted this 5th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs

2

PLAINTIFFS' REQUESTED HEARING DATE ON DEFENDANT'S MOTION TO DISMISS