AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

V.

**NOTICE**

CASE NUMBER:

TYPE OF CASE:

☐ **CIVIL**    ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|

FRANCES M. TYDINGCO-GATEWOOD
U.S. DISTRICT JUDGE

/s/ RENEE M. MARTINEZ

DATE                    (BY) DEPUTY CLERK

TO: