1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
5  Facsimile:    (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:    (212) 530-5000
10 Facsimile:    (212) 822-5796

11
   *Attorneys for Defendants*
12 FUJITSU LIMITED and
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

**FILED**
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

14              IN THE UNITED STATES DISTRICT COURT
15                       DISTRICT OF GUAM
16

| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

1  The undersigned hereby certifies that a true and correct copy of **DEFENDANTS'**
2  **OPPOSITION TO PLAINTIFFS' MOTION FOR COURT ORDERED MEDIATION**
3  **AND MEMORANDUM OF POINTS AND AUTHORITIES** was caused to be served via
4  hand delivery on the 16th day of April, 2007, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO**
 **& ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 16th day of April, 2007.

        **CALVO & CLARK, LLP**
        **MILBANK, TWEED, HADLEY**
        **& MCCLOY LLP**
        *Attorneys for Defendants*
        Fujitsu Limited and
        Fujitsu Microelectronics America, Inc.

By: _____
        DANIEL M. BENJAMIN