| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
|   | 130 Aspinall Avenue-Suite 2A |
| 2 | Hagåtña, Guam 96910 |
|   | Telephone: (671) 477-9891 |
| 3 | Facsimile: (671) 472-2601 |

**FILED**
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam 96910
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

## DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE No. CV-06-00025 <br><br> **PLAINTIFFS' *EX PARTE* MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' JURISDICTIONAL REQUESTS FOR PRODUCTION TO FUJITSU MICROELECTRONICS AMERICA, INC. AND FOR SANTIONS** |

Plaintiffs hereby apply to the Court for an *ex parte* Order Shortening the Time within which to hear Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' Jurisdictional Requests for Production Requests.

///

///

///

---

**PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME**                                              **PAGE 1 OF 2**

1  Plaintiffs request that said motion be heard as soon as is practicable at an hour convenient to the
2  Court.
3  Respectfully submitted this 16th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _/s/ Joseph C. Razzano_
**JOSEPH C. RAZZANO, ESQ.**
Attorneys for Plaintiffs, *Nanya Technology Corp. and Nanya Technology Corp. U.S.A*