| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
|   | 130 Aspinall Avenue-Suite 2A |
| 2 | Hagåtña, Guam 96910 |
|   | Telephone: (671) 477-9891 |
| 3 | Facsimile: (671) 472-2601 |

**FILED**
DISTRICT COURT OF GUAM

APR 16 2007

MARY L.M. MORAN
CLERK OF COURT

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam 96910
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
 *Nanya Technology Corp. and*
 *Nanya Technology Corp. U.S.A.*

### DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE No. CV-06-00025 <br><br> **PLAINTIFFS' EX PARTE NOTICE OF MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' JURISDICTIONAL REQUESTS FOR PRODUCTION TO FUJITSU MICROELECTRONICS AMERICA, INC.** |

TO     Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., and their attorneys of record, Calvo & Clark, L.L.P.

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs' *ex parte* Motion to Shorten Time to Hear Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' Jurisdictional Requests for Production to Fujitsu Microelectronics America, Inc., filed herein on April 16, 2007, will come on for hearing before

1  this Court on _____, 2007, at the hour of _____ _.M., or as soon thereafter

2  as the matter may be heard.

       DATED at Hagåtña, Guam, on April 16, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs, *Nanya Technology Corp. and Nanya Technology Corp. U.S.A*