1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Avenue-Suite 2A
2  Hagåtña, Guam 96910
   Telephone: (671) 477.9891
3  Facsimile: (671) 472.2601

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall-Suite 12B
5  Sinajana, Guam 96910
   Telephone: (671) 475.8545
6  Facsimile: (671).475.8550

7  **SHORE CHAN BRAGALONE LLP**
   Suite 4450
8  325 N. St. Paul Street
   Dallas, Texas 75201
9  Telephone: (214) 593-9110
   Facsimile: (214) 593-9111

10

   *Attorneys For Plaintiffs*
11 *Nanya Technology Corp. and*
   *Nanya Technology Corp. U.S.A.*
12

**FILED**
DISTRICT COURT OF GUAM

APR 1 6 2007 ✖

MARY L.M. MORAN
CLERK OF COURT

13                **IN THE DISTRICT COURT OF GUAM**

14

15 NANYA TECHNOLOGY CORP. AND          Case No. CV-06-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
16

17         Plaintiffs,                 **DECLARATION OF JOSEPH C.**
                                        **RAZZANO IN SUPPORT OF *EX* PARTE**
   v.                                   **APPLICATION TO SHORTEN TIME**
18

19 FUJITSU LIMITED AND FUJITSU
   MICROELECTRONICS AMERICA, INC.,
20
           Defendants.
21

22     I, JOSEPH C. RAZZNO, hereby declare as follows:

23     1.     My name is Joseph C. Razzano. I am over the age of 21 and am competent to make this

24 Declaration.

25     2.     All of the statements set forth herein are true and correct and are based on my personal

26 knowledge.

27     3.     I am an attorney of record for Plaintiffs, Nanya Technology Corporation and Nanya

28 Technology Corp. U.S.A. (collectively referred to hereinafter as "Nanya") in the above-captioned and

---

titled cause.

4.    Pursuant to District Court of Guam Local Rule 7, *et seq.* Rule 26(f), today, April 16, 2007, at about 11:00 o'clock p.m., I contacted counsel for Defendants, David Benjamin, Esq., and advised him of the filing of Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' Jurisdictional Requests for Production to Fujitsu Microelectronics America, Inc. ("FMA") and *Ex Parte* Motion to Shorten Time (the "Motion") with respect to same.  Mr. Benjamin stated that Defendant opposes the Motion.  However, should the Court entertain Plaintiffs' Motion, Mr. Benjamin stated that he would like to be present at the hearing.

5.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 16, 2007.

JOSEPH C. RAZZANO