DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 06-00025 <br><br><br><br> ORDER |

    Pending before the Court are the Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' Jurisdictional Requests for Production ("Motion to Compel") and its corresponding *Ex Parte* Motion to Shorten Time to Hear Motion to Compel, which were filed on April 16, 2007. Because the deadline for filing an opposition to the Defendants' Motions to Dismiss for Lack of Jurisdiction is fast approaching, the Court finds good cause to grant the Motion to Shorten Time. Accordingly, the Defendants shall file their opposition to the Motion to Compel no later than Friday, April 20, 2007, at 12 noon. The Plaintiffs shall file a reply brief thereto no later than Monday, April 23, 2007, at 10:00 a.m. A hearing on the Motion to Compel shall be held on Wednesday, April 25, 2007, at 9:30 a.m.

    Furthermore, the Court will permit off-island counsel to participate in said hearing via

///
///
///
///

Case 4:07-cv-03672-CW     Document 1-238     Filed 07/17/2007     Page 2 of 2

Nanya Technology Corp & Nanya Technology Corp USA v. Fujitsu Ltd. And Fujitsu Microelectronics America, Inc., Civil Case No. 06-00025
Order Granting Plaintiffs' *Ex Parte* Motion to Shorten Time and Setting Briefing and Hearing on Plaintiffs' Motion to Compel

1  telephone or video-conference, provided that notice of said participation be filed no later than

2  Friday, April 20, 2007.[1]

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 17, 2007**

---

[1] Counsel wishing to participate telephonically shall call (671) 473-9144 prior to the scheduled hearing time. All logistical questions regarding participation via vide-conference shall be directed to the Court's systems manager Charles White at (671) 473-9125.