1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:  (671) 646-9355
5  Facsimile:   (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:  (212) 530-5000
10 Facsimile:   (212) 822-5796

11
   *Attorneys for Defendants*
12 FUJITSU LIMITED, and
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

**FILED**
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE**<br><br>**ORAL ARGUMENT REQUESTED** |

*CIVIL CASE NO. 06-CV-00025*
{G0021390.DOC;1}

**ORIGINAL**

## **MOTION**

Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. hereby respectfully move to immediately transfer this case to the Northern District of California.

This motion is based upon the accompanying memorandum of points and authorities, the files and records in this action, and such other evidence and arguments as may be presented at or before the hearing on this motion.

Respectfully submitted this 17th day of April, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*
*{G0021390.DOC;1}*

1