RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:    (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:    (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
APR 18 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
{G0021399.DOC;1}

The undersigned hereby certifies that a true and correct copy of:

1) **DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE**

2) **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE**

3) **NON-AGREEMENT OF HEARING DATE FOR DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE**

4) **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE**

5) **DEFENDANTS' OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME**

was caused to be served via hand delivery on the 17th day of April, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 18th day of April, 2007.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY & MCCLOY LLP**
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*
{G0021399.DOC;1}                                                                   1