1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
5  Facsimile:   (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:   (212) 822-5796

11
   *Attorneys for Defendants*
12 FUJITSU LIMITED and
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

```
                                FILED
                         DISTRICT COURT OF GUAM
                              APR 20 2007
                           MARY L.M. MORAN
                            CLERK OF COURT
```

14              IN THE UNITED STATES DISTRICT COURT

15                         DISTRICT OF GUAM

16

17  NANYA TECHNOLOGY CORP. and            CIVIL CASE NO. 06-CV-00025
    NANYA TECHNOLOGY CORP. U.S.A.,

18              Plaintiff,

19       vs.                               **CERTIFICATE OF SERVICE**

20  FUJITSU LIMITED, FUJITSU
21  MICROELECTRONICS AMERICA, INC.,

22              Defendants.

23
24
25
26
27
28

                         **ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*

| | |
|---|---|
| 1 | The undersigned hereby certifies that a true and correct copy of **DEFENDANTS'** |
| 2 | **OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DOCUMENTS** was caused to |
| 3 | be served via hand delivery on the 20th day of April, 2007, to the following: |

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO**
  **& ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 20th day of April, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
  **DANIEL M. BENJAMIN**