**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE:  (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910
TELEPHONE: (671) 475-8545
FACSIMILE:  (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE:  (214) 593-9111

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
APR 20 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br>**AGREEMENT OF HEARING DATE ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |

Pursuant to Local Rule 7.1, Plaintiffs hereby file their Agreement of Hearing Date and requests the Court to set hearing on Defendants' Motion to Immediately Transfer for Convenience on July 12, 2007 at 10:30 a.m.

The Plaintiffs do not agree to conducting a hearing to coincide with the pending Motions to Dismiss as a Stipulation was entered regarding those motions on February 20, 2007, and it

ORIGINAL

will materially prejudice the Plaintiffs' in their briefing schedule already agreed to. Plaintiffs have already been struggling with respect to the briefing of those Motions as outlined in the Motion to Compel filed by Plaintiffs' on April 13, 2007.

Plaintiffs object to Defendants' Non-Agreement of Hearing Date for Defendants' Motion to Immediately Transfer for Convenience filed on April 17, 2007, Docket No. 193, for the following reasons:

1. First, in Defendants' opening paragraph, they allege that pursuant to Local Rule 7.1, the parties hereby acknowledge the following: *see* Non-Agreement of Hearing Date, page 1, line 1. Unfortunately, the parties cannot acknowledge anything because Defendants failed, under Local Rule 7.1, to contact Plaintiffs' counsel with respect to this hearing date and, therefore, their representation that the parties acknowledge the following is inaccurate and lacks veracity.

2. Defendants have violated Local Rule 7.1(e)(2) directing the "requesting party to contact the attorney for each party who has entered an appearance,…and propose a date for oral argument.") Defendants admit in paragraph 7 of their Non-Agreement of Hearing Date that they failed to contact Plaintiffs' counsel regarding the hearing date provided by the Clerk's office and suggest an alternative date which circumvents the Local Rule.

3. Regardless of Defendants' belief that the Local Rules of Court do not apply to them or their motions, Plaintiffs, in accordance with the Local Rule, now files their Agreement of Hearing Date and informs the Court that they agree to the hearing date of July 12, 2007 at 10:30 a.m. In fact, in accordance with the Rule, Plaintiffs have confirmed that the date is still available for hearing.

///

///

4. Therefore, Plaintiffs request that this Honorable Court set the hearing on Defendants' Motion to Immediately Transfer for convenience on July 12, 2007 at 10:30 a.m.

Respectfully submitted this 20th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs