**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111



FILED
DISTRICT COURT OF GUAM
APR 20 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP.**, and **NANYA TECHNOLOGY CORP. U.S.A.**, ) ) ) | CIVIL CASE NO. CV06-00025 |
| Plaintiffs, ) ) | |
| vs. ) ) | CERTIFICATE OF SERVICE |
| **FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.**, ) ) ) | |
| Defendants. ) | |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE

1.

ORIGINAL

2.

2. I hereby certify that on April 20, 2007, a true and exact copy of the Agreement of Hearing Date on Defendants' Motion to Immediately Transfer for Convenience was served, via hand delivery, on the Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

DATED at Hagåtña, Guam, on April 20, 2007.

_____
JOSEPH C. RAZZANO

By: _____

---

CERTIFICATE OF SERVICE

2.