1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Ave., Suite 2A
2  Hagåtña, Guam 96910
   (671) 477-9891  Telephone
3  (671) 472-2601  Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall, Suite 12B
5  Sinajana, Guam
   (671) 475-8545  Telephone
6  (671) 475-8550  Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   325 N. St. Paul Street, Suite 4450
8  Dallas, Texas 75201
   (214) 593-9110  Telephone
9  (214) 593-9111  Facsimile

10 Attorneys for Plaintiffs Nanya Technology Corp. and
   Nanya Technology Corp. U.S.A.
11

**FILED**
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| *Plaintiffs,* | **CERTIFICATE OF SERVICE** |
| v. | |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., | |
| *Defendants.* | |

I, JOSEPH C. RAZZANO, Esq., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on April 23, 2007, a true and exact copy of **PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COURT-**

-1-

**ORIGINAL**

CERTIFICATE OF SERVICE FOR PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR COURT-ORDERED MEDIATION AND MEMORANDUM OF
POINTS AND AUTHORITIES

**ORDERED MEDIATION AND MEMORANDUM OF POINTS AND AUTHORITIES** was served via hand delivery on Defendant Fujitsu, Ltd. through its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Sinajana, Guam on April 23, 2007.

*[signature]*

JOSEPH C. RAZZANO, ESQ.

CERTIFICATE OF SERVICE FOR PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COURT-ORDERED MEDIATION AND MEMORANDUM OF POINTS AND AUTHORITIES