| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
| | 130 Asinall Avenue-Suite 2A |
| 2 | Hagatna, Guam 96910 |
| | 671.477.9891 Telephone |
| 3 | 671.472.2601 Facsimile |
| 4 | **UNPINGCO & ASSOCIATES, LLC** |
| | 777 Route 4, Suite 12B |
| 5 | Sinajana, Guam |
| | 671.475.8545 Telephone |
| 6 | 671.475.8550 Facsimile |
| 7 | **SHORE CHAN BRAGALONE LLP** |
| | 325 N. St. Paul Street, Suite 4450 |
| 8 | Dallas, Texas 75201 |
| | 214.593.9110 Telephone |
| 9 | 214.593.9111 Facsimile |
| 10 | ATTORNEYS FOR PLAINTIFFS |
| | Nanya Technology Corp. and |
| 11 | Nanya Technology Corp. U.S.A. |

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

### UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

ORIGINAL

2. I hereby certify that on April 23, 2007, a true and exact copy of **PLAINTIFFS' REPLY RE MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' JURISDICTIONAL REQUESTS FOR PRODUCTION TO FUJITSU MICROELECTRONICS AMERICA, INC. and NOTICE OF FILING EXHIBITS 2 AND 3 TO THE VANCE FREEMAN DELCLARATION UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED FEBRUARY 26, 2007** was served via electronic mail and U.S. Mail on Defendant Fujitsu Microelectronics America, Inc. through its attorneys of record:

Michael M. Murray, Esq.
Christopher E. Chalsen, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000  main
(212) 530-5219  main fax
cchalsen@milbank.com

David Benjamin, Esq.
Calvo & Clark
655 South Marine Corp. Drive
Tamuning, Guam 96913
(671) 646-9355
(671) 646-9403  fax
dbenjamin@calvoclark.com

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on April 23, 2007.

_____
JOSEPH C. RAZZANO, ESQ.