# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00025  DATE: April 23, 2007
CAPTION: Nanya Technology Corp. - vs - Fujitsu Limited

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley         Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 9:36:33 - 10:30:51
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)            Counsel for Defendant(s)
John Unpingco                       Daniel Benjamin
Joseph Razzano
Alfonso Chang

---

**PROCEEDINGS: Motion for Court Ordered Mediation**
- Motion argued by <u>Plaintiff and Defendant</u>.
- Motion <u>denied</u>.
- Order to be prepared by: <u>Court</u>.

NOTES: