DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., *et al.*, <br>     Plaintiffs <br>     vs. <br> FUJITSU LIMITED, *et al.*, <br>     Defendants. | Civil Case No. 06-00025 <br><br> **ORDER RE: MOTION FOR COURT ORDERED MEDIATION** |

On April 23, 2007, this matter came before the court for a hearing on Plaintiffs' Motion for Court Ordered Mediation. The Plaintiffs, Nanya Technology Corp. and Nanya Technology Corporation U.S.A., moved this court to order that the parties attend mediation before the Honorable Judge Infante on May 15, 2007, and that the mediation be binding in both the Guam and California cases. During argument, the Defendants expressed concern over the request that the mediation be binding. The court shared the Defendants' concern and on that basis **DENIED** the Plaintiffs' Motion. However, the parties did come to an agreement that the mediation presently scheduled should also include the mediation of the Guam case. Accordingly, it is this court's order that the non-binding mediation presently scheduled before Judge Infante shall also include the mediation of the Guam case.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood** <br>     **Chief Judge** <br> **Dated: Apr 23, 2007**