**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam 96910
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE No. CV-06-00025 <br><br> **NOTICE OF PLAINTIFFS' RIGHT CALL REBUTTAL WITNESS** |

TO:   Defendants and their attorneys of record, Calvo & Clark, PLLC.

PLEASE TAKE NOTICE that Plaintiffs hereby reserve the right to call Vance Freeman as their rebuttal witness at the hearing on Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs'

///

///

**ORIGINAL**

Jurisdictional Requests for Production to Fujitsu Microelectronics America, Inc., currently scheduled before this Court on April 25, 2007 at the hour of 9:30 a.m.

Respectfully submitted this 24th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs, *Nanya Technology Corp. and Nanya Technology Corp. U.S.A*