**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111



FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP.**, and **NANYA TECHNOLOGY CORP. U.S.A.**,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.**  )<br><br>Defendants.  ) | CIVIL CASE NO. CV06-00025<br><br>NOTICE OF PLAINTIFFS' INTENT TO USE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE HEARING ON PLAINTIFFS' MOTION TO COMPEL ON APRIL 25, 2007 |

      Please take notice that Plaintiffs intend to utilize the Court's media and projection system during the hearing set for Wednesday, April 25, 2007, at the hour of 9:30 a.m.

2.

As a courtesy, the Court's technology department, by and through Mr. Charles White, was informed of the Plaintiffs' intended use today, by the undersigned counsel.

DATED at Hagåtña, Guam, on April 24, 2007.

              **TEKER TORRES & TEKER, P.C.**

              By _____
                JOSEPH C. RAZZANO, ESQ.
                Attorneys for Plaintiffs