**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

FILED
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,** )<br>)<br>Defendants. ) | CIVIL CASE NO. CV06-00025<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1.   I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE

1.   **ORIGINAL**

2.

2. I hereby certify that on April 24, 2007; true and exact copies of the following documents were served, via hand delivery, on the Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

- a. Notice of Plaintiffs' Right to Call Rebuttal Witness; and
- b. Notice of Plaintiffs' Intent to Use the Court's Media and Projection System at the Hearing on Plaintiffs' Motion to Compel on April 25, 2007.

DATED at Hagåtña, Guam, on April 24, 2007.

JOSEPH C. RAZZANO

CERTIFICATE OF SERVICE