**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL**

CASE NO.: CV-06-00025                               DATE: April 25, 2007
CAPTION: Nanya Technology Corp. -vs- Fujitsu Limited

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 9:50:41 - 11:34:36
CSO: B. Pereda

---

**APPEARANCES:**

Counsel for Plaintiff(s)                    Counsel for Defendant(s)
Joseph Razzano                              Michael Murray
John Unpingco                               Daniel Benjamin
Alfonso Chang
Vance Freeman

---

**PROCEEDINGS: Motion to Compel**
- Motion argued by <u>Plaintiff and Defendant</u>.
- Motion <u>under advisement</u>.

NOTES: