1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  CALVO & CLARK, LLP
3  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
4  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
5  Facsimile:    (671) 646-9403

6  CHRISTOPHER E. CHALSEN, ESQ.
7  MICHAEL M. MURRAY, ESQ.
   LAWRENCE T. KASS, ESQ.
8  MILBANK, TWEED, HADLEY & MCCLOY LLP
   1 Chase Manhattan Plaza
9  New York, New York 10005
   Telephone:   (212) 530-5000
10 Facsimile:    (212) 822-5796

11
   *Attorneys for Defendants*
12 FUJITSU LIMITED and
   FUJITSU MICROELECTRONICS AMERICA, INC.
13

   FILED
   DISTRICT COURT OF GUAM
   APR 25 2007
   MARY L.M. MORAN
   CLERK OF COURT

14              IN THE UNITED STATES DISTRICT COURT
15                       DISTRICT OF GUAM
16
17 NANYA TECHNOLOGY CORP. and           CIVIL CASE NO. 06-CV-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
18            Plaintiff,
19     vs.                              **CERTIFICATE OF SERVICE**
20 FUJITSU LIMITED, FUJITSU
21 MICROELECTRONICS AMERICA, INC.,
22            Defendants.
23
24
25
26
27
28                          ORIGINAL

*CIVIL CASE NO. 06-CV-00025*

The undersigned hereby certifies that a true and correct copy of:

1) EX PARTE APPLICATION UNDER L.R. 7.1(j)&(k) TO OBTAIN A MAY 2007 HEARING DATE ON DEFENDSANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE

2) CERTIFICATE OF DANIEL M. BENJAMIN IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION UNDER L.R. 7.1(j)&(k) TO OBTAIN A MAY 2007 HEARING DATE ON DEFENDSANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE

3) [PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION UNDER L.R. 7.1(j)&(k) TO OBTAIN A MAY 2007 HEARING DATE ON DEFENDSANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE

was caused to be served via hand delivery on the 25th day of April, 2007, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 25th day of April, 2007.

CALVO & CLARK, LLP
MILBANK, TWEED, HADLEY
& MCCLOY LLP
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 06-CV-00025*                                                    1