| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
| | 130 Aspinall Ave., Suite 2A |
| 2 | Hagåtña, Guam 96910 |
| | (671) 477-9891  Telephone |
| 3 | (671) 472-2601  Facsimile |

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall, Suite 12B
Sinajana, Guam
(671) 475-8545  Telephone
(671) 475-8550  Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 593-9110  Telephone
(214) 593-9111  Facsimile

Attorneys for Plaintiffs Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| Plaintiffs, | ***PRO HAC VICE* APPLICATION AND DECLARATION OF RAJKUMAR VINNAKOTA** |
| v. | |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, Rajkumar Vinnakota, hereby submit the following *pro hac vice* application pursuant to District Court of Guam G.R. 17.1(d). In support of this application, I hereby declare under penalty of perjury pursuant to the laws of the United States of America, the following:

1. I have been retained by Plaintiffs to assist with the defense of this action. My office address is Shore Chan Bragalone LLP, 325 N. St. Paul Street, Suite 4450, Dallas, Texas 75201.

**ORIGINAL**

2. I do not reside in Guam, am not regularly employed in Guam, and I am not regularly engaged in business, professional, or other activities in Guam.

3. I have been admitted to practice before the following courts:

| Court: | Date of Admission: |
|---|---|
| United States District Court, Northern District of Texas | February 27, 2004 |
| United States District Court, Southern District of Texas | July 16, 2004 |
| United States District Court, Eastern District of Texas | July 2, 2004 |
| United States Court of Appeals for the Fifth Circuit | June 18, 2004 |

4. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have never been suspended or disbarred in any court. I have read the local rules of this Court.

5. I hereby designate Joseph C. Razzano, Esq. of the law offices of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Ave., Hagåtña, Guam 96910-5010, telephone number (671) 477-9891 and facsimile number (671) 472-2601. Mr. Razzano is a member of the bar of this Court and he maintains an office at the place within the District with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. Mr. Razzano and members of his firm consent to their designation as co-counsel in this matter and have filed with this Court their Consent to Designation of Local Counsel.

Executed this 26th day of April, 2007, in Dallas, Texas.

Rajkumar Vinnakota, Esq.