**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiffs, Nanya Technology Corp.
And Nanya Technology Corp., U.S.A.*

**FILED**
DISTRICT COURT OF GUAM

APR 27 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP., U.S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL NO. CV06-00025 <br><br><br><br> **CONSENT TO DESIGNATION AS LOCAL COUNSEL** |

I, JOSEPH C. RAZZANO, an active member in good standing of the Bar of this Court and a resident of Guam, hereby consent to act as local counsel for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp., U.S.A., along with Rajkumar Vinnakota, Esq., of the law firm of Shore Chan Bragalone, LLP.

The Court and opposing counsel may readily communicate with me and may serve papers at my office address listed above.

DATED at Hagåtña, Guam, this 26th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.

ORIGINAL