**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **DECLARATION OF VANCE P. FREEMAM IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS EX PARTE APPLICATION FOR A HEARING DATE FOR DEFENDANTS MOTION TO IMMEDIATELY TRANSFER VENUE** |

I, Vance P. Freeman, declare under penalty of perjury that the following statements are true and correct.

1. I am counsel for Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. As such, I have personal knowledge of the information in this declaration.

2. On March 27, 2007, FMA's New York counsel contacted Plaintiffs' counsel regarding the filing of their April 17, 2006 motion to transfer this case to the Northern District of California.

ORIGINAL

FMA requested that Plaintiffs agree to an expedited hearing. Plaintiffs' counsel refused unless the parties could engage in limited discovery regarding the convenience issues Defendants would raise in the motion or stipulate to certain facts. FMA's New York counsel agreed to stipulate, so I began working on an extensive stipulation. After drafting a 19 page stipulation, discussing the stipulation with opposing counsel, and exchanging edits and revisions over the course of a week, I sent the final versions of the stipulation to opposing counsel for final review and approval. The emails reflecting this exchange are attached as Exhibit "1." Defendants' counsel contacted me about setting the second motion to transfer for hearing on May 11, 2007. But I and the other lawyers on the team could not attend the hearing that day. In keeping with our agreement to have an expedited hearing, we informed Fujitsu's counsel that we could be available the following week. But instead of finalizing the stipulation and signing it or contacting me with further revisions, Defendants simply filed their motion to transfer contrary to their representations. Defendants requested an expedited hearing, and Plaintiffs will now be under time pressure to establish through formal discovery what Defendants had promised to stipulate to.

DATED at Hagåtña, Guam, this 26th day of April, 2007.

_____
VANCE P. FREEMAN

# EXHIBIT 1

## Joseph Razzano

**From:** Vance Freeman [Vfreeman@shorewestfreeman.com]
**Sent:** Thursday, April 26, 2007 2:10 PM
**To:** Joseph Razzano
**Subject:** FW: stipulation and hearing date

Vance P. Freeman
SHORE WEST FREEMAN PC
2020 Bill Owens Parkway
Suite 200
Longview, Texas 75604
(903) 295-7200
(903) 399-3204 Mobile
(903) 295-7201 Fax
www.shorewestfreeman.com

++++++++++++++++++++++++++++++++++++++++++++++++++++++
The information contained in this electronic mail message, including any attachments, is confidential, may be attorney-client privileged and is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use, copying or distribution of this message, including any attachments, is strictly prohibited and may be unlawful. If this message was sent to you in error, please notify the sender by return email and destroy this message, including any attachments.

IRS Circular 230 Notice: The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any federal tax law or otherwise.
++++++++++++++++++++++++++++++++++++++++++++++++++++++

---

**From:** Vance Freeman
**Sent:** Friday, April 06, 2007 4:50 PM
**To:** 'Murray, Michael'
**Cc:** Chalsen, Christopher; Kass, Lawrence; 'Alfonso G Chan'; Michael Shore; Kenneth Shore; 'Martin Pascual'; Justin Kimble; Ruth Lee; 'Mary Henry'; Martin C. Fliesler; Jared Barrett; Matthew S. Wolcott; Carrie Dawudi; Joseph Razzano; junpingco@ualawguam.com
**Subject:** RE: stipulation and hearing date

Mike:

Here are the revised stipulations. Please confirm that these reflect the parties' agreement. Regarding the hearing date, we can't do it on May 11, 2006; we are booked. Did you find out what other dates are available the following week or the week after?

Thanks

Vance P. Freeman
SHORE WEST FREEMAN PC

4/26/2007

2020 Bill Owens Parkway
Suite 200
Longview, Texas 75604
(903) 295-7200
(903) 399-3204 Mobile
(903) 295-7201 Fax
www.shorewestfreeman.com

++++++++++++++++++++++++++++++++++++++++++++++++++++
The information contained in this electronic mail message,
including any attachments, is confidential, may be attorney-client
privileged and is protected by the Electronic Communications
Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use,
copying or distribution of this message, including any attachments,
is strictly prohibited and may be unlawful. If this message was
sent to you in error, please notify the sender by return email and
destroy this message, including any attachments.

IRS Circular 230 Notice: The statements contained herein are not
intended to and do not constitute an opinion as to any tax or other
matter. They are not intended or written to be used, and may not
be relied upon, by you or any other person for the purpose of
avoiding penalties that may be imposed under any federal tax law
or otherwise.
++++++++++++++++++++++++++++++++++++++++++++++++++++

---

**From:** Murray, Michael [mailto:MMurray@milbank.com]
**Sent:** Thursday, April 05, 2007 6:07 PM
**To:** Vance Freeman
**Cc:** Chalsen, Christopher; Kass, Lawrence
**Subject:** stipulation and hearing date

Vance,

Can you let me know when we will get revised stip? Also, please let me know about May 11th as the hearing date.

Thanks

Mike

---

**From:** Vance Freeman [mailto:Vfreeman@shorewestfreeman.com]
**Sent:** Wed 4/4/2007 4:10 PM
**To:** Murray, Michael
**Subject:** RE: short meet and confer today

What is the call in number?

-----Original Message-----
From: "Murray, Michael" <MMurray@milbank.com>
To: "Justin Kimble" <jkimble@ShoreChan.com>; "Vance Freeman" <Vfreeman@shorewestfreeman.com>
Cc: "Kass, Lawrence" <LKass@milbank.com>; "Chalsen, Christopher" <CChalsen@milbank.com>
Sent: 4/4/2007 12:19 PM
Subject: RE: short meet and confer today

sounds good.


4/26/2007

From: Justin Kimble [mailto:jkimble@ShoreChan.com]
Sent: Wednesday, April 04, 2007 12:36 PM
To: Vance Freeman; Murray, Michael
Cc: Kass, Lawrence; Chalsen, Christopher
Subject: RE: short meet and confer today

fine

SHORE CHAN

BRAGALONE LLP

Attorneys & Counselors at Law

Justin B. Kimble

325 North Saint Paul St.

Suite 4450

Dallas, Texas 75201

214-593-9117 (Direct)

214-593-9110 (Firm)

214-593-9111 (Fax)

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work Product privileges, and is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

From: Vance Freeman [mailto:Vfreeman@shorewestfreeman.com]
Sent: Wednesday, April 04, 2007 11:07 AM
To: Murray, Michael; Justin Kimble
Cc: Kass, Lawrence; Chalsen, Christopher
Subject: RE: short meet and confer today

4/26/2007

Can we make it 3pm, 4pm NYC time?

Vance P. Freeman

Shore West Freeman PC

2020 Bill Owens Parkway

Suite 200

Longview, Texas 75604

(903) 295-7200

(903) 399-3204 Mobile

(903) 295-7201 Fax

www.shorewestfreeman.com <http://www.shorewestfreeman.com/>

++++++++++++++++++++++++++++++++++++++++++++++++++++++

The information contained in this electronic mail message,

including any attachments, is confidential, may be attorney-client

privileged and is protected by the Electronic Communications

Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use,

copying or distribution of this message, including any attachments,

is strictly prohibited and may be unlawful. If this message was

sent to you in error, please notify the sender by return email and

destroy this message, including any attachments.


IRS Circular 230 Notice: The statements contained herein are not
intended to and do not constitute an opinion as to any tax or other
matter. They are not intended or written to be used, and may not
be relied upon, by you or any other person for the purpose of
avoiding penalties that may be imposed under any federal tax law
or otherwise.
++++++++++++++++++++++++++++++++++++++++++++++++++++++

From: Murray, Michael [mailto:MMurray@milbank.com]

Sent: Wednesday, April 04, 2007 8:57 AM
To: Vance Freeman; Justin Kimble
Cc: Kass, Lawrence; Chalsen, Christopher
Subject: RE: short meet and confer today

OK, how about 2:00 Texas time? Usual call in number: (888) 385-6846 (code: 55-5424)

---

From: Vance Freeman [mailto:Vfreeman@shorewestfreeman.com]
Sent: Wednesday, April 04, 2007 9:48 AM
To: Murray, Michael; Justin Kimble
Cc: Kass, Lawrence; Chalsen, Christopher
Subject: RE: short meet and confer today

Sounds good. I will be traveling, but I can call in on my cell phone.

Thanks

Vance P. Freeman

Shore West Freeman PC

2020 Bill Owens Parkway

Suite 200

Longview, Texas 75604

(903) 295-7200

(903) 399-3204 Mobile

(903) 295-7201 Fax

www.shorewestfreeman.com <http://www.shorewestfreeman.com/>

++++++++++++++++++++++++++++++++++++++++++++++++++++

The information contained in this electronic mail message,

including any attachments, is confidential, may be attorney-client

privileged and is protected by the Electronic Communications

Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use,

copying or distribution of this message, including any attachments,

is strictly prohibited and may be unlawful. If this message was

sent to you in error, please notify the sender by return email and

destroy this message, including any attachments.


IRS Circular 230 Notice: The statements contained herein are not
intended to and do not constitute an opinion as to any tax or other
matter. They are not intended or written to be used, and may not
be relied upon, by you or any other person for the purpose of
avoiding penalties that may be imposed under any federal tax law
or otherwise.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++



From: Murray, Michael [mailto:MMurray@milbank.com]
Sent: Wednesday, April 04, 2007 8:47 AM
To: Vance Freeman; Justin Kimble
Cc: Kass, Lawrence; Chalsen, Christopher
Subject: short meet and confer today


Vance, Justin


Can we talk today about: 1) proposed stipulation, 2) exchange of claim
construction contentions?


Anytime after 2:00 p.m your time would work for us.


Mike

---

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing
message from Milbank, Tweed, Hadley & McCloy LLP is not intended or
written to be, and cannot be used, by any person for the purpose of
avoiding tax penalties that may be imposed regarding the transactions or
matters addressed. Some of that advice may have been written to support
the promotion or marketing of the transactions or matters addressed
within the meaning of IRS Circular 230, in which case you should seek
advice based on your particular circumstances from an independent tax
advisor.

---

This e-mail message may contain legally privileged and/or confidential
information. If you are not the intended recipient(s), or the employee
or agent responsible for delivery of this message to the intended
recipient(s), you are hereby notified that any dissemination,


4/26/2007

distribution or copying of this e-mail message is strictly prohibited.
If you have received this message in error, please immediately notify
the sender and delete this e-mail message from your computer.

===========================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing
message from Milbank, Tweed, Hadley & McCloy LLP is not intended or
written to be, and cannot be used, by any person for the purpose of
avoiding tax penalties that may be imposed regarding the transactions or
matters addressed. Some of that advice may have been written to support
the promotion or marketing of the transactions or matters addressed
within the meaning of IRS Circular 230, in which case you should seek
advice based on your particular circumstances from an independent tax
advisor.

===========================================================

This e-mail message may contain legally privileged and/or confidential
information. If you are not the intended recipient(s), or the employee
or agent responsible for delivery of this message to the intended
recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited.
If you have received this message in error, please immediately notify
the sender and delete this e-mail message from your computer.

===========================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

===========================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===========================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

4/26/2007