**TEKER TORRES & TEKER, P.C.**
130 Aspinall Ave., Suite 2A
Hagåtña, Guam 96910
(671) 477-9891 Telephone
(671) 472-2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam 96912
(671) 475-8545 Telephone
(671) 475-8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
APR 2 7 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **NOTICE OF NO APPROVED HEARING DATE ON DEFENDANT'S EX PARTE APPLICATION UNDER L.R. 7.1(j) & (k) TO OBTAIN A MAY 2007 HEARING DATE ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |

Pursuant to Local Rule 7.1, Plaintiffs hereby file this Notice of No Approved Hearing Date and requests the Court to set hearing on Defendant's Ex Parte Application Under L.R. 7.1(j) & (k) to Obtain a May 2007 Hearing Date on Defendants' Motion to Immediately Transfer for Convenience ("Defendants' Application").

Plaintiffs filed a Response to Defendants' Ex Parte Application and requested oral argument.

Counsel for Plaintiff contacted the Clerk's Office for a hearing date and was advised that no approved hearing dates are available for Defendants' Application.

Nevertheless, Plaintiffs request that this Honorable Court set a hearing date on Defendants' Ex Parte Application at its convenience.

Respectfully submitted, this 27th day of April, 2007.

TEKER TORRES & TEKER, P.C.

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs