**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., | CASE NO. CV-06-00025 |
| Plaintiffs, vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., Defendants. | |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1.  I am over the age of majority and am competent to testify regarding the matters stated herein.

///

///

///

2. I hereby certify that on April 27, 2007, true and exact copies of the following documents were served on Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

    a. Plaintiffs' Response To Ex Parte Application Under L.R. 7.1(j) & (k) To Obtain A May 2007 Hearing Date On Defendant's Motion To Immediately Transfer For Convenience;

    b. Declaration Of Vance P. Freeman In Support Of Plaintiffs' Response To Defendants' Ex Parte Application For A Hearing Date For Defendant's Motion To Immediately Transfer Venue;

    c. Notice of No Approved Hearing Date on Defendant's Ex Parte Application Under Rule L.R. 7.1(j) & (k) to Obtain a May 2007 Hearing Date on Defendants' Motion to Immediately Transfer for Convenience;

    d. Pro Hac Vice Application and Declaration of Rajkumar Vinnakota;

    e. Consent to Designation as Local Counsel; and

    f. Certificate of Service.

DATED at Hagåtña, Guam, on April 27, 2007.

_____
JOSEPH C. RAZZANO