1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  JENNIFER A. CALVO-QUITUGUA
3  CALVO & CLARK, LLP
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
6
7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:  (212) 530-5000
   Facsimile:  (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **WAIVER OF PUTATIVE CONFLICT** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

CIVIL CASE NO. 06-CV-00025
{G0021622.DOC;1}

ORIGINAL

At the hearing before the Court on April 23, 2007, the Honorable Chief Judge Frances M. Tydingco-Gatewood disclosed that it had come to her attention over the weekend that Unpingco & Associates, LLC was conflicts counsel for the Board of the Guam Memorial Hospital, on which Board the Chief Judge's husband sits. Although not believing this to be a conflict, the Court asked that Defendants either waive this issue or file objections by April 27, 2007. Defendants agree that the issue does not appear to present a conflict, and, in case, hereby waive the issue based upon the disclosures made by the Court on April 23, 2007.

Respectfully submitted this 27th day of April, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUINTUGUA