1  **RODNEY J. JACOB, ESQ.**
2  **DANIEL M. BENJAMIN, ESQ.**
   **JENNIFER A. CALVO-QUITUGUA**
3  **CALVO & CLARK, LLP**
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:   (671) 646-9355
   Facsimile:   (671) 646-9403
6
7  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
8  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
   Facsimile:   (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

*CIVIL CASE NO. 06-CV-00025*
{G0021624.DOC;1}                    **ORIGINAL**

1  The undersigned hereby certifies that a true and correct copy of Defendants' **WAIVER**

2  **OF PUTATIVE CONFLICT** was caused to be served via hand delivery on the 27th day of

3  April, 2007, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO**
**& ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 27th day of April, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*                                                          1
*{G0021624.DOC;1}*