| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
| 2 | **DANIEL M. BENJAMIN, ESQ.** |
|   | **JENNIFER A. CALVO-QUITUGUA, ESQ.** |
| 3 | **CALVO & CLARK, LLP** |
|   | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
|   | Tamuning, Guam 96913 |
| 5 | Telephone:   (671) 646-9355 |
|   | Facsimile:   (671) 646-9403 |

**FILED**
DISTRICT COURT OF GUAM
APR 30 2007
MARY L.M. MORAN
CLERK OF COURT

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
{G0021662.DOC;1}

**ORIGINAL**

1  The undersigned hereby certifies that a true and correct copy of Defendants'
2  **REPLY IN SUPPORT OF EX PARTE APPLICATION UNDER L.R. 7.1(j)&(k) TO**
3  **OBTAIN A MAY 2007 HEARING DATE ON DEFENDANTS' MOTION TO**
4  **IMMEDIATELY TRANSFER FOR CONVENIENCE** was caused to be served via hand
5  delivery on the 30th day of April, 2007, to the following:

> Joseph C. Razzano, Esq.
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.
> **LAW OFFICES OF JOHN S. UNPINGCO**
> **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

Dated this 30th day of April, 2007.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY**
> **& MCCLOY LLP**
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: /s/ Jennifer A. Calvo-Quitugua
> JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0021662.DOC;1}

1