DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., *et al.*, | Civil Case No. 06-00025 |
| Plaintiffs | |
| vs. | **ORDER RE: MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |
| FUJITSU LIMITED, *et al.*, | |
| Defendants. | |

On April 17, 2007, the Defendants filed a Motion to Immediately Transfer For Convenience. After reviewing the filing, the court finds that this motion should be heard as soon as the court's calendar permits. Accordingly, the court sets this motion for an expedited hearing on Thursday, May 10, 2007 at 10:30 a.m. The Plaintiffs shall file their Opposition by close of business on Thursday, May 3, 2007 and the Reply shall be filed by May 7, 2007. [1]

Furthermore, because the court has expedited the scheduling, the court will permit off-island counsel to participate in said hearing via telephone or video-conference, provided that notice of said participation be filed no later than May 8, 2007.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: May 01, 2007**

---

[1] In light of this order, the Defendants' *Ex Parte* Application under L.R. 7.1(j) & (k) to Obtain a May 2007 Hearing Date on Defendants' Motion to Immediately Transfer for Convenience is considered moot.