1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  JENNIFER A. CALVO-QUITUGUA, ESQ.
3  CALVO & CLARK, LLP
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:  (671) 646-9355
   Facsimile:  (671) 646-9403
6

7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:  (212) 530-5000
   Facsimile:  (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
MAY -1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
|---|---|
| Plaintiff, | **DEFENDANTS' MOTION TO COMPEL IMMEDIATE SUBSTANTIVE RESPONSES TO FMA'S JURISDICTIONAL DISCOVERY REQUESTS** |
| vs. | |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
{G0021668.DOC;1}

ORIGINAL

# MOTION

Pursuant to Local Rule 37.1, Defendant Fujitsu Microelectronics America, Inc. ("FMA") hereby moves the Court to compel Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A. to immediately produce substantive responses to the following FMA jurisdictional discovery requests:

1. FMA's First Set of Interrogatories (Nos. 1-6);

2. FMA's First Set of Requests for Production (Nos. 1-29);

3. FMA's First Set of Requests for Admissions (Nos. 1-34) on Plaintiff Nanya Technology Corporation U.S.A.; and

4. FMA's First Set of Requests for Admissions (Nos. 1-34) on Plaintiff Nanya Technology Corporation.

This motion is made pursuant to Local Rule 37.1 and is based on this Motion, the accompanying stipulation, all pleadings and other documents filed in this case, and any matters upon which the Court may take judicial notice.

Respectfully submitted this 30th day of April, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0021668.DOC;1}