1

### 2.    NTC USA's Specific Contentions and Points of Authority

2

In addition to its General Contentions and Points of Authority, NTC USA makes

3

the following specific objections to Request for Admission No. 24:

4

5

6

- NTC USA objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

7

### REQUEST FOR ADMISSION NO. 25:

8

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with FMA in Guam.

9

10

### 1.    FMA's Position

11

*See supra* section II (FMA'S General Contentions and Points of Authority).

12

### 2.    NTC USA's Specific Contentions and Points of Authority

13

In addition to its General Contentions and Points of Authority, NTC USA makes

14

the following specific objections to Request for Admission No. 25:

15

16

17

- NTC USA objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

18

### REQUEST FOR ADMISSION NO. 26:

19

20

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with Fujitsu relating to any business in Guam.

21

### 1.    FMA's Position

22

*See supra* section II (FMA'S General Contentions and Points of Authority).

23

### 2.    NTC USA's Specific Contentions and Points of Authority

24

In addition to its General Contentions and Points of Authority, NTC USA makes

25

the following specific objections to Request for Admission No. 26:

26

- NTC USA objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

06-CV-00025                                         51          **JOINT STIPULATION CONCERNING PLAINTIFFS'**
**REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO**
**DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS**

{G0021667.DOC;1}

**REQUEST FOR ADMISSION NO. 27:**

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with FMA relating to any business in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC USA's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC USA makes

the following specific objections to Request for Admission No. 27:

- NTC USA objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

**REQUEST FOR ADMISSION NO. 28:**

Admit that Nanya does not file a tax return in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC USA's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC USA makes

the following specific objections to Request for Admission No. 28:

- NTC USA objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 29:**

Admit that Nanya does not distribute any products concerning the subject matter of this action in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025                                                  52          **JOINT STIPULATION CONCERNING PLAINTIFFS'
REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS**

{G0021667.DOC;1}

**2.    NTC USA's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC USA makes

the following specific objections to Request for Admission No. 29:

- NTC USA objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

- NTC USA objects to this request as being vague and ambiguous. Specifically, the request fails to apprise NTC USA of the meaning of the phrase "products concerning the subject matter of this action in Guam." *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007).

**REQUEST FOR ADMISSION NO. 30:**
Admit that Nanya Accused Products are offered for sale in the Northern District of California.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

**2.    NTC USA's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC USA makes

the following specific objections to Request for Admission No. 30:

- NTC USA objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 31:**
Admit that Nanya Accused Products are sold in the Northern District of California.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

1     **2.      NTC USA's Specific Contentions and Points of Authority**

2          In addition to its General Contentions and Points of Authority, NTC USA makes

3     the following specific objections to Request for Admission No. 31:

4
      •   NTC USA objects to this request because it seeks information not relevant to the
5         jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P.
          26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will
6         have no bearing on the propriety of the Court's exercise of personal jurisdiction over
          Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M,
7         Stipulation, Dkt. No. 148, at 2).

8     **REQUEST FOR ADMISSION NO. 32:**
9          Admit that Nanya Accused Products are imported into the Northern District of California.

10          **1.      FMA's Position**

11          *See supra* section II (FMA'S General Contentions and Points of Authority).

12          **2.      NTC USA's Specific Contentions and Points of Authority**

13          In addition to its General Contentions and Points of Authority, NTC USA makes

14
15    the following specific objections to Request for Admission No. 32:

16    •   NTC USA objects to this request because it seeks information not relevant to the
          jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P.
17        26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will
          have no bearing on the propriety of the Court's exercise of personal jurisdiction over
18        Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M,
          Stipulation, Dkt. No. 148, at 2).
19

20    **REQUEST FOR ADMISSION NO. 33:**
          Admit that Nanya obtains revenue from Nanya Accused Products sold within the Northern
21    District of California.

22          **1.      FMA's Position**

23          *See supra* section II (FMA'S General Contentions and Points of Authority).

24          **2.      NTC USA's Specific Contentions and Points of Authority**

25          In addition to its General Contentions and Points of Authority, NTC USA makes

26    the following specific objections to Request for Admission No. 33:

      •   NTC USA objects to this request because it seeks information not relevant to the
          jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P.

**JOINT STIPULATION CONCERNING PLAINTIFFS'
                                                                 REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
                                                                 DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS**

{G0021667.DOC;1}

26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 34:

Admit that the United States District Court for the Northern District of California has personal jurisdiction over Nanya.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC USA's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC USA makes

the following specific objections to Request for Admission No. 34:

- NTC USA objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## D.    FMA'S REQUESTS FOR ADMISSIONS TO NTC

## REQUEST FOR ADMISSION NO. 1:

Admit that Nanya does not maintain any offices in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 1:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

1

2

## REQUEST FOR ADMISSION NO. 2:

Admit that Nanya does not maintain any operations in Guam.

3

### 1.    FMA's Position

4

*See supra* section II (FMA'S General Contentions and Points of Authority).

5

### 2.    NTC's Specific Contentions and Points of Authority

6

In addition to its General Contentions and Points of Authority, NTC makes the

7

following specific objections to Request for Admission No. 2:

8

9

10

11

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt. No. 148, at 2).

12

13

## REQUEST FOR ADMISSION NO. 3:

Admit that Nanya does not have any employees in Guam.

14

### 1.    FMA's Position

15

*See supra* section II (FMA'S General Contentions and Points of Authority).

16

### 2.    NTC's Specific Contentions and Points of Authority

17

18

In addition to its General Contentions and Points of Authority, NTC makes the

19

following specific objections to Request for Admission No. 3:

20

21

22

23

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt. No. 148, at 2).

24

## REQUEST FOR ADMISSION NO. 4:

Admit that Nanya does not have any affiliates in Guam.

25

26

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

{G0021667.DOC;1}

1

### 2.     NTC's Specific Contentions and Points of Authority

2

In addition to its General Contentions and Points of Authority, NTC makes the

3

following specific objections to Request for Admission No. 4:

4

5

6

7

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

8

9

### REQUEST FOR ADMISSION NO. 5:

Admit that Nanya does not have any salespersons in Guam.

10

### 1.     FMA's Position

11

*See supra* section II (FMA'S General Contentions and Points of Authority).

12

13

### 2.     NTC's Specific Contentions and Points of Authority

14

In addition to its General Contentions and Points of Authority, NTC makes the

15

following specific objections to Request for Admission No. 5:

16

17

18

19

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

20

21

### REQUEST FOR ADMISSION NO. 6:

Admit that Nanya has not advertised any products in the Guam local newspapers or Guam local magazines in the six years before the Complaint was filed in this action.

22

### 1.     FMA's Position

23

*See supra* section II (FMA'S General Contentions and Points of Authority).

24

### 2.     NTC's Specific Contentions and Points of Authority

25

In addition to its General Contentions and Points of Authority, NTC makes the

26

following specific objections to Request for Admission No. 6:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1).

JOINT STIPULATION CONCERNING PLAINTIFFS'
REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 7:

Admit that Nanya has not advertised any services in the Guam local newspapers or Guam local magazines in the six years before the Complaint was filed in this action.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 7:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 8:

Admit that Nanya does not have real property in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 8:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 9:

Admit that Nanya does not lease any facility in Guam.

1

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 9:

• NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 10:

Admit that Nanya does not have a bank account in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 10:

• NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 11:

Admit that Nanya does not maintain a telephone number in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025                                59        JOINT STIPULATION CONCERNING PLAINTIFFS'
REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 11:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 12:
Admit that Nanya does not maintain a telefax number in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 12:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 13:
Admit that Nanya does not have a telex number in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 13:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no

06-CV-00025                          60                JOINT STIPULATION CONCERNING PLAINTIFFS'
REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

1   bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
2   which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt.
    No. 148, at 2).

3   **REQUEST FOR ADMISSION NO. 14:**
4   Admit that Nanya does not have any directors in Guam.

5       **1.    FMA's Position**

6       *See supra* section II (FMA'S General Contentions and Points of Authority).

7       **2.    NTC's Specific Contentions and Points of Authority**

8   In addition to its General Contentions and Points of Authority, NTC makes the

9
10  following specific objections to Request for Admission No. 14:

11  • NTC objects to this request because it seeks information not relevant to the jurisdictional
    issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1).
12  Specifically, the request seeks discovery of information related to Nanya that will have no
    bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
13  which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt.
    No. 148, at 2).
14

15  **REQUEST FOR ADMISSION NO. 15:**
    Admit that Nanya does not have any officers in Guam.

16
        **1.    FMA's Position**
17
        *See supra* section II (FMA'S General Contentions and Points of Authority).
18
        **2.    NTC's Specific Contentions and Points of Authority**
19
20  In addition to its General Contentions and Points of Authority, NTC makes the

21  following specific objections to Request for Admission No. 15:

22  • NTC objects to this request because it seeks information not relevant to the jurisdictional
    issues before the Court or the claim or defense of any party.  FED. R. CIV. P. 26(b)(1).
23  Specifically, the request seeks discovery of information related to Nanya that will have no
    bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
24  which is the only issue to be addressed in discovery at this time.  (Ex. M, Stipulation, Dkt.
25  No. 148, at 2).

26  **REQUEST FOR ADMISSION NO. 16:**
    Admit that Nanya does not maintain a post office box in Guam.

06-CV-00025                                    61      JOINT STIPULATION CONCERNING PLAINTIFFS'
                                                       REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
                                                       DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

1

**1.    FMA's Position**

2

*See supra* section II (FMA'S General Contentions and Points of Authority).

3

**2.    NTC's Specific Contentions and Points of Authority**

4

In addition to its General Contentions and Points of Authority, NTC makes the

5

following specific objections to Request for Admission No. 16:

6

7
8
9

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

10

11

**REQUEST FOR ADMISSION NO. 17:**
Admit that Nanya does not maintain a street address in Guam.

12

13

**1.    FMA's Position**

14

*See supra* section II (FMA'S General Contentions and Points of Authority).

15

**2.    NTC's Specific Contentions and Points of Authority**

16

In addition to its General Contentions and Points of Authority, NTC makes the

17

following specific objections to Request for Admission No. 17:

18
19
20
21

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

22

**REQUEST FOR ADMISSION NO. 18:**
Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited,* No. 06-CV-00025 in the District of Guam, Nanya has never been party to a lawsuit or legal proceeding in any Guam Federal District Court.

23
24

25

**1.    FMA's Position**

26

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025                                                    62          **JOINT STIPULATION CONCERNING PLAINTIFFS'**
                                                                                      **REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO**
                                                                                      **DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS**

{G0021667.DOC;1}

### 2. NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 18:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from a search on PACER.

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 19:

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya did not have in Guam any documents relevant to the subject matter of this lawsuit.

### 1. FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2. NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 19:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

## REQUEST FOR ADMISSION NO. 20:

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had not appointed an agent in Guam for service of process.

### 1. FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025

{G0021667.DOC;1}

63

JOINT STIPULATION CONCERNING PLAINTIFFS'
REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

**2.    NTC's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 20:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA's local counsel may obtain this information from Guam's public records.

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 21:**
    Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had not negotiated any agreements in Guam concerning the subject matter of this action.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

**2.    NTC's Specific Contentions and Points of Authority**

I    In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 21:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 22:**
    Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had not executed any agreements in Guam concerning the subject matter of this action.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

1

**2.    NTC's Specific Contentions and Points of Authority**

2    I    In addition to its General Contentions and Points of Authority, NTC makes the

3    following specific objections to Request for Admission No. 22:

4

5

6

7

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

8

**REQUEST FOR ADMISSION NO. 23:**

9    Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*,

10    No. 06-CV-00025 in the District of Guam, Nanya had not executed any agreements that called for Nanya's performance in Guam concerning the subject matter of this action.

11

**1.    FMA's Position**

12

13    *See supra* section II (FMA'S General Contentions and Points of Authority).

14    **2.    NTC's Specific Contentions and Points of Authority**

15    In addition to its General Contentions and Points of Authority, NTC makes the

16    following specific objections to Request for Admission No. 23:

17

18

19

20

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

21

22

23

- NTC objects to this request as being vague and ambiguous. Specifically, the request fails to apprise NTC of the meaning of the phrase "agreements that called for Nanya's performance in Guam concerning the subject matter of this action." *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007).

24    **REQUEST FOR ADMISSION NO. 24:**

25    Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited*, No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with Fujitsu in Guam.

26    **1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

{G0021667.DOC;1}

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 24:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

**REQUEST FOR ADMISSION NO. 25:**
Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited,* No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with FMA in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 25:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

**REQUEST FOR ADMISSION NO. 26:**
Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited,* No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with Fujitsu relating to any business in Guam.

### 1.    FMA's Position

*See supra* section II (FMA'S General Contentions and Points of Authority).

### 2.    NTC's Specific Contentions and Points of Authority

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 26:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

**REQUEST FOR ADMISSION NO. 27:**

Admit that prior to engaging Guam counsel to file *Nanya Tech. Corp. v. Fujitsu Limited,* No. 06-CV-00025 in the District of Guam, Nanya had no correspondence with FMA relating to any business in Guam.

>    1.    **FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

>    2.    **NTC's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 27:

- NTC objects to this request because it seeks information that is equally available to FMA. *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007). Specifically, FMA may obtain this information from its own business records.

**REQUEST FOR ADMISSION NO. 28:**

Admit that Nanya does not file a tax return in Guam.

>    1.    **FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

>    2.    **NTC's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 28:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 29:**

Admit that Nanya does not distribute any products concerning the subject matter of this action in Guam.

>    1.    **FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025                                    67          JOINT STIPULATION CONCERNING PLAINTIFFS'
                                                        REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
                                                        DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

**2.    NTC's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 29:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

- NTC objects to this request as being vague and ambiguous. Specifically, the request fails to apprise NTC of the meaning of the phrase "products concerning the subject matter of this action in Guam." *McColm v. Housing Auth.*, No. C-02-5810 PJH (JCS), 2007 U.S. Dist. LEXIS 8478, *6-7 (N.D. Cal. 2007).

**REQUEST FOR ADMISSION NO. 30:**

Admit that Nanya Accused Products are offered for sale in the Northern District of California.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

**2.    NTC's Specific Contentions and Points of Authority**

In addition to its General Contentions and Points of Authority, NTC makes the

following specific objections to Request for Admission No. 30:

- NTC objects to this request because it seeks information not relevant to the jurisdictional issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1). Specifically, the request seeks discovery of information related to Nanya that will have no bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants, which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt. No. 148, at 2).

**REQUEST FOR ADMISSION NO. 31:**

Admit that Nanya Accused Products are sold in the Northern District of California.

**1.    FMA's Position**

*See supra* section II (FMA'S General Contentions and Points of Authority).

06-CV-00025                                    68          JOINT STIPULATION CONCERNING PLAINTIFFS'
                                                                      REFUSAL TO PRODUCE SUBSTANTIVE RESPONSES TO
                                                                      DEFENDANTS' JURISDICTIONAL DISCOVERY REQUESTS

{G0021667.DOC;1}

1    **2.    NTC's Specific Contentions and Points of Authority**

2    In addition to its General Contentions and Points of Authority, NTC makes the

3    following specific objections to Request for Admission No. 31:

4
5    •  NTC objects to this request because it seeks information not relevant to the jurisdictional
       issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1).
       Specifically, the request seeks discovery of information related to Nanya that will have no
6      bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
       which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt.
7      No. 148, at 2).

8    **REQUEST FOR ADMISSION NO. 32:**
9    Admit that Nanya Accused Products are imported into the Northern District of California.

10   **1.    FMA's Position**

11   *See supra* section II (FMA'S General Contentions and Points of Authority).

12
13   **2.    NTC's Specific Contentions and Points of Authority**

14   In addition to its General Contentions and Points of Authority, NTC makes the

15   following specific objections to Request for Admission No. 32:

16   •  NTC objects to this request because it seeks information not relevant to the jurisdictional
       issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1).
17     Specifically, the request seeks discovery of information related to Nanya that will have no
       bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
18     which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt.
       No. 148, at 2).
19

20   **REQUEST FOR ADMISSION NO. 33:**
     Admit that Nanya obtains revenue from Nanya Accused Products sold within the Northern
21   District of California.

22   **1.    FMA's Position**

23   *See supra* section II (FMA'S General Contentions and Points of Authority).

24   **2.    NTC's Specific Contentions and Points of Authority**

25   In addition to its General Contentions and Points of Authority, NTC makes the

26   following specific objections to Request for Admission No. 33:

•  NTC objects to this request because it seeks information not relevant to the jurisdictional
   issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1).

{G0021667.DOC;1}

1  Specifically, the request seeks discovery of information related to Nanya that will have no
   bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
2  which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt.
   No. 148, at 2).
3

4  **REQUEST FOR ADMISSION NO. 34:**
       Admit that the United States District Court for the Northern District of California has
5  personal jurisdiction over Nanya.

6          **1.    FMA's Position**

7          *See supra* section II (FMA'S General Contentions and Points of Authority).

8          **2.    NTC's Specific Contentions and Points of Authority**
9
       In addition to its General Contentions and Points of Authority, NTC makes the
10
   following specific objections to Request for Admission No. 34:
11

12      • NTC objects to this request because it seeks information not relevant to the jurisdictional
         issues before the Court or the claim or defense of any party. FED. R. CIV. P. 26(b)(1).
13       Specifically, the request seeks discovery of information related to Nanya that will have no
         bearing on the propriety of the Court's exercise of personal jurisdiction over Defendants,
14       which is the only issue to be addressed in discovery at this time. (Ex. M, Stipulation, Dkt.
         No. 148, at 2).
15

16  //

17  //

18  //

19

20

21

22

23

24

25

26

1

**Approved as to Form and Content:**

2

3    Dated: 4/30/07                          Dated: 4/30/07

4

5    By: _____          By: _____
6        JENNIFER A. CALVO-QUITUGUA             JOSEPH C. RAZZANO

7
     Milbank, Tweed, Hadley & McCloy LLP     Shore Chan Bragalone LLP
8    Christopher E. Chalsen                  325 N. St. Paul Street, Suite 4450
     Michael M. Murray                       Dallas, Texas 75201
9    Lawrence T. Kass                        Telephone: (214) 593-9110
     1 Chase Manhattan Plaza                 Facsimile: (214) 593-9111
10   New York, New York 10005
     Telephone: (212) 530-5000               Teker Torres & Teker, P.C.
11   Facsimile: (212) 822-5796               130 Aspinall Avenue-Suite 2A
                                             Hagåtña, Guam 96910
12                                           Telephone: (671) 477-9891
     Calvo & Clark LLP                       Facsimile: (671) 472-2601
13   Rodney J. Jacob
     Daniel M. Benjamin                      Upingco & Associates, LLC
14   Attorneys at Law                        777 Route 4, Suite 12B
     655 South Marine Corps Drive, Suite 202 Sinajana, Guam 96910
15   Tamuning, Guam 96913                    Telephone: (671) 475-8545
     Telephone: (671) 646-9355              Facsimile: (671) 475-8550
16   Facsimile: (671) 646-9403

17                                           *Attorneys for Plaintiffs*
     *Attorneys for Defendants*               NANYA TECHNOLOGY CORP. and
18   FUJITSU LIMITED and                     NANYA TECHNOLOGY CORP. U.S.A.
     FUJITSU MICROELECTRONICS
19   AMERICA, INC.

20

21

22

23

24

25

26