1    **REQUEST NO. 25:** Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a notebook computer manufacturer.

3    **RESPONSE TO REQUEST NO. 25:** In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "notebook computer manufacturer[s]" and the meaning of what constitutes a

10    "proposal".

11

12    **REQUEST NO. 26:** Documents listing each and every television manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13    the last six years.

14    **RESPONSE TO REQUEST NO. 26:** In addition to its General Objections, FMA objects to

15    the request on the following grounds: (a) it seeks information that is neither relevant to this action

16    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17    unduly burdensome such as calling for the production of documents listing "each and every

18    television manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19    "television manufacturer[s]" and their "products"; and (d) it calls for information not within the

20    possession or control of FMA.

21

22

23
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 27:**  Documents listing each and every television that has used or incorporated
an FMA dynamic memory chip within the last six years.

2

3    **RESPONSE TO REQUEST NO. 27:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every

6

television"; (c) it is vague and ambiguous, in particular as to what constitutes a television and

7

what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;

8

and (e) it calls for information not within the possession or control of FMA.

9

10

**REQUEST NO. 28:**  Documents listing each and every contract entered into within the last six
11   years between FMA and a television manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 28:**    In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "television manufacturer[s]".

19

20

21

22

23
                                    21
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 29:**  Documents listing each and every request made within the last six years by
    a television manufacturer for proposals from FMA to develop, manufacture, distribute, or
2   otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 29:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "television manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 30:**  Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a television manufacturer.

14  **RESPONSE TO REQUEST NO. 30:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "television manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                        22
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 31:** Documents listing each and every DVD player manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
2   the last six years.

3   **RESPONSE TO REQUEST NO. 31:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6   unduly burdensome such as calling for the production of documents listing each and every "DVD

7   player manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "DVD

8   player manufacturer[s]" and their "products"; and (d) it calls for information not within the

9   possession or control of FMA.

10

11   **REQUEST NO. 32:** Documents listing each and every DVD player that has used or incorporated an FMA dynamic memory chip within the last six years.
12

13   **RESPONSE TO REQUEST NO. 32:** In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
unduly burdensome such as calling for the production of documents "listing each and every DVD
16
player"; (c) it is vague and ambiguous, in particular as to what constitutes a "DVD player" and
17
what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs;
18
and (e) it calls for information not within the possession or control of FMA.
19

20

21

22

23                          23

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 33:** Documents listing each and every contract entered into within the last six years between FMA and a DVD player manufacturer involving an FMA dynamic memory chip.

2

3  **RESPONSE TO REQUEST NO. 33:**  In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

5

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

6

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

7

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

8

the meaning of what constitutes a "contract" and the identities of "DVD player manufacturer[s]".

9

10

11  **REQUEST NO. 34:** Documents listing each and every request made within the last six years by a DVD player manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

12

13  **RESPONSE TO REQUEST NO. 34:**  In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

14

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

15

and/or confidential information not reasonably calculated to lead to the discovery of admissible

16

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17

documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

18

identities of "DVD player manufacturer[s]" and the meaning of what constitutes a "request... for

19

proposal[]"; and (e) it calls for information not within the possession or control of FMA.

20

21

22

23

24

*CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 35:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a DVD player manufacturer.

3  **RESPONSE TO REQUEST NO. 35:**  In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "DVD player manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 36:** Documents listing each and every car stereo manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 36:**  In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every car

17  stereo manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "car stereo

18  manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

19  control of FMA.

20

21

22

23

25

24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 37:**  Documents listing each and every car stereo that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 37:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every car stereo"; (c) it is vague and ambiguous, in particular as to what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 38:**  Documents listing each and every contract entered into within the last six years between FMA and a car stereo manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 38:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "car stereo manufacturer[s]".

26

*CIVIL CASE NO. 06-CV-00025*

1  **REQUEST NO. 39:**  Documents listing each and every request made within the last six years by a car stereo manufacturer for proposals from FMA to develop, manufacture, distribute, or

2  otherwise produce an FMA dynamic memory chip.

3  **RESPONSE TO REQUEST NO. 39:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8  documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9  identities of "car stereo manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 40:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory

13  chip for a car stereo manufacturer.

14  **RESPONSE TO REQUEST NO. 40:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "car stereo manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                         27
24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 41:**  Documents listing each and every automobile manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

**RESPONSE TO REQUEST NO. 41:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents listing each and every "automobile manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "automobile manufacturer[s]" and their "products";  and (d) it calls for information not within the possession or control of FMA.

**REQUEST NO. 42:**  Documents listing each and every automobile that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 42:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every automobile"; (c) it is vague and ambiguous, in particular as to what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

28

*CIVIL CASE NO. 06-CV-00025*

**REQUEST NO. 43:**  Documents listing each and every contract entered into within the last six years between FMA and an automobile manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 43:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "automobile manufacturer[s]".

**REQUEST NO. 44:**  Documents listing each and every request made within the last six years by an automobile manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 44:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "automobile manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

29

*CIVIL CASE NO. 06-CV-00025*

1  **REQUEST NO. 45:**  Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for an automobile manufacturer.

3  **RESPONSE TO REQUEST NO. 45:**   In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "automobile manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 46:**  Documents listing each and every LCD display manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 46:**   In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every LCD

17  display manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "LCD

18  display manufacturer[s]" and their "products"; and (d) it calls for information not within the

19  possession or control of FMA.

20

21

22

23

    30

24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 47:** Documents listing each and every LCD display that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 47:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every LCD display"; (c) it is vague and ambiguous, in particular as to what constitutes a LCD display and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 48:** Documents listing each and every contract entered into within the last six years between FMA and an LCD display manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 48:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "LCD display manufacturer[s]".

31

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 49:** Documents listing each and every request made within the last six years by an LCD display manufacturer for proposals from FMA to develop, manufacture, distribute, or
2    otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 49:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "LCD display manufacturer[s]" and the meaning of what constitutes a "request... for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 50:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for an LCD display manufacturer.

14   **RESPONSE TO REQUEST NO. 50:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "LCD display manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23
                                32
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 51:**  Documents listing each and every climate control unit manufacturer that
     has purchased an FMA dynamic memory chip for use or incorporation in one of its products
2    within the last six years.

3    **RESPONSE TO REQUEST NO. 51:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing each and every

7    "climate control unit manufacturer"; (c) it is vague and ambiguous, in particular as to the

8    identities of "climate control unit manufacturer[s]" and their "products";  and (d) it calls for

9    information not within the possession or control of FMA.

10

11   **REQUEST NO. 52:**  Documents listing each and every climate control unit that has used or
     incorporated an FMA dynamic memory chip within the last six years.

12   **RESPONSE TO REQUEST NO. 52:**   In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

15   unduly burdensome such as calling for the production of documents "listing each and every

16   climate control unit"; (c) it is vague and ambiguous, in particular as to what constitutes a "climate

17   control unit" and what constitutes "used or incorporated"; (d) it seeks information equally

18   available to Plaintiffs; and (e) it calls for information not within the possession or control of

19   FMA.

20

21

22

23
                                          33
24   *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 53:** Documents listing each and every contract entered into within the last six years between FMA and a climate control unit manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 53:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

and/or proprietary information not reasonably calculated to lead to the discovery of admissible

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

the meaning of what constitutes a "contract" and the identities of "climate control unit

manufacturer[s]".


**REQUEST NO. 54:** Documents listing each and every request made within the last six years by a climate control unit manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 54:**    In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

and/or confidential information not reasonably calculated to lead to the discovery of admissible

evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

identities of "climate control unit manufacturer[s]" and the meaning of what constitutes a

"request... for proposal[]"; and (e) it calls for information not within the possession or control of

FMA.

34

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 55:**  Documents listing each and every proposal made within the last six years
     by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a climate control unit manufacturer.

3    **RESPONSE TO REQUEST NO. 55:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "climate control unit manufacturer[s]" and the meaning of what constitutes a

10   "proposal".

11

12   **REQUEST NO. 56:**  Documents listing each and every printer manufacturer that has purchased
     an FMA dynamic memory chip for use or incorporation in one of its products within the last six
13   years.

14   **RESPONSE TO REQUEST NO. 56:**    In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17   unduly burdensome such as calling for the production of documents listing "each and every

18   printer manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "printer

19   manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

20   control of FMA.

21

22

23
                                        35
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 57:**  Documents listing each and every printer that has used or incorporated an FMA dynamic memory chip within the last six years.

2    **RESPONSE TO REQUEST NO. 57:**   In addition to its General Objections, FMA objects to

3    the request on the following grounds: (a) it seeks information that is neither relevant to this action

4    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5    unduly burdensome such as calling for the production of documents "listing each and every

6    printer"; (c) it is vague and ambiguous, in particular as to what constitutes a printer and what

7    constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)

8    it calls for information not within the possession or control of FMA.

9

10   **REQUEST NO. 58:**  Documents listing each and every contract entered into within the last six

11   years between FMA and a printer manufacturer involving an FMA dynamic memory chip.

12   **RESPONSE TO REQUEST NO. 58:**   In addition to its General Objections, FMA objects to

13   the request on the following grounds: (a) it seeks information that is neither relevant to this action

14   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18   the meaning of what constitutes a "contract" and the identities of "printer manufacturer[s]".

19

20

21

22

23

                                        36

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 59:**  Documents listing each and every request made within the last six years by a printer manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise

2   produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 59:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "printer manufacturer[s]" and the meaning of what constitutes a "request… for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 60:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory

13  chip for a printer manufacturer.

14  **RESPONSE TO REQUEST NO. 60:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "printer manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23                                            37

24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 61:**  Documents listing each and every copier manufacturer that has purchased
     an FMA dynamic memory chip for use or incorporation in one of its products within the last six
2    years.

3    **RESPONSE TO REQUEST NO. 61:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing "each and every

7    copier manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "copier

8    manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or

9    control of FMA.

10

11   **REQUEST NO. 62:**  Documents listing each and every copier that has used or incorporated an
     FMA dynamic memory chip within the last six years.
12
     **RESPONSE TO REQUEST NO. 62:**    In addition to its General Objections, FMA objects to
13
     the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
     nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
     unduly burdensome such as calling for the production of documents "listing each and every
16
     copier"; (c) it is vague and ambiguous, in particular as to what constitutes a "copier" and what
17
     constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e)
18
     it calls for information not within the possession or control of FMA.
19

20

21

22

23
                                            38
24
     *CIVIL CASE NO. 06-CV-00025*
25

26

**REQUEST NO. 63:**  Documents listing each and every contract entered into within the last six years between FMA and a copier manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 63:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "copier manufacturer[s]".

**REQUEST NO. 64:**  Documents listing each and every request made within the last six years by a copier manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 64:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "copier manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

39

*CIVIL CASE NO. 06-CV-00025*

1  **REQUEST NO. 65:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a copier manufacturer.

3  **RESPONSE TO REQUEST NO. 65:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "copier manufacturer[s]" and the meaning of what constitutes a "proposal".

10

11  **REQUEST NO. 66:** Documents listing each and every fax machine manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
12  the last six years.

13  **RESPONSE TO REQUEST NO. 66:**    In addition to its General Objections, FMA objects to

14  the request on the following grounds: (a) it seeks information that is neither relevant to this action

15  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

16  unduly burdensome such as calling for the production of documents listing "each and every fax

17  machine manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "fax

18  machine manufacturer[s]" and their "products"; and (d) it calls for information not within the

19  possession or control of FMA.

20

21

22

23
                                    40
24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 67:**  Documents listing each and every fax machine that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 67:**   In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every fax machine"; (c) it is vague and ambiguous, in particular as to what constitutes a fax machine and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 68:**  Documents listing each and every contract entered into within the last six years between FMA and a fax machine manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 68:**   In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "fax machine manufacturer[s]".

41

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 69:** Documents listing each and every request made within the last six years by a fax machine manufacturer for proposals from FMA to develop, manufacture, distribute, or
2    otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 69:**    In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "fax machine manufacturer[s]" and the meaning of what constitutes a "request... for

10   proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12   **REQUEST NO. 70:** Documents listing each and every proposal made within the last six years
     by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13   chip for a fax machine manufacturer.

14   **RESPONSE TO REQUEST NO. 70:**    In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20   identities of "fax machine manufacturer[s]" and the meaning of what constitutes a "proposal".

21

22

23

                                          42
24   *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 71:**  Documents listing each and every home stereo manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

**RESPONSE TO REQUEST NO. 71:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents listing "each and every home stereo manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "home stereo manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or control of FMA.

**REQUEST NO. 72:**  Documents listing each and every home stereo that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 72:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every home stereo"; (c) it is vague and ambiguous, in particular as to what constitutes a "home stereo" and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

43

*CIVIL CASE NO. 06-CV-00025*

**REQUEST NO. 73:** Documents listing each and every contract entered into within the last six years between FMA and a home stereo manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 73:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "home stereo manufacturer[s]".

**REQUEST NO. 74:** Documents listing each and every request made within the last six years by a home stereo manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 74:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "home stereo manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

44

*CIVIL CASE NO. 06-CV-00025*

**REQUEST NO. 75:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip for a home stereo manufacturer.

**RESPONSE TO REQUEST NO. 75:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the identities of "home stereo manufacturer[s]" and the meaning of what constitutes a "proposal".

**REQUEST NO. 76:** Documents listing each and every video game system manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

**RESPONSE TO REQUEST NO. 76:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents listing "each and every video game system manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "video game system manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or control of FMA.

45

*CIVIL CASE NO. 06-CV-00025*

**REQUEST NO. 77:** Documents listing each and every video game system that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 77:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every video game system"; (c) it is vague and ambiguous, in particular as to what constitutes a video game system and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 78:** Documents listing each and every contract entered into within the last six years between FMA and a video game system manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 78:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "video game system manufacturer[s]".

46

*CIVIL CASE NO. 06-CV-00025*

1    **REQUEST NO. 79:**  Documents listing each and every request made within the last six years by
     a video game system manufacturer for proposals from FMA to develop, manufacture, distribute,
2    or otherwise produce an FMA dynamic memory chip.

3    **RESPONSE TO REQUEST NO. 79:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9    identities of "video game system manufacturer[s]" and the meaning of what constitutes a

10   "request… for proposal[]"; and (e) it calls for information not within the possession or control of

11   FMA.

12

13   **REQUEST NO. 80:**  Documents listing each and every proposal made within the last six years
     by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
14   chip for a video game system manufacturer.

15   **RESPONSE TO REQUEST NO. 80:**   In addition to its General Objections, FMA objects to

16   the request on the following grounds: (a) it seeks information that is neither relevant to this action

17   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

18   and/or confidential information not reasonably calculated to lead to the discovery of admissible

19   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

20   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

21   identities of "video game system manufacturer[s]" and the meaning of what constitutes a

22   "proposal".

23

                                          47

24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 81:**  Documents listing each and every land-line telephone manufacturer that
2    has purchased an FMA dynamic memory chip for use or incorporation in one of its products
     within the last six years.

3    **RESPONSE TO REQUEST NO. 81:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6    unduly burdensome such as calling for the production of documents listing "each and every land-

7    line telephone manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

8    "land-line telephone manufacturer[s]" and their "products"; and (d) it calls for information not

9    within the possession or control of FMA.

10

11   **REQUEST NO. 82:**  Documents listing each and every land-line telephone that has used or
     incorporated an FMA dynamic memory chip within the last six years.
12
     **RESPONSE TO REQUEST NO. 82:**   In addition to its General Objections, FMA objects to
13
     the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
     nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
     unduly burdensome such as calling for the production of documents "listing each and every land-
16
     line telephone"; (c) it is vague and ambiguous, in particular as to what constitutes a "land-line
17
     telephone" and what constitutes "used or incorporated"; (d) it seeks information equally available
18
     to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.
19

20

21

22

23
                                        48
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 83:**  Documents listing each and every contract entered into within the last six
2    years between FMA and a land-line telephone manufacturer involving an FMA dynamic memory
     chip.

3    **RESPONSE TO REQUEST NO. 83:**   In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6    and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8    documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9    the meaning of what constitutes a "contract" and the identities of "land-line telephone

10   manufacturer[s]".

11

12   **REQUEST NO. 84:**  Documents listing each and every request made within the last six years by
     a land-line telephone manufacturer for proposals from FMA to develop, manufacture, distribute,
13   or otherwise produce an FMA dynamic memory chip.

14   **RESPONSE TO REQUEST NO. 84:**   In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17   and/or confidential information not reasonably calculated to lead to the discovery of admissible

18   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20   identities of "land-line telephone manufacturer[s]" and the meaning of what constitutes a

21   "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22   FMA.

23
                                              49
24   *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 85:**  Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a land-line telephone manufacturer.

3  **RESPONSE TO REQUEST NO. 85:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "land-line telephone manufacturer[s]" and the meaning of what constitutes a

10  "proposal".

11

12  **REQUEST NO. 86:**  Documents listing each and every microwave manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13  the last six years.

14  **RESPONSE TO REQUEST NO. 86:**    In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17  unduly burdensome such as calling for the production of documents listing "each and every

18  microwave manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19  "microwave manufacturer[s]" and their "products"; and (d) it calls for information not within the

20  possession or control of FMA.

21

22

23
                                              50
24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 87:**  Documents listing each and every microwave that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 87:**  In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every microwave"; (c) it is vague and ambiguous, in particular as to what constitutes a "microwave" and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 88:**  Documents listing each and every contract entered into within the last six years between FMA and a microwave manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 88:**  In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "microwave manufacturer[s]".

51

*CIVIL CASE NO. 06-CV-00025*

1   **REQUEST NO. 89:**  Documents listing each and every request made within the last six years by
    a microwave manufacturer for proposals from FMA to develop, manufacture, distribute, or
2   otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 89:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "microwave manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 90:**  Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a microwave manufacturer.

14  **RESPONSE TO REQUEST NO. 90:**   In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "microwave manufacturer[s]".

21

22

23
                                              52
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 91:**  Documents listing each and every washing machine manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
2  the last six years.

3  **RESPONSE TO REQUEST NO. 91:**    In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6  unduly burdensome such as calling for the production of documents listing "each and every

7  washing machine manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

8  "washing machine manufacturer[s]" and their "products"; and (d) it calls for information not

9  within the possession or control of FMA.

10

11  **REQUEST NO. 92:**  Documents listing each and every washing machine that has used or incorporated an FMA dynamic memory chip within the last six years.

12

13  **RESPONSE TO REQUEST NO. 92:**    In addition to its General Objections, FMA objects to

   the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
   unduly burdensome such as calling for the production of documents "listing each and every
16
   washing machine"; (c) it is vague and ambiguous, in particular as to what constitutes a "washing
17
   machine" and what constitutes "used or incorporated"; (d) it seeks information equally available
18
   to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.
19

20

21

22

23
                                             53
24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 93:**  Documents listing each and every contract entered into within the last six years between FMA and a washing machine manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 93:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "washing machine manufacturer[s]".

**REQUEST NO. 94:**  Documents listing each and every request made within the last six years by a washing machine manufacturer for proposals from FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 94:**    In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary and/or confidential information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the identities of "washing machine manufacturer[s]" and the meaning of what constitutes a "request... for proposal[]"; and (e) it calls for information not within the possession or control of FMA.

54

1   **REQUEST NO. 95:** Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2   chip for a washing machine manufacturer.

3   **RESPONSE TO REQUEST NO. 95:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8   "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9   identities of "washing machine manufacturer[s]" and the meaning of what constitutes a

10  "proposal".

11

12  **REQUEST NO. 96:** Documents listing each and every power supply manufacturer that has
purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13  the last six years.

14  **RESPONSE TO REQUEST NO. 96:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17  unduly burdensome such as calling for the production of documents listing "each and every

18  power supply manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19  "power supply manufacturer[s]" and their "products"; and (d) it calls for information not within

20  the possession or control of FMA.

21

22

23
                                    55
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1    **REQUEST NO. 97:**  Documents listing each and every power supply that has used or
incorporated an FMA dynamic memory chip within the last six years.

2

3    **RESPONSE TO REQUEST NO. 97:**   In addition to its General Objections, FMA objects to

the request on the following grounds: (a) it seeks information that is neither relevant to this action

4

nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

5

unduly burdensome such as calling for the production of documents "listing each and every

6

power supply"; (c) it is vague and ambiguous, in particular as to what constitutes "used or

7

incorporated" and what constitutes a "power supply"; (d) it seeks information equally available to

8

Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

9

10

11    **REQUEST NO. 98:**  Documents listing each and every contract entered into within the last six
years between FMA and a power supply manufacturer involving an FMA dynamic memory chip.

12    **RESPONSE TO REQUEST NO. 98:**   In addition to its General Objections, FMA objects to

13    the request on the following grounds: (a) it seeks information that is neither relevant to this action

14    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

15    and/or proprietary information not reasonably calculated to lead to the discovery of admissible

16    evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

17    documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

18    the meaning of what constitutes a "contract" and the identities of "power supply

19    manufacturer[s]".

20

21

22

23
                                          56
24    *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 99:**  Documents listing each and every request made within the last six years by
    a power supply manufacturer for proposals from FMA to develop, manufacture, distribute, or
2   otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 99:**   In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "power supply manufacturer[s]" and the meaning of what constitutes a "request... for

10  proposal[]"; and (e) it calls for information not within the possession or control of FMA.

11

12  **REQUEST NO. 100:** Documents listing each and every proposal made within the last six years
    by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
13  chip for a power supply manufacturer.

14  **RESPONSE TO REQUEST NO. 100:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

19  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

20  identities of "power supply manufacturer[s]".

21

22

23                                              57

24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 101:** Documents listing each and every network-enabled device manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within the last six years.

**RESPONSE TO REQUEST NO. 101:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents listing "each and every network-enabled device manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of "network-enabled device manufacturer[s]" and their "products"; and (d) it calls for information not within the possession or control of FMA.

**REQUEST NO. 102:** Documents listing each and every network-enabled device that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 102:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every network-enabled device"; (c) it is vague and ambiguous, in particular as to what constitutes a "network-enabled device" and what constitutes "used or incorporated"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

*CIVIL CASE NO. 06-CV-00025*

1   **REQUEST NO. 103:** Documents listing each and every contract entered into within the last six
    years between FMA and a network-enabled device manufacturer involving an FMA dynamic
2   memory chip.

3   **RESPONSE TO REQUEST NO. 103:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9   the meaning of what constitutes a "contract" and the identities of "network-enabled device

10  manufacturer[s]".

11

12  **REQUEST NO. 104:** Documents listing each and every request made within the last six years by
    a network-enabled device manufacturer for proposals from FMA to develop, manufacture,
13  distribute, or otherwise produce an FMA dynamic memory chip.

14  **RESPONSE TO REQUEST NO. 104:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19  documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20  identities of "network-enabled device manufacturer[s]" and the meaning of what constitutes a

21  "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22  FMA.

23
                                        59
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1  **REQUEST NO. 105:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2  chip for a network-enabled device manufacturer.

3  **RESPONSE TO REQUEST NO. 105:** In addition to its General Objections, FMA objects to

4  the request on the following grounds: (a) it seeks information that is neither relevant to this action

5  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6  and/or confidential information not reasonably calculated to lead to the discovery of admissible

7  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9  identities of "network-enabled device manufacturer[s]" and the meaning of what constitutes a

10  "proposal".

11

12  **REQUEST NO. 106:** Documents listing each and every home audio device manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products within
13  the last six years.

14  **RESPONSE TO REQUEST NO. 106:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17  unduly burdensome such as calling for the production of documents listing "each and every home

18  audio device manufacturer"; (c) it is vague and ambiguous, in particular as to the identities of

19  "home audio device manufacturer[s]" and their "products"; and (d) it calls for information not

20  within the possession or control of FMA.

21

22

23
                                              60
24  *CIVIL CASE NO. 06-CV-00025*

25

26

**REQUEST NO. 107:** Documents listing each and every home audio device that has used or incorporated an FMA dynamic memory chip within the last six years.

**RESPONSE TO REQUEST NO. 107:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every home audio device"; (c) it is vague and ambiguous, in particular as to what constitutes "used or incorporated" and what constitutes a "home audio device"; (d) it seeks information equally available to Plaintiffs; and (e) it calls for information not within the possession or control of FMA.

**REQUEST NO. 108:** Documents listing each and every contract entered into within the last six years between FMA and a home audio device manufacturer involving an FMA dynamic memory chip.

**RESPONSE TO REQUEST NO. 108:** In addition to its General Objections, FMA objects to the request on the following grounds: (a) it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential and/or proprietary information not reasonably calculated to lead to the discovery of admissible evidence; (c) it is overbroad and unduly burdensome such as calling for the production of documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to the meaning of what constitutes a "contract" and the identities of "home audio device manufacturer[s]".

61

*CIVIL CASE NO. 06-CV-00025*

1   **REQUEST NO. 109:** Documents listing each and every request made within the last six years by
a home audio device manufacturer for proposals from FMA to develop, manufacture, distribute,
2   or otherwise produce an FMA dynamic memory chip.

3   **RESPONSE TO REQUEST NO. 109:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6   and/or confidential information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

9   identities of "home audio device manufacturer[s]" and the meaning of what constitutes a

10  "request... for proposal[]"; and (e) it calls for information not within the possession or control of

11  FMA.

12

13  **REQUEST NO. 110:** Documents listing each and every proposal made within the last six years
by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
14  chip for a home audio device manufacturer.

15  **RESPONSE TO REQUEST NO. 110:** In addition to its General Objections, FMA objects to

16  the request on the following grounds: (a) it seeks information that is neither relevant to this action

17  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

18  and/or confidential information not reasonably calculated to lead to the discovery of admissible

19  evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

20  "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

21  identities of "home audio device manufacturer[s]".

22

23
                                62
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 111:** Documents listing each and every graphic display device manufacturer that has purchased an FMA dynamic memory chip for use or incorporation in one of its products
2   within the last six years.

3   **RESPONSE TO REQUEST NO. 111:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

6   unduly burdensome such as calling for the production of documents listing "each and every

7   graphic display device manufacturer"; (c) it is vague and ambiguous, in particular as to the

8   identities of "graphic display device manufacturer[s]" and their "products"; and (d) it calls for

9   information not within the possession or control of FMA.

10

11  **REQUEST NO. 112:** Documents listing each and every graphic display device that has used or incorporated an FMA dynamic memory chip within the last six years.
12
    **RESPONSE TO REQUEST NO. 112:** In addition to its General Objections, FMA objects to
13
    the request on the following grounds: (a) it seeks information that is neither relevant to this action
14
    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and
15
    unduly burdensome such as calling for the production of documents "listing each and every
16
    graphic display device"; (c) it is vague and ambiguous, in particular as to what constitutes a
17
    "graphic display device" and what constitutes "used or incorporated"; (d) it seeks information
18
    equally available to Plaintiffs; and (e) it calls for information not within the possession or control
19
    of FMA.
20

21

22

23
                                        63
24  *CIVIL CASE NO. 06-CV-00025*

25

26

1   **REQUEST NO. 113:** Documents listing each and every contract entered into within the last six years between FMA and a graphic display device manufacturer involving an FMA dynamic

2   memory chip.

3   **RESPONSE TO REQUEST NO. 113:** In addition to its General Objections, FMA objects to

4   the request on the following grounds: (a) it seeks information that is neither relevant to this action

5   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks confidential

6   and/or proprietary information not reasonably calculated to lead to the discovery of admissible

7   evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

8   documents "listing each and every contract"; and (d) it is vague and ambiguous, in particular as to

9   the meaning of what constitutes a "contract" and the identities of "graphic display device

10  manufacturer[s]".

11

12  **REQUEST NO. 114:** Documents listing each and every request made within the last six years by a graphic display device manufacturer for proposals from FMA to develop, manufacture,

13  distribute, or otherwise produce an FMA dynamic memory chip.

14  **RESPONSE TO REQUEST NO. 114:** In addition to its General Objections, FMA objects to

15  the request on the following grounds: (a) it seeks information that is neither relevant to this action

16  nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

17  and/or confidential information not reasonably calculated to lead to the discovery of admissible

18  evidence; (c) it is overbroad and unduly burdensome such as calling for the production of

19  documents "listing each and every request"; (d) it is vague and ambiguous, in particular as to the

20  identities of "graphic display device manufacturer[s]" and the meaning of what constitutes a

21  "request... for proposal[]"; and (e) it calls for information not within the possession or control of

22  FMA.

23

24  *CIVIL CASE NO. 06-CV-00025*

25

26

64

1    **REQUEST NO. 115:** Documents listing each and every proposal made within the last six years by FMA to develop, manufacture, distribute, or otherwise produce an FMA dynamic memory
2    chip for a graphic display device manufacturer.

3    **RESPONSE TO REQUEST NO. 115:** In addition to its General Objections, FMA objects to

4    the request on the following grounds: (a) it seeks information that is neither relevant to this action

5    nor reasonably calculated to lead to the discovery of admissible evidence; (b) it seeks proprietary

6    and/or confidential information not reasonably calculated to lead to the discovery of admissible

7    evidence; (c) it is overbroad and unduly burdensome such as calling for the production documents

8    "listing each and every proposal"; and (d) it is vague and ambiguous, in particular as to the

9    identities of "graphic display device manufacturer[s]" and the meaning of what constitutes a

10   "proposal".

11

12   **REQUEST NO. 116:** Documents listing each and every consumer electronics manufacturer that
     has purchased an FMA dynamic memory chip for use or incorporation in one of its products
13   within the last six years.

14   **RESPONSE TO REQUEST NO. 116:** In addition to its General Objections, FMA objects to

15   the request on the following grounds: (a) it seeks information that is neither relevant to this action

16   nor reasonably calculated to lead to the discovery of admissible evidence; (b) it is overbroad and

17   unduly burdensome such as calling for the production of documents listing "each and every

18   consumer electronics manufacturer"; (c) it is vague and ambiguous, in particular as to the

19   identities of "consumer electronics manufacturer[s]" and their "products"; and (d) it calls for

20   information not within the possession or control of FMA. .

21

22

23

                                              65
24   *CIVIL CASE NO. 06-CV-00025*

25

26