1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  JENNIFER A. CALVO-QUITUGUA, ESQ.
   CALVO & CLARK, LLP
3  Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:   (671) 646-9355
   Facsimile:   (671) 646-9403
6

7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
   Facsimile:   (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM

MAY -1 2007

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

CIVIL CASE NO. 06-CV-00025
{G0021671.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of:

1) **DEFENDANTS' MOTION TO COMPEL IMMEDIATE SUBSTANTIVE RESPONSES TO FMA'S JURISDICTIONAL DISCOVERY REQUESTS**

2) **LR 37.1 STIPULATION CONCERNING FMA'S MOTION TO COMPEL IMMEDIATE SUBSTANTIVE RESPONSES TO FMA'S JURISDICTIONAL DISCOVERY REQUESTS**

3) **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL IMMEDIATE SUBSTANTIVE RESPONSES TO FMA'S JURISDICTIONAL DISCOVERY REQUESTS**

was caused to be served via hand delivery on the 1st day of May, 2007, to the following:

Joseph C. Razzano, Esq.
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq.
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

Dated this 1st day of May, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0021671.DOC;1}

1