**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 ROUTE 4, SUITE 12B
SINAJANA, GUAM 96910
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs, Nanya Technology Corp.*
*and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
MAY - 2 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORP. U.S.A.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,**<br><br>Defendants. | CIVIL CASE NO. CV06-00025<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1.   I am over the age of majority and am competent to testify regarding the matters stated herein.

CERTIFICATE OF SERVICE

1.                                                                       ORIGINAL

2.

2. I hereby certify that on May 2, 2007; true and exact copies of this Certificate of Service, together with the following document, were served, via hand delivery, on the Defendants, Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913:

a. Plaintiffs' Objections to the May 10, 2007 Hearing Date on Defendants' Motion to Immediately Transfer For Convenience;

b. The (Proposed) Order Regarding Plaintiffs' Objections to the May 20, 2007 Hearing Date on Defendants' Motion to Immediately Transfer for Convenience; and

c. (Proposed) Order Sustaining Plaintiffs' Objections To The May 10, 2007 Hearing Date On Defendants' Motion To Immediately Transfer For Convenience

DATED at Hagåtña, Guam, on May 2, 2007.

_____
JOSEPH C. RAZZANO

---

CERTIFICATE OF SERVICE

2.