AO435 (Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

FOR COURT USE ONLY
DUE DATE:

# TRANSCRIPT ORDER

Read Instructions on Back.

| # | Field | Value |
|---|---|---|
| 1. | NAME | CAWD & CLARK |
| 2. | PHONE NUMBER | 646-9355 |
| 3. | DATE | MAY 2, 2007 |
| 4. | MAILING ADDRESS | 655 S. MARINE CORPS DR. STE 202 |
| 5. | CITY | TAMUNING |
| 6. | STATE | GUAM |
| 7. | ZIP CODE | 96913 |
| 8. | CASE NUMBER | 06-00025 |
| 9. | JUDICIAL OFFICIAL | MANIBUSAN |
| 10. | FROM | APRIL 25, 2007 |
| 11. | TO | APRIL 25, 2007 |
| 12. | CASE NAME | NANYA VS. FUJITSU |
| 13. | CITY | HAGATNA |
| 14. | STATE | GUAM |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | APRIL 25, 2007 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | HRG RE. MTN TO COMPEL | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☑ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**FILED**
DISTRICT COURT OF GUAM
MAY -3 2007
MARY L.M. MORAN
CLERK OF COURT

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE

19. DATE

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE 5/03/07 | BY [signature] | |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605