1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Avenue-Suite 2A
2  Hagåtña, Guam 96910
   671.477.9891 Telephone
3  671.472.2601 Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall-Suite 12B
5  Sinajana, Guam
   671.475.8545 Telephone
6  671.475.8550 Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   SUITE 4450
8  325 N. ST. PAUL STREET
   DALLAS, TEXAS 75201
9  TELEPHONE: (214) 593-9110
   FACSIMILE: (214) 593-9111
10
   ATTORNEYS FOR PLAINTIFFS
11 Nanya Technology Corp. and
   Nanya Technology Corp. U.S.A.
12

**FILED**
DISTRICT COURT OF GUAM
MAY - 3 2007
MARY L.M. MORAN
CLERK OF COURT

13                    **IN THE DISTRICT COURT OF GUAM**
14

15 NANYA TECHNOLOGY CORP. AND              Case No. CV-06-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
16
17        Plaintiffs,                       **PLAINTIFFS' MOTION FOR LEAVE
                                            TO EXCEED PAGE LIMIT**
18 v.
19
   FUJITSU LIMITED AND FUJITSU
20 MICROELECTRONICS AMERICA, INC.,
21        Defendants.

22      Pursuant to District Court of Guam Local Court Rule 7.1(g), Plaintiffs Nanya Technology
23 Corp. and Nanya Technology Corp. U.S.A. (collectively "Nanya") respectfully move this Court for
24 leave to file a Response to Defendants' Motion to Immediately Transfer for Convenience and
25 Memorandum of Points and Authorities ("Transfer Motion") in excess of twenty (20) pages.
26
27      Unlike Defendants' Transfer Motion, which exceeds 20 pages and is in violation L.R. 7.1(g),
28 Nanya seeks permission to file with this Court a response and memorandum that exceeds twenty (20)

pages due to the declarations attached in support thereof and other exhibits, which are necessary to fully address the issues Nanya must raise in its defense. Defendants' Transfer Motion exceeds twenty (20) pages in violation of L.R.7.1(g). The Defendants did not seek Leave of this Court to file Defendants' Transfer Motion, a pleading in excess of twenty (20) pages.

Dated: May 3, 2007          TEKER TORRES & TEKER, P.C.

By: _____
Joseph C. Razzano, Esq.
ATTORNEYS FOR PLAINTIFFS
Nanya Technology Corp. and
Nanya technology Corp. U.S.A.

**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

ATTORNEYS FOR PLAINTIFFS
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

## DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on May 3, 2007, a true and exact copy of **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT** was served via, hand delivery and/or electronic mail with a confirmation copy via first class mail on counsel of record for Defendants, Daniel M. Benjamin at Calvo & Clark, LLP, 655 South Marine Drive, Suite 202, Tamuning, Guam

1 | 96913, and Christopher E. Chalsen at Milbank Tweed Hadley & McCloy LLP, 1 Chase Manhattan
2 | Plaza, New York, New York 10005.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam on May 3, 2007.



JOSEPH C. RAZZANO