# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| *Plaintiffs*, | **DECLARATION OF KIMBERLY WILSON** |
| v. | |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., | |
| *Defendants.* | |

I, Kimberly Wilson, hereby declare as follows:

1.    My name is Kimberly Wilson and I am a travel agent with Canyon Creek Travel. I am over the age of 21 and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my professional practice and personal knowledge. The flight times and availability of flights are subject to change based upon daily and periodic fluctuations.

2.    The flight time between Tokyo, Japan to Tamuning, Guam is approximately three to four hours. The geographic distance between Tokyo, Japan and Tamuning, Guam is approximately 1561 miles. The time difference between Tokyo, Japan and Tamuning, Guam is one hour.

3.    Based upon figures published by the Guam Visitors Bureau, in 2006, of the approximately 1.2 million visitors to Guam, approximately 79% came from Japan. The second largest number of visitors to Guam came from Korea with approximately 9%. There are nine cities in Japan with direct flights to Guam. In contrast, there are only three cities in Japan with direct flights to San Francisco, California.

3.     The flight time between Tokyo, Japan to San Francisco, California is approximately nine to ten hours. The geographic distance between Tokyo, Japan and San Francisco, California is approximately 5131 miles. The time difference between Tokyo, Japan and San Francisco, California is sixteen hours. Thus, the distance between Tokyo, Japan and San Francisco, California is over three times as far as between Tokyo, Japan and Tamuning, Guam and it takes approximately three times as long to get from Tokyo to San Francisco as it takes to get from Tokyo to Guam.

4.     The flight time between Taipei, Taiwan and Tamuning, Guam is approximately three to four hours. The geographic distance between Taipei, Taiwan and Tamuning, Guam is approximately 1721 miles. The time difference between Taipei, Taiwan and Tamuning, Guam is two hours.

5.     The flight time between Taipei, Taiwan and San Francisco, California is approximately eleven to twelve hours. The geographic distance between Taipei, Taiwan and San Francisco, California is approximately 6450 miles. The time difference between Taipei, Taiwan and San Francisco, California is fifteen hours. Thus, the distance between Taipei, Taiwan and San Francisco, California is almost four times as far as between Taipei, Taiwan and Tamuning, Guam and it takes approximately three times as long to get from Taipei to San Francisco as it takes to get from Taipei to Guam.

6.     Additionally, the geographic distance between San Francisco International Airport and the federal courthouse in Oakland is approximately 22 miles and takes approximately 40 minutes to travel. The geographic distance between the Guam airport and the federal courthouse for the District of Guam is approximately less than five miles and takes approximately 10 minutes to travel. Thus, overall, the total travel time from Tokyo to the federal

-2-

1  courthouse in Oakland is over three times longer than it is from Tokyo to the federal courthouse

2  in Guam. Also, the overall, the total travel time from Taipei to the federal courthouse in Oakland

3  is approximately four times longer than it is from Taipei to the federal courthouse in Guam.

4      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE

5  
6  UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

7  SIGNED ON THE 2 DAY OF MAY, 2007

8         SIGNATURE            _Kimberly Wilson_

9  
10         PRINTED NAME      _Kimberly Wilson_

11  
12         TITLE              _Agent - Canyon Creek Farley_

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., *Plaintiffs*, <br><br> v. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., *Defendants*. | Case No. CV-06-00025 <br><br> **DECLARATION IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |

1.      Nanya Technology Corporation ("NTC") is a Taiwanese corporation having its principal place of business in Hwa Ya Technology Park, 669, Fu Hsing 3rd Rd., Kueishan, Taoyuan, Taiwan, Republic of China.

2.      Nanya Technology Corporation U.S.A. ("NTC USA") is a wholly owned subsidiary of NTC. NTC USA is NTC's sales office for America. NTC USA's employees do not conduct any relevant research and/or production of the patents-in-suit or accused devices.

3.      Several of NTC U.S. Patents are at issue in this matter, including U.S Patent No. 6,225,187 ("the '187 Patent"); U.S. Patent No. 6,426,271 ("the '271 Patent"); and U.S. Patent No. 6,790,765 ("the '765 Patent").

4.      Tse-Yao Huang, Yun-Sen Lai, Yi-Nan Chen, Hsien-Wen Liu, and Hui-Min Mao, inventors of the '187, '271, and '765 Patents all reside in Taiwan. All documents related to the original design and manufacturing of the invention described in the '187, '271, and '765 Patents, including inventor's notes, product specifications, conception, and reduction to practice (to the extent such documents exist), are located in Taiwan.

5.      Defendants have accused NTC and NTC's semiconductor memory products of infringing certain Fujitsu Ltd. U.S. Patents. The majority of documents related to the original design and manufacturing of NTC's semiconductor memory products, including engineer's notes

and production specifications, are located in Taiwan. The majority of documents related to NTC's sales, offers to sell, use, importation, exportation, and distribution of its semiconductor memory products are located in Taiwan. The majority of engineers and persons with knowledge of NTC's semiconductor memory products reside in Taiwan.

6.    Representatives from NTC and Fujitsu Ltd. participated in license negotiations from 1999 to 2005 with respect to the Fujitsu Ltd. U.S. patents-in-suit, all of which occurred in either Taiwan or Japan. All representatives from NTC who participated in these license negotiations reside in Taiwan.

7.    NTC is relatively small compared to Fujitsu Ltd. NTC's engineers and other NTC personnel with knowledge of relevant facts have limited available time to travel for depositions, hearings, trial, and other proceedings. A venue closer to Taiwan would permit NTC personnel to more efficiently and easily participate in such proceedings. Air travel from Taiwan to Guam takes about three hours compared to eleven hours to California and does not require crossing the International Date Line. Conducting this lawsuit in Guam compared to California would permit NTC personnel to return to work after participating in such proceedings with substantially less delay and expense.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED ON THE ___2nd___ DAY OF MAY, 2007.

SIGNATURE

PRINTED NAME .                                                Hong-chi Chang

TITLE          Deputy Director, Marketing DIV.

-2-

# EXHIBIT D

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>          *Plaintiffs,*<br><br>v.<br><br>FUJITSU LIMITED and FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>          *Defendants.* | Case No. CV-06-00025<br><br>**DECLARATION OF<br>ASHLEY NICOLE MOORE** |

I, ASHLEY NICOLE MOORE, DECLARE UNDER PENALTY OF PERJURY THAT THE

FOLLOWING IS TRUE AND CORRECT:

1.     I am registered to practice before the United States Patent and Trademark Office. It is

my understanding that the patents-in-suit include the following: U.S. Patent No. 4,384,918, U.S. Patent

No. 4,458,336, U.S. Patent No. 4,527,070, U.S. Patent No. 4,539,068, U.S. Patent No. 4,641,166, U.S.

Patent No. 4,692,689, U.S. Patent No. 4,801,989, U.S. Patent No. 5,227,996, U.S. Patent No.

5,339,273, U.S. Patent No. 5,397,432, U.S. Patent No. 5,688,712, U.S. Patent No. 5,841,731, U.S.

Patent No. 6,104,486, U.S. Patent No. 6,292,428, and U.S. Patent No. 6,320,819.

2.     U.S. Patent No. 4,384,918 identifies Naomichi Abe as the sole inventor and Fujitsu

Limited as the assignee. Naomichi Abe is identified as residing in Tokyo, Japan, and Fujitsu Limited

is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No. 4,384,918's

front page, which bears this information, is attached hereto as Exhibit A.

3.     U.S. Patent No. 4,458,336 identifies Yoshihiro Takemae as the sole inventor and Fujitsu

Limited as the assignee. Yoshihiro Takemae is identified as residing in Yokohama, Japan, and Fujitsu

Limited is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No.

-1-

1   4,458,336's front page, which bears this information, is attached hereto as <u>Exhibit B</u>. Also attached as

2   <u>Exhibit C</u> is a declaration signed by Yoshihiro Takemae confirming under penalty of perjury the

3   inventor's residence in Japan.

4       4.      U.S. Patent No. 4,527,070 identifies Shougo Matsui, Yoshimitu Mashima, and Kenichi

5   Kobayashi as the inventors and Fujitsu Limited as the assignee. Shougo Matsui is identified as

6   residing in Sagamihara, Japan, Yoshimitu Mashima is identified as residing in Kawasaki, Japan,

7   Kenichi Kobayashi is identified as residing in Tokyo, Japan, and Fujitsu Limited is identified as

8   residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No. 4,527,070's front page, which

9   bears this information, is attached hereto as <u>Exhibit D</u>. Also attached as <u>Exhibit E</u> is a declaration

10  signed by Shougo Matsui, Yoshimitu Mashima, and Kenichi Kobayashi confirming under penalty of

11  perjury each inventor's residence in Japan.

12

13      5.      U.S. Patent No. 4,539,068 identifies Mikio Takagi, Kanetake Takasaki, and Kenji

14  Koyama as the inventors and Fujitsu Limited as the assignee. Mikio Takagi is identified as residing in

15  Kawasaki, Japan, Kanetake Takasaki is identified as residing in Tokyo, Japan, Kenji Koyama is

16  identified as residing in Yokosuka, Japan, and Fujitsu Limited is identified as residing in Kawasaki,

17  Japan. A true and correct copy of U.S. Patent No. 4,539,068's front page, which bears this

18  information, is attached hereto as <u>Exhibit F</u>. Also attached as <u>Exhibit G</u> is a declaration signed by

19  Mikio Takagi, Kanetake Takasaki, and Kenji Koyama confirming under penalty of perjury each

20  inventor's residence in Japan.

21

22      6.      U.S. Patent No. 4,641,166 identifies Yoshihiro Takemae, Tomio Nakano, and Kimiaki

23  Sato as the inventors and Fujitsu Limited as the assignee. Yoshihiro Takemae is identified as residing

24  in Tokyo, Japan, Tomio Nakano is identified as residing in Kawasaki, Japan, Kimiaki Sato is identified

25  as residing in Tokyo, Japan, and Fujitsu Limited is identified as residing in Kawasaki, Japan. A true

26  and correct copy of U.S. Patent No. 4,641,166's front page, which bears this information, is attached

27

28

-2-

1   hereto as Exhibit H. Also attached as Exhibit I is a declaration signed by Yoshihiro Takemae, Tomio

2   Nakano, and Kimiaki Sato confirming under penalty of perjury each inventor's residence in Japan.

3       7.      U.S. Patent No. 4,692,689 identifies Yoshihiro Takemae as the sole inventor and Fujitsu

4
    Limited as the assignee. Yoshihiro Takemae is identified as residing in Tokyo, Japan, and Fujitsu
5
    Limited is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No.
6
7   4,692,689's front page, which bears this information, is attached hereto as Exhibit J.

8       8.      U.S. Patent No. 4,801,989 identifies Masao Taguchi as the sole inventor and Fujitsu

9   Limited as the assignee. Masao Taguchi is identified as residing in Sagamihara, Japan, and Fujitsu

10  Limited is identified as residing in Kanagawa, Japan. A true and correct copy of U.S. Patent No.

11
    4,801,989's front page, which bears this information, is attached hereto as Exhibit K. Also attached as
12
13  Exhibit L is a declaration signed by Masao Taguchi confirming under penalty of perjury the inventor's

14  residence in Japan.

15      9.      U.S. Patent No. 5,227,996 identifies Toshiya Uchida as the sole inventor and Fujitsu

16  Limited as the assignee. Toshiya Uchida is identified as residing in Kawasaki, Japan, and Fujitsu

17  Limited is identified as residing in Kanagawa, Japan. A true and correct copy of U.S. Patent No.

18
    5,227,996's front page, which bears this information, is attached hereto as Exhibit M. Also attached as
19
20  Exhibit N is a declaration signed by Toshiya Uchida confirming under penalty of perjury the inventor's

21  residence in Japan.

22      10.     U.S. Patent No. 5,339,273 identifies Masao Taguchi as the sole inventor and Fujitsu

23  Limited as the assignee. Masao Taguchi is identified as residing in Kawasaki, Japan, and Fujitsu

24  Limited is identified as residing in Kanagawa, Japan. A true and correct copy of U.S. Patent No.

25  5,339,273's front page, which bears this information, is attached hereto as Exhibit O. Also attached as

26  Exhibit P is a declaration signed by Masao Taguchi confirming under penalty of perjury the inventor's

27  residence in Japan.

28
                                            -3-

11.     U.S. Patent No. 5,397,432 identifies Jun-ichi Konno, Keisuke Shinagawa, Toshiyuki Ishida, Takahiro Ito, Tetsuo Kondo, Fukashi Harada, and Shuzo Fujimura as the inventors and Fujitsu Limited as the assignee. Jun-ichi Konno is identified as residing in Kuwana, Japan, Keisuke Shinagawa is identified as residing in Kawasaki, Japan, Toshiyuki Ishida is identified as residing in Kawasaki, Japan, Takahiro Ito is identified as residing in Kawasaki, Japan, Tetsuo Kondo is identified as residing in Kawasaki, Japan, Fukashi Harada is identified as residing in Kuwana, Japan, Shuzo Fujimura is identified as residing in Tokyo, Japan, and Fujitsu Limited is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No. 5,397,432's front page, which bears this information, is attached hereto as Exhibit Q. Also attached as Exhibit R is a declaration signed by Jun-ichi Konno confirming under penalty of perjury the inventor's residence in Japan.

12.     U.S. Patent No. 5,688,712 identifies Taiji Ema and Toshimi Ikeda as the inventors and Fujitsu Limited as the assignee. Taiji Ema is identified as residing in Kawasaki, Japan, Toshimi Ikeda is identified as residing in Kawasaki, Japan, and Fujitsu Limited is identified as residing in Kanagawa, Japan. A true and correct copy of U.S. Patent No. 5,688,712's front page, which bears this information, is attached hereto as Exhibit S. Also attached as Exhibit T is a declaration signed by Taiji Ema confirming under penalty of perjury the inventor's residence in Japan.

13.     U.S. Patent No. 5,841,731 identifies Naoharu Shinozaki as the sole inventor and Fujitsu Limited as the assignee. Naoharu Shinozaki is identified as residing in Kawasaki, Japan, and Fujitsu Limited is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No. 5,841,731's front page, which bears this information, is attached hereto as Exhibit U. Also attached as Exhibit V is a declaration signed by Naoharu Shinozaki confirming under penalty of perjury the inventor's residence in Japan.

14.     U.S. Patent No. 6,104,486 identifies Hiroshi Arimoto as the sole inventor and Fujitsu Limited as the assignee. Hiroshi Arimoto is identified as residing in Kawasaki, Japan, and Fujitsu

-4-

DECLARATION OF ASHLEY NICOLE MOORE

1   Limited is identified as residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No.

2   6,104,486's front page, which bears this information, is attached hereto as Exhibit W.

3          15.    U.S. Patent No. 6,292,428 identifies Hiroyoshi Tomita and Tatsuya Kanda as the

4
5   inventors and Fujitsu Limited as the assignee. Hiroyoshi Tomita is identified as residing in Kawasaki,

6   Japan, Tatsuya Kanda is identified as residing in Kawasaki, Japan, and Fujitsu Limited is identified as

7   residing in Kanagawa, Japan. A true and correct copy of U.S. Patent No. 6,292,428's front page, which

8   bears this information, is attached hereto as Exhibit X. Also attached as Exhibit Y is a declaration

9   signed by Hiroyoshi Tomita and Tatsuya Kanda confirming under penalty of perjury each inventor's

10  residence in Japan.

11
12         16.    U.S. Patent No. 6,320,819 identifies Hiroyoshi Tomita and Tatsuya Kanda as the

13  inventors and Fujitsu Limited as the assignee. Hiroyoshi Tomita is identified as residing in Kawasaki,

14  Japan, Tatsuya Kanda is identified as residing in Kawasaki, Japan, and Fujitsu Limited is identified as

15  residing in Kawasaki, Japan. A true and correct copy of U.S. Patent No. 6,320,819's front page, which

16  bears this information, is attached hereto as Exhibit Z. Also attached as Exhibit AA is a declaration

17  signed by Hiroyoshi Tomita and Tatsuya Kanda confirming under penalty of perjury each inventor's

18  residence in Japan.

19
20         17.    I personally obtained and confirmed all of the foregoing information from records

21  retrieved from the United States Patent and Trademark Office.

22         18.    Upon and information and belief, Defendant Fujitsu Limited, is a Japanese corporation,

23  having its principal place of business at Shiodome City Center, 1-5-2 Higashi-Shimbashi, Minato-ku,

24  Tokyo 105-7123, Japan.

25         19.    Upon and information and belief, Defendant Fujitsu Microelectronics America, Inc. is a

26  wholly owned subsidiary of Fujitsu Ltd. and is headquartered and has its principal place of business at

27
28  1250 E. Arques Avenue, M/S 333, Sunnyvale, California 94088-3470.

-5-

1    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

2    CORRECT. SIGNED THIS FIRST DAY OF MAY, 2007.

3

4

5

6    _____

    ASHLEY NICOLE MOORE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

# United States Patent [19]

## Abe

[11] **4,384,918**

[45] **May 24, 1983**

[54] **METHOD AND APPARATUS FOR DRY ETCHING AND ELECTROSTATIC CHUCKING DEVICE USED THEREIN**

[75] Inventor: **Naomichi Abe**, Tokyo, Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[21] Appl. No.: **304,902**

[22] Filed: **Sep. 23, 1981**

[30] **Foreign Application Priority Data**

Sep. 30, 1980 [JP] Japan .......................... 55-136255
Oct. 8, 1980 [JP] Japan .......................... 55-141046

[51] Int. Cl.³ .......................................... C23C 15/00
[52] U.S. Cl. .......................................... 156/643; 156/345;
204/192 B; 204/298; 361/234
[58] Field of Search ............... 156/345, 643;
204/192 B, 298; 279/1 R, 1 M; 271/18.1, 18.2,
193; 198/691; 361/234; 118/500

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,634,740 | 1/1972 | Stenzko | .......................... | 361/234 |
| 3,916,270 | 10/1975 | Wachtner et al. | .......................... | 361/234 |
| 4,184,188 | 1/1980 | Briglia | .......................... | 361/234 |
| 4,282,267 | 8/1981 | Kuyel | .......................... | 204/192 B |
| 4,292,153 | 9/1981 | Kudo et al. | .......................... | 204/298 |
| 4,313,783 | 2/1980 | Davies et al. | .......................... | 156/345 |
| 4,326,611 | 4/1982 | Vogel et al. | .......................... | 204/298 |

### OTHER PUBLICATIONS

"Microetch Ion Beam Milling", VEECO Co. Catalog, pp. 1–29.

"Wafer Coating . . . Etching", Conference Paper of Precision Machine Society, (1979), pp. 193–194.

*Primary Examiner*—Jerome W. Massie
*Attorney, Agent, or Firm*—Staas & Halsey

[57] **ABSTRACT**

An electrostatic chucking device is positioned on a supporting base, the temperature of which is maintained at a predetermined value, the device having an insulator, and a pair of plane electrodes on the insulator, and a material being chucked on the bottom surface of the top surface of the insulator, wherein the sum of the area of portions of the pair of plane electrodes facing the direction of the material being approximately equal to the contact area between the material and the insulator, and wherein a voltage is applied between the plane electrodes from an external power source, thereby effectively electrostatically chucking the material to the supporting base. A method and an apparatus for dry etching of a material having at least a conductive portion therein, the material being chucked by using said electrostatic chucking device mounted on a supporting base, the temperature of which is maintained at a predetermined value, in at least one of a sputter etching apparatus, a reactive sputter etching apparatus, or a plasma etching apparatus, whereby the material is indirectly chucked to the supporting base, the heat conductivity between the material and the supporting base is increased, the temperature of the material is controlled effectively, and the material can be held invertedly in the horizontal plane or vertically.

**18 Claims, 10 Drawing Figures**





# United States Patent [19]

## Takemae

[11]  **Patent Number:** 4,458,336

[45]  **Date of Patent:**    Jul. 3, 1984

[54]  SEMICONDUCTOR MEMORY CIRCUIT

[75]  Inventor:  Yoshihiro Takemae, Yokohama, Japan

[73]  Assignee:  Fujitsu Limited, Kawasaki, Japan

[21]  Appl. No.: 313,616

[22]  Filed:  Oct. 21, 1981

[30]  **Foreign Application Priority Data**

Oct. 22, 1980 [JP]  Japan ............................ 55-147771
Oct. 22, 1980 [JP]  Japan ............................ 55-147773

[51]  Int. Cl.³ ............................................ G11C 11/40
[52]  U.S. Cl. ............................. 365/149; 365/203
[58]  Field of Search ............ 365/149, 154, 190, 202, 365/203, 205, 207, 222

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

4,045,783  8/1977  Harland ......................... 365/149
4,195,357  3/1980  Kuo et al. .................... 365/149 X
4,291,393  9/1981  Wilson ......................... 365/203

*Primary Examiner*—Joseph A. Popek
*Attorney, Agent, or Firm*—Staas & Halsey

[57]  **ABSTRACT**

A semiconductor memory circuit is disclosed, which includes: word lines, bit lines and memory cells at each cross point of the word lines and the bit lines. Each memory cell including a capacitor, having a first electrode and a second electrode, and a transfer-gate transistor connected in series with the capacitor at the first electrode thereof. The memory circuit also includes pre-charge circuits each charging one corresponding bit line to a predetermined pre-charge voltage level by using a memory power source and sense amplifiers each amplifying the voltage level developed at one corresponding bit line so as to have a high voltage level or a low voltage level in accordance with the charge stored in each corresponding capacitor. Additionally included are a first circuit which supplies the pre-charge voltage to the pre-charge circuit, the level of the pre-charge voltage is in the middle between the high voltage level and the low voltage level, and a second circuit which supplies a predetermined voltage to the capacitor at its second electrode. Preferably the predetermined voltage supplied from the second circuit is same as the voltage supplied from the first circuit.

12 Claims, 15 Drawing Figures





EXHIBIT
B

Approved for use through 09-30-98   OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Japanese Language Declaration
### （日本語宣言書）

| | |
|---|---|
| 委任状：　私は下記の発明者として、本出願に関する一切の手続を合衆国特許商標局に対して遂行する弁理士または代理人として、下記の者を指名いたします。（弁理士、または代理人の氏名及び登録番号を明記のこと） | POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith (list name and registration number) |
| 言語送付先 | And I hereby appoint as principal attorneys: David T. Nikaido, Reg. No. 22,663; Charles M. Marmelstein, Reg. No. 25,895; George E. Orten, Jr., Reg. No. 27,951; Robert B. Murray, Reg. No. 22,580; B. Marcis Bena, Reg. No. 32,131; Douglas H. Goldhush, Reg. No. 33,125; Monica Chin Kitts, Reg. No. 36,105; Richard J. Berman, Reg. No. 39,107; King L. Wong, Reg. No. 37,500; Karen K. Costantino, Reg. No. 35,107; James A. Posdea, III, Reg. No. 31,714; Patrick D. Muir, Reg. No. 37,405; Sharon N. Klemer, Reg. No. 36,335; and Marat Gaps, Reg. No. 44,375; Bradley D. Goldberg, Reg. No. 43,637; and N. Alexander Nolte, Reg. No. 45,489. |
| 正規電報連絡先：　（名前及び電話番号） | Please direct all communications to the following address: ARENT FOX KINTNER PLOTKIN & KAHN, PLLC 1050 Connecticut Avenue, N.W., Suite 600 Washington, D.C. 20036-5339 Tel: (202) 857-6000; Fax: (202) 857-6395 |

| | |
|---|---|
| 第一または第一発明者名 | Full name of sole or first inventor Yoshihiro Takemae |
| 発明者の署名　　　　　日付 | Inventor's signature _Yoshihiro Takemae_    Date Jan. 21, 2002 |
| 住所 | Residence Kasugai, Japan |
| 国籍 | Citizenship JAPAN |
| 私書箱 | Post Office Address c/o FUJITSU VLSI LIMITED   1844-2, Kozoji-cho 2-chome, Kasugai-shi, Aichi 487-0013 Japan |
| 第二共同発明者名 | Full name of second joint inventor, if any |
| 第二共同発明者の署名　　日付 | Second inventor's signature    Date |
| 住所 | Residence |
| 国籍 | Citizenship |
| 私書箱 | Post Office Address |

| | |
|---|---|
| （第三以降の共同発明者についても同様に記述し、署名をすること） | (Supply similar information and signature for third and subsequent joint inventors.) |

EXHIBIT
C

# United States Patent [19]

## Matsui et al.

| | |
|---|---|
| [11] Patent Number: | **4,527,070** |
| [45] Date of Patent: | Jul. 2, 1985 |

[54] METHOD AND APPARATUS FOR INSPECTING A PATTERN

[75] Inventors: Shozo Matsui, Sagamihara; Yoshimitu Mashima, Kawasaki; Kenichi Kobayashi, Tokyo, all of Japan

[73] Assignee: Fujitsu Limited, Kawasaki, Japan

[21] Appl. No.: 409,983

[22] Filed: Aug. 20, 1982

[30] Foreign Application Priority Data

Aug. 20, 1981 [JP] Japan .................................. 56-131276

[51] Int. Cl.³ ............................................ G01N 21/86
[52] U.S. Cl. ................................ 250/560; 356/376
[58] Field of Search ...................... 364/468, 488–491; 250/556, 560; 358/101, 106; 356/400, 376

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,318,081 | 3/1982 | Yoshida | 364/468 |
| 4,390,955 | 6/1983 | Arimura | 358/101 |
| 4,414,566 | 11/1983 | Peyton et al. | 358/101 |
| 4,445,137 | 4/1984 | Panofsky | 358/101 |

Primary Examiner—David C. Nelms
Assistant Examiner—J. Jon Brophy
Attorney, Agent, or Firm—Staas & Halsey

[57] ABSTRACT

In a method for inspecting a pattern produced by using pattern data of a predetermined reference pattern, comparison is carried out between the pattern reproduced from the scanning signal of the pattern and the pattern produced from the signal of a modified form of the predetermined reference pattern.

12 Claims, 8 Drawing Figures





EXHIBIT

D

*AJ · 3$3$ · 4/5*

Dkt. No. 22.1550/CMK

SUPPLEMENTAL DECLARATION AFTER ALLOWANCE

We, SHOUGO MATSUI, YOSHIMITU MASHIMA and KENICHI KOBAYASHI,
residing at 1609-33, Sobudaidanchi, Sagamihara-shi, Kanagawa
229, Japan; Suehiroso, 1743, Shimonumabe, Nakahara-ku, Kawasaki-
shi, Kanagawa 211, Japan and 6-34-3, Nagasaki, Toshima-ku,
Tokyo 171, Japan, declare that we are citizens of JAPAN and
we are the same individuals who on or about August 11, 1982
executed a combined Declaration and Power of Attorney accompany-
ing the subject U.S. Patent Application entitled METHOD AND
APPARATUS FOR INSPECTING A PATTERN, which was filed August 20,
1982 and assigned U.S. Serial No. 409,983. We have reviewed
and understand the amendments to the subject application,
and we declare that we are the original and first inventors
of the invention as now described and claimed therein.

We declare that all statements made herein of our own
knowledge are true, that all statements made on information
and belief are believed to be true, that these statements
and the like so made are punishable by fine or imprisonment
or both, under Section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize
the validity of the subject application or any patent issuing
thereon.

Dated  April 4, 1985                          *Shougo Matsui*
                                         SHOUGO MATSUI

Dated  April 4, 1985                          *Yoshimitu Mashima*
                                         YOSHIMITU MASHIMA

Dated  April 4, 1985                          *Kenichi Kobayashi*
                                         KENICHI KOBAYASHI


EXHIBIT
E

# United States Patent [19]

## Takagi et al.

[11] Patent Number: 4,539,068

[45] Date of Patent: Sep. 3, 1985

[54] VAPOR PHASE GROWTH METHOD

[75] Inventors: Mikio Takagi, Kawasaki; Kanetake Takasaki, Tokyo; Kenji Koyama, Yokosuka, all of Japan

[73] Assignee: Fujitsu Limited, Kawasaki, Japan

[21] Appl. No.: 412,260

[22] Filed: Aug. 27, 1982

### Related U.S. Application Data

[63] Continuation of Ser. No. 264,805, May 18, 1981, abandoned, which is a continuation-in-part of Ser. No. 184,363, Sep. 5, 1980, abandoned.

[30] Foreign Application Priority Data

Sep. 20, 1979 [JP] Japan ............................ 54-121489

[51] Int. Cl.³ ........................................... C30B 25/02
[52] U.S. Cl. ........................................ 156/614; 427/93; 427/94; 156/DIG. 64
[58] Field of Search .............. 156/614, 613, DIG. 64, 156/DIG. 99; 423/349; 148/175; 427/34, 39, 86, 94, 93, 95, 248.1, 255.2, 87; 204/192 S, 177, 164

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,472,751 | 10/1969 | King | 118/73 |
| 3,600,126 | 8/1971 | Hellund | 422/23 |
| 3,876,373 | 4/1975 | Glyptis | 422/23 |
| 4,173,661 | 11/1979 | Bourdon | 427/39 |

Primary Examiner—Hiram H. Bernstein
Attorney, Agent, or Firm—Staas & Halsey

[57] ABSTRACT

A plasma chemical vapor deposition method for forming a film on a substrate which is placed on one of a pair of electrodes oppositely arranged within the reaction chamber of a reactor. A plurality of power generators of different frequencies are applied to the electrodes to excite reactive gases introduced into the reaction chamber, whereby the reactive gases are transformed into a plasma and a desired film is formed on the substrate. Film with a small number of pinholes was formed at a relatively high deposition rate by combinations of power generator frequencies of, for example, 13.56 MHz and 1 MHz, 13.56 MHz and 50 KHz, and 5 MHz and 400 KHz.

3 Claims, 10 Drawing Figures







Dkt. No. 21.1071-CIP/C/JCG

SUPPLEMENTAL DECLARATION AFTER ALLOWANCE

We, MIKIO TAKAGI, KANETAKE TAKASAKI and KENJI KOYAMA,
residing at 6-20-3, Nagao, Tama-ku, Kawasaki-shi, Kanagawa 213,
Japan; 2-26-10-703, Ohmorikita, Ohta-ku, Tokyo 143, Japan; and
3-56, Higashihemi-cho, Yokosuka-shi, Kanagawa 238, Japan,
declare that we are citizens of JAPAN and we are the same
individuals who on or about May 13, 1981 executed a combined
Declaration and Power of Attorney accompanying the subject
U.S. Patent Application S.N. 264,805 entitled VAPOR PHASE
GROWTH METHOD AND APPARATUS, which was filed on May 18, 1981
which is a continuation-in-part of U.S. Serial No. 184,363
filed September 5, 1980, the subject application being a
continuation of U.S. Serial No. 264,805, assigned U.S. Serial
No. 412,260 and filed August 27, 1982. We have reviewed and
understand the amendments to the above applications, and we
declare that we are the original and first inventors of the
invention as now described and claimed therein.

We declare that all statements made herein of our own
knowledge are true, that all statements made on information
and belief are believed to be true, that these statements
and the like so made are punishable by fine or imprisonment
or both, under Section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize
the validity of the subject application or any patent issuing
thereon.

Dated  June 5, 1985              _Mikio Takagi_
                                  MIKIO TAKAGI

Dated  June 5, 1985              _Kanetake Takasaki_
                                  KANETAKE TAKASAKI

Dated  June 5, 1985              _Kenji Koyama_
                                  KENJI KOYAMA

EXHIBIT

G

# United States Patent [19]

## Takemae et al.

[11] **Patent Number:** **4,641,166**

[45] **Date of Patent:** **Feb. 3, 1987**

[54] **SEMICONDUCTOR MEMORY DEVICE HAVING STACKED CAPACITOR-TYPE MEMORY CELLS**

[75] Inventors: Yoshihiro Takemae, Tokyo; Tomio Nakano, Kawasaki; Kimiaki Sato, Tokyo, all of Japan

[73] Assignee: Fujitsu Limited, Kawasaki, Japan

[21] Appl. No.: 560,171

[22] Filed: Dec. 12, 1983

[30]     Foreign Application Priority Data

Dec. 20, 1982 [JP]   Japan ........................ 57-222079

[51] Int. Cl.$^4$ ............................... H01L 29/78
[52] U.S. Cl. ...................... 357/23.6, 357/51; 357/54
[58] Field of Search .......... 357/23.6, 23.11, 51, 357/24, 54

[56]              References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,740,731 | 6/1973 | Ohwada et al. | 357/23.6 |
| 3,811,076 | 5/1974 | Smith, Jr. | 357/41 |
| 3,893,146 | 7/1975 | Hoeren | 357/23.6 X |
| 4,151,607 | 4/1979 | Koyanagi et al. | 357/23.6 |
| 4,246,593 | 1/1981 | Bartlett | 357/41 |
| 4,355,374 | 10/1982 | Sakai et al. | 357/23.6 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0032279 | 11/1981 | European Pat. Off. | |
| 2493045 | 10/1980 | France | |
| 0021170 | 2/1980 | Japan | 357/23 C |
| 55-154762 | 12/1980 | Japan | |

Primary Examiner—Martin H. Edlow
Assistant Examiner—Sara W. Crane
Attorney, Agent, or Firm—Staas & Halsey

[57]              **ABSTRACT**

In a semiconductor memory device having stacked capacitor-type memory cells, the capacitor of each memory cell comprises an electrode, an insulating layer, and a counter electrode. The electrode is connected electrically to a source or drain region of a transfer transistor and extends over a part of a word line adjacent to another word line serving as a gate electrode of the transfer transistor, at which part no memory cell is formed.

**10 Claims, 8 Drawing Figures**





EXHIBIT
H

Docket No. 22.1786/WDJ

## SUPPLEMENTAL DECLARATION AFTER ALLOWANCE

We, Yoshihiro Takemae, Tomio Nakano, Kimiaki Sato,
residing at 8-13-24-303, Akasaka, Minato-ku, Tokyo 107,
Japan; 3-1-27-103, Sugegenqoku, Tama-ku, Kawasaki-shi,
Kanagawa 214, Japan and 4-11-35-204,
Minamiazabu, Minato-ku, Tokyo 106, Japan respectively,
declare that we are citizens of Japan and that we are the
same individuals who, on or about 25 November 1983
executed a combined Declaration and Power of Attorney
accompanying a U.S. patent application entitled
SEMICONDUCTOR MEMORY DEVICE HAVING STACKED CAPACITOR-TYPE
MEMORY CELLS, which was filed 12 December 1983 and
assigned Serial No. 560,171. We have read all amendments
to the specification and claims of the application, we
understand the content of the invention as now described
and claimed in the subject application and we declare
that we are the original and first inventors thereof and
further that this invention was completed before the
filing of the subject application.

We acknowledge our duty to disclose information of
which we are aware which is material to the examination
of the subject application.

EXHIBIT

I

We declare further that all statements made herein of our own knowledge are true and that all statements made on information and belief are believed to be true; and further that false statements and the like so made are punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | |
|---|---|
| September 1, 1986 | *Yoshihiro Takemae* |
| Date | Yoshihiro Takemae |
| September 1, 1986 | *Tomio Nakano* |
| Date | Tomoio Nakano |
| September 1, 1986 | *Kimiaki Sato* |
| Date | Kimiaki Sato |

# United States Patent [19]

## Takemae

[11]  Patent Number:  **4,692,689**

[45]  Date of Patent:  **Sep. 8, 1987**

[54]  **FET VOLTAGE REFERENCE CIRCUIT WITH THRESHOLD VOLTAGE COMPENSATION**

[75]  Inventor:  Yoshihiro Takemae, Tokyo, Japan

[73]  Assignee:  Fujitsu Limited, Kawasaki, Japan

[21]  Appl. No.: 15,529

[22]  Filed:  Feb. 12, 1987

### Related U.S. Application Data

[63]  Continuation of Ser. No. 663,712, Oct. 22, 1984, abandoned.

[30]  **Foreign Application Priority Data**

Nov. 11, 1983 [JP]  Japan ........................... 58-212083

[51]  Int. Cl.$^4$ ...................................... G05F 3/24
[52]  U.S. Cl. ........................... 323/313; 307/297; 307/304; 323/314; 323/349; 323/350; 365/226
[58]  Field of Search ............... 323/311, 313, 349, 350, 323/314; 307/296 R, 297, 304; 365/226

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,823,332 | 7/1974 | Peryszka et al. | 307/297 |
| 4,197,511 | 4/1980 | Bell | 330/293 |
| 4,453,121 | 6/1984 | Noufer | 323/313 |
| 4,641,081 | 2/1987 | Sato et al. | 323/313 |
| 4,649,291 | 3/1987 | Konishi | 307/297 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 29231 | 5/1981 | European Pat. Off. | 323/313 |
| 3138558 | 4/1983 | Fed. Rep. of Germany | 323/313 |
| 571800 | 9/1977 | U.S.S.R. | 323/313 |

### OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, vol. 26, No. 4, Sep. 1983, p. 2073, New York, U.S.; R. D. Burke: "FET Voltage Regulator Circuit".

Askin et al., "FET Device Parameters Compensation Circuit", IBM Tech. Disc. Bul., vol. 14, No. 7, pp. 2088, 2089, Dec. 1971.

*Primary Examiner*—William H. Beha, Jr.
*Attorney, Agent, or Firm*—Staas & Halsey

[57]  **ABSTRACT**

A voltage converting circuit has an output MIS transistor which gives a low output impedance and outputs an intermediate level of power source voltage. The output level is set with a high accuracy through a voltage dividing ratio determined by an impedance element. This impedance element is connected with a compensating MIS transistor to compensate for variations of the gate threshold voltage caused by the manufacturing process.

10 Claims, 9 Drawing Figures





EXHIBIT
J

# United States Patent [19]

## Taguchi

[11]  Patent Number:  **4,801,989**

[45]  Date of Patent:  **Jan. 31, 1989**

[54]  DYNAMIC RANDOM ACCESS MEMORY HAVING TRENCH CAPACITOR WITH POLYSILICON LINED LOWER ELECTRODE

[75]  Inventor:  Masao Taguchi, Sagamihara, Japan

[73]  Assignee:  Fujitsu Limited, Kanagawa, Japan

[21]  Appl. No.:  16,611

[22]  Filed:  **Feb. 19, 1987**

[30]      Foreign Application Priority Data

Feb. 20, 1986 [JP]  Japan ..................... 61-036361
Mar. 3, 1986 [JP]  Japan ..................... 61-045822

[51]  Int. Cl.⁴ ................................. H01C 29/78
[52]  U.S. Cl. ........................... 357/23.6; 357/54; 357/55; 357/59; 365/149
[58]  Field of Search ............ 357/23.6, 55, 59, 54; 365/149

[56]            References Cited

### U.S. PATENT DOCUMENTS

4,672,410  6/1987  Miura et al. ............... 357/23.6

### FOREIGN PATENT DOCUMENTS

108390  5/1984  European Pat. Off. ........... 357/23.6
0149799  7/1985  European Pat. Off. .
0171131  2/1986  European Pat. Off. .

59-213460  12/1983  Japan ...................... 357/23.6
59-141262  8/1984  Japan .
60-54472  of 1985  Japan .
61-15362  1/1986  Japan .

*Primary Examiner*—Joseph E. Clawson, Jr.
*Attorney, Agent, or Firm*—Armstrong, Nikaido, Marmelstein & Kubovcik

[57]            ABSTRACT

In a dynamic random access memory having a trench capacitor, a first conductive layer is formed on all of the inner surface of the trench except for a region adjacent to the opening portion of the trench, a dielectric layer is formed on the first conductive layer exposed in the trench and the surface of the semiconductor substrate, and a second conductive layer of the other conduction type is filled in the trench through the dielectric layer. The first conductive layer, the dielectric layer, and the second conductive layer constitute a storage capacitor. In this dynamic random access memory, a metal insulator semiconductor transistor is formed in the semiconductor substrate, a source or drain region of the transistor of the other conduction type is in contact with the second conductive layer through the dielectric layer, and the second conductive layer is connected with the source or drain region of the other conduction type.

8 Claims, 9 Drawing Sheets





EXHIBIT

K

ARMSTRONG, NIK · MARMELSTEIN & KUBOVCIK    $f0 - 5765$

# Declaration For Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled
__DYNAMIC RANDOM ACCESS MEMORY HAVING TRENCH CAPACITOR_____ , the specification of which

(check one)    [X]  is attached hereto.

☐  was filed on _____
Application Serial No. _____    as
and was amended on _____
(if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

|  |  |  | Priority Claimed |
|---|---|---|---|
| 61-036361(Pat. Appln.) | Japan | 20/February/1986 |  |
| (Number) | (Country) | (Day/Month/Year Filed) | ☒ Yes ☐ No |
| 61-045822(Pat. Appln.) | Japan | 3/March/1986 |  |
| (Number) | (Country) | (Day/Month/Year Filed) | ☒ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys James E. Armstrong, III, Reg. No. 19,356; David T. Nikaido, Reg. No. 22,063; Charles M. Marmelstein, Reg. No. 26,895; Ronald J. Kubovcik, Reg. No. 25,401; George E. Oram, Jr., Reg. No. 27,831; R. Eu... Jr., Reg. No. 29,729; C. Daniel Cornish, Reg. No. 19,240; Hubert E. Evans, Reg. No. 16,040.

Please direct all communications to the following address:    Armstrong, Nikaido, Marmelstein & Kubovcik
1725 K Street, N.W. Suite 912
Washington, D.C. 20006
(202) 659-2930

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor __Masao Taguchi__

Inventor's signature _Masao Taguchi_    February 12, 1987
Date

Residence __Sagamihara-shi, Kanagawa, Japan__

Citizenship __Japanese__

Post Office Address __4-3-4-201, Araisono, Sagamihara-shi, Kanagawa 228, Japan__

EXHIBIT

# United States Patent [19]

## Uchida

US005227996A

| [11] | Patent Number: | **5,227,996** |
|---|---|---|
| [45] | Date of Patent: | **Jul. 13, 1993** |

[54] **SEMICONDUCTOR MEMORY DEVICE HAVING WORD LINE DRIVER**

[75] Inventor: **Toshiya Uchida, Kawasaki, Japan**

[73] Assignee: **Fujitsu Limited, Kanagawa, Japan**

[21] Appl. No.: **757,154**

[22] Filed: **Sep. 10, 1991**

[30] **Foreign Application Priority Data**

Sep. 14, 1990 [JP] Japan .................... 2-244585

[51] Int. Cl.⁵ .................................. G11C 5/06
[52] U.S. Cl. ............................ 365/72; 365/63; 365/230.06
[58] Field of Search ............ 365/63, 72, 230.06, 365/189.11

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,319,342 | 3/1982 | Scheuerlein | 365/72 X |
| 4,481,609 | 11/1984 | Miguchi et al. | 365/72 X |
| 4,694,428 | 9/1987 | Matsumura et al. | 365/63 X |
| 4,782,465 | 11/1988 | Uchida | 365/72 |
| 4,992,981 | 2/1991 | Genasloser et al. | 365/63 X |

Primary Examiner—Eugene R. LaRoche
Assistant Examiner—Do Hyun Yoo
Attorney, Agent, or Firm—Nikaido, Marmelstein, Murray & Oram

[57]     **ABSTRACT**

A semiconductor memory device includes first and second word lines which extend in parallel to each other, at least one line activation signal line which extends perpendicularly to the first and second word lines, a device isolation region which extends perpendicularly to the first and second word lines, a first driver for activating the first word line and having a first impurity region provided adjacent to the device isolation region and connected to the word line activation signal line, a first gate electrode and a second impurity region connected to the first word line, a second driver for activating the second word line and comprising a third impurity region provided adjacent to the device isolation region on an opposite side from the first impurity region and connected to the word line activation signal line, a second gate electrode and a fourth impurity region connected to the second word line, and a decoder connected to the first and second gate electrodes.

**14 Claims, 8 Drawing Sheets**





ARMSTRONG, NIKAIDO, MARMELSTEIN, KUBOVCIK & MURRAY

## Declaration for U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

SEMICONDUCTOR MEMORY DEVICE HAVING WORD LINE DRIVER

the specification of which

| (Check one of blocks 1, 2, or 3. See note A on back of this page) | 1. ☒ is attached hereto. |
| | 2. ☐ was filed on _____ as International PCT Application Serial No. _____ and was amended on _____ (if applicable) |
| | 3. ☐ was filed on _____ as U.S. Application Serial No. _____ and was amended on _____ (if applicable) |

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

| | | | | Priority Claimed |
|---|---|---|---|---|
| (List prior foreign applications. See note B on back of this page) | 2-244585( Pat.Appln. )<br>(Number) | Japan<br>(Country) | 14/September/1990<br>(Day/Month/Year Filed) | ☒ Yes ☐ No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |

(See Note C on back of this page)        ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT International filing date of this application:

| (List Prior U.S. Applications) | (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|---|
| | (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys James E. Armstrong, III, Reg. No. 18,366; David T. Nikaido, Reg. No. 22,683; Charles M. Marmelstein, Reg. No. 25,693; Ronald J. Kubovcik, Reg. No. 25,401; George E. Oram, Jr., Reg. No. 27,931; Robert H. Murray, Reg. No. 22,980; William R. Westerman, Reg. No. 29,968; Kav-Ichi Hattori, Reg. No. 29,881; John R. Pegg, Reg. No. 18,969; Martin S. Postman, Reg. No. 18,570; Le-Nhung McLeland, Reg. No. 31,541; J. Harbert O'Toole, Reg. No. 31,404; James P. Welch, Reg. No. 17,378; E. Marcie Eross, Reg. No. 32,131; Ronald F. Naughton, Reg. No. 34,615; Albert Teckman, Reg. No. 17,723; Mel R. Quinton, Reg. No. 31,828; Michael O. Gilman, Reg. No. 19,114; Michael J. Foycik, Jr., Reg. No. 30,928; Cynthia Lee Foulke, Reg. No. 31,364; James C. Lydon, Reg. No. 30,083; Douglas H. Goldhush, Reg. No. 29,125.

Please direct all communications to the following address:    ARMSTRONG, NIKAIDO, MARMELSTEIN,
        KUBOVCIK & MURRAY
        1725 K Street, N.W., Suite 1000
        Washington, D.C. 20006
        (202) 659-2930  Fax: (202) 887-0357

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| (See Note D on back of this page) | Full name of sole or first inventor | Toshiya Uchida | |
| | Inventor's signature _Toshiya Uchida_ | | September 2, 1991 |
| | Residence c/o FUJITSU LIMITED 1015, Kamikodanaka, Nakahara-ku, Kawasaki-shi, | | |
| | Citizenship Kanagawa, 211 Japan    Japan | | |
| | Post Office Address _____ same as residence | | |

EXHIBIT

N

US005339273A

## United States Patent [19]

### Taguchi

[11] Patent Number: 5,339,273

[45] Date of Patent: Aug. 16, 1994

[54] SEMICONDUCTOR MEMORY DEVICE HAVING A TESTING FUNCTION AND METHOD OF TESTING THE SAME

[75] Inventor: Masao Taguchi, Kawasaki, Japan

[73] Assignee: Fujitsu Ltd., Kanagawa, Japan

[21] Appl. No.: 806,406

[22] Filed: Dec. 13, 1991

[30] Foreign Application Priority Data

Dec. 14, 1990 [JP] Japan .................... 2-410668

[51] Int. Cl.⁵ .................. G11C 29/00; G11C 7/00
[52] U.S. Cl. ................................ 365/201; 365/149;
365/205
[58] Field of Search ............. 365/149, 200, 201, 184,
365/205; 371/21.1

[56] References Cited

U.S. PATENT DOCUMENTS

4,799,197 1/1989 Kodama et al. ............... 365/149 X
4,956,819 9/1990 Hoffmann et al. ................. 365/201

FOREIGN PATENT DOCUMENTS

58-128077 7/1983 Japan .
62-84499 4/1987 Japan .
62-86600 4/1987 Japan .
63-140498 6/1988 Japan .
2-143984 6/1990 Japan .

Primary Examiner—Eugene R. LaRoche
Assistant Examiner—Son Dinh
Attorney, Agent, or Firm—Armstrong, Westerman,
Hattori, McLeland & Naughton

[57] ABSTRACT

A semiconductor memory device is provided with a plurality of bit lines, a plurality of word lines, a memory cell array including a plurality of memory cells each coupled to one bit line and one word line, and a varying part for varying a capacitance of at least a selected one of the bit lines in response to a predetermined signal which indicates a test mode in which an operation of the semiconductor memory device is tested.

15 Claims, 7 Drawing Sheets





EXHIBIT

0

ARMSTRONG, NIKAIDO, MELSTEIN, KUBOVCIK & MURRAY

# Declaration For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

SEMICONDUCTOR MEMORY DEVICE HAVING A TESTING
FUNCTION AND A METHOD OF TESTING THE SAME

the specification of which

| (Check one of blocks 1, 2, or 3. See note A on back of this page) | 1. ☒ is attached hereto. |
| | 2. ☐ was filed on _____ as International PCT Application Serial No. _____ and was amended on _____ (if applicable) |
| | 3. ☐ was filed on _____ as U.S. Application Serial No. _____ and was amended on _____ (if applicable) |

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

Priority Claimed

| | | | |
|---|---|---|---|
| 2-410668(Pat.Appln.) | Japan | 14/December/1990 | ☒ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |

(List prior foreign applications. See note B on back of this page)

(See Note C on back of this page)          ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

(List Prior U.S. Applications)

| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| _____ | _____ | _____ |
| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys James B. Armstrong, III, Reg. No. 18,348; David T. Nikaido, Reg. No. 21,963; Charles M. Marmelstein, Reg. No. 25,865; Ronald J. Kubovcik, Reg. No. 25,461; George R. Orens, Jr., Reg. No. 27,931; Robert E. Murray, Reg. No. 27,980; William F. Westerman, Reg. No. 19,988; Ken-Ichi Hattori, Reg. No. 27,601; John R. Paige, Reg. No. 18,098; Martin S. Postman, Reg. No. 11,576; Le-Nhung McLeland, Reg. No. 31,504; Herbert O'Bola, Reg. No. 31,504; James P. Welch, Reg. No. 17,370; E. Marcia Ennis, Reg. No. 32,151; Ronald F. Naughton, Reg. No. 26,231; Albert Bockman, Reg. No. 31,285; Mel R. Quintos, Reg. No. 31,504; Michael G. Gilman, Reg. No. 16,111; Michael J. Foycik, Jr., Reg. No. 30,928; Cynthia Lee Foulke, Reg. No. 32,364; James C. Lydon, Reg. No. 30,082; Douglas H. Goldhush, Reg. No. 33,125.

Please direct all communications to the following address: ARMSTRONG, NIKAIDO, MARMELSTEIN, KUBOVCIK & MURRAY
1725 K Street, N.W., Suite 1000
Washington, D.C. 20006
(202) 659-2930  Fax: (202) 887-0357

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

(See Note D on back of this page)

Full name of sole or first inventor    Masao Taguchi

Inventor's signature    _Masao Taguchi_                    December 2, 1991
                                                              Date

Residence c/o FUJITSU LIMITED 1015, Kamikodanaka, Nakahara-ku, Kawasaki-shi,

Citizenship Japan  Kanagawa, 211 Japan

Post Office Address    same as residence



EXHIBIT
P

US005397432A

# United States Patent [19]

## Konno et al.

[11]  Patent Number:  **5,397,432**

[45]  Date of Patent:  **Mar. 14, 1995**

[54]  **METHOD FOR PRODUCING SEMICONDUCTOR INTEGRATED CIRCUITS AND APPARATUS USED IN SUCH METHOD**

[75]  Inventors:  Jun-ichi Konno, Kuwana; Keisuke Shinagawa, Kawasaki; Toshiyuki Ishida, Kawasaki; Takahiro Ito, Kawasaki; Tetsuo Kondo, Kawasaki; Fukashi Harada, Kuwana; Shozo Fujimura, Tokyo, all of Japan

[73]  Assignee:  Fujitsu Limited, Kawasaki, Japan

[21]  Appl. No.:  743,383

[22]  PCT Filed:  Jun. 26, 1991

[86]  PCT No.:  PCT/JP91/00861

§ 371 Date:  Aug. 21, 1991

§ 102(e) Date:  Aug. 21, 1991

[87]  PCT Pub. No.:  WO92/00601

PCT Pub. Date:  Jan. 9, 1992

[30]  **Foreign Application Priority Data**

Jun. 27, 1990 [JP]  Japan .................................. 2-171791

[51]  Int. Cl.⁶ ................................................. H01L 21/00
[52]  U.S. Cl. ................................. 156/665; 156/643; 156/646; 134/1
[58]  Field of Search ............. 156/643, 646, 664, 665, 156/666; 134/1

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,325,984 | 4/1982 | Galfo et al. | 156/665 |
| 4,985,113 | 1/1991 | Fujimoto et al. | 156/643 |
| 5,200,017 | 4/1993 | Kawasaki et al. | 156/345 |

**FOREIGN PATENT DOCUMENTS**

| 0345757 | 12/1989 | European Pat. Off. . |
| 0416774 | 3/1991 | European Pat. Off. . |

| 61-147530 | 7/1986 | Japan . |
| 1-30225 | 2/1989 | Japan . |
| 1-48421 | 2/1989 | Japan . |
| 1-239933 | 9/1989 | Japan . |
| 2-49425 | 2/1990 | Japan . |
| 2-71519 | 3/1990 | Japan . |
| 2-144525 | 6/1990 | Japan . |
| 2-165656 | 6/1990 | Japan . |

## OTHER PUBLICATIONS

Solid State Technology, vol. 33, No. 2 (Feb. 1990).
Extended Abstracts, vol. 81-2 (1981), pp. 715-716.
Japanese Patent Abstract of JP-A-1 251 742 (Jan. 1989).

*Primary Examiner*—R. Bruce Breneman
*Assistant Examiner*—George Goudreau
*Attorney, Agent, or Firm*—Nikaido, Marmelstein, Murray & Oram

[57]  **ABSTRACT**

To prevent after-corrosion of wiring or electrodes formed by patterning films of aluminum or an alloy thereof by reactive ion etching (RIE) using an etchant containing chlorine gas or its gaseous compounds, residual chlorine on the surface of the wiring or electrodes is removed by exposing it to a plasma generated in an atmosphere containing water vapor or to neutral active species extracted from the plasma. This treatment is performed either at the same time or after an ashing operation for removing a resist mask used in the aforesaid RIE by adding water vapor to an atmosphere containing oxygen. To perform the latter separate treatment, an automatic processing system is disclosed in which an after-treatment apparatus for removing residual chlorine is connected, via a second load lock chamber, to an ashing apparatus connected to a RIE apparatus by a load lock chamber which is capable of making a vacuum.

**19 Claims, 6 Drawing Sheets**





ARMSTRONG, NIKAIDO, MARMELSTEIN, KUBOVCIK & MURRAY

# Declaration For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled METHOD FOR PRODUCING SEMICONDUCTOR INTEGRATED CIRCUITS AND APPARATUS USED IN SUCH METHOD
the specification of which

(Check one
of blocks
1, 2, or 3.
See note A
on back of
this page)

1. ☐ is attached hereto.

2. ☒ was filed on ___June 26, 1991___ as
   International PCT Application Serial No. ___PCT/JP91/00861___
   and was amended on _____
   (if applicable)

3. ☐ was filed on _____ as
   U.S. Application Serial No. _____
   and was amended on _____
   (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

| | | | Priority Claimed |
|---|---|---|---|
| ___2-171791___ | ___Japan___ | ___27/June/1990___ | ☒ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |
| _____ | _____ | _____ | ☐ Yes  ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | |

(List prior foreign applications. See note B on back of this page)

(See Note C on back of this page)          ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

(List Prior U.S. Applications)

| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys James E. Armstrong, III, Reg. No. 18,356; David T. Nikaido, Reg. No. 22,663; Charles M. Marmelstein, Reg. No. 25,895; Ronald J. Kubovcik, Reg. No. 25,401; George E. Oram, Jr., Reg. No. 27,331; Robert B. Murray, Reg. No. 27,290; William F. Westerman, Reg. No. 29,995; Martin B. Postman, Reg. No. 19,670; Le-Nhung McLeland, Reg. No. 31,541; J. Herbert O'Toole, Reg. No. 31,404; James P. Welch, Reg. No. 17,379; E. Marcie Emas, Reg. No. 32,151; Scott M. Daniels, Reg. No. 32,862; Ronald F. Naughton, Reg. No. 24,516; Albert Tockman, Reg. No. 19,723; James A. Poulos, Reg. No. 31,714; Mel R. Quintos, Reg. No. 31,598; Hubert E. Evans, Reg. No. 19,040; Michael G. Gilman, Reg. No. 19,114.

Please direct all communications to the following address: ARMSTRONG, NIKAIDO, MARMELSTEIN, KUBOVCIK & MURRAY, 1725 K Street, N.W., Suite 1000, Washington, D.C. 20006, (202) 659-2930   Fax: (202) 887-0357

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

(See Note D on back of this page)

Full name of sole or first inventor ___Jun-ichi Konno___

Inventor's signature ___Junichi Konno___          ___July 26, 1991___
                                                    Date

Residence ___AZ house 205, 327-3, Higashikata, Kuwana-shi, Mie, 511 Japan___

Citizenship ___Japan___

Post Office Address ___Same as residence above___


EXHIBIT
R

US005688712A

# United States Patent [19]

## Ema et al.

[11] Patent Number: **5,688,712**

[45] Date of Patent: **Nov. 18, 1997**

[54] **PROCESS FOR PRODUCING A SEMICONDUCTOR DEVICE**

[75] Inventors: **Taiji Ema; Toshiaki Ikeda**, both of Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kanagawa, Japan

[21] Appl. No.: **643,938**

[22] Filed: **May 7, 1996**

### Related U.S. Application Data

[62] Division of Ser. No. 376,082, Jan. 20, 1995, Pat. No. 5,550,395, which is a continuation of Ser. No. 46,149, Apr. 15, 1993, abandoned.

[30] **Foreign Application Priority Data**

| Apr. 16, 1992 | [JP] | Japan | 4-096726 |
| Oct. 9, 1992 | [JP] | Japan | 4-271622 |

[51] Int. Cl.⁶ ............................................ H01L 21/70

[52] U.S. Cl. .................... 437/60; 437/52; 437/49;
437/195; 437/228; 437/236

[58] Field of Search ............................ 437/60, 47, 48,
437/49, 51, 52, 189, 195, 228, 235, 236

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 4,505,025 | 3/1985 | Kurosawa et al. | 437/67 |
| 4,764,483 | 8/1988 | Fuso et al. | 437/229 |
| 4,953,126 | 8/1990 | Ema . | |

| 5,077,234 | 12/1991 | Scoopo et al. | 437/229 |
| 5,091,761 | 2/1992 | Hiraiwa et al. . | |
| 5,126,810 | 6/1992 | Gotou . | |
| 5,153,685 | 10/1992 | Murata et al. . | |
| 5,196,910 | 3/1993 | Moriuchi et al. . | |
| 5,237,187 | 8/1993 | Suwanai et al. . | |
| 5,245,205 | 9/1993 | Higashinai et al. . | |
| 5,332,687 | 7/1994 | Kuroda | 437/52 |
| 5,405,800 | 4/1995 | Ogawa et al. | 437/229 |
| 5,488,007 | 1/1996 | Kim et al. | 437/48 |
| 5,569,618 | 10/1996 | Matsubara | 437/60 |

Primary Examiner—Tuan H. Nguyen
Attorney, Agent, or Firm—Nikaido Marmelstein Murray & Oram LLP

[57] **ABSTRACT**

A semiconductor device includes a semiconductor substrate having a memory cell area and a circuit area surrounding the memory cell area with a boundary area interposed therebetween. A first conductive layer covers the memory cell area and extends onto the boundary area. A first insulating layer covers the surrounding circuit area and part of the extended portion of the first conductive layer. A second insulating layer covering the first insulating layer and the first conductive layer. A throughhole is formed through the first and second insulating layers. A second conductive layer is electrically connected with another conductive layer via the throughhole and extends from the memory cell area to the surrounding circuit area. The process of producing the semiconductor device is also disclosed.

**8 Claims, 18 Drawing Sheets**





**EXHIBIT**

S

08/643938

N, M, M & O Docket No. _____          NIKAIDO, MARMELSTEIN, MURRAY & ORAM    9-P903(-

9-P9036

# Declaration For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled (Insert Title)

SEMICONDUCTOR DEVICE AND PROCESS OF PRODUCING SAME

the specification of which

| (Check one of blocks 1, 2, or 3. See note A on back of this page) | 1. ☑ is attached hereto. |
| | 2. ☐ was filed on _____ as International PCT Application Serial No. _____ and was amended on _____ (if applicable) |
| | 3. ☐ was filed on _____ U.S. Application Serial No. _____ and was amended on _____ (if applicable) |

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

| | | | | Priority Claimed |
|---|---|---|---|---|
| (List prior foreign applications. See note B on back of this page) | 04-096726(Pat. Appln.) (Number) | Japan (Country) | 16/April/1992 (Day/Month/Year Filed) | ☑ Yes ☐ No |
| | 04-271622(Pat. Appln.) (Number) | Japan (Country) | 9/October/1992 (Day/Month/Year Filed) | ☑ Yes ☐ No |
| | _____ (Number) | _____ (Country) | _____ (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | _____ (Number) | _____ (Country) | _____ (Day/Month/Year Filed) | ☐ Yes ☐ No |

(See Note C on back of this page)          ☐ See attached list for additional prior foreign applications.

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (List Prior U.S. Applications) | (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|---|
| | (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys David T. Nikaido, Reg. No. 22, 663; Charles M. Marmelstein, Reg. No. 25,895; George E. Oram, Jr., Reg. No. 27,931; Robert B. Murray, Reg. No. 22,980; Martin S. Posusen, Reg. No. 18,570; D. Marsie Banes, Reg. No. 32,131; Michael G. Gilman, Reg. No. 19,114; Douglas H. Goldhush, Reg. No. 33,125; Juan Carlos Marquez, Reg. No. 34,072; Robert L. Waddle, Reg. No. 35,795; Kevin C. Brown, Reg. No. 32,402; Monica R. Chin, Reg. No. 36,105.

Please direct all communications to the following address:      NIKAIDO, MARMELSTEIN, MURRAY & ORAM
Metropolitan Square
655 Fifteenth Street, N.W., Suite 330 - G Street Lobby
Washington, D.C. 20005-5701
(202) 638-5000 Fax: (202) 638-4810

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

(See Note D on back of this page) Full name of sole or first inventor    Taiji Ema

Inventor's signature    Taiji Ema                              April 7, 1993
                                                                     Date

Residence    Kawasaki-shi, Kanagawa, Japan  JPX

Citizenship    Japanese

Post Office Address    c/o FUJITSU LIMITED, 1015, Kamikodanaka, Nakahara-ku,
Kawasaki-shi, Kanagawa 211, Japan

EXHIBIT
T

US005841731A

# United States Patent [19]

## Shinozaki

| [11] | Patent Number: | 5,841,731 |
|---|---|---|
| [45] | Date of Patent: | Nov. 24, 1998 |

[54] **SEMICONDUCTOR DEVICE HAVING EXTERNALLY SETTABLE OPERATION MODE**

[75] Inventor: **Naoharu Shinozaki**, Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[21] Appl. No.: **862,298**

[22] Filed: **May 22, 1997**

[30] **Foreign Application Priority Data**

Dec. 13, 1996 [JP] Japan ................... 8-334273

[51] Int. Cl.⁶ ................................... G11C 8/00

[52] U.S. Cl. ............... 365/233; 365/191; 365/201; 365/230.08

[58] Field of Search ........................ 365/233, 191, 365/201, 230.08

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,984,216  1/1991  Toda et al. ................ 365/230.08

| | | | |
|---|---|---|---|
| 5,111,433 | 5/1992 | Miyamoto | 365/201 |
| 5,384,745 | 1/1995 | Konishi et al. | 365/230.03 |
| 5,430,680 | 7/1995 | Parris | 365/222 |
| 5,525,331 | 6/1996 | Kim | 365/222 |

*Primary Examiner*—David C. Nelms
*Assistant Examiner*—Hien Nguyen
*Attorney, Agent, or Firm*—Nikaido, Marmelstein, Murray & Oram LLP

[57] **ABSTRACT**

A semiconductor device which allows an input signal thereto to select one of N operation modes, and operates in the one of N operation modes includes a selection circuit for selecting an operation mode from the N operation modes when the input signal indicates the operation mode, and for selecting a predetermined operation mode from the N operation modes when the input signal is an undefined signal indicating none of the N operation modes. The semiconductor device further includes an internal circuit operating in an operation mode selected by the selection circuit.

11 Claims, 8 Drawing Sheets





N, M, M & O Docket No _____    NIK___, MARMELSTEIN, MURRAY & OR___

# Dec___ation For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if pri___ names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled (insert Title) <u>SEMICONDUCTOR DEVICE AVOIDING MALFUNCTION CAUSED BY ILLEGAL INPUT</u>

the specification of which

|  |  |
|---|---|
| (Check one of blocks 1, 2 or 3. See note A on back of this page) | 1. ☒ is attached hereto. |
| | 2. ☐ was filed on _____ International PCT Application Serial No. _____ and was amended on _____ (if applicable) |
| | 3. ☐ was filed on _____ U.S. Application Serial No. _____ and was amended on _____ (if applicable) |

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amend by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Co of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing d before that of the application for which priority is claimed:

| | | | Priority Claimed |
|---|---|---|---|
| (List prior foreign applications. See note B on back of this page) | Pat. Appln. No.8-334273 (Number) | Japan (Country) | 13/December/1996 (Day/Month/Year Filed) | ☒ Yes ☐ No |
| | _____ (Number) | _____ (Country) | _____ (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | _____ (Number) | _____ (Country) | _____ (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | _____ (Number) | _____ (Country) | _____ (Day/Month/Year Filed) | ☐ Yes ☐ No |

(See Note C on back of this page)    ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) or PCT Internation application(s) designating the United States of America listed below and, insofar as the subject matter of each of the claims of th application is not disclosed in the prior application(s) in the manner provided by the first paragraph of Title 35, United States Cod §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) whi occurred between the filing date of the prior application and the national or PCT International filing date of this application:

| (List prior U.S. Applications or PCT International applications designating the U.S.) | (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|---|
| | (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys David T. Nikaido, Reg. No. 22,663; Charles M. Marmelstein, Reg. No. 25,893; Geor___ E. Oram, Jr., Reg. No. 27,931; Robert B. Murray, Reg. No. 28,960; Milton S. Portman, Reg. No. 18,570; B. Marole Emse, Re No. 32,134; Michael G. Gilman, Reg. No. 19,114, Douglas H. Goldhush, Reg. No. 33,125; Kevin C. Brown, Reg. No. 32,46 Monica Chin Kitts, Reg. No. 36,105; Sharon N. Klesner, Reg. No. 36,333, and John R. Puez, Reg. No. 37,327.

Please direct all communications to the following address: <u>NIKAIDO, MARMELSTEIN, MURRAY & OBAM</u> <u>Metropolitan Square</u> <u>655 Fifteenth Street, N.W., Suite 330 - G Street Lobby</u> <u>Washington, D.C. 20005-5701</u> (202) 638-5000 Fax: (202) 638-4816

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and beli are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so ma are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful fal statements may jeopardize the validity of the application or any patent issued thereon.

| (See Note D on back of this page) | Full name of sole or first inventor <u>Nacharu Shinozaki</u> | |
|---|---|---|
| | Inventor's signature *Nacharu Shinozaki* | May 16, 1997 Date |
| | Residence <u>Kawasaki-shi, Kanagawa, Japan</u> | |
| | Citizenship <u>Japan</u> | |
| | Post Office Address <u>c/o FUJITSU LIMITED, 1-1, Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa, 211 Japan</u> | |



EXHIBIT
V

US006104486A

# United States Patent [19]

## Arimoto

[11] **Patent Number:** 6,104,486

[45] **Date of Patent:** *Aug. 15, 2000

[54] **FABRICATION PROCESS OF A SEMICONDUCTOR DEVICE USING ELLIPSOMETRY**

[75] Inventor: **Hiroshi Arimoto**, Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kawasaki, Japan

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/774,272**

[22] Filed: **Dec. 27, 1996**

[30] **Foreign Application Priority Data**

Dec. 28, 1995  [JP]  Japan ................................ 7-343924

[51] Int. Cl.$^7$ .......................................... G01J 3/00

[52] U.S. Cl. ..................... 356/300; 356/305; 356/310; 356/322; 356/337; 356/340; 356/345; 356/351; 356/364; 356/128; 250/492.1; 250/492.2; 250/492.22; 250/492.3

[58] Field of Search ................................. 356/300, 305, 356/310, 322, 337, 340, 345, 351, 364, 128; 250/492.1, 492.2, 492.22, 492.3

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,653,924  3/1987  Itozaga et al. ........................ 356/369

5,349,197  9/1994  Sakamoto et al. .............. 250/492.22
5,404,019  4/1995  Ohno et al. ................... 250/492.22

FOREIGN PATENT DOCUMENTS

57-132039   8/1982   Japan .
58-206120  12/1983   Japan .
61-4905     1/1986   Japan .

OTHER PUBLICATIONS

"Ultraviolet–visible ellipsometry for process control during the etching of submicrometer features", N. Blayo et al., AT&T Bell Laboratories, Murray Hill, New Jersey (Sep. 28, 1994); Optical Society of America, vol. 12, No. 3/Mar. 1995, pp. 591–599.

*Primary Examiner*—Christopher L. Chin
*Assistant Examiner*—Bao-Thuy L. Nguyen
*Attorney, Agent, or Firm*—Armstrong, Westerman, Hattori, McLeland & Naughton

[57] **ABSTRACT**

A method of fabricating a semiconductor device includes the steps of illuminating a structure formed on a surface of a substrate by an incident optical beam incident to the structure with a predetermined incident angle with respect to the surface, measuring a polarization state of an exiting optical beam exiting from the structure in response to an illumination of the structure by the incident optical beam, and evaluating a size of the structure in a direction parallel to the surface from the polarization state of the exiting optical beam, and adjusting a parameter of production of a semiconductor device in response to the size.

**11 Claims, 24 Drawing Sheets**





US006292428B1

(12) **United States Patent**     (10) Patent No.:     **US 6,292,428 B1**
Tomita et al.                     (45) Date of Patent:         **Sep. 18, 2001**

(54) **SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS**

(75) Inventors: **Hiroyoshi Tomita; Tatsuya Kanda,** both of Kawasaki (JP)

(73) Assignee: **Fujitsu Limited,** Kanagawa (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/240,007**

(22) Filed: **Jan. 29, 1999**

(30)        **Foreign Application Priority Data**

Feb. 3, 1998   (JP) ..................................... 10-022257

(51) Int. Cl.7 ............................................. G11C 8/00
(52) U.S. Cl. ................ 365/233; 365/230.08; 365/189.05
(58) Field of Search ........................... 365/233, 230.08, 365/189.05, 240

(56)              **References Cited**

U.S. PATENT DOCUMENTS

5,341,341 * 8/1994 Fukuzo .......................... 365/233
5,444,667 * 8/1995 Obara .
5,850,368 * 12/1998 Ong et al. ........................ 365/238.5
5,892,730 * 4/1999 Sato et al. ............... 365/189.05 X
6,064,625   5/2000 Tomita .

FOREIGN PATENT DOCUMENTS

7-141870    6/1995 (JP) .
10-269781  10/1998 (JP) .
11-16346    1/1999 (JP) .
12-163954   6/2000 (JP) .
12-40363    8/2000 (JP) .

OTHER PUBLICATIONS

Korean Intellectual Property Office Action Translation, dated Dec. 6, 2000, 2 Pages with Japanese Unexamined Patent Publication No. Hei 7–141870 (Jun. 2, 1995), 1 Page.

* cited by examiner

*Primary Examiner*—Huan Hoang
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn, PLLC

(57)              **ABSTRACT**

A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal includes address-latch circuits, a first control circuit which selects one of the address-latch circuits in sequence in response to the clock signal, and controls the selected one of the address-latch circuits to latch a corresponding one of the addresses in response to the clock signal, and a second control circuit which selects one of the address-latch circuits in sequence in response to the strobe signal, and controls the selected one of the address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

42 Claims, 25 Drawing Sheets





EXHIBIT
X

Page 1 of 2

N, M, M & O Docket No. _____

NIKAIDO, MARMELSTEIN, MURRAY & ORAM LLP

# Declaration For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled (Insert Title) __SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS__

the specification of which

(Check one of blocks 1, 2 or 3. See note A on back of this page)

1. ☒ is attached hereto.
2. ☐ was filed on _____
   International PCT Application Serial No. _____ as
   and was amended on _____

3. ☐ was filed on _____
   U.S. Application Serial No. _____ as
   and was amended on _____ (if applicable)

(if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

| (List prior foreign applications. See note B on back of this page) | Pat. Appln. No.10-022257 | Japan | 3/February/1998 | Priority Claimed |
|---|---|---|---|---|
| | (Number) | (Country) | (Day/Month/Year Filed) | ☒Yes ☐No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐Yes ☐No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐Yes ☐No |

(See Note C on back of this page)    ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

(List prior U.S. Applications)

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys David T. Nikaido, Reg. No. 22,663; Charles M. Marmelstein, Reg. No. 25,895; George E. Oram, Jr., Reg. No. 27,931; Robert B. Murray, Reg. No. 22,960; Martin S. Postman, Reg. No. 18,570; E. Marcia Eman, Reg. No. 32,131; Douglas H. Goldhush, Reg. No. 33,125; Kevin C. Brown, Reg. No. 32,402; Monica Chin Kitts, Reg. No. 36,105; Sharon N. Klesner, Reg. No. 36,335 and Richard J. Berman, Reg. No. 39,107.

Please direct all communications to the following address:

NIKAIDO, MARMELSTEIN, MURRAY & ORAM LLP
Metropolitan Square
655 Fifteenth Street, N.W., Suite 330 - G Street Lobby
Washington, D.C. 20005-5701
(202) 638-5000 Fax: (202) 638-4810

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

(See Note D on back of this page)

Full name of sole or first inventor __Hiroyoshi Tomita__

Inventor's signature _Hiroyoshi Tomita_     X _Jan. 25, 1999_
                                                              Date

Residence _Kawasaki-shi, Kanagawa, Japan_

Citizenship _Japan_

EXHIBIT
Y

Full name of second joint inve    if any  Tatsuya Kanda
Inventor's signature _____ *. *Tatsuya Kanda*_____    Jan. 25, 1999
Residence  Kawasaki-shi, Kanagawa, Japan                   Date
Citizenship Japan
Post Office Address  C/O FUJITSU LIMITED, 1-1, Kamikodanaka 4-chome, Nakahara-ku,
                     Kawasaki-shi, Kanagawa, 211-8588 Japan

Full name of third joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of fourth joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of fifth joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of sixth joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of seventh joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of eighth joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

Full name of ninth joint inventor, if any _____
Inventor's signature _____
Residence _____    _____
                                                               Date
Citizenship _____
Post Office Address _____

US006320819B2

(12) **United States Patent**
Tomita et al.

(10) Patent No.: **US 6,320,819 B2**
(45) Date of Patent: **Nov. 20, 2001**

(54) **SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS**

(75) Inventors: **Hiroyoshi Tomita; Tatsuya Kanda,** both of Kawasaki (JP)

(73) Assignee: **Fujitsu Limited,** Kawasaki (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/733,961

(22) Filed: **Dec. 12, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/240,007, filed on Jan. 29, 1999.

(30) **Foreign Application Priority Data**

Feb. 3, 1998   (JP) .................................... 10-022257

(51) Int. Cl.⁷ ............................................. G11C 8/00
(52) U.S. Cl. .............. 365/233; 365/189.05; 365/230.08; 365/194
(58) Field of Search ........................... 365/233, 189.05, 365/230.08, 194

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,341,341 | 8/1994 | Fukuzo . |
| 5,850,368 | 12/1998 | Ong et al. . |
| 5,892,730 | 4/1999 | Sato et al. . |
| 5,917,772 | * 6/1999 | Pawlowski ................... 365/230.08 X |
| 6,064,625 | 5/2000 | Tomita . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 7-141870 | 6/1995 | (JP) . |
| 10-269781 | 10/1998 | (JP) . |
| 11-16346 | 1/1999 | (JP) . |
| 12-163954 | 6/2000 | (JP) . |
| 12-40363 | 8/2000 | (JP) . |

OTHER PUBLICATIONS

Korean Intellectual Property Office Action Translation, dated Dec. 6, 2000, 2 Pages with Japanese Unexamined Patent Publication No. Hei 7–141780 (Jun. 2, 1995), 1 page.

* cited by examiner

*Primary Examiner*—Huan Hoang
(74) *Attorney, Agent, or Firm*—Arent Fox Kintner Plotkin & Kahn PLLC

(57) **ABSTRACT**

A semiconductor device which receives addresses in synchronism with a clock signal and receives data in synchronism with a strobe signal includes address-latch circuits, a first control circuit which selects one of the address-latch circuits in sequence in response to the clock signal, and controls the selected one of the address-latch circuits to latch a corresponding one of the addresses in response to the clock signal, and a second control circuit which selects one of the address-latch circuits in sequence in response to the strobe signal, and controls the selected one of the address-latch circuits to output a corresponding one of the addresses in response to the strobe signal.

6 Claims, 25 Drawing Sheets





EXHIBIT
Z

N, M, M & O' Docket No. _____    _____         NIKAIDO, MARMELSTEIN, MURRAY & ORAM LLP

# Declaration For U.S. Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled (insert Title) SEMICONDUCTOR DEVICE RECONCILING DIFFERENT TIMING SIGNALS

the specification of which

(Check one of blocks 1, 2 or 3. See note A on back of this page)

1. ☒ is attached hereto.
2. ☐ was filed on _____
   International PCT Application Serial No. _____  as
   and was amended on _____
                                              (if applicable)

3. ☐ was filed on _____  as
   U.S. Application Serial No. _____
   and was amended on _____
                                              (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application for which priority is claimed:

| | Pat. Appln. No. 10-022257 | Japan | 3/February/1998 | Priority Claimed |
|---|---|---|---|---|
| (List prior foreign applications. See note B on back of this page) | (Number) | (Country) | (Day/Month/Year Filed) | ☒ Yes ☐ No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
| | (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |

(See Note C on back of this page)    ☐ See attached list for additional prior foreign applications

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT International filing date of this application:

(List prior U.S. Applications)

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint as principal attorneys David T. Nikaido, Reg. No. 22,663; Charles M. Marmelstein, Reg. No. 25,895; George B. Oram, Jr., Reg. No. 27,931; Robert B. Murray, Reg. No. 22,980; Martin S. Postman, Reg. No. 18,570; E. Marcia Emas, Reg. No. 32,131; Douglas H. Goldhush, Reg. No. 33,125; Kevin C. Brown, Reg. No. 32,402; Monica Chin Kitts, Reg. No. 36,103; Sharon N. Klesner, Reg. No. 36,335 and Richard J. Berman, Reg. No. 39,107.

Please direct all communications to the following address:     NIKAIDO, MARMELSTEIN, MURRAY & ORAM LLP
Metropolitan Square
655 Fifteenth Street, N.W., Suite 330 - G Street Lobby
Washington, D.C. 20005-5701
(202) 638-5000 Fax: (202) 638-4830

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

(See Note D on back of this page)

Full name of sole or first inventor Hiroyoshi Tomita

Inventor's signature *Hiroyoshi Tomita*                     Jan. 25, 1999
                                                                              Date

Residence Kawasaki-shi, Kanagawa, Japan

Citizenship Japan

Post Office Address C/O FUJITSU LIMITED, 1-1, Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa, 211-8588 Japan



**EXHIBIT**

**AA**

Full name of second joint inventor, if any  Tatsuya Kanda

Inventor's signature ___e. ~nya Handa_____    Jan. 25, 1999
                                                              Date

Residence  Kawasaki-shi, Kanagawa, Japan

Citizenship  Japan

Post Office Address  c/o FUJITSU LIMITED, 1-1, Kamikodanaka 4-chome, Nakahara-ku,
                     Kawasaki-shi, Kanagawa, 211-8588 Japan

Full name of third joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of fourth joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of fifth joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of sixth joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of seventh joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of eighth joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____


Full name of ninth joint inventor, if any _____

Inventor's signature _____
                                                              Date

Residence _____

Citizenship _____

Post Office Address _____

1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Ave., Suite 2A
2  Hagåtña, Guam 96910
   (671) 477-9891  Telephone
3  (671) 472-2601  Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall, Suite 12B
5  Sinajana, Guam
   (671) 475-8545  Telephone
6  (671) 475-8550  Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   325 N. St. Paul Street, Suite 4450
8  Dallas, Texas 75201
   (214) 593-9110  Telephone
9  (214) 593-9111  Facsimile

10 Attorneys for Plaintiffs Nanya Technology Corp. and
   Nanya Technology Corp. U.S.A.
11

12                    **UNITED STATES DISTRICT COURT**
13
                          **DISTRICT OF GUAM**
14

15 NANYA TECHNOLOGY CORP. and            Case No. CV-06-00025
16 NANYA TECHNOLOGY CORP. U.S.A.,

17          *Plaintiffs,*                **CERTIFICATE OF SERVICE**

18 v.

19 FUJITSU LIMITED and FUJITSU
20 MICROELECTRONICS AMERICA, INC.,

21          *Defendants.*

22        I, JOSEPH C. RAZZANO, Esq., hereby declare as follows:

23        1.    I am over the age of majority and am competent to testify regarding the matters stated
24 herein.

25        2.    I hereby certify that on May 3, 2007, a true and exact copy of PLAINTIFFS'
26
   RESPONSE TO DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVEN-
27

28                                    -1-

   **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
   TO IMMEDIATELY TRANSFER FOR CONVENIENCE**

IENCE was served via hand delivery on Defendant Fujitsu, Ltd. through its attorneys of record, Calvo

& Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

    3.    I declare under penalty of perjury that the foregoing is true and correct.

DATED at Sinajana, Guam on May 3, 2007.


JOSEPH C. RAZZANO, ESQ.

-2-

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION**
**TO IMMEDIATELY TRANSFER FOR CONVENIENCE**