```
 1  TEKER TORRES & TEKER, P.C.
    130 Aspinall Ave., Suite 2A
 2  Hagåtña, Guam 96910
    (671) 477-9891  Telephone
 3  (671) 472-2601  Facsimile

 4  UNPINGCO & ASSOCIATES, LLC
    777 Route 4, Suite 12B
 5  Sinajana, Guam
    (671) 475-8545  Telephone
 6  (671) 475-8550  Facsimile

 7  SHORE CHAN BRAGALONE LLP
    325 N. St. Paul Street, Suite 4450
 8  Dallas, Texas 75201
    (214) 593-9110  Telephone
 9  (214) 593-9111  Facsimile

10  Attorneys for Plaintiffs
    Nanya Technology Corp. and
11  Nanya Technology Corp. U.S.A.
```

**FILED**
DISTRICT COURT OF GUAM
MAY -4 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA** |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp., U.S.A. ("collectively "Nanya") submits the following ***errata*** to Exhibits A and B to their Response to Defendant's Motion to Immediately Transfer for Convenience filed herein on May 3, 2007 (the "Response"), as follows:

1. Paragraph 5 of the Declaration of Alfonso Garcia Chan, which is Exhibit "A" to the Response, should read as follows:

ORIGINAL

5. A true and correct copy of Nanya's L.R. 26.2 Disclosure, without attachments, exhibits or referenced documents, served in this action, is attached hereto as Exhibit B.

2. Plaintiffs wish to advise the Court, however, that Exhibit "B" to the Declaration of Alfonso Garcia Chan is the proper exhibit.

3. The Declaration of Kimberly Wilson, which is Exhibit "B" to the Response, failed to include the Declarant's address. Therefore, this Errata is made to include the address and telephone numbers of Kimberly Wilson as follows:

**Canyon Creek Travel**
**American Express**
333 West Campbell Road
Suite 440
Richardson, Texas 75080
972-238-1998 or 800-952-1998
972-238-5199 – Fax

Respectfully submitted this 4th day of May, 2007.

**TEKER TORRES & TEKER, P.C.**

By / [signature]
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs