**TEKER TORRES & TEKER, P.C.**
130 Aspinall Ave., Suite 2A
Hagåtña, Guam 96910
(671) 477-9891 Telephone
(671) 472-2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall, Suite 12B
Sinajana, Guam
(671) 475-8545 Telephone
(671) 475-8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2007
MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, Esq., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on May 4, 2007, a true and exact copy of Plaintiffs' **NOTICE OF ERRATA** was served, via hand delivery and electronic mail, on Defendants, through their attorneys of record:

-1-

Michael M. Murray, Esq.
Christopher E. Chalsen, Esq.
**Milbank Tweed Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 main
(212) 530-5219 main fax
cchalsen@milbank.com

David Benjamin, Esq.
**Calvo & Clark**
655 South Marine Corp. Drive
Tamuning, Guam 96913
(671) 646-9355
(671) 646-9403 fax
dbenjamin@calvoclark.com

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on May 5, 2007.

_____
JOSEPH C. RAZZANO, ESQ.

-2-