```
 1  RODNEY J. JACOB, ESQ.
    DANIEL M. BENJAMIN, ESQ.
 2  CALVO & CLARK, LLP
    Attorneys at Law
 3  655 South Marine Corps Drive, Suite 202
 4  Tamuning, Guam 96913
    Telephone:  (671) 646-9355
 5  Facsimile:  (671) 646-9403

 6  CHRISTOPHER E. CHALSEN, ESQ.
 7  MICHAEL M. MURRAY, ESQ.
    LAWRENCE T. KASS, ESQ.
 8  MILBANK, TWEED, HADLEY & MCCLOY LLP
    1 Chase Manhattan Plaza
 9  New York, New York 10005
    Telephone:  (212) 530-5000
10  Facsimile:  (212) 822-5796

11
    Attorneys for Defendants
12  FUJITSU LIMITED, and
    FUJITSU MICROELECTRONICS AMERICA, INC.
13
```

**FILED**
DISTRICT COURT OF GUAM
MAY - 7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
*{G0021791.DOC;1}*

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of Defendants' **NON-AGREEMENT OF HEARING DATE FOR FMA'S MOTION TO COMPEL IMMEDIATE SUBSTANTIVE RESPONSES TO FMA'S JURISDICTIONAL DISCOVERY REQUESTS** was caused to be served via hand delivery and electronic mail on the 2nd day of May, 2007, to the following:

> Joseph C. Razzano, Esq. (email: jrazzano@ttguamlawyers.com)
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
> **LAW OFFICES OF JOHN S. UNPINGCO**
> **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served by depositing the same in a United States Postal Service facility via first class mail and via electronic mail on the 2nd day of May, 2007, to the following:

> Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
> Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
> Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
> **SHORE CHAN BRAGALONE LLP**
> Suite 4450
> 325 North Saint Paul Street
> Dallas, TX 75201

Dated this ___ day of May, 2007.

> CALVO & CLARK, LLP
> MILBANK, TWEED, HADLEY
> & MCCLOY LLP
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> **DANIEL M. BENJAMIN**