RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
MAY - 7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

*CIVIL CASE NO. 06-CV-00025*
{G0021858.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of **DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAY 10, 2007 HEARING DATE ON MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** was caused to be served via hand delivery and electronic mail on the 3rd day of May, 2007, to the following:

>Joseph C. Razzano, Esq. (email: jrazzano@ttguamlawyers.com)
>**TEKER, TORRES & TEKER, P.C.**
>Suite 2A, 130 Aspinall Avenue
>Hagåtña, Guam 96910

>John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
>**LAW OFFICES OF JOHN S. UNPINGCO**
>  **& ASSOCIATES, LLC**
>777 Rte. 4, Suite 12B
>Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served by depositing the same in a United States Postal Service facility via first class mail and via electronic mail on the 3rd day of May, 2007, to the following:

>Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
>Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
>Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
>**SHORE CHAN BRAGALONE LLP**
>Suite 4450
>325 North Saint Paul Street
>Dallas, TX 75201

Dated this 4th day of May, 2007.

>**CALVO & CLARK, LLP**
>**MILBANK, TWEED, HADLEY**
>  **& MCCLOY LLP**
>*Attorneys for Defendants*
>Fujitsu Limited and
>Fujitsu Microelectronics America, Inc.
>
>By: _____
>     JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*                                                                                                       1
{G0021858.DOC;1}