**TEKER TORRES & TEKER, P.C.**
130 Aspinall Ave., Suite 2A
Hagåtña, Guam 96910
(671) 477-9891  Telephone
(671) 472-2601  Facsimile

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam
(671) 475-8545  Telephone
(671) 475-8550  Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 593-9110  Telephone
(214) 593-9111  Facsimile

Attorneys for Plaintiffs Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

FILED
DISTRICT COURT OF GUAM
MAY - 7 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **JOSEPH C. RAZZANO, ESQ.**, hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on May 7, 2007, a true and exact copy of PLAINTIFFS' REPLY IN SUPPORT OF THEIR OBJECTIONS TO THE MAY 10, 2007 HEARING DATE ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE was served via

-1-

ORIGINAL

CERTIFICATE OF SERVICE FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR OBJECTIONS TO THE
MAY 10, 2007 HEARING DATE ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR
CONVENIENCE

1 hand delivery on Defendant Fujitsu, Ltd. through its attorneys of record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Sinajana, Guam on May 7, 2007.

_____
JOSEPH C. RAZZANO, ESQ.

-2-

CERTIFICATE OF SERVICE FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR OBJECTIONS TO THE MAY 10, 2007 HEARING DATE ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE