| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
| | **DANIEL M. BENJAMIN, ESQ.** |
| 2 | **CALVO & CLARK, LLP** |
| 3 | Attorneys at Law |
| | 655 South Marine Corps Drive, Suite 202 |
| 4 | Tamuning, Guam 96913 |
| | Telephone:  (671) 646-9355 |
| 5 | Facsimile:   (671) 646-9403 |
| 6 | |
| | **CHRISTOPHER E. CHALSEN, ESQ.** |
| 7 | **MICHAEL M. MURRAY, ESQ.** |
| | **LAWRENCE T. KASS, ESQ.** |
| 8 | **MILBANK, TWEED, HADLEY & MCCLOY LLP** |
| | 1 Chase Manhattan Plaza |
| 9 | New York, New York 10005 |
| | Telephone:  (212) 530-5000 |
| 10 | Facsimile:   (212) 822-5796 |

**FILED**
DISTRICT COURT OF GUAM

MAY - 8 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
{G0021869.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of:

1) DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE [CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER]

2) DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT

was caused to be served via hand delivery and electronic mail on the 7th day of May, 2007, to the following:

> Joseph C. Razzano, Esq. (email: jrazzano@ttguamlawyers.com)
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
> **LAW OFFICES OF JOHN S. UNPINGCO**
> **& ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served by depositing the same in a United States Postal Service facility via first class mail and via electronic mail on the 7th day of May, 2007, to the following:

> Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
> Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
> Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
> **SHORE CHAN BRAGALONE LLP**
> Suite 4450
> 325 North Saint Paul Street
> Dallas, TX 75201

Dated this 7th day of May, 2007.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY**
> **& MCCLOY LLP**
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> **DANIEL M. BENJAMIN**

*CIVIL CASE NO. 06-CV-00025*
{G0021869.DOC;1}

1