DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., *et al.*,<br><br>    Plaintiffs<br><br>      vs.<br><br>FUJITSU LIMITED, *et al.*,<br><br>    Defendants. | Civil Case No. 06-00025<br><br>**ORDER RE: MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |

After reviewing the filings concerning the Motion to Immediately Transfer for Convenience, the court finds that more time is needed to consider the parties' respective positions. Accordingly, the May 10, 2007 hearing is vacated and rescheduled to June 20, 2007, at 9:30 a.m.[1] In addition, after reviewing the docket and the several motions filed, the court is cognizant of the fact that the parties have seemingly enlisted the aid of the court when working in good faith otherwise should have resolved their differences. The court strongly cautions the parties to exercise restraint before requesting the court to intervene.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: May 08, 2007**

---

[1] In light of the court's order, the Plaintiffs' Objections to the May 10, 2007 Hearing Date on the Motion to Immediately Transfer for Convenience is hereby considered moot and no action will be taken concerning it. Docket No. 233.