RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
MAY -8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br>Plaintiff, <br><br>vs. <br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br>Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br>**DEFENDANTS' REQUEST TO UTILIZE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE HEARING ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE** |

**ORIGINAL**

CIVIL CASE NO. 06-CV-00025
{G0021887.DOC;1}

1  Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. hereby
2  submit this request to utilize the Court's media and projection system during the hearing on their
3  Motion to Immediately Transfer for Convenience scheduled for Thursday, May 10, 2007, at the
4  hour of 10:30 a.m.
5  Respectfully submitted this 8th day of May, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY**
**& MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*                                                                                                         1
{G0021887.DOC;1}