| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
| | **DANIEL M. BENJAMIN, ESQ.** |
| 2 | **JENNIFER A. CALVO-QUITUGUA, ESQ.** |
| 3 | **CALVO & CLARK, LLP** |
| | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
| | Tamuning, Guam 96913 |
| 5 | Telephone: (671) 646-9355 |
| | Facsimile: (671) 646-9403 |
| 6 | |
| 7 | **CHRISTOPHER E. CHALSEN, ESQ.** |
| | **MICHAEL M. MURRAY, ESQ.** |
| 8 | **LAWRENCE T. KASS, ESQ.** |
| | **MILBANK, TWEED, HADLEY & MCCLOY LLP** |
| 9 | 1 Chase Manhattan Plaza |
| | New York, New York 10005 |
| 10 | Telephone: (212) 530-5000 |
| | Facsimile: (212) 822-5796 |
| 11 | |

**FILED**
DISTRICT COURT OF GUAM
MAY _ 8 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORIGINAL**

*CIVIL CASE NO. 06-CV-00025*
*{G0021891.DOC;1}*

The undersigned hereby certifies that a true and correct copy of:

1) DEFENDANTS' REQUEST TO UTILIZE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE HEARING ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE;

2) [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO UTILIZE THE COURTS' MEDIA AND PROJECTION SYSTEM AT THE HEARING ON DEFENDANTS' MOTION TO IMMEDIATELY TRANSFER FOR CONVENIENCE

was caused to be served via hand delivery and electronic mail on the 8th day of May, 2007, to the following:

    Joseph C. Razzano, Esq. (email: jrazzano@ttguamlawyers.com
    **TEKER, TORRES & TEKER, P.C.**
    Suite 2A, 130 Aspinall Avenue
    Hagåtña, Guam 96910

    John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
    **LAW OFFICES OF JOHN S. UNPINGCO**
    **& ASSOCIATES, LLC**
    777 Rte. 4, Suite 12B
    Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served by depositing the same in a United States Postal Service facility via first class mail and via electronic mail on the 8th day of May, 2007, to the following:

    Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
    Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
    Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
    **SHORE CHAN BRAGALONE LLP**
    Suite 4450
    325 North Saint Paul Street
    Dallas, TX 75201

Dated this 8th day of May, 2007.

    **CALVO & CLARK, LLP**
    **MILBANK, TWEED, HADLEY**
    **& MCCLOY LLP**
    *Attorneys for Defendants*
    Fujitsu Limited and
    Fujitsu Microelectronics America, Inc.

By: _/s/ Jennifer A. Calvo-Quitugua_
    JENNIFER A. CALVO-QUITUGUA