United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

(FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

Read Instructions on Back

| # | Field | Value |
|---|---|---|
| 1. | NAME | Calvo & Clark, LLP |
| 2. | PHONE NUMBER | 646-9355 |
| 3. | DATE | May 09, 2007 |
| 4. | MAILING ADDRESS | 655 S. Marine Corp Dr., Ste 202 |
| 5. | CITY | Tamuning |
| 6. | STATE | GU |
| 7. | ZIP CODE | 96913 |
| 8. | CASE NUMBER | 06-00025 |
| 9. | CASE NAME | Nanya v. Fujitsu |
| 10. | FROM | April 25, 2007 |
| 11. | TO | April 25, 2007 |
| 12. | PRESIDING JUDICIAL OFFICIAL | Judge Manibusan |
| 13. | CITY | Hagatna |
| 14. | STATE | Guam |

15. ORDER FOR: [ ] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL  [x] CIVIL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [ ] BANKRUPTCY  [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | [x] OTHER (Specify) Hrg - re: Motion to Compel | April 25, 2007 |
| [ ] JURY INSTRUCTIONS | | | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
MAY - 9 2007
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [x] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | 1 | |
| [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATED TOTAL

18. SIGNATURE
19. DATE
PHONE NUMBER

| | DATE | BY | | |
|---|---|---|---|---|
| PROCESSED BY | | | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED | | | TOTAL REFUNDED | |
| TO PICK UP CD | | | | |
| PARTY RECEIVED CD | | | TOTAL DUE | |