1  **RODNEY J. JACOB, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
2  **JENNIFER A. CALVO-QUITUGUA, ESQ.**
   **CALVO & CLARK, LLP**
3  Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam  96913
5  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
6

7  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
8  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:    (212) 530-5000
   Facsimile:    (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

14

15                    IN THE UNITED STATES DISTRICT COURT
                              DISTRICT OF GUAM
16

| | |
|---|---|
| 17  NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| 18                    Plaintiffs, | **ORDER GRANTING DEFENDANTS'** |
| 19           vs. | **REQUEST TO UTILIZE THE COURTS' MEDIA AND PROJECTION SYSTEM AT THE HEARING ON** |
| 20  FUJITSU LIMITED, FUJITSU | **DEFENDANTS' MOTION TO** |
| 21  MICROELECTRONICS AMERICA, INC., | **IMMEDIATELY TRANSFER FOR CONVENIENCE** |
| 22                    Defendants. | |

23
24
25
26
27
28

*CIVIL CASE NO. 06-CV-00025*
*{G0021903.DOC;1}*

1  For good cause shown, Defendants' Request to Utilize to Utilize the Courts' Media
2  and Projection System at the Hearing on Defendants' Motion to Immediately Transfer for
3  Convenience is hereby GRANTED.

4  SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
  **Dated: May 09, 2007**