**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FUJITSU LIMITED and FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. CV-06-00025<br><br><br>**CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on May 15, 2007, a true and exact copy of PLAINTIFFS' RESPONSE AND MEMORANDUM IN OPPOSITION TO FUJITSU LTD.'S MOTION TO

---

DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT was served via hand delivery and/or electronic mail on Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. through their attorneys of record:

| | |
|---|---|
| Michael M. Murray, Esq.<br>Christopher E. Chalsen, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000  main<br>(212) 530-5219  main fax<br>cchalsen@milbank.com | David Benjamin, Esq.<br>Calvo & Clark<br>655 South Marine Corp. Drive<br>Tamuning, Guam 96913<br>(671) 646-9355<br>(671) 646-9403  fax<br>dbenjamin@calvoclark.com |

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam on May 15, 2007.

By: _____
JOSEPH C. RAZZANO, ESQ.