IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A

    Plaintiffs,

-v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

    Defendants.

CIVIL CASE NO. 06-CV-00025

**DECLARATION OF MICHAEL M. MURRAY**

I, MICHAEL M. MURRAY, declare as follows:

1. I am an attorney of record for Defendants Fujitsu Limited and Fujitsu Microelectronics America in the above-captioned and titled case.

2. On May 23, 2007, I purchased at Duane Reade in New York, New York, a Johnson & Johnson Lifescan OneTouch Ultra glucose monitor ("OneTouch"). Attached hereto and incorporated herein as Exhibit "A" is a true and correct copy of the receipt for the OneTouch.

3. I shipped the unopened OneTouch to James Dunlop at TAEUS International Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th Day of May, 2007.

By: _____
Michael M. Murray

1

*CIVIL CASE NO. 06-CV-00025*

**ORIGINAL**

# EXHIBIT A

```
****       DUANE READE #105      ****
    45 PINE STREET NEW YORK, NY 10005

  16496          10    3152   105    051

  ONE TOUCH ULTRA     1N   67.99
         TOTAL             67.99

         CASH              70.00
         CHANGE             2.01

      Refunds Require A Receipt
   (212)742-8454  www.duanereade.com
   MAY 23, 2007              1:16 PM

   SIGN UP TODAY FOR THE DUANE READE
           DOLLAR REWARDS CARD
```