1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  JENNIFER A. CALVO-QUITGUA, ESQ.
   CALVO & CLARK, LLP
3  Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:   (671) 646-9355
   Facsimile:    (671) 646-9403
6
7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
11 Facsimile:    (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007 *nbc*
MARY L.M. MORAN
CLERK OF COURT

14

15              IN THE UNITED STATES DISTRICT COURT

16                       DISTRICT OF GUAM

17 | NANYA TECHNOLOGY CORP. and          | CIVIL CASE NO. 06-CV-00025
18 | NANYA TECHNOLOGY CORP. U.S.A.,      |
19 |              Plaintiff,              | **FUJITSU MICROELECTRONICS
20 |         vs.                          | AMERICA, INC.S MOTION FOR
                                           LEAVE TO FILE PORTABLE
21 | FUJITSU LIMITED, FUJITSU             | DOCUMENT FORMAT ("PDF") AND
    | MICROELECTRONICS AMERICA, INC.,   | FACSIMILES COPIES PENDING
22 |                                      | RECEIPT OF ORIGINAL**
   |              Defendants.             |
23                                         | [NO ORAL ARGUMENT REQUESTED]
24
25
26
27
28

*CIVIL CASE NO.06-CV-00025*            **ORIGINAL**

1  NOW COMES Defendant Fujitsu Microelectronics America, Inc. ("FMA") and
2  respectfully moves this Honorable Court for leave to file herewith PDF and/or facsimile copies of
3  the following documents pending receipt of the originals:

4      1)       **DECLARATION OF MICHAEL M. MURRAY;**

5      2)       **DECLARATION OF JAMES DUNLOP;**

6      3)       **DECLARATION OF AKIO NEZU**

7
8  This motion is made pursuant to GR 5.1(a) of the Local Rules of Practice for the
9  District Court of Guam. FMA seeks leave to file the copies pending receipt of the originals on
10 the ground that the signatories are located in Japan and New York, and it was not possible in the
11 time available to transmit the originals to Guam for filing. The original documents are being sent
12 to counsel, and will be filed with the Court upon receipt. Pending receipt of the originals, FMA
13 therefore requests leave to file pdf and/or facsimile copies, which were filed May 31, 2007.
14 Counsel for FMA further respectfully requests that the Court pardon the failure of counsel in
15 failing to file this Motion concurrently with the above-referenced declarations. The matter was an
16 oversight and counsel will work to ensure that future requests are filed concurrently, as had been
17 consistently done in the past.

18  Respectfully submitted this 1st day of June, 2007

19          **CALVO & CLARK, LLP**
20          **MILBANK, TWEED, HADLEY**
        **& MCCLOY LLP**
21          *Attorneys for Defendants*
        Fujitsu Limited and
22          Fujitsu Microelectronics America, Inc.

23  By: _____
24          JENNIFER A. CALVO-QUITUGUA
25
26
27
28

*CIVIL CASE NO. 06-CV-00025*
{G0022532.DOC;1}                                                                                         2