| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
| 2 | **DANIEL M. BENJAMIN, ESQ.** |
|   | **JENNIFER A. CALVO-QUITUGUA, ESQ.** |
| 3 | **CALVO & CLARK, LLP** |
|   | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
|   | Tamuning, Guam 96913 |
| 5 | Telephone:    (671) 646-9355 |
|   | Facsimile:     (671) 646-9403 |
| 6 | |

**FILED**
DISTRICT COURT OF GUAM

JUN -1 2007

MARY L.M. MORAN
CLERK OF COURT

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 530-5000
Facsimile:     (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
{G0022540.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of:

1) **FUJITSU MICROELECTRONICS AMERICA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT;**

2) **DECLARATION OF MICHAEL M. MURRAY;**

3) **DECLARATION OF JAMES DUNLOP; and**

4) **DECLARATION OF AKIO NEZU**

was caused to be served via hand delivery and electronic mail on the 31st day of May, 2007, to the following:

> Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com)
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served via electronic mail on the 31st day of May and by depositing the same in a United States Postal Service facility via first class mail on the 1st day of June, 2007, to the following:

> Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
> Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
> Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
> **SHORE CHAN BRAGALONE LLP**
> Suite 4450
> 325 North Saint Paul Street
> Dallas, TX 75201

Dated this 1st day of June, 2007.

> CALVO & CLARK, LLP
> MILBANK, TWEED, HADLEY & MCCLOY LLP
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0022540.DOC;1}

1