1  **RODNEY J. JACOB, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
2  **JENNIFER A. CALVO-QUITUGUA, ESQ.**
3  **CALVO & CLARK, LLP**
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam  96913
5  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
6

7  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
8  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:    (212) 530-5000
11 Facsimile:    (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

14

15                    IN THE UNITED STATES DISTRICT COURT
16
                              DISTRICT OF GUAM
17

18 NANYA TECHNOLOGY CORP. and            CIVIL CASE NO. 06-CV-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
19
                    Plaintiff,
20
21           vs.                          **CERTIFICATE OF SERVICE**

22 FUJITSU LIMITED, FUJITSU
   MICROELECTRONICS AMERICA, INC.,
23
                    Defendants.
24

25

26

27

28

*CIVIL CASE NO. 06-CV-00025*          **ORIGINAL**
*{G0022549.DOC;1}*

FILED
DISTRICT COURT OF GUAM

JUN - 1 2007

MARY L.M. MORAN
CLERK OF COURT

1    The undersigned hereby certifies that a true and correct copy of:

2   **1) FUJITSU MICROELECTRONICS AMERICA, INC.S
3      MOTION FOR LEAVE TO FILE PORTABLE
       DOCUMENT FORMAT ("PDF") AND FACSIMILES
4      COPIES PENDING RECEIPT OF ORIGINAL;**

5   **2) [PROPOSED] ORDER GRANTING FUJITSU
       MICROELECTRONICS AMERICA, INC.'S MOTION
6      FOR LEAVE TO FILE PORTABLE DOCUMENT
       FORMAT ("PDF") AND FACSIMILE COPIES PENDING
7      RECEIPT OF ORIGINALS;**

8 was caused to be served via hand delivery and electronic mail on the 1st day of June, 2007, to the

9 following:

10      Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com
       **TEKER, TORRES & TEKER, P.C.**
11      Suite 2A, 130 Aspinall Avenue
       Hagåtña, Guam 96910

12      John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
13      **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
       777 Rte. 4, Suite 12B
14      Sinajana, Guam 96910

15    The undersigned further certifies that a true and correct copy of the above-listed

16 document was caused to be served via electronic mail and by depositing the same in a United

17 States Postal Service facility via first class mail on the 1st day of June, 2007, to the following:

18      Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
       Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
19      Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
       **SHORE CHAN BRAGALONE LLP**
20      Suite 4450
       325 North Saint Paul Street
21      Dallas, TX 75201

22   Dated this 1st day of June, 2007.

23

24      **CALVO & CLARK, LLP**
       **MILBANK, TWEED, HADLEY & MCCLOY LLP**
25      *Attorneys for Defendants*
       Fujitsu Limited and
26      Fujitsu Microelectronics America, Inc.

27      By: _____
28      **JENNIFER A. CALVO-QUITUGUA**