RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:    (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:    (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br>Plaintiff, <br><br>vs. <br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br>Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br>**NOTICE OF FILING OF FUJITSU LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT** |

*CIVIL CASE NO. 06-CV-00025*
*{G0022559.DOC;1}*

**ORIGINAL**

1  PLEASE TAKE NOTICE that Defendant Fujitsu Limited concurrently files herewith **FUJITSU LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT** one day after the deadline for filing, the explanation therefor is provided in the attached Declaration of Jennifer A. Calvo-Quitugua.

Further, counsel for Defendants, Daniel Benjamin, has spoken with counsel for Plaintiffs, Joseph Razzano, to explain these events. Mr. Razzano has stated that Plaintiffs will not object to this filing. Mr. Benjamin has represented to Mr. Razzano that Defendants will support granting Plaintiff an additional one day to file their surreply to correct for the one day delay in filing this reply.

Dated this 1st day of June, 2007.

CALVO & CLARK, LLP
MILBANK, TWEED, HADLEY & MCCLOY LLP
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0022559.DOC;1}