
1  **RODNEY J. JACOB, ESQ.**
2  **DANIEL M. BENJAMIN, ESQ.**
   **JENNIFER A. CALVO-QUITUGUA, ESQ.**
3  **CALVO & CLARK, LLP**
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:   (671) 646-9355
   Facsimile:    (671) 646-9403
6

7  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
8  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
11 Facsimile:    (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **NOTICE OF FILING OF CORRECTED DECLARATIONS OF MICHAEL M. MURRAY, JAMES DUNLOP, AND AKIO NEZU** |

*CIVIL CASE NO. 06-CV-00025*
*{G0022560.DOC;1}*

**ORIGINAL**

1    PLEASE TAKE NOTICE that Defendant Fujitsu Microelectronics America, Inc. concurrently files herewith the corrected Declaration of Michael M. Murray, Declaration of James Dunlop, and Declaration of Akio Nezu, to include the submitting parties' information on the caption page. The declarations were filed with the court on May 31, 2007, and a Motion Granting Fujitsu Microelectronics America, Inc. Leave to File Portable Document Format and Facsimile Copies Pending Receipt of Originals has been submitted and is currently pending with the Court.

    Respectfully submitted this 1st day of June, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
*{G0022560.DOC;1}*

1