```
 1  RODNEY J. JACOB, ESQ.
    DANIEL M. BENJAMIN, ESQ.
 2  JENNIFER A. CALVO-QUITUGUA, ESQ.
    CALVO & CLARK, LLP
 3  Attorneys at Law
 4  655 South Marine Corps Drive, Suite 202
    Tamuning, Guam  96913
 5  Telephone:   (671) 646-9355
    Facsimile:   (671) 646-9403
 6
 7  CHRISTOPHER E. CHALSEN, ESQ.
    MICHAEL M. MURRAY, ESQ.
 8  LAWRENCE T. KASS, ESQ.
    MILBANK, TWEED, HADLEY & MCCLOY LLP
 9  1 Chase Manhattan Plaza
    New York, New York 10005
10  Telephone:   (212) 530-5000
11  Facsimile:   (212) 822-5796

12  Attorneys for Defendants
    FUJITSU LIMITED, and
13  FUJITSU MICROELECTRONICS AMERICA, INC.
```

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**DECLARATION OF JAMES DUNLOP** |

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A

          Plaintiffs,

-v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

          Defendants.

CIVIL CASE NO. 06-CV-00025

**DECLARATION OF JAMES DUNLOP**

I, JAMES DUNLOP, declare as follows:

## I. BACKGROUND OF JAMES DUNLOP

1. I am an Engineering Program Manager at TAEUS International Corporation ("TAEUS") of Colorado Springs, Colorado, and have held that position since April 2005.

2. I hold a Bachelor's degree in International Business from Fort Lewis College of Durango, Colorado and a Master of Science in Electrical Engineering from Colorado Technical University of Colorado Springs, Colorado.

## II. SCOPE OF ENGAGEMENT

3. TAEUS specializes in the reverse engineering and analysis of semiconductor devices, and has performed this type of work since 1992. TAEUS is a leader in applying sophisticated forensic methodologies to intellectual property in support of the licensing and litigation efforts of its customers.

1

*CIVIL CASE NO. 06-CV-00025*

4. TAEUS was engaged by counsel for Defendants Fujitsu Limited and Fujitsu Microelectronics America ("FMA") to open a Johnson & Johnson Lifescan OneTouch Ultra glucose monitor ("OneTouch"), and photograph and document the integrated circuits that are present on the board inside the OneTouch.

## II. HANDLING OF THE LIFESCAN ONETOUCH ULTRA GLUCOSE MONITOR

5. As part of my duties at TAEUS, I personally supervised the receipt, handling, disassembly, and photography involved in the analysis requested by Michael M. Murray, counsel for Fujitsu Limited and FMA.

6. TAEUS received a OneTouch monitor from Michael Murray in the original unopened packaging.

7. I personally kept custody and control over the OneTouch through each step of the analysis described below.

8. No changes or modifications were made to the OneTouch.

9. I personally prepared a report of the results of our analysis of the OneTouch, and attach as Exh. A hereto a true and correct copy of our report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th Day of May, 2007.

By: *James Dunlop*

*CIVIL CASE NO. 06-CV-00025*

2

# EXHIBIT A



# LIFESCAN ONETOUCH ULTRA

BLOOD GLUCOSE MONITORING SYSTEM

Prepared for Milbank, Tweed,
Hadley & McCloy LLP
Project #07-MTH001-0026
May 30, 2007

Questions on the contents of this report may be addressed to:

TAEUS International Corporation
1155 Kelly Johnson Blvd, Suite 400 Colorado Springs, CO 80920 USA
Tel. +1719.325.5000 | Fax. +1.719.632.5175 | www.taeus.com

The technical analyses and opinions expressed in this report are those of TAEUS International Corporation and should not be construed as a legal opinion. The expression of these technical opinions and analyses must not be construed as an inducement to copy or infringe any patent or design feature mentioned in this report. TAEUS International Corporation assumes no liability for any patent infringement or any other actions resulting from the use of this information.

This document ©2007 TAEUS International Corporation. All Rights Reserved. TAEUS and the TAEUS logo are registered trademarks of TAEUS International Corporation

T|A|E|U|S.

# CONTENTS

TAEUS International Corporation ..........................................................................................................3

Project Description .................................................................................................................................4

 *Figure 1. LifeScan OneTouch Ultra - In Box* ..............................................................................5
 *Figure 2. LifeScan OneTouch Ultra - Box Contents* ...................................................................6
 *Figure 3. LifeScan OneTouch Ultra – Front* ...............................................................................7
 *Figure 4. LifeScan OneTouch Ultra – Back* ................................................................................8
 *Figure 5. LifeScan OneTouch Ultra – Back of PC Board* ..........................................................9
 *Figure 6. LifeScan OneTouch Ultra – Back of PC Board Markings* .........................................9
 *Figure 7. LifeScan OneTouch Ultra – Back of PC Board Barcode* .........................................10
 *Figure 8. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel in Place* ............11
 *Figure 9. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel Removed* ..........12
 *Figure 10. LifeScan OneTouch Ultra – Back of LCD Panel* ....................................................13
 *Figure 11. LifeScan OneTouch Ultra – PC Board Front Showing ElectroMed GE-5,*
  *Additional Chip Markings: A852220639* ................................................................14
 *Figure 12. LifeScan OneTouch Ultra – PC Board Front Showing NEC Electromed FTA-R7-A,*
  *Additional Chip Markings: 0706EES00* ..................................................................15

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 2 of 15



# TAEUS INTERNATIONAL CORPORATION

TAEUS International Corporation is the leader in applying engineering principles to patents. We help clients generate positive value from patents by showing how our clients' patents are used by others. We apply a unique engineering perspective and innovative business methods to analyze patent portfolios, reverse engineer competitive products, search for prior art, value patents, and support licensing with technical experts and analyses.

TAEUS is headquartered in Colorado Springs, Colorado and has offices in Silicon Valley, Chicago, London, Zurich, Tokyo, Seoul, Taipei, Shanghai, St. Petersburg, Moscow, and Romania.

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 3 of 15



## PROJECT DESCRIPTION

TAEUS International Corporation (TAEUS) was tasked with opening the LifeScan OneTouch Ultra, photograph and document the integrated circuits that are present on the board inside the glucose meter. A total of two chips were found, the first chip being marked with ElectroMed, the second being marked with NEC.

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 4 of 15

T|A|E|U|S.



Figure 1. LifeScan OneTouch Ultra - In Box

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 5 of 15

T|A|E|U|S.



Figure 2. LifeScan OneTouch Ultra - Box Contents

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 6 of 15

T|A|E|U|S.



Figure 3. LifeScan OneTouch Ultra – Front

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 7 of 15

T|A|E|U|S.
Engineering Intellectual Property



Figure 4. LifeScan OneTouch Ultra – Back

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 8 of 15

T|A|E|U|S.



Figure 5. LifeScan OneTouch Ultra – Back of PC Board



Figure 6. LifeScan OneTouch Ultra – Back of PC Board Markings

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 9 of 15

T|A|E|U|S.
Engineering Intellectual Property



Figure 7. LifeScan OneTouch Ultra – Back of PC Board Barcode

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 10 of 15

T|A|E|U|S.



Figure 8. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel in Place

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 11 of 15

T|A|E|U|S.



Figure 9. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel Removed

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 12 of 15

T|A|E|U|S.



Figure 10. LifeScan OneTouch Ultra – Back of LCD Panel

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 13 of 15



Figure 11. LifeScan OneTouch Ultra – PC Board Front Showing ElectroMed GE-5, Additional Chip Markings: A852220639

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 14 of 15

T|A|E|U|S.



Figure 12. LifeScan OneTouch Ultra – PC Board Front Showing NEC Electromed FTA-R7-A, Additional Chip Markings: 0706EES00

©2007 TAEUS International Corporation
tel. +1.719.325.5000 | fax. +1.719.632.5175
www.taeus.com

LifeScan OneTouch Ultra Blood Glucose Monitoring System
Privileged and Confidential
Page 15 of 15