| | |
|---|---|
| 1 | RODNEY J. JACOB, ESQ. |
|   | DANIEL M. BENJAMIN, ESQ. |
| 2 | JENNIFER A. CALVO-QUITUGUA, ESQ. |
| 3 | CALVO & CLARK, LLP |
|   | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
|   | Tamuning, Guam 96913 |
| 5 | Telephone:   (671) 646-9355 |
|   | Facsimile:   (671) 646-9403 |
| 6 | |
| 7 | CHRISTOPHER E. CHALSEN, ESQ. |
|   | MICHAEL M. MURRAY, ESQ. |
| 8 | LAWRENCE T. KASS, ESQ. |
|   | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 9 | 1 Chase Manhattan Plaza |
|   | New York, New York 10005 |
| 10 | Telephone:   (212) 530-5000 |
| 11 | Facsimile:   (212) 822-5796 |

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **DECLARATION OF** |
|  | **MICHAEL M. MURRAY** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A

        Plaintiffs,

-v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

        Defendants.

CIVIL CASE NO. 06-CV-00025

**DECLARATION OF
MICHAEL M. MURRAY**

I, MICHAEL M. MURRAY, declare as follows:

1. I am an attorney of record for Defendants Fujitsu Limited and Fujitsu Microelectronics America in the above-captioned and titled case.

2. On May 23, 2007, I purchased at Duane Reade in New York, New York, a Johnson & Johnson Lifescan OneTouch Ultra glucose monitor ("OneTouch"). Attached hereto and incorporated herein as Exhibit "A" is a true and correct copy of the receipt for the OneTouch.

3. I shipped the unopened OneTouch to James Dunlop at TAEUS International Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th Day of May, 2007.

By: _____
      Michael M. Murray

1

*CIVIL CASE NO. 06-CV-00025*

# EXHIBIT A

```
****      DUANE READE #105      ****
   45 PINE STREET NEW YORK, NY 10005

  16496        10    3152    105    051

  ONE TOUCH ULTRA     1N     67.99
         TOTAL               67.99

         CASH                70.00
         CHANGE               2.01

       Refunds Require A Receipt
   (212)742-8454   www.duanereade.com
   MAY 23, 2007              1:16 PM

   SIGN UP TODAY FOR THE DUANE READE
           DOLLAR REWARDS CARD
```