1 | RODNEY J. JACOB, ESQ.
2 | DANIEL M. BENJAMIN, ESQ.
    | JENNIFER A. CALVO-QUITUGUA, ESQ.
3 | CALVO & CLARK, LLP
    | Attorneys at Law
4 | 655 South Marine Corps Drive, Suite 202
    | Tamuning, Guam 96913
5 | Telephone:   (671) 646-9355
    | Facsimile:   (671) 646-9403
6 |
7 | CHRISTOPHER E. CHALSEN, ESQ.
    | MICHAEL M. MURRAY, ESQ.
8 | LAWRENCE T. KASS, ESQ.
    | MILBANK, TWEED, HADLEY & MCCLOY LLP
9 | 1 Chase Manhattan Plaza
    | New York, New York 10005
10 | Telephone:   (212) 530-5000
11 | Facsimile:   (212) 822-5796

12 | *Attorneys for Defendants*
    | FUJITSU LIMITED, and
13 | FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **DECLARATION OF AKIO NEZU** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A<br><br>Plaintiffs,<br><br>-v-<br><br>FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>DECLARATION OF<br>AKIO NEZU |

I, AKIO NEZU, declare under penalty of perjury that the following is true and correct:

1. My name is Akio Nezu. I am over the age of 21 and am competent to make this declaration. I make the following statements to the best of my personal knowledge, confirmed by a reasonable inquiry.

2. I am the Marketing Manager for the embedded microcontroller products for Fujitsu Microelectronics America, Inc. ("FMA") and my office is located at 1250 East Arques Ave., Bldg. M/S 333, Sunnyvale, California 94085-5401..

3. I was responsible for the preparation of the brochure featuring a Johnson & Johnson OneTouch Ultra glucose monitoring system advertising the uses of 8 bit microcontrollers ("MCUs") marketed by FMA. (NTC0089676 in Exhibit 11 of Plaintiffs' Response And Memorandum In Opposition To Defendants' Motions to Dismiss or Transfer.)

*CIVIL CASE NO. 06-CV-00025*

1

4. The advertisement incorrectly states that "glucose monitors" are one example of an application where our "8 bit MCUs have found a home." This advertisement should have more accurately stated that these devices "would be a good home" for these 8 bit microcontrollers.

5. This brochure was intended to show an example of a device that could potentially be a "design fit" for 8 bit microcontrollers and was not intended to indicate an actual sale of microcontrollers from FMA or Fujitsu Limited for incorporation into the Johnson & Johnson OneTouch Ultra glucose monitoring system.

6. FMA never actually supplied any microcontrollers for any glucose monitoring devices.

7. I am not aware of any microcontrollers sold by FMA that have actually been incorporated into a glucose monitoring device.

8. Our customer sales database shows that FMA has not made any direct sales to Johnson & Johnson and I am not aware of any sales to distributors that have sold microcontrollers to Johnson & Johnson.

9. I have no knowledge of the actual components in the Johnson & Johnson OneTouch Ultra glucose monitoring system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th Day of May, 2007.

By: _____
AKIO NEZU

*CIVIL CASE NO. 06-CV-00025*

2