| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
|   | **DANIEL M. BENJAMIN, ESQ.** |
| 2 | **JENNIFER A. CALVO-QUITUGUA, ESQ.** |
| 3 | **CALVO & CLARK, LLP** |
|   | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
|   | Tamuning, Guam 96913 |
| 5 | Telephone:  (671) 646-9355 |
|   | Facsimile:   (671) 646-9403 |

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2007
MARY L.M. MORAN
CLERK OF COURT

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | **DECLARATION OF JENNIFER A. CALVO-QUITUGUA** |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

*CIVIL CASE NO. 06-CV-00025*
*{G0022556.DOC;1}*

**ORIGINAL**

I, Jennifer A. Calvo-Quitugua, do hereby declare as follows:

1. I am an attorney at Calvo & Clark, LLP, local counsel of record for defendants Fujitsu Limited ("Fujitsu Ltd.") and Fujitsu Microelectronics America, Inc. ("FMA") in this matter. I make this declaration on personal knowledge, and if called as a witness, I could and would testify thereto.

2. I have personal knowledge of the facts stated herein and if called to testify I could and would competently testify thereto.

3. On May 31, 2007, I was covering this and other matters for attorneys in our firm who were unable to attend them, as well as attending to a medical emergency of a family member.

4. I received Fujitsu Ltd.'s completed Reply In Support of Its Motion to Dismiss or Transfer to the Northern District of California and for a More Definite Statement on May 31, 2007 from co-counsel before the deadline to file the same with the Court and in time to complete the filing.

5. However, due to strenuous circumstances, I failed to file Fujitsu Ltd.'s Reply with FMA's Reply and supporting declarations.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed on this 1st day of June, 2007.

_____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*
{G0022556.DOC;1}

1