**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**JENNIFER A. CALVO-QUITUGUA, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam  96913
Telephone:     (671) 646-9355
Facsimile:      (671) 646-9403

**CHRISTOPHER E. CHALSEN, ESQ.**
**MICHAEL M. MURRAY, ESQ.**
**LAWRENCE T. KASS, ESQ.**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:     (212) 530-5000
Facsimile:      (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-00025 <br><br> **ORDER** <br><br> **Granting FMA's Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Originals** |

*CIVIL CASE NO. 06-CV-00025*
*{G0022539.DOC;1}*

For good cause being shown, Defendant Fujitsu Microelectronics America, Inc.'s Motion for Leave to File Portable Document Format ("PDF") and Facsimile Copies Pending Receipt of Originals of the following:

    1)    **DECLARATION OF MICHAEL M. MURRAY;**

    2)    **DECLARATION OF JAMES DUNLOP;**

    3)    **DECLARATION OF AKIO NEZU**

is hereby GRANTED.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    U.S. Magistrate Judge
**Dated: Jun 05, 2007**