1  **TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
2  Hagåtña, Guam 96910
671.477.9891 Telephone
3  671.472.2601 Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
5  Sinajana, Guam
671.475.8545 Telephone
6  671.475.8550 Facsimile

7  **SHORE CHAN BRAGALONE LLP**
Suite 4450
8  325 N. St. Paul Street
Dallas, Texas 75201
9  (214) 593-9110 Telephone
(214) 593-9111 Facsimile
10

*Attorneys for Plaintiffs, Nanya Technology Corp. and*
11  *Nanya Technology Corp. U.S.A.*

12

13                    **IN THE DISTRICT COURT OF GUAM**

14

15  NANYA TECHNOLOGY CORP. AND          Case No. CV-06-00025
NANYA TECHNOLOGY CORP. U.S.A.,
16

17              Plaintiffs,            **STIPULATED MOTION FOR
                                      CONTINUANCE OF BRIEFING**
18  v.                                **SCHEDULE AND HEARING DATES
                                      PURSUANT TO THE FEBRUARY 20,**
19  FUJITSU LIMITED AND FUJITSU       **2007 STIPULATION ADOPTED BY THE
MICROELECTRONICS AMERICA, INC.,      COURT ON FEBRUARY 26, 2007**
20

21              Defendants.

22

23

24

25

26

27

28

FILED
DISTRICT COURT OF GUAM

JUN _ 6 2007  mba

MARY L.M. MORAN
CLERK OF COURT

1

**ORIGINAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties hereby stipulate as follows through their undersigned counsel:

On May 9, 11, and 14-15, 2007, consistent with the Court's April 26, 2007 Order denying Plaintiffs' motion to compel and consistent with Defendants' previous offers, Defendants produced forthwith over 800,000 pages of documents that Defendants assert were in response to Plaintiffs' April 13, 2007 follow-up document requests. In order to have more time to review the documents, Plaintiffs seek a short continuance of the June 22 hearing date and an adjustment to the deadlines for the remaining briefing. While Defendants do not concede that Plaintiffs need the additional time, to avoid burdening the Court with additional motion practice, Defendants have agreed to Plaintiffs' request so long as the hearing is not delayed beyond the week of July 9-13, 2007. The parties have been informed that the Court may be available on July 10, 2007, but that any hearing request should be made in a stipulation by the parties.

Defendants note that they have entered into this stipulation expressly without agreeing to adjourn the June 20, 2007 hearing date on Defendants' motion for an immediate transfer on the grounds of convenience. Defendants respectfully maintain their position that such motion should be heard as scheduled on June 20, 2007. The parties do not by this stipulation seek an extension of June 20, 2007 hearing date.

Plaintiffs note that, should the Court not be available during the week of July 9-13, 2007, Plaintiffs by this stipulation do not restrict their right and ability to seek a continuance of the June 22, 2007 hearing date to the next available date on which the Court is available to hear the matter. Nor do Plaintiffs concede by entering into this stipulation that the June 20, 2007 hearing should not also be adjourned and continued.

Accordingly, the parties agree and stipulate to the following revised Briefing Schedule and Hearing Schedule on the Motions to Dismiss:

1.      The hearing on Defendants' Motions to Dismiss currently set for June 22 shall be

moved to July 10, 2007 or such other date on the week of July 9-13 as the Court might be available.

2.    Plaintiffs' Sur Reply shall be filed on or before June 26, 2007;

3.    Defendants' Sur Reply shall be filed on or before July 3, 2007;

4.    The length of the Sur Replies be increased from five (5) to ten (10) pages.

Further, counsel for Defendants has informed counsel for Plaintiffs as to the circumstances behind the inadvertent delay in filing Fujitsu Limited's reply brief as addressed in Defendants' June 1 filings, and counsel for Plaintiffs has no objection to the filing of the reply with the Court. In the event that this stipulation is not otherwise granted by the Court, it is respectfully requested that the reply brief be accepted and that Plaintiffs receive an extra day to file their Sur-Reply in accordance with the parties February 20, 2007 stipulation.

This Stipulation is entered into in good faith pursuant to paragraph 6 of the February 20, 2007 Stipulation.

All other provisions of the Stipulation of February 20, 2007 remain in full force and effect.

So STIPULATED this _6th_ day of June, 2007.

TEKER TORRES & TEKER, P.C.

By_____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs

CALVO & CLARK

By_____
DANIEL M. BENJAMIN, ESQ.
Attorneys for Defendants