| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.** |
| 2 | 130 Asinall Avenue-Suite 2A<br>Hagatna, Guam 96910 |
| 3 | 671.477.9891 Telephone<br>671.472.2601 Facsimile |
| 4 | **UNPINGCO & ASSOCIATES, LLC** |
| 5 | Sinajana Mall-Suite 12B<br>Sinajana, Guam |
| 6 | 671.475.8545 Telephone<br>671.475.8550 Facsimile |
| 7 | **SHORE CHAN BRAGALONE LLP**<br>Suite 4450 |
| 8 | 325 N. St. Paul Street<br>Dallas, Texas 75201 |
| 9 | (214) 593-9110 Telephone<br>(214) 593-9111 Facsimile |

```
                        FILED
                  DISTRICT COURT OF GUAM

                       JUN - 7 2007

                    MARY L.M. MORAN
                    CLERK OF COURT
```

ATTORNEYS FOR PLAINTIFFS
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND<br>NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED AND FUJITSU<br>MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 6, 2007, a true and exact copy of **PLAINTIFFS'**

**ALTERNATIVE MOTION FOR CONTINUANCE OF THE JUNE 22 HEARING AND TO MODIFY THE BRIEFING SCHEDULE** was served via hand delivery on Defendant Fujitsu, Ltd. through its attorneys or record, Calvo & Clark, at their offices located at 655 South Marine Corp. Drive, Tamuning, Guam 96913.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on June 6, 2007.

*/s/ Joseph C. Razzano*

JOSEPH C. RAZZANO