1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Avenue-Suite 2A
2  Hagåtña, Guam 96910
   Telephone: (671) 477-9891
3  Facsimile: (671) 472-2601

4  **UNPINGCO & ASSOCIATES, LLC**
   777 Route 4, Suite 12B, Sinajana, Guam
5  Telephone: (671) 475-8545
   Facsimile: (671) 475-8550
6
   **SHORE CHAN BRAGALONE LLP**
7  Suite 4450, 325 N. St. Paul Street
   Dallas, Texas 75201
8  Telephone: (214) 593-9110
   Facsimile: (214) 593-9111
9
   *Attorneys for Plaintiffs,*
10  *Nanya Technology Corp. and*
   *Nanya Technology Corp. U.S.A*
11

12

13                         **IN THE DISTRICT COURT OF GUAM**

14

15  NANYA TECHNOLOGY CORP. and          | CASE NO. CV-06-00025
    NANYA TECHNOLOGY CORP. U.S.A.,      |
16                                       | **ORDER GRANTING PLAINTIFFS'**
                 Plaintiffs,            | **ALTERNATIVE MOTION FOR**
17          vs.                         | **CONTINUANCE OF THE JUNE 22, 2007**
                                         | **HEARING AND TO MODIFY THE**
18  FUJITSU LIMITED and FUJITSU         | **BRIEFING SCHEDULE**
    MICROELECTRONICS AMERICA, INC.,     |
19                                       |
                 Defendants.            |
20

21     The Court, after having reviewed Plaintiffs' Alternative Motion for Continuance of the June

22  22nd Hearing and to Modify the Briefing Schedule filed herein on June 7, 2007, the Stipulation For

23  Continuance of Briefing Schedule And Hearing Dates Pursuant to the February 20, 2007 Stipulation

    Adopted by the Court on February 26, 2007 submitted by the parties on June 6, 2007, hereby
24  ///
25  ///
26  ///
27  ///
28

{DMB0009.DOC;1}

1  GRANTS Plaintiffs' Alternative Motion filed herein on June 7, 2007, and hereby continues the June
2  22, 2007 hearing to August 9, 2007 at 10:00 a.m. and extends the current deadline of June 7, 2007 for
3  Plaintiffs' Sur-Reply to be filed on or before June 26, 2007, and the Defendant's Sur-Reply to be filed
4  on or before July 3, 2007.  The five (5) page limitation as to the Sur Replies remains.

      So Ordered.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 08, 2007**

{DMB0009.DOC;1}