1 | **RODNEY J. JACOB, ESQ.**
2 | **DANIEL M. BENJAMIN, ESQ.**
| **JENNIFER A. CALVO-QUITUGUA, ESQ.**
3 | **CALVO & CLARK, LLP**
| Attorneys at Law
4 | 655 South Marine Corps Drive, Suite 202
| Tamuning, Guam  96913
5 | Telephone:     (671) 646-9355
| Facsimile:      (671) 646-9403
6 |
7 | **CHRISTOPHER E. CHALSEN, ESQ.**
| **MICHAEL M. MURRAY, ESQ.**
8 | **LAWRENCE T. KASS, ESQ.**
| **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9 | 1 Chase Manhattan Plaza
| New York, New York 10005
10 | Telephone:     (212) 530-5000
| Facsimile:      (212) 822-5796
11 |
12 | *Attorneys for Defendants*
| FUJITSU LIMITED, and
13 | FUJITSU MICROELECTRONICS AMERICA, INC.

```
FILED
DISTRICT COURT OF GUAM

JUN — 8 2007

MARY L.M. MORAN
CLERK OF COURT
```

14

15

IN THE UNITED STATES DISTRICT COURT

16

DISTRICT OF GUAM

17

18 | NANYA TECHNOLOGY CORP. and | CIVIL CASE NO. 06-CV-00025
| NANYA TECHNOLOGY CORP. U.S.A.,

19

20 | Plaintiff,

21 | vs. | **NOTICE OF FILING OF ORGINALS OF**
| | **DECLARATION OF MICHAEL M.**
22 | FUJITSU LIMITED, FUJITSU | **MURRAY, AND DECLARATION OF**
| MICROELECTRONICS AMERICA, INC., | **JAMES DUNLOP**
23 | Defendants.

24

25

26

27

28

*CIVIL CASE NO. 06-CV-00025*
*{G0022792.DOC;1}*

**ORIGINAL**

1    PLEASE TAKE NOTICE that Defendant Fujitsu Microelectronics America, Inc.

2  ("FMA") files concurrently herewith originals described below. A portable document format

3  ("pdf") copy of these documents was previously filed with this Court on June 1, 2007.

4  **1) DECLARATION OF JAMES DUNLOP**

5  **2) DECLARATION OF MICHAEL M. MURRAY**

6    Respectfully submitted this 8th day of June, 2007.

7  **CALVO & CLARK, LLP**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
8  *Attorneys for Defendants*
   Fujitsu Limited and
9  Fujitsu Microelectronics America, Inc.

10

11  By: _____

12  **JENNIFER A. CALVO-QUITUGUA**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28