RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br> **DECLARATION OF MICHAEL M. MURRAY** |

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A<br><br>      Plaintiffs,<br><br>      -v-<br><br>FUJITSU LIMITED, FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>      Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**DECLARATION OF<br>MICHAEL M. MURRAY** |

I, MICHAEL M. MURRAY, declare as follows:

1. I am an attorney of record for Defendants Fujitsu Limited and Fujitsu Microelectronics America in the above-captioned and titled case.

2. On May 23, 2007, I purchased at Duane Reade in New York, New York, a Johnson & Johnson Lifescan OneTouch Ultra glucose monitor ("OneTouch"). Attached hereto and incorporated herein as Exhibit "A" is a true and correct copy of the receipt for the OneTouch.

3. I shipped the unopened OneTouch to James Dunlop at TAEUS International Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th Day of May, 2007.

By: _____
    Michael M. Murray

1

*CIVIL CASE NO. 06-CV-00025*

# EXHIBIT A

```
****      DUANE READE #105      ****
   45 PINE STREET NEW YORK, NY 10005

  16496        10   3152   105    051

  ONE TOUCH ULTRA    1N    67.99
        TOTAL              67.99

        CASH              70.00
        CHANGE             2.01

      Refunds Require A Receipt
  (212)742-8454   www.duanereade.com
  MAY 23, 2007              1:16 PM

  SIGN UP TODAY FOR THE DUANE READE
         DOLLAR REWARDS CARD
```