

Figure 3. LifeScan OneTouch Ultra – Front



Figure 4. LifeScan OneTouch Ultra – Back

T|A|E|U|S
Engineering Intellectual Property



Figure 5. LifeScan OneTouch Ultra – Back of PC Board



Figure 6. LifeScan OneTouch Ultra – Back of PC Board Markings