T|A|E|U|S
Engineering Intellectual Property



Figure 7. LifeScan OneTouch Ultra – Back of PC Board Barcode





Figure 8. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel in Place

T|A|E|U|S
Engineering Intellectual Property



Figure 9. LifeScan OneTouch Ultra – Front of PC Board with LCD Panel Removed