

Figure 10. LifeScan OneTouch Ultra – Back of LCD Panel

T|A|E|U|S
Engineering Intellectual Property



Figure 11. LifeScan OneTouch Ultra – PC Board Front Showing ElectroMed GE-5,
Additional Chip Markings: A852220639



Figure 12. LifeScan OneTouch Ultra – PC Board Front Showing NEC Electromed FTA-R7-A, Additional Chip Markings: 0706EES00