RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

CHRISTOPHER E. CHALSEN, ESQ.
MICHAEL M. MURRAY, ESQ.
LAWRENCE T. KASS, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5796

*Attorneys for Defendants*
FUJITSU LIMITED, and
FUJITSU MICROELECTRONICS AMERICA, INC.

FILED
DISTRICT COURT OF GUAM
JUN - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL CASE NO. 06-CV-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

CIVIL CASE NO. 06-CV-00025
{G0022794.DOC;1}

ORIGINAL

1  The undersigned hereby certifies that a true and correct copy of:

2  1) **NOTICE OF FILING OF ORGINALS OF DECLARATION OF MICHAEL M. MURRAY, AND DECLARATION OF JAMES DUNLOP**

3  2) **DECLARATION MICHAEL M. MURRAY;**

4  3) **DECLARATION OF JAMES DUNLOP;**

was caused to be served via hand delivery and electronic mail on the 8th day of June, 2007, to the following:

> Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com)
> **TEKER, TORRES & TEKER, P.C.**
> Suite 2A, 130 Aspinall Avenue
> Hagåtña, Guam 96910
>
> John S. Unpingco, Esq.  (e-mail: junpingco@ualawguam.com)
> **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
> 777 Rte. 4, Suite 12B
> Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served via electronic mail and by depositing the same in a United States Postal Service facility via first class mail on the 8th day of June, 2007, to the following:

> Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
> Alfonso G. Chan, Esq.  (email: achan@ShoreChan.com)
> Martin Pascual, Esq.  (e-mail: mpascual@ShoreChan.com)
> **SHORE CHAN BRAGALONE LLP**
> Suite 4450
> 325 North Saint Paul Street
> Dallas, TX 75201

Dated this 8th day of June, 2007.

> **CALVO & CLARK, LLP**
> **MILBANK, TWEED, HADLEY & MCCLOY LLP**
> *Attorneys for Defendants*
> Fujitsu Limited and
> Fujitsu Microelectronics America, Inc.
>
> By: _____
> JENNIFER A. CALVO-QUITUGUA