1  RODNEY J. JACOB, ESQ.
2  DANIEL M. BENJAMIN, ESQ.
   JENNIFER A. CALVO-QUITUGUA, ESQ.
3  CALVO & CLARK, LLP
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:   (671) 646-9355
   Facsimile:   (671) 646-9403
6

7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:   (212) 530-5000
   Facsimile:   (212) 822-5796
11

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CIVIL CASE NO. 06-CV-00025<br><br>**CERTIFICATE OF SERVICE** |

CIVIL CASE NO. 06-CV-00025
{G0022793.DOC;1}

**ORIGINAL**

| | |
|---|---|
| 1 | The undersigned hereby certifies that a true and correct copy of: |
| 2 | |
| 3 | 1) NOTICE OF FILING OF FUJITSU LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT; |
| 4 | |
| 5 | |
| 6 | 2) DECLARATION OF JENNIFER A. CALVO-QUITUGUA; |
| 7 | 3) FUJITSU LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR A MORE DEFINITE STATEMENT; |
| 8 | |
| 9 | |
| 10 | 4) NOTICE OF FILING OF CORRECTED DECLARATIONS OF MICHAEL M. MURRAY, JAMES DUNLOP, AND AKIO NEZU; |
| 11 | |
| 12 | 5) DECLARATION MICHAEL M. MURRAY; |
| 13 | 6) DECLARATION OF JAMES DUNLOP; |
| 14 | 7) DECLARATION OF AKIO NEZU; |
| 15 | 8) FUJITSU MICROELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO FILE PORTABLE DOCUMENTS FORMAT ("PDF") AND FACSIMILE COPIES PENDING RECEIPT OF ORIGINAL; |
| 16 | |
| 17 | |
| 18 | 9) [PROPOSED] ORDER GRANTING FUJITSU MICROELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO FILE PORTABLE DOCUMENTS FORMAT ("PDF") AND FACSIMILE COPIES PENDING RECEIPT OF ORIGINAL |
| 19 | |
| 20 | |
| 21 | was caused to be served via hand delivery and electronic mail on the 1st day of June, 2007, to the following: |
| 22 | |
| 23 | |
| 24 | Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com<br>**TEKER, TORRES & TEKER, P.C.**<br>Suite 2A, 130 Aspinall Avenue<br>Hagåtña, Guam 96910 |
| 25 | |
| 26 | John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)<br>**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**<br>777 Rte. 4, Suite 12B<br>Sinajana, Guam 96910 |
| 27 | |
| 28 | |

*CIVIL CASE NO. 06-CV-00025*  1
{G0022793.DOC;1}

1   The undersigned further certifies that a true and correct copy of the above-listed
2   document was caused to be served via electronic mail and by depositing the same in a United
3   States Postal Service facility via first class mail on the 1st day of June, 2007, to the following:

Michael W. Shore, Esq.  (email: mshore@ShoreChan.com)
Alfonso G. Chan, Esq.  (email: achan@ShoreChan.com)
Martin Pascual, Esq.  (e-mail: mpascual@ShoreChan.com)
**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 North Saint Paul Street
Dallas, TX 75201

Dated this 8th day of June, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
JENNIFER A. CALVO-QUITUGUA

*CIVIL CASE NO. 06-CV-00025*                                                                 2
{G0022793.DOC;1}