**FILED**
DISTRICT COURT OF GUAM
JUN 14 2007
MARY L.M. MORAN
CLERK OF COURT

1  **TEKER TORRES & TEKER, P.C.**
2  130 Asinall Avenue-Suite 2A
   Hagatna, Guam 96910
3  671.477.9891 Telephone
   671.472.2601 Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Suite 12B, Sinajana Mall
5  777 Route 4, Sinajana, Guam
6  671.475.8545 Telephone
   671.475.8550 Facsimile

7  **SHORE CHAN BRAGALONE LLP**
8  Suite 4450
   325 N. St. Paul Street
9  Dallas, Texas 75201
   (214) 593-9110 Telephone
10 (214) 593-9111 Facsimile

11 *Attorneys For Plaintiffs*
   *Nanya Technology Corp. and*
12 *Nanya Technology Corp. U.S.A.*

13

14

15                    **UNITED STATES DISTRICT COURT**
16
                              **DISTRICT OF GUAM**
17

18 | NANYA TECHNOLOGY CORP. AND | Case No. CV-06-00025 |
   | NANYA TECHNOLOGY CORP. U.S.A., | |
19 | | |
   | Plaintiffs, | **MOTION FOR LEAVE TO FILE** |
20 | | **FACSIMILE *PRO HAC VICE*** |
   | | **APPLICATION AND DECLARATION OF** |
21 | v. | **JEFFREY R. BRAGALONE PENDING** |
   | | **RECEIPT OF ORIGINAL APPLICATION** |
22 | FUJITSU LIMITED AND FUJITSU | **AND DECLARATION** |
23 | MICROELECTRONICS AMERICA, INC., | |
24 | Defendants. | |

25
26         The Plaintiffs respectfully move the Court, pursuant to GR 5.1(a) of the Local Rules of
27 Practice for the District Court of Guam, for leave to file herewith a facsimile copy of the ***Pro Hac***
28 ***Vice*** Application and Declaration of Jeffrey R. Bragalone. The Applicant/Declarant is presently

residing in Texas and has executed his Application and Declaration in that state. The signed original of the Application and Declaration have been sent to counsel for the Plaintiffs, and will be filed with this Court immediately upon receipt.

RESPECTFULLY submitted this 14th day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By _(signature)_
PHILLIP TORRES, ESQ.
Attorneys for Plaintiffs