| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.**<br>130 Asinall Avenue-Suite 2A |
| 2 | Hagatna, Guam 96910<br>671.477.9891 Telephone |
| 3 | 671.472.2601 Facsimile |

**FILED**
DISTRICT COURT OF GUAM

JUN 14 2007

MARY L.M. MORAN
CLERK OF COURT

**UNPINGCO & ASSOCIATES, LLC**
Suite 12B, Sinajana Mall
777 Route 4, Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>FUJITSU LIMITED AND FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. CV-06-00025<br><br>**NOTICE OF FILING OF FACSIMILE** ***PRO HAC VICE*** **APPLICATION AND DECLARATION OF JEFFREY R. BRAGALONE PENDING RECEIPT OF ORIGINAL APPLICATION AND DECLARATION** |

PLEASE TAKE NOTICE that the Plaintiffs have concurrently filed with this Notice, a Motion for Leave to File Facsimile ***Pro Hac Vice*** Application and Declaration of Jeffrey R. Bragalone. Upon receipt of the original Application and Declaration, pursuant to the Motion, Plaintiffs will

deliver the original to the Court so that it may be substituted and filed in place of the facsimile copy that was concurrently filed with the Court pursuant to Rule G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam.

DATED at Hagåtña, Guam, on June 14, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
**PHILLIP TORRES, ESQ.**
Attorneys for Plaintiffs