```
TEKER TORRES & TEKER, P.C.
130 Aspinall Ave., Suite 2A
Hagåtña, Guam 96910
(671) 477-9891  Telephone
(671) 472-2601  Facsimile

UNPINGCO & ASSOCIATES, LLC
Sinajana Mall, Suite 12B
Sinajana, Guam
(671) 475-8545  Telephone
(671) 475-8550  Facsimile

SHORE CHAN BRAGALONE LLP
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
(214) 593-9110  Telephone
(214) 593-9111  Facsimile

Attorneys for Plaintiffs Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.
```

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>FUJITSU LIMITED and FUJITSU<br>MICROELECTRONICS AMERICA, INC.,<br><br>　　　　*Defendants.* | Case No. CV-06-00025<br><br>***PRO HAC VICE* APPLICATION AND DECLARATION OF JEFFREY R. BRAGALONE** |

I, Jeffrey R. Bragalone, hereby submit the following *pro hac vice* application pursuant to District Court of Guam G.R. 17.1(d). In support of this application, I hereby declare under penalty of perjury pursuant to the laws of the United States of America, the following:

1. I have been retained by Plaintiffs to assist with the defense of this action. My office address is Shore Chan Bragalone LLP, 325 N. St. Paul Street, Suite 4450, Dallas, Texas 75201.

**ORIGINAL**

---

*PRO HAC VICE* APPLICATION AND DECLARATION OF JEFFREY R. BRAGALONE　　　　　　　PAGE 1 OF 2

2. I do not reside in Guam, am not regularly employed in Guam, and I am not regularly engaged in business, professional, or other activities in Guam.

3. I have been admitted to practice before the following courts:

Supreme Court of Texas, 1987
United States Supreme Court, 2003
United States Court of Appeals for the D.C. Circuit, 1993
United States Court of Appeals for the Federal Circuit, 2005
United States Court of Federal Claims, 1996
United States Court of Appeals for the Fifth Circuit, 2002
United States Court of Appeals for the Eighth Circuit, 2005
United States District Court for the Northern District of Texas, 1988
United States District Court for the Eastern District of Texas, 1997
United States District Court for the Southern District of Texas, 1990
United States District Court for the Western District of Texas, 1999

4. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have never been suspended or disbarred in any court. I have read the local rules of this Court.

5. I hereby designate Joseph C. Razzano, Esq. of the law offices of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Ave., Hagåtña, Guam 96910-5010, telephone number (671) 477-9891 and facsimile number (671) 472-2601. Mr. Razzano is a member of the bar of this Court and he maintains an office at the place within the District with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. Mr. Razzano and members of his firm consent to their designation as co-counsel in this matter and have filed with this Court their Consent to Designation of Local Counsel.

Executed this 11th day of June, 2007, in Dallas, Texas.

_____
Jeffrey R. Bragalone