```
TEKER TORRES & TEKER, P.C.
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

UNPINGCO & ASSOCIATES, LLC
Suite 12B, Sinajana Mall
777 Route 4, Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

SHORE CHAN BRAGALONE LLP
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile
```

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **CONSENT TO DESIGNATION AS LOCAL COUNSEL; CERTIFICATE OF SERVICE** |

I, PHILLIP TORRES, an active member in good standing of the Bar of this Court and a resident of Guam, hereby consent to act as local counsel for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp., U.S.A., along with Jeffrey R. Bragalone, Esq., of the law firm of Shore Chan Bragalone, LLP.

---

CONSENT TO DESIGNATION AS LOCAL COUNSEL    ORIGINAL

1  The Court and opposing counsel may readily communicate with me and may serve papers at
2  my office address listed above.
3  DATED at Hagåtña, Guam, on June 14, 2007.

TEKER TORRES & TEKER, P.C.

By _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiffs

CONSENT TO DESIGNATION AS LOCAL COUNSEL

## CERTIFICATE OF SERVICE

I, PHILLIP TORRES, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 14, 2007, a true and exact copy of the Consent to Designation as Local Counsel, and the Pro Hac Vice Application of Jeffrey Bragalone, Esq., were served, via hand delivery and/or electronic mail on Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. through their attorneys of record:

| | |
|---|---|
| Michael M. Murray, Esq. | David Benjamin, Esq. |
| Christopher E. Chalsen, Esq. | Calvo & Clark |
| Milbank Tweed Hadley & McCloy LLP | 655 South Marine Corp. Drive |
| 1 Chase Manhattan Plaza | Tamuning, Guam 96913 |
| New York, NY 10005 | (671) 646-9355 |
| (212) 530-5000  main | (671) 646-9403  fax |
| (212) 530-5219  main fax | dbenjamin@calvoclark.com |
| cchalsen@milbank.com | |

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on June 14, 2007.

_____
PHILLIP TORRES