1 | **TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
2 | Hagåtña, Guam 96910
Telephone: (671) 477-9891
3 | Facsimile: (671) 472-2601

4 | **UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
5 | Sinajana, Guam
Telephone: (671) 475-8545
6 | Facsimile: (671) 475-8550

7 | **SHORE CHAN BRAGALONE LLP**
Suite 4450
8 | 325 N. St. Paul Street
Dallas, Texas 75201
9 | Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JUN 1 4 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., | CASE NO. CV-06-00025 |
| Plaintiffs, vs. | **CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, PHILLIP TORRES, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 14, 2007, true and exact copies of the following documents were served, via hand delivery and/or electronic mail on Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. through their attorneys of record:

a. ***Pro Hac Vice*** Application and Declaration of Jeffrey R. Bragalone;

b. Notice of Filing of Facsimile ***Pro Hac Vice*** Application and Declaration of Jeffrey R. Bragalone Pending Receipt of Original Application and Declaration;

c. Motion for Leave to File Facsimile ***Pro Hac Vice*** Application and Declaration of Jeffrey R. Bragalone Pending Receipt of Original Application and Declaration; and

d. Consent to Designation as Local Counsel.

3. The attorneys for Defendants are as follows:

| | |
|---|---|
| Michael M. Murray, Esq.<br>Christopher E. Chalsen, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000  main<br>(212) 530-5219  main fax<br>cchalsen@milbank.com | David Benjamin, Esq.<br>Calvo & Clark<br>655 South Marine Corp. Drive<br>Tamuning, Guam 96913<br>(671) 646-9355<br>(671) 646-9403  fax<br>dbenjamin@calvoclark.com |

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on June 14, 2007.

PHILLIP TORRES, ESQ.