| | |
|---|---|
| 1 | RODNEY J. JACOB, ESQ. |
|   | DANIEL M. BENJAMIN, ESQ. |
| 2 | JENNIFER A. CALVO-QUITUGUA, ESQ. |
| 3 | CALVO & CLARK, LLP |
|   | Attorneys at Law |
| 4 | 655 South Marine Corps Drive, Suite 202 |
|   | Tamuning, Guam 96913 |
| 5 | Telephone: (671) 646-9355 |
|   | Facsimile: (671) 646-9403 |
| 6 | |
| 7 | CHRISTOPHER E. CHALSEN, ESQ. |
|   | MICHAEL M. MURRAY, ESQ. |
| 8 | LAWRENCE T. KASS, ESQ. |
|   | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 9 | 1 Chase Manhattan Plaza |
|   | New York, New York 10005 |
| 10 | Telephone: (212) 530-5000 |
| 11 | Facsimile: (212) 822-5796 |
| 12 | *Attorneys for Defendants* |
|   | FUJITSU LIMITED, and |
| 13 | FUJITSU MICROELECTRONICS AMERICA, INC. |

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., | CIVIL CASE NO. 06-CV-00025 |
| Plaintiff, | |
| vs. | NOTICE OF FILING OF ORGINAL OF DECLARATION OF AKIO NEZU |
| FUJITSU LIMITED, FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

CIVIL CASE NO. 06-CV-00025
{G0022908.DOC;1}

**ORIGINAL**

1   PLEASE TAKE NOTICE that Defendant Fujitsu Microelectronics America, Inc.
2   ("FMA") files concurrently herewith the original **DECLARATION OF AKIO NEZU**. A
3   portable document format ("pdf") copy was previously filed with this Court on June 1, 2007.
4   Respectfully submitted this 14th day of June, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
**DANIEL M. BENJAMIN**

---

*CIVIL CASE NO. 06-CV-00025*                                                                   1
{G0022908.DOC;1}