1  RODNEY J. JACOB, ESQ.
   DANIEL M. BENJAMIN, ESQ.
2  JENNIFER A. CALVO-QUITUGUA, ESQ.
3  CALVO & CLARK, LLP
   Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam  96913
5  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
6

**FILED**
DISTRICT COURT OF GUAM
JUN 1 4 2007
MARY L.M. MORAN
CLERK OF COURT

7  CHRISTOPHER E. CHALSEN, ESQ.
   MICHAEL M. MURRAY, ESQ.
8  LAWRENCE T. KASS, ESQ.
   MILBANK, TWEED, HADLEY & MCCLOY LLP
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:    (212) 530-5000
11 Facsimile:    (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED, and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

14

15

16                    IN THE UNITED STATES DISTRICT COURT

17                            DISTRICT OF GUAM

18 NANYA TECHNOLOGY CORP. and         CIVIL CASE NO. 06-CV-00025
   NANYA TECHNOLOGY CORP. U.S.A.,
19
                        Plaintiff,
20                                     **DECLARATION OF**
        vs.                            **AKIO NEZU**
21
   FUJITSU LIMITED, FUJITSU
22 MICROELECTRONICS AMERICA, INC.,

23                     Defendants.

24

25

26

27

28
   *CIVIL CASE NO. 06-CV-00025*
                    ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A

                Plaintiffs,

            -v-

FUJITSU LIMITED, FUJITSU
MICROELECTRONICS AMERICA, INC.,

              Defendants.

CIVIL CASE NO. 06-CV-00025

**DECLARATION OF
AKIO NEZU**

I, AKIO NEZU, declare under penalty of perjury that the following is true and correct:

    1.     My name is Akio Nezu.  I am over the age of 21 and am competent to make this declaration.  I make the following statements to the best of my personal knowledge, confirmed by a reasonable inquiry.

    2.     I am the Marketing Manager for the embedded microcontroller products for Fujitsu Microelectronics America, Inc. ("FMA") and my office is located at 1250 East Arques Ave., Bldg. M/S 333, Sunnyvale, California 94085-5401..

    3.     I was responsible for the preparation of the brochure featuring a Johnson & Johnson OneTouch Ultra glucose monitoring system advertising the uses of 8 bit microcontrollers ("MCUs") marketed by FMA. (NTC0089676 in Exhibit 11 of Plaintiffs' Response And Memorandum In Opposition To Defendants' Motions to Dismiss or Transfer.)

1

*CIVIL CASE NO. 06-CV-00025*

1    4.    The advertisement incorrectly states that "glucose monitors" are one example of an

2    application where our "8 bit MCUs have found a home." This advertisement should have more

3    accurately stated that these devices "would be a good home" for these 8 bit microcontrollers.

4    5.    This brochure was intended to show an example of a device that could potentially

5    be a "design fit" for 8 bit microcontrollers and was not intended to indicate an actual sale of

6    microcontrollers from FMA or Fujitsu Limited for incorporation into the Johnson & Johnson

7    OneTouch Ultra glucose monitoring system.

8    6.    FMA never actually supplied any microcontrollers for any glucose monitoring

9    devices.

10    7.    I am not aware of any microcontrollers sold by FMA that have actually been

11    incorporated into a glucose monitoring device.

12    8.    Our customer sales database shows that FMA has not made any direct sales to

13    Johnson & Johnson and I am not aware of any sales to distributors that have sold microcontrollers

14    to Johnson & Johnson.

15    9.    I have no knowledge of the actual components in the Johnson & Johnson

16    OneTouch Ultra glucose monitoring system.

17        I declare under penalty of perjury under the laws of the United States that the

18    foregoing is true and correct.

19    Executed this 30th Day of May, 2007.

20    By: _____

        AKIO NEZU

21

22

23

2

24    *CIVIL CASE NO. 06-CV-00025*

25

26