1 | **RODNEY J. JACOB, ESQ.**
2 | **DANIEL M. BENJAMIN, ESQ.**
  | **JENNIFER A. CALVO-QUITUGUA, ESQ.**
3 | **CALVO & CLARK, LLP**
  | Attorneys at Law
4 | 655 South Marine Corps Drive, Suite 202
  | Tamuning, Guam 96913
5 | Telephone:    (671) 646-9355
  | Facsimile:    (671) 646-9403
6 |

**FILED**
DISTRICT COURT OF GUAM

JUN 14 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

7 | **CHRISTOPHER E. CHALSEN, ESQ.**
  | **MICHAEL M. MURRAY, ESQ.**
8 | **LAWRENCE T. KASS, ESQ.**
  | **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9 | 1 Chase Manhattan Plaza
  | New York, New York 10005
10 | Telephone:    (212) 530-5000
  | Facsimile:    (212) 822-5796
11 |

12 | *Attorneys for Defendants*
  | FUJITSU LIMITED, and
13 | FUJITSU MICROELECTRONICS AMERICA, INC.

14 |

15 | IN THE UNITED STATES DISTRICT COURT

16 | DISTRICT OF GUAM

17 |

18 | NANYA TECHNOLOGY CORP. and
  | NANYA TECHNOLOGY CORP. U.S.A.,

CIVIL CASE NO. 06-CV-00025

19 |
20 |                    Plaintiff,
21 |              vs.

**CERTIFICATE OF SERVICE**

22 | FUJITSU LIMITED, FUJITSU
  | MICROELECTRONICS AMERICA, INC.,
23 |                    Defendants.
24 |
25 |
26 |
27 |
28 |

*CIVIL CASE NO. 06-CV-00025*
{G0022909.DOC;1}

ORIGINAL

The undersigned hereby certifies that a true and correct copy of:

1)  **NOTICE OF FILING OF ORGINAL OF DECLARATION OF AKIO NEZU**

2)  **DECLARATION OF AKIO NEZU**

was caused to be served via hand delivery and electronic mail on the 14th day of June, 2007, to the following:

Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com
**TEKER, TORRES & TEKER, P.C.**
Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910

John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
**LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
777 Rte. 4, Suite 12B
Sinajana, Guam 96910

The undersigned further certifies that a true and correct copy of the above-listed document was caused to be served via electronic mail and by depositing the same in a United States Postal Service facility via first class mail on the 14th day of June, 2007, to the following:

Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 North Saint Paul Street
Dallas, TX 75201

Dated this 14th day of June, 2007.

**CALVO & CLARK, LLP**
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for Defendants*
Fujitsu Limited and
Fujitsu Microelectronics America, Inc.

By: _____
**DANIEL M. BENJAMIN**

*CIVIL CASE NO. 06-CV-00025*                                    1
{G0022909.DOC:1}