1 **TEKER TORRES & TEKER, P.C.**
130 Asinall Avenue-Suite 2A
2 Hagatna, Guam 96910
671.477.9891 Telephone
3 671.472.2601 Facsimile

4 **UNPINGCO & ASSOCIATES, LLC**
Suite 12B, Sinajana Mall
5 777 Route 4, Sinajana, Guam
671.475.8545 Telephone
6 671.475.8550 Facsimile

7 **SHORE CHAN BRAGALONE LLP**
Suite 4450
8 325 N. St. Paul Street
Dallas, Texas 75201
9 (214) 593-9110 Telephone
(214) 593-9111 Facsimile
10
*Attorneys For Plaintiffs*
11 *Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*
12

### UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **ORDER GRANTING LEAVE TO FILE FACSIMILE *PRO HAC VICE* APPLICATION AND DECLARATION PENDING RECEIPT OF ORIGINAL APPLICATION AND DECLARATION** |

This matter came before the Court on motion made by the Plaintiffs, pursuant to Rule G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, for leave to file a facsimile

1  copy of the *Pro Hac Vice* Application and Declaration of Jeffrey R. Bragalone pending receipt of the
2  originals.
3
4      IT IS HEREBY ORDERED that the Plaintiffs be granted leave to file a facsimile copy of said
5  Application and Declaration and that the original of the Application and Declaration be filed with the
6  Court immediately upon receipt by local counsel for the Plaintiffs.
7      IT IS FURTHER ORDERED that filing of the *Pro Hac Vice* Application and Declaration of
8  Jeffrey R. Bragalone shall be deemed timely filed.
9
10      SO ORDERED this 18th day of June, *nunc pro tunc* to June 14, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 18, 2007**