**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
777 Route 4, Sinajana, Guam
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
Telephone:  (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br>Plaintiffs,<br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CASE NO. CV-06-00025 <br><br>**ORDER GRANTING *PRO HAC VICE* APPLICATION OF JEFFREY R. BRAGALONE** |

The Application of Jeffrey R. Bragalone for admission ***pro hac vice*** to this Court comes on for review, and said Application being in compliance with the requirements of GR 17.1, Local Rules of the District Court of Guam, and for good cause shown,

IT IS THEREFORE ORDERED that the Application of Jeffrey R. Bragalone is hereby GRANTED and that the said Applicant be admitted to this Court for the purpose of participating in the above-captioned matter.

IT IS FURTHER ORDERED that Joseph C. Razzano, Esq. and Phillip Torres, Esq. of the law offices of Teker Torres & Teker, P.C. be, are hereby designated as local counsel of record in this action.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 18, 2007