**TEKER TORRES & TEKER, P.C.**
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Suite 12B, Sinajana Mall
777 Route 4, Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys For Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JUN 18 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **NOTICE OF PLAINTIFFS' INTENT TO USE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE HEARING SET BEFORE THIS COURT FOR JUNE 20, 2007 AT 9:30 A.M.** |

Please take notice that Plaintiffs intend to utilize the Court's media and projection system during the hearing set for Wednesday, June 20, 2007, at the hour of 9:30 a.m.

///

///

///

**ORIGINAL**

1  As a courtesy, the Court's technology department, by and through Mr. Charles White, was
2  informed of the Plaintiffs' intended use today, by the undersigned counsel.

DATED at Hagåtña, Guam, on June 18, 2007.

                                                **TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 20, 2007, a true and exact copy of the foregoing document was served, via hand delivery and/or electronic mail on Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc., through their attorneys of record.

3. The attorneys for Defendants are as follows:

Michael M. Murray, Esq.
Christopher E. Chalsen, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 main
(212) 530-5219 main fax
cchalsen@milbank.com

David Benjamin, Esq.
Calvo & Clark
655 South Marine Corp. Drive
Tamuning, Guam 96913
(671) 646-9355
(671) 646-9403 fax
dbenjamin@calvoclark.com

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on June 18, 2007.

_____
JOSEPH C. RAZZANO, ESQ.