```
TEKER TORRES & TEKER, P.C.
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

UNPINGCO & ASSOCIATES, LLC
Suite 12B, Sinajana Mall
777 Route 4, Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

SHORE CHAN BRAGALONE LLP
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile
```

*Attorneys For Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED, *et al.*, <br><br> Defendants. | Case No. CV-06-00025 <br><br> **NOTICE OF SUBMISSION OF ORIGINAL *PRO HAC VICE* APPLICATION AND DECLARATION OF JEFFREY R. BRAGALONE** |

Pursuant to Plaintiffs' Motion for Leave to File Facsimile *Pro Hac Vice* Application and Declaration of Jeffrey R. Bragalone, and the Court's Order granting said Motion filed herein on June 18, 2007, *nunc pro tunc* to June 14, 2007, Plaintiffs respectfully submit the original *Pro Hac Vice* Application and Declaration of Jeffrey R. Bragalone.

DATED at Hagåtña, Guam, on June 19, 2007.

TEKER TORRES & TEKER, P.C.

By /s/ JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiffs

**ORIGINAL**

1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Ave., Suite 2A
2  Hagåtña, Guam 96910
   (671) 477-9891  Telephone
3  (671) 472-2601  Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall, Suite 12B
5  Sinajana, Guam
   (671) 475-8545  Telephone
6  (671) 475-8550  Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   325 N. St. Paul Street, Suite 4450
8  Dallas, Texas 75201
   (214) 593-9110  Telephone
9  (214) 593-9111  Facsimile

10 Attorneys for Plaintiffs Nanya Technology Corp. and
   Nanya Technology Corp. U.S.A.
11

12
                    UNITED STATES DISTRICT COURT
13
                          DISTRICT OF GUAM
14

15 NANYA TECHNOLOGY CORP. and        Case No. CV-06-00025
16 NANYA TECHNOLOGY CORP. U.S.A.,

17              *Plaintiffs*,          ***PRO HAC VICE* APPLICATION AND
                                       DECLARATION OF JEFFREY R.
18 v.                                  BRAGALONE**

19 FUJITSU LIMITED and FUJITSU
20 MICROELECTRONICS AMERICA, INC.,

21              *Defendants*.

22

23     I, Jeffrey R. Bragalone, hereby submit the following *pro hac vice* application pursuant to
24 District Court of Guam G.R. 17.1(d). In support of this application, I hereby declare under penalty of
25
   perjury pursuant to the laws of the United States of America, the following:
26
       1.    I have been retained by Plaintiffs to assist with the defense of this action. My office
27
28 address is Shore Chan Bragalone LLP, 325 N. St. Paul Street, Suite 4450, Dallas, Texas 75201.

---

*PRO HAC VICE* APPLICATION AND DECLARATION OF JEFFREY R. BRAGALONE          PAGE 1 OF 2

2. I do not reside in Guam, am not regularly employed in Guam, and I am not regularly engaged in business, professional, or other activities in Guam.

3. I have been admitted to practice before the following courts:

Supreme Court of Texas, 1987
United States Supreme Court, 2003
United States Court of Appeals for the D.C. Circuit, 1993
United States Court of Appeals for the Federal Circuit, 2005
United States Court of Federal Claims, 1996
United States Court of Appeals for the Fifth Circuit, 2002
United States Court of Appeals for the Eighth Circuit, 2005
United States District Court for the Northern District of Texas, 1988
United States District Court for the Eastern District of Texas, 1997
United States District Court for the Southern District of Texas, 1990
United States District Court for the Western District of Texas, 1999

4. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have never been suspended or disbarred in any court. I have read the local rules of this Court.

5. I hereby designate Joseph C. Razzano, Esq. of the law offices of Teker Torres & Teker, P.C., Suite 2-A, 130 Aspinall Ave., Hagåtña, Guam 96910-5010, telephone number (671) 477-9891 and facsimile number (671) 472-2601. Mr. Razzano is a member of the bar of this Court and he maintains an office at the place within the District with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. Mr. Razzano and members of his firm consent to their designation as co-counsel in this matter and have filed with this Court their Consent to Designation of Local Counsel.

Executed this _11th_ day of June, 2007, in Dallas, Texas.

_____
Jeffrey R. Bragalone