# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00025                    DATE: June 20, 2007
CAPTION: Nanya Technology Corp. -vs- Fujitsu Limited

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:14:48 - 12:21:49
CSO: L. Ogo

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| John Unpingco | Daniel Benjamin |
| Joseph Razzano | Michael Murray |
| Alphonso Chan | Larry Kass |
| Jeff Bragalone | |

---

**PROCEEDINGS: Motion to Immediately Transfer for Convenience**
- Motion argued by <u>Defendant</u>.
- Motion <u>under advisement</u>.

NOTES: