**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JUN 22 2007
MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A.,

Plaintiffs,

v.

FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC.,

Defendants.

Case No. CV-06-00025

**PLAINTIFFS' MOTION FOR LEAVE TO FILE CLARIFICATION BRIEF CONCERNING JUNE 20, 2007 HEARING ON DEFENDANTS' MOTION FOR IMMEDIATE TRANSFER**

NOW COMES PLAINTIFFS, Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. (collectively "Nanya") and respectfully move this Honorable Court for leave to file herewith a Clarification Brief Concerning June 20, 2007 Hearing on Defendants' Motion for Immediate Transfer.



ORIGINAL

As the Court will recall, a majority of the Defendants' presentation at oral argument failed to address the convenience factors or provide the Court with evidence supporting Defendants' contentions. Rather the Defendants choose to provide the Court with a preview of their upcoming Motions to Dismiss currently set for August 9, 2007. Plaintiffs did not object, giving courtesy to Defendants in the spirit of cooperation. Now Plaintiffs request that the Court grant leave to Plaintiffs to file a short two page clarification brief regarding Defendants' presentation attached hereto as Exhibit "A".

For these reasons, Nanya respectfully asks that this Motion be granted.

Respectfully submitted this 22nd day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By ______________________
**JOSEPH C. RAZZANO, ESQ.**
Attorneys for Plaintiffs

# EXHIBIT A

**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

**IN THE DISTRICT COURT OF GUAM**

NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A.,

Plaintiffs,

v.

FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC.,

Defendants.

Case No. CV-06-00025

**PLAINTIFFS' CLARIFICATION BRIEF CONCERNING JUNE 20, 2007 HEARING ON DEFENDANTS' MOTION FOR IMMEDIATE TRANSFER**

Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A. ("Nanya") respectfully submit this brief to clarify statements made by counsel for Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. ("Fujitsu") during the hearing before the court on June 20, 2007. At the hearing on the Motion for Immediate Transfer, Fujitsu's counsel spent a significant portion of his argument addressing Fujitsu's claim that there is no basis for maintaining *in personam* jurisdiction over Fujitsu. The hearing on Fujitsu's Motions to Dismiss or Transfer is currently set for August 9, 2007, and Nanya's Sur-Reply is due on June 26, 2007. Because of this, counsel for Nanya

did not go into detail regarding Fujitsu's jurisdictional arguments.

However, to the extent that the Court has any concerns regarding the jurisdictional arguments made by Fujitsu, Nanya hereby apprises the Court that Nanya in its June 26, 2007 ur-reply will detail other Fujitsu products that are not only available for sale in Guam, but that have been placed into the stream of commerce by Fujitsu. ***See*** Declarations of Peter Duane Cruz and Joseph C. Razzano in Support of Plaintiffs' Sur-Reply and filed contemporaneously herewith. These Fujitsu products are not limited to the "blood glucose monitor" so often noted by Fujitsu; rather, Nanya's evidence will include accused semiconductor devices, such as Fujitsu's 16 bit microcontroller MB90583C. Nanya has been forced to obtain much of this evidence independently due to Fujitsu's repeated failures to produce all relevant information in the discovery process.

Nanya appreciates the opportunity it was given to respond to Fujitsu's claim of substantial inconvenience under section 1404(a). Nanya respectfully requests that it be afforded an opportunity to file its full Sur-Reply two business days from now, so that it can fully demonstrate the facts that clearly support the Court's assertion of jurisdiction in this matter.

Dated: June 22, 2007.

TEKER TORRES & TEKER, P.C.

By: ______________________
Joseph C. Razzano, Esq.

UNPINGCO & ASSOCIATES, LLC
John S. Unpingco, Esq.

SHORE CHAN BRAGALONE LLP
Michael W. Shore, Esq. (*Pro Hac Vice*)
Alfonso Garcia Chan, Esq. (*Pro Hac Vice*)
Jeffrey R. Bragalone, Esq. (*Pro Hac Vice*)
Martin Pascual, Esq. (*Pro Hac Vice*)
Kumar Vinnakota, Esq. (*Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFFS
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.