**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

**UNPINGCO & ASSOCIATES, LLC**
Sinajana Mall-Suite 12B
Sinajana, Guam
671.475.8545 Telephone
671.475.8550 Facsimile

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

*Attorneys for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JUN 2 2 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 22, 2007, a true and exact copy of Plaintiffs' Motion for Leave to File Clarification Brief Concerning June 20, 2007 Hearing on Defendants' Motion for

1  Immediate Transfer was served via hand delivery and/or electronic mail and/or confirmatory First
2  Class mail on Defendant Fujitsu Microelectronics America, Inc. through its attorneys of record:

| | |
|---|---|
| Daniel M. Benjamin | Christopher E. Chalsen |
| Calvo & Clark, LLP | Milbank Tweed Hadley & McCloy LLP |
| 655 South Marine Drive, Suite 202 | 1 Chase Manhattan Plaza |
| Tamuning, Guam 96913 | New York, New York 10005 |
| (212) 530-5000 main | (671) 646-9355 |
| (212) 530-5219 main fax | (671) 646-9403 fax |
| cchalsen@milbank.com | dbenjamin@calvoclark.com |

3.  I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on June 22, 2007.

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO, ESQ.