**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
FACSIMILE: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
SUITE 4450
325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111

*Attorneys for Plaintiffs*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JUN 2 2 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Plaintiffs,<br><br>vs.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Defendants. | No. CV-06-00025<br><br>**DECLARATION OF PETER DUANE CRUZ** |

I, Peter Duane Cruz, declare under penalty of perjury that the following statements are true and correct.

1. I am over the age of eighteen years, a resident of Guam and not an interested party in the above-captioned matter.

2. I am the Assistant Manager and the Procurement Manager at Toys N' Joys, an

1

ORIGINAL

1  electronics and children's store located in Harmon, Guam.

2  3. On June 9, 2006, I received the first version of the Nintendo DS Lite which originally came in one color, that being white. On or about that date, Toys N' Joys offered the Nintendo DS Lite for sale.

4. On December 15, 2005, in anticipation of the Christmas rush for electronics, I received and offered for sale the Sony PlayStation Portable.

5. In or about September of 2006, I received and offered for sale the new colors made available by Nintendo, that being pink and black.

6. Attached as exhibit "A" are true and correct copies of Invoices and other documents showing purchase and receipts of products on Guam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

DATED at Hagåtña, Guam, this 22nd day of June, 2007.

_____
PETER DUANE CRUZ

DECLARATION OF PETER DUANE CRUZ

# EXHIBIT A

Store: 1
Source: Manual
Reason: ManAdj

**Quantity Memo # 5336**
Associate: Sysadmin
Page 1

Regular

| Item # | Dept | Vendor | Description 1 | Attribute | Size | New Qty | Old Qty |
|---|---|---|---|---|---|---|---|
| 5481 | SYS | | ███████ | SYS | | 24 | 0 |

Old Cost: $0.00     New Cost: $3,108.00     Cost Difference: $3,108.00
Old Quantity: 0     New Quantity: 24     Jantity Difference: 24

Store: 1  
Source: Manual  Case 4:07-cv-03672-CW   Document 1-358   Filed 07/17/2007   Page 5 of 5  
Reason: ManAdj

Cost Memo # 1356  
Associate: Henry  
Page 1

Regular

| Item # | Dept | Vendor | Description 1 | Attribute | Size | New Cost | Old Cost |
|---|---|---|---|---|---|---|---|
| 5174 | SYS | | | PSP | | $199.99 | $0.00 |

Old Cost: $0.00      New Cost: $0.00      Cost Difference: $0.00