1  **TEKER TORRES & TEKER, P.C.**
   130 Aspinall Avenue-Suite 2A
2  Hagåtña, Guam 96910
   671.477.9891 Telephone
3  671.472.2601 Facsimile

4  **UNPINGCO & ASSOCIATES, LLC**
   Sinajana Mall-Suite 12B
5  Sinajana, Guam
   671.475.8545 Telephone
6  671.475.8550 Facsimile

7  **SHORE CHAN BRAGALONE LLP**
   Suite 4450
8  325 N. St. Paul Street
   Dallas, Texas 75201
9  (214) 593-9110 Telephone
   (214) 593-9111 Facsimile
10

11 *Attorneys for Plaintiffs, Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*

**FILED**
DISTRICT COURT OF GUAM
JUN 2 5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., | Case No. CV-06-00025 |
| Plaintiffs, | |
| v. | **AMENDED CERTIFICATE OF SERVICE** |
| FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., | |
| Defendants. | |

I, JOSEPH C. RAZZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 22, 2007, true and exact copies of Plaintiffs' Motion for Leave to File Clarification Brief Concerning June 20, 2007 Hearing on Defendants' Motion for Immediate Transfer and the Declarations of Joseph C. Razzano and Peter Duane Cruz in Support were

---
CERTIFICATE OF SERVICE                                                                PAGE 1

served via hand delivery and/or electronic mail and/or confirmatory First Class mail on Defendant Fujitsu Microelectronics America, Inc. through its attorneys of record:

| | |
|---|---|
| Daniel M. Benjamin | Christopher E. Chalsen |
| Calvo & Clark, LLP | Milbank Tweed Hadley & McCloy LLP |
| 655 South Marine Drive, Suite 202 | 1 Chase Manhattan Plaza |
| Tamuning, Guam 96913 | New York, New York 10005 |
| (212) 530-5000 main | (671) 646-9355 |
| (212) 530-5219 main fax | (671) 646-9403 fax |
| dbenjamin@calvoclark.com | cchalsen@milbank.com |

3.  I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagatna, Guam on June 25, 2007.

JOSEPH C. RAZZANO, ESQ.