1  **RODNEY J. JACOB, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
2  **JENNIFER A. CALVO-QUITUGUA, ESQ.**
   **CALVO & CLARK, LLP**
3  Attorneys at Law
4  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
5  Telephone:    (671) 646-9355
   Facsimile:     (671) 646-9403
6
7  **CHRISTOPHER E. CHALSEN, ESQ.**
   **MICHAEL M. MURRAY, ESQ.**
8  **LAWRENCE T. KASS, ESQ.**
   **MILBANK, TWEED, HADLEY & MCCLOY LLP**
9  1 Chase Manhattan Plaza
   New York, New York 10005
10 Telephone:    (212) 530-5000
11 Facsimile:    (212) 822-5796

12 *Attorneys for Defendants*
   FUJITSU LIMITED and
13 FUJITSU MICROELECTRONICS AMERICA, INC.

14

15              IN THE UNITED STATES DISTRICT COURT
16
                       DISTRICT OF GUAM
17

18 | NANYA TECHNOLOGY CORP. and | CIVIL CASE NO. 06-CV-00025 |
   | NANYA TECHNOLOGY CORP. U.S.A., | |
19 | | |
   | Plaintiffs, | |
20 | | |
   | vs. | **CERTIFICATE OF SERVICE** |
21 | | |
   | FUJITSU LIMITED, FUJITSU | |
22 | MICROELECTRONICS AMERICA, INC., | |
23 | | |
   | Defendants. | |

24

25

26

27

28

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 2 5 2007
MARY L.M. MORAN
CLERK OF COURT

1    The undersigned hereby certifies that a true and correct copy of:

2

3    **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CLARIFICATION BRIEF CONCERNING JUNE 20, 2007 HEARING ON DEFENDANTS' MOTION FOR IMMEDIATE TRANSFER**

4

5

6    was caused to be served via hand delivery and electronic mail on the 25th day of

7    June, 2007, to the following:

8
         Joseph C. Razzano, Esq. (email: jrazzano@tttguamlawyers.com
9        **TEKER, TORRES & TEKER, P.C.**
         Suite 2A, 130 Aspinall Avenue
10       Hagåtña, Guam 96910

11
         John S. Unpingco, Esq. (e-mail: junpingco@ualawguam.com)
12       **LAW OFFICES OF JOHN S. UNPINGCO & ASSOCIATES, LLC**
         777 Rte. 4, Suite 12B
13       Sinajana, Guam 96910

14
         The undersigned further certifies that a true and correct copy of the above-listed
15
     document was caused to be served via electronic mail and by depositing the same in a United
16
     States Postal Service facility via first class mail on the 25th day of June, 2007, to the following:
17

18       Michael W. Shore, Esq. (email: mshore@ShoreChan.com)
         Alfonso G. Chan, Esq. (email: achan@ShoreChan.com)
19       Martin Pascual, Esq. (e-mail: mpascual@ShoreChan.com)
         **SHORE CHAN BRAGALONE LLP**
20       Suite 4450
         325 North Saint Paul Street
21       Dallas, TX 75201

22       Dated this 25th day of June, 2007.

23
                           **CALVO & CLARK, LLP**
24                         **MILBANK, TWEED, HADLEY & MCCLOY LLP**
                           *Attorneys for Defendants*
25                         Fujitsu Limited and
                           Fujitsu Microelectronics America, Inc.
26

27
                       By: _____
28                         **DANIEL M. BENJAMIN**