# EXHIBIT B



NTC0097760

NTC0097761



NTC0097762



NTC0097763



NTC0097764



SONY®   PSP-1001E2

PSP™(PlayStation®Portable)

DC 5V═1.2A

FCC ID: AK8PSP1001B2

IC:409B-PSP1001C   FC WiFi CERTIFIED

FCC Statement See Instruction Manual

Complies Canada ICES-003/NMB-003

CERTIFICATION

COMPLIES WITH 21 CFR 1040.10 AND 1040.
11 EXCEPT FOR DEVIATIONS PURSUANT TO
LASER NOTICE NO.50 DATE JULY 26, 2001

SONY COMPUTER ENTERTAINMENT Inc.
2-6-21 MINAMI-AOYAMA, MINATO-KU, TOKYO.
107-0062 JAPAN

MANUFACTURED-HONG-UTAI YAM TAI CHINA.

SERIAL No.   HU0430228

Sony Computer Entertainment Inc.

MADE IN CHINA   2-664-745-21 ①

SONY

# EXHIBIT C



NTC0097682



NTC0097683



NTC0097684



NTC0097685