Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 1 of 56

# MB82DBS02163C-70L

- **Write control**

  The device has two types of $\overline{WE}$ signal control method, "$\overline{WE}$ Level Control" and "$\overline{WE}$ Single Clock Pulse Control", for synchronous burst write operation. It is configured through CR set sequence.



14

NTC0097699

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 2 of 56

• **Burst Read Suspend**

Burst read operation can be suspended by $\overline{OE}$ High pulse. During burst read operation, $\overline{OE}$ brought to High from Low suspends burst read operation. Once $\overline{OE}$ is brought to High with the specified setup time against clock where the data being suspended, the device internal counter is suspended, and the data output becomes high impedance after specified time duration. It is inhibited to suspend the first data output at the beginning of burst read.

$\overline{OE}$ brought to Low from High resumes burst read operation. Once $\overline{OE}$ is brought to Low, data output becomes valid after specified time duration, and internal address counter is reactivated. The last data output being suspended as the result of $\overline{OE}$ = H and first data output as the result of $\overline{OE}$ = L are from the same address.

In order to guarantee to output last data before suspension and first data after resumption, the specified minimum value of $\overline{OE}$ hold time and setup time against clock edge must be satisfied respectively.



• **Burst Write Suspend**

Burst write operation can be suspended by $\overline{WE}$ High pulse. During burst write operation, $\overline{WE}$ brought to High from Low suspends burst write operation. Once $\overline{WE}$ is brought to High with the specified setup time against clock where the data being suspended, device internal counter is suspended, data input is ignored. It is inhibited to suspend the first data input at the beginning of burst write.

$\overline{WE}$ brought to Low from High resumes burst write operation. Once $\overline{WE}$ is brought to Low, data input becomes valid after specified time duration, and internal address counter is reactivated. The write address of the cycle where data being suspended and the first write address as the result of $\overline{WE}$ = L are the same address.

In order to guarantee to latch the last data input before suspension and first data input after resumption, the specified minimum value of $\overline{WE}$ hold time and setup time against clock edge must be satisfied respectively.

Burst write suspend function is available when the device is operating in $\overline{WE}$ level controlled burst write only.



NTC0097700

# MB82DBS02163C-70L

• **Burst Read Termination**

Burst read operation can be terminated by $\overline{CE}1$ brought to High. If BL is set on Continuous, burst read operation is continued endless unless terminated by $\overline{CE}1$ = H. It is inhibited to terminate burst read before first data output is completed. In order to guarantee last data output, the specified minimum value of $\overline{CE}1$ = L hold time from clock edge must be satisfied. After termination, the specified minimum recovery time is required to start new access.



• **Burst Write Termination**

Burst write operation can be terminated by $\overline{CE}1$ brought to High. If BL is set on Continuous, burst write operation is continued endless unless terminated by $\overline{CE}1$ = H. It is inhibited to terminate burst write before first data input is completed. In order to guarantee last data input being latched, the specified minimum values of $\overline{CE}1$ = L hold time from clock edge must be satisfied. After termination, the specified minimum recovery time is required to start new access.



NTC0097701

# MB82DBS02163C-70L

## ■ ABSOLUTE MAXIMUM RATINGS

| Parameter | Symbol | Rating | | Unit |
|-----------|--------|--------|--------|------|
| | | Min | Max | |
| Voltage of $V_{DD}$ Supply Relative to $V_{SS}$* | $V_{DD}$ | − 0.5 | + 3.6 | V |
| Voltage at Any Pin Relative to $V_{SS}$* | $V_{IN}$, $V_{OUT}$ | − 0.5 | + 3.6 | V |
| Short Circuit Output Current * | $I_{OUT}$ | − 50 | + 50 | mA |
| Storage Temperature | $T_{STG}$ | − 55 | + 125 | °C |

* : All voltages are referenced to $V_{SS}$ = 0 V.

WARNING:   Semiconductor devices can be permanently damaged by application of stress (voltage, current, temperature, etc.) in excess of absolute maximum ratings. Do not exceed these ratings.

## ■ RECOMMENDED OPERATING CONDITIONS

| Parameter | Symbol | Value | | Unit |
|-----------|--------|-------|--------|------|
| | | Min | Max | |
| Power Supply Voltage*1 | $V_{DD}$ | 1.65 | 1.95 | V |
| | $V_{SS}$ | 0 | 0 | V |
| High Level Input Voltage*1, *2 | $V_{IH}$ | $V_{DD} \times 0.8$ | $V_{DD} + 0.2$ | V |
| Low Level Input Voltage*1, *3 | $V_{IL}$ | − 0.3 | $V_{DD} \times 0.2$ | V |
| Ambient Temperature | $T_A$ | − 30 | + 85 | °C |

*1 : All voltages are referenced to $V_{SS}$ = 0 V.

*2 : Maximum DC voltage on input and I/O pins is $V_{DD}$ + 0.2 V. During voltage transitions, inputs may overshoot to $V_{DD}$ + 1.0 V for the periods of up to 5 ns.

*3 : Minimum DC voltage on input or I/O pins is -0.3 V. During voltage transitions, inputs may undershoot $V_{SS}$ to -1.0 V for the periods of up to 5 ns.

WARNING:   The recommended operating conditions are required in order to ensure the normal operation of the semiconductor device. All of the device's electrical characteristics are warranted when the device is operated within these ranges.

Always use semiconductor devices within their recommended operating condition ranges. Operation outside these ranges may adversely affect reliability and could result in device failure.

No warranty is made with respect to uses, operating conditions, or combinations not represented on the data sheet. Users considering application outside the listed conditions are advised to contact their FUJITSU representatives beforehand.

## ■ PACKAGE CAPACITANCE

(f = 1 MHz, $T_A$ = +25 °C)

| Parameter | Symbol | Test conditions | Value | | | Unit |
|-----------|--------|-----------------|-------|-----|-----|------|
| | | | Min | Typ | Max | |
| Address Input Capacitance | $C_{IN1}$ | $V_{IN}$ = 0 V | — | — | 5 | pF |
| Control Input Capacitance | $C_{IN2}$ | $V_{IN}$ = 0 V | — | — | 5 | pF |
| Data Input/Output Capacitance | $C_{I/O}$ | $V_{IO}$ = 0 V | — | — | 8 | pF |

17

NTC0097702

# MB82DBS02163C-70L

## ■ ELECTRICAL CHARACTERISTICS

### 1. DC Characteristics

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Test Conditions | | Value | | Unit |
|---|---|---|---|---|---|---|
| | | | | Min | Max | |
| Input Leakage Current | $I_{LI}$ | $V_{SS} \leq V_{IN} \leq V_{DD}$ | | −1.0 | +1.0 | μA |
| Output Leakage Current | $I_{LO}$ | $0 \leq V_{OUT} \leq V_{DD}$, Output Disable | | −1.0 | +1.0 | μA |
| Output High Voltage Level | $V_{OH}$ | $V_{DD} = V_{DD}$ (Min), $I_{OH} = -0.5$ mA | | 1.4 | — | V |
| Output Low Voltage Level | $V_{OL}$ | $I_{OL} = 1$ mA | | — | 0.4 | V |
| V$_{DD}$ Power Down Current | $I_{DDP8}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN} = V_{IH}$ or $V_{IL}$, CE2 ≤ 0.2 V | SLEEP | — | 10 | μA |
| | $I_{DDP4}$ | | 4 M-bit Partial | — | 40 | μA |
| | $I_{DDP8}$ | | 8 M-bit Partial | — | 50 | μA |
| V$_{DD}$ Standby Current | $I_{DDS}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN}$ (including CLK) = $V_{IH}$ or $V_{IL}$, $\overline{CE}1 = CE2 = V_{IH}$ | | — | 1.5 | mA |
| | $I_{DDS1}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN}$ (including CLK) ≤ 0.2 V or $V_{IN}$ (including CLK) ≥ $V_{DD}$ − 0.2 V, $\overline{CE}1 = CE2 \geq V_{DD}$ − 0.2 V | | — | 80 | μA |
| | $I_{DDS2}$ | $V_{DD} = V_{DD}$ (Max), $t_{CK} = $ Min $V_{IN} \leq 0.2$ V or $V_{IN} \geq V_{DD}$ − 0.2 V, $\overline{CE}1 = CE2 \geq V_{DD}$ − 0.2 V | | — | 200 | μA |
| V$_{DD}$ Active Current | $I_{DDA1}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN} = V_{IH}$ or $V_{IL}$, $\overline{CE}1 = V_{IL}$ and CE2 = $V_{IH}$, $I_{OUT} = 0$ mA | $t_{RC}/t_{WC} = $ Min | — | 30 | mA |
| | $I_{DDA2}$ | | $t_{RC}/t_{WC} = 1$ μs | — | 3 | mA |
| V$_{DD}$ Page Read Current | $I_{DDA3}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN} = V_{IH}$ or $V_{IL}$, $\overline{CE}1 = V_{IL}$ and CE2 = $V_{IH}$, $I_{OUT} = 0$ mA, $t_{PRC} = $ Min | | — | 10 | mA |
| V$_{DD}$ Burst Access Current | $I_{DDA4}$ | $V_{DD} = V_{DD}$ (Max), $V_{IN} = V_{IH}$ or $V_{IL}$, $\overline{CE}1 = V_{IL}$ and CE2 = $V_{IH}$, $t_{CK} = t_{CK}$ (Min), BL = Continuous, $I_{OUT} = 0$ mA | | — | 15 | mA |

Notes :  • All voltages are referenced to $V_{SS} = 0$ V.
  • $I_{DD}$ depends on the output termination, load conditions, and AC characteristics.
  • After power on, initialization following POWER-UP timing is required. DC characteristics are guaranteed after the initialization.

18

NTC0097703

## MB82DBS02163C-70L

### 2. AC Characteristics

#### (1) Asynchronous Read Operation (Page mode)

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| Read Cycle Time | $t_{RC}$ | 70 | 1000 | ns | *1, *2 |
| $\overline{CE}1$ Access Time | $t_{CE}$ | — | 70 | ns | *3 |
| $\overline{OE}$ Access Time | $t_{OE}$ | — | 40 | ns | *3 |
| Address Access Time | $t_{AA}$ | — | 70 | ns | *3, *5 |
| $\overline{ADV}$ Access Time | $t_{AV}$ | — | 70 | ns | *3 |
| $\overline{LB}$, $\overline{UB}$ Access Time | $t_{BA}$ | — | 30 | ns | *3 |
| Page Address Access Time | $t_{PAA}$ | — | 20 | ns | *3, *6 |
| Page Read Cycle Time | $t_{PRC}$ | 20 | 1000 | ns | *1, *6, *7 |
| Output Data Hold Time | $t_{OH}$ | 5 | — | ns | *3 |
| $\overline{CE}1$ Low to Output Low-Z | $t_{CLZ}$ | 5 | — | ns | *4 |
| $\overline{OE}$ Low to Output Low-Z | $t_{OLZ}$ | 10 | — | ns | *4 |
| $\overline{LB}$, $\overline{UB}$ Low to Output Low-Z | $t_{BLZ}$ | 0 | — | ns | *4 |
| $\overline{CE}1$ High to Output High-Z | $t_{CHZ}$ | — | 14 | ns | *3 |
| $\overline{OE}$ High to Output High-Z | $t_{OHZ}$ | — | 14 | ns | *3 |
| $\overline{LB}$, $\overline{UB}$ High to Output High-Z | $t_{BHZ}$ | — | 14 | ns | *3 |
| Address Setup Time to $\overline{CE}1$ Low | $t_{ASC}$ | −5 | — | ns | |
| Address Setup Time to $\overline{OE}$ Low | $t_{ASO}$ | 10 | — | ns | |
| $\overline{ADV}$ Low Pulse Width | $t_{VPL}$ | 10 | — | ns | *8 |
| $\overline{ADV}$ High Pulse Width | $t_{VPH}$ | 15 | — | ns | *8 |
| Address Setup Time to $\overline{ADV}$ High | $t_{ASV}$ | 5 | — | ns | |
| Address Hold Time from $\overline{ADV}$ High | $t_{AHV}$ | 10 | — | ns | |
| Address Invalid Time | $t_{AX}$ | — | 10 | ns | *5, *9 |
| Address Hold Time from $\overline{CE}1$ High | $t_{CHAH}$ | −5 | — | ns | *10 |
| Address Hold Time from $\overline{OE}$ High | $t_{OHAH}$ | −5 | — | ns | |
| $\overline{WE}$ High to $\overline{OE}$ Low Time for Read | $t_{WHOL}$ | 15 | 1000 | ns | *11 |
| $\overline{CE}1$ High Pulse Width | $t_{CP}$ | 15 | — | ns | |

*1 : Maximum value is applicable if $\overline{CE}1$ is kept at Low without change of address input of $A_{20}$ to $A_3$.

*2 : Address should not be changed within minimum $t_{RC}$.

*3 : The output load 50 pF with 50 Ω termination to $V_{DD} \times 0.5$ V.

*4 : The output load 5 pF without any other load.

*5 : Applicable to $A_{20}$ to $A_3$ when $\overline{CE}1$ is kept at Low.

*6 : Applicable only to $A_2$, $A_1$ and $A_0$ when $\overline{CE}1$ is kept at Low for the page address access.

*(Continued)*

19

NTC0097704

# MB82DBS02163C-70L

*(Continued)*

*7 : In case Page Read Cycle is continued with keeping $\overline{CE}1$ stays Low, $\overline{CE}1$ must be brought to High within 4 μs. In other words, Page Read Cycle must be closed within 4 μs.

*8 : $t_{VPL}$ is specified from the falling edge of either $\overline{CE}1$ or $\overline{ADV}$ whichever comes late. The sum of $t_{VPL}$ and $t_{VPH}$ must be equal or greater than $t_{RC}$ for each access.

*9 : Applicable to address access when at least two of address inputs are switched from previous state.

*10 : $t_{RC}$ (Min) and $t_{PRC}$ (Min) must be satisfied.

*11 : If actual value of $t_{WHOL}$ is shorter than specified minimum values, the actual $t_{AA}$ of following Read may become longer by the amount of subtracting actual value from specified minimum value.

20

NTC0097705

# MB82DBS02163C-70L

**(2) Asynchronous Write Operation**

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| Write Cycle Time | $t_{WC}$ | 70 | 1000 | ns | *1, *2 |
| Address Setup Time | $t_{AS}$ | 0 | — | ns | *3 |
| $\overline{ADV}$ Low Pulse Width | $t_{VPL}$ | 10 | — | ns | *4 |
| $\overline{ADV}$ High Pulse Width | $t_{VPH}$ | 15 | — | ns | *4 |
| Address Setup Time to $\overline{ADV}$ High | $t_{ASV}$ | 5 | — | ns | |
| Address Hold Time from $\overline{ADV}$ High | $t_{AHV}$ | 10 | — | ns | |
| $\overline{CE}$1 Write Pulse Width | $t_{CW}$ | 45 | — | ns | *3 |
| $\overline{WE}$ Write Pulse Width | $t_{WP}$ | 45 | — | ns | *3 |
| $\overline{LB}$, $\overline{UB}$ Write Pulse Width | $t_{BW}$ | 45 | — | ns | *3 |
| $\overline{LB}$, $\overline{UB}$ Byte Mask Setup Time | $t_{BS}$ | −5 | — | ns | *5 |
| $\overline{LB}$, $\overline{UB}$ Byte Mask Hold Time | $t_{BH}$ | −5 | — | ns | *6 |
| Write Recovery Time | $t_{WR}$ | 0 | — | ns | *7 |
| $\overline{CE}$1 High Pulse Width | $t_{CP}$ | 15 | — | ns | |
| $\overline{WE}$ High Pulse Width | $t_{WHP}$ | 15 | 1000 | ns | |
| $\overline{LB}$, $\overline{UB}$ High Pulse Width | $t_{BHP}$ | 15 | 1000 | ns | |
| Data Setup Time | $t_{DS}$ | 15 | — | ns | |
| Data Hold Time | $t_{DH}$ | 0 | — | ns | |
| $\overline{OE}$ High to $\overline{CE}$1 Low Setup Time for Write | $t_{OHCL}$ | −5 | — | ns | *8 |
| $\overline{OE}$ High to Address Setup Time for Write | $t_{OES}$ | 0 | — | ns | *9 |
| $\overline{LB}$ and $\overline{UB}$ Write Pulse Overlap | $t_{BWO}$ | 30 | — | ns | |

*1 : Maximum value is applicable if $\overline{CE}$1 is kept at Low without any address change.

*2 : Minimum value must be equal or greater than the sum of write pulse width ($t_{CW}$, $t_{WP}$ or $t_{BW}$) and write recovery time ($t_{WR}$).

*3 : Write pulse width is defined from High to Low transition of $\overline{CE}$1, $\overline{WE}$, $\overline{LB}$, or $\overline{UB}$, whichever occurs last.

*4: $t_{VPL}$ is specified from the falling edge of either $\overline{CE}$1 or $\overline{ADV}$ whichever comes late. The sum of $t_{VPL}$ and $t_{VPH}$ must be equal or greater than $t_{WC}$ for each access.

*5: Applicable for byte mask only. Byte mask setup time is defined from the High to Low transition of $\overline{CE}$1 or $\overline{WE}$ whichever occurs last.

*6: Applicable for byte mask only. Byte mask hold time is defined from the Low to High transition of $\overline{CE}$1 or $\overline{WE}$ whichever occurs first.

*7: Write recovery time is defined from Low to High transition of $\overline{CE}$1, $\overline{WE}$, $\overline{LB}$, or $\overline{UB}$, whichever occurs first.

*8: If $\overline{OE}$ is Low after minimum $t_{OHCL}$, read cycle is initiated. In other word, $\overline{OE}$ must be brought to High within 5 ns after $\overline{CE}$1 is brought to Low.

*9: If $\overline{OE}$ is Low after new address input, read cycle is initiated. In other word, $\overline{OE}$ must be brought to High at the same time or before new address is valid.

NTC0097706

# MB82DBS02163C-70L

## (3) Synchronous Operation - Clock Input (Burst mode)

(At recommended operating conditions unless otherwise noted)

| Parameter | | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|---|
| | | | Min | Max | | |
| Clock Period | RL = 5 | $t_{CK}$ | 15 | — | ns | *1 |
| | RL = 4 | | 20 | — | ns | *1 |
| | RL = 3 | | 30 | — | ns | *1 |
| Clock High Pulse Width | | $t_{CKH}$ | 5 | — | ns | |
| Clock Low Pulse Width | | $t_{CKL}$ | 5 | — | ns | |
| Clock Transition Time | | $t_{CKT}$ | — | 3 | ns | *2 |

*1: Clock period is defined between valid clock edges.

*2: Clock transition time is defined between $V_{IH}$ (Min) and $V_{IL}$ (Max)

## (4) Synchronous Operation - Address Latch (Burst mode)

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| Address Setup Time to $\overline{CE}1$ Low | $t_{ASCL}$ | −5 | — | ns | *1 |
| Address Setup Time to $\overline{ADV}$ Low | $t_{ASVL}$ | −5 | — | ns | *2 |
| Address Hold Time from $\overline{ADV}$ High | $t_{AHV}$ | 10 | — | ns | |
| $\overline{ADV}$ Low Pulse Width | $t_{VPL}$ | 10 | — | ns | *3 |
| $\overline{ADV}$ Low Setup Time to CLK | $t_{VBCK}$ | 7 | — | ns | *4 |
| $\overline{CE}1$ Low Setup Time to CLK | $t_{CLCK}$ | 7 | — | ns | *4 |
| $\overline{ADV}$ Low Hold Time from CLK | $t_{CKVH}$ | 1 | — | ns | *4 |
| Burst End $\overline{ADV}$ High Hold Time from CLK | $t_{VHVL}$ | 15 | — | ns | |

*1: $t_{ASCL}$ is applicable if $\overline{CE}1$ is brought to Low after $\overline{ADV}$ is brought to Low.

*2: $t_{ASVL}$ Is applicable if $\overline{ADV}$ is brought to Low after $\overline{CE}1$ is brought to Low.

*3: $t_{VPL}$ is specified from the falling edge of either $\overline{CE}1$ or $\overline{ADV}$ whichever comes late.

*4: Applicable to the 1st valid clock edge.

NTC0097707

## (5) Synchronous Read Operation (Burst mode)

(At recommended operating conditions unless otherwise noted)

| Parameter | | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|---|
| | | | Min | Max | | |
| Burst Read Cycle Time | | $t_{RCB}$ | --- | 8000 | ns | |
| CLK Access Time | | $t_{AC}$ | --- | 12 | ns | *1 |
| Output Hold Time from CLK | | $t_{CKQX}$ | 3 | --- | ns | *1 |
| $\overline{CE}1$ Low to $\overline{WAIT}$ Low | | $t_{CLTL}$ | 5 | 20 | ns | *1 |
| $\overline{OE}$ Low to $\overline{WAIT}$ Low | | $t_{OLTL}$ | 0 | 20 | ns | *1, *2 |
| CLK to $\overline{WAIT}$ Valid Time | | $t_{CKTV}$ | — | 12 | ns | *1, *3 |
| $\overline{WAIT}$ Valid Hold Time from CLK | | $t_{CKTX}$ | 3 | --- | ns | *1 |
| $\overline{CE}1$ Low to Output Low-Z | | $t_{CLZ}$ | 5 | — | ns | *4 |
| $\overline{OE}$ Low to Output Low-Z | | $t_{OLZ}$ | 10 | — | ns | *4 |
| $\overline{LB}$, $\overline{UB}$ Low to Output Low-Z | | $t_{BLZ}$ | 0 | — | ns | *4 |
| $\overline{CE}1$ High to Output High-Z | | $t_{CHZ}$ | --- | 14 | ns | *1 |
| $\overline{OE}$ High to Output High-Z | | $t_{OHZ}$ | — | 14 | ns | *1 |
| $\overline{LB}$, $\overline{UB}$ High to Output High-Z | | $t_{BHZ}$ | — | 14 | ns | *1 |
| $\overline{CE}1$ High to $\overline{WAIT}$ High-Z | | $t_{CHTZ}$ | — | 20 | ns | *1 |
| $\overline{OE}$ High to $\overline{WAIT}$ High-Z | | $t_{OHTZ}$ | — | 20 | ns | *1 |
| $\overline{OE}$ Low Setup Time to 1st Data-output | | $t_{OLQ}$ | 30 | — | ns | |
| $\overline{LB}$, $\overline{UB}$ Setup Time to 1st Data-output | | $t_{BLQ}$ | 30 | --- | ns | *5 |
| $\overline{OE}$ Setup Time to CLK | | $t_{OSCK}$ | 5 | --- | ns | |
| $\overline{OE}$ Hold Time from CLK | | $t_{CKOH}$ | 5 | — | ns | |
| Burst End $\overline{CE}1$ Low Hold Time from CLK | | $t_{CKCLH}$ | 5 | — | ns | |
| Burst End $\overline{LB}$, $\overline{UB}$ Hold Time from CLK | | $t_{CKBH}$ | 5 | --- | ns | |
| Burst Terminate Recovery Time | BL = 8, 16 | $t_{TRB}$ | 30 | — | ns | *6 |
| | BL = Continuous | | 70 | — | ns | *6 |

*1: The output load 50 pF with 50 Ω termination to $V_{DD} \times 0.5$ V.

*2: $\overline{WAIT}$ drives High at the beginning depending on $\overline{OE}$ falling edge timing.

*3: $t_{CKTV}$ is guaranteed after $t_{OLTL}$ (Max) from $\overline{OE}$ falling edge and $t_{OSCK}$ must be satisfied.

*4: The output load 5 pF without any other load.

*5: Once $\overline{LB}$ and $\overline{UB}$ are determined, they must not be changed until the end of burst read.

*6: Defined from the Low to High transition of $\overline{CE}1$ to the High to Low transition of either $\overline{ADV}$ or $\overline{CE}1$ whichever occurs late.

NTC0097708

# MB82DBS02163C-70L

## (6) Synchronous Write Operation (Burst mode)

(At recommended operating conditions unless otherwise noted)

| Parameter | | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|---|
| | | | Min | Max | | |
| Burst Write Cycle Time | | twcb | — | 8000 | ns | |
| Data Setup Time to CLK | | tpsck | 7 | — | ns | |
| Data Hold Time from CLK | | tdhck | 3 | — | ns | |
| $\overline{WE}$ Low Setup Time to 1st Data Input | | twld | 30 | — | ns | |
| $\overline{LB}$, $\overline{UB}$ Setup Time for Write | | tbs | -5 | — | ns | *1 |
| $\overline{WE}$ Setup Time to CLK | | twsck | 5 | — | ns | |
| $\overline{WE}$ Hold Time from CLK | | tckwh | 5 | — | ns | |
| $\overline{CE}1$ Low to $\overline{WAIT}$ High | | tclth | 5 | 20 | ns | *2 |
| $\overline{WE}$ Low to $\overline{WAIT}$ High | | twlth | 0 | 20 | ns | *2 |
| $\overline{CE}1$ High to $\overline{WAIT}$ High-Z | | tchtz | — | 20 | ns | *2 |
| $\overline{WE}$ High to $\overline{WAIT}$ High-Z | | twhtz | — | 20 | ns | *2 |
| Burst End $\overline{CE}1$ Low Hold Time from CLK | | tckclh | 5 | — | ns | |
| Burst End $\overline{CE}1$ High Setup Time to next CLK | | tchck | 5 | — | ns | |
| Burst End $\overline{LB}$, $\overline{UB}$ Hold Time from CLK | | tckbh | 5 | — | ns | |
| Burst Write Recovery Time | | twrb | 30 | — | ns | *3 |
| Burst Terminate Recovery Time | BL = 8, 16 | trrb | 30 | — | ns | *4 |
| | BL = Continuous | | 70 | — | ns | *4 |

*1: Defined from the valid input edge to the High to Low transition of either $\overline{ADV}$, $\overline{CE}1$, or $\overline{WE}$, whichever occurs last. And once $\overline{LB}$, $\overline{UB}$ are determined, $\overline{LB}$, $\overline{UB}$ must not be changed until the end of burst write.

*2: The output load 50 pF with 50 Ω termination to $V\infty \times 0.5$ V.

*3: Defined from the valid clock edge where last data-input being latched at the end of burst write to the High to Low transition of either $\overline{ADV}$ or $\overline{CE}1$ whichever occurs late for the next access.

*4: Defined from the Low to High transition of $\overline{CE}1$ to the High to Low transition of either $\overline{ADV}$ or $\overline{CE}1$ whichever occurs late for the next access.

NTC0097709

# MB82DBS02163C-70L

## (7) Power Down Parameters

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| CE2 Low Setup Time for Power Down Entry | $t_{CSP}$ | 20 | — | ns | |
| CE2 Low Hold Time after Power Down Entry | $t_{C2LP}$ | 70 | — | ns | |
| $\overline{CE1}$ High Hold Time following CE2 High after Power Down Exit [Sleep mode only] | $t_{CHH}$ | 300 | — | μs | *1 |
| $\overline{CE1}$ High Hold Time following CE2 High after Power Down Exit [not in Sleep mode] | $t_{CHHP}$ | 70 | — | ns | *2 |
| $\overline{CE1}$ High Setup Time following CE2 High after Power Down Exit | $t_{CHS}$ | 0 | — | ns | *1 |

*1 : Applicable also to power-up.

*2 : Applicable when 4 M-bit and 8 M-bit Partial mode is set.

## (8) Other Timing Parameters

(At recommended operating conditions unless otherwise noted)

| Parameter | Symbol | Value | | Unit | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $\overline{CE1}$ High to $\overline{OE}$ Invalid Time for Standby Entry | $t_{CHOX}$ | 10 | — | ns | |
| $\overline{CE1}$ High to $\overline{WE}$ Invalid Time for Standby Entry | $t_{CHWX}$ | 10 | — | ns | *1 |
| CE2 Low Hold Time after Power-up | $t_{C2LH}$ | 50 | — | μs | |
| $\overline{CE1}$ High Hold Time following CE2 High after Power-up | $t_{CHH}$ | 300 | — | μs | |
| Input Transition Time (except for CLK) | $t_T$ | 1 | 25 | ns | *2, *3 |

*1 : Some data might be written into any address location if $t_{CHWX}$ (Min) is not satisfied.

*2 : Except for clock input transition time.

*3 : The Input Transition Time ($t_T$) at AC testing is 5 ns for Asynchronous operation and 3 ns for Synchronous operation respectively. If actual $t_T$ is longer than 5 ns or 3 ns specified as AC test condition, it may violate AC specification of some timing parameters. Refer to " (9) AC Test Conditions".

25

# MB82DBS02163C-70L

## (9) AC Test Conditions

| Description | | Symbol | Test Setup | Value | Unit | Notes |
|---|---|---|---|---|---|---|
| Input High Level | | $V_{IH}$ | — | $V_{DD} \times 0.8$ | V | |
| Input Low Level | | $V_{IL}$ | — | $V_{DD} \times 0.2$ | V | |
| Input Timing Measurement Level | | $V_{REF}$ | — | $V_{DD} \times 0.5$ | V | |
| Input Transition Time | Async. | $t_T$ | Between $V_{IL}$ and $V_{IH}$ | 5 | ns | |
| | Sync. | | | 3 | ns | |



• AC MEASUREMENT OUTPUT LOAD CIRCUIT

NTC0097711

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 14 of 56

**MB82DBS02163C-70L**

## ■ TIMING DIAGRAMS

### (1) Asynchronous Read Timing #1-1 (Basic Timing)



Note : This timing diagram assumes CE2 = H and $\overline{WE}$ = H.

27

NTC0097712

# MB82DBS02163C-70L

**(2) Asynchronous Read Timing #1-2 (Basic Timing)**



Note : This timing diagram assumes CE2 = H and $\overline{WE}$ = H.

NTC0097713

**MB82DBS02163C-70L**

**(3) Asynchronous Read Timing #2 ($\overline{OE}$ Control & Address Access)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{WE}$ = H.

29

NTC0097714

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 17 of 56

# MB82DBS02163C-70L

**(4) Asynchronous Read Timing #3 ($\overline{LB}$, $\overline{UB}$ Byte Control Access)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{WE}$ = H.

30

NTC0097715

Case 4:07-cv-03672-CW   Document 1-366   Filed 07/17/2007   Page 18 of 56

(5) Asynchronous Read Timing #4 (Page Address Access after $\overline{CE}$1 Control Access)



Note : This timing diagram assumes CE2 = H and $\overline{WE}$ = H.

NTC0097716

Case 4:07-cv-03672-CW Document 1-366 Filed 07/17/2007 Page 19 of 56

# MB82DBS02163C-70L

## (5) Asynchronous Read Timing #5 (Random and Page Address Access)



Notes : • This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{WE}$ = H.
  • Either or both $\overline{LB}$ and $\overline{UB}$ must be Low when both $\overline{CE1}$ and $\overline{OE}$ are Low.

32

NTC0097717

**MB82DBS02163C-70L**

**(7) Asynchronous Write Timing #1-1 (Basic Timing)**



Note : This timing diagram assumes CE2 = H.

33

NTC0097718

Case 4:07-cv-04612-CW    Document 136-6    Filed 07/17/2007    Page 21 of 56

# MB82DBS02163C-70L

**(8) Asynchronous Write Timing #1-2 (Basic Timing)**



Note : This timing diagram assumes CE2 = H.

NTC0097719

# MB82DBS02163C-70L

(9) **Asynchronous Write Timing #2 (WE Control)**



Note : This timing diagram assumes CE2 = H and ADV = L.

35

NTC0097720

# MB82DBS02163C-70L

(10) Asynchronous Write Timing #3-1 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

36

NTC0097721

**(11) Asynchronous Write Timing #3-2 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

37

NTC0097722

Case 4:07-cv-05672-CW    Document 1-366    Filed 07/17/2007    Page 25 of 56

# MB82DBS02163C-70L

**(12) Asynchronous Write Timing #3-3 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

38

NTC0097723

# MB82DBS02163C-70L

**(13) Asynchronous Write Timing #3-4 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

39

NTC0097724

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 27 of 56

# MB82DBS02163C-70L

**(14) Asynchronous Read/Write Timing #1-1 (CE1 Control)**



Notes : • This timing diagram assumes CE2 = H and ADV = L
• Write address is valid from either CE1 or WE of last falling edge.

40

NTC0097725

Case 4:07-cv-03672-CW   Document 1-366   Filed 07/17/2007   Page 28 of 56

# MB82DBS02163C-70L

**(15) Asynchronous Read/Write Timing #1-2 ($\overline{CE}$1, $\overline{WE}$, $\overline{OE}$ Control)**



Notes :
• This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.
• $\overline{OE}$ can be fixed Low during write operation if it is $\overline{CE}$1 controlled write at Read-Write-Read sequence.

41

NTC0097726

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 29 of 56

# MB82DBS02163C-70L

**(16) Asynchronous Read/Write Timing #2 (OE, WE Control)**



Notes : • This timing diagram assumes CE2 = H and ADV = L.
      • CE1 can be tied to Low for WE and OE controlled operation.

NTC0097727

# MB82DBS02163C-70L

**(17) Asynchronous Read/Write Timing #3 ($\overline{OE}$, $\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Control)**



Notes : • This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.
      • $\overline{CE1}$ can be tied to Low for $\overline{WE}$ and $\overline{OE}$ controlled operation.

43

NTC0097728

# MB82DBS02163C-70L

**(18) Clock Input Timing**



Notes : • Stable clock input must be required during $\overline{CE}1$ = L.
- $t_{CK}$ is defined between valid clock edges.
- $t_{CKT}$ is defined between $V_{IH}$ (Min) and $V_{IL}$ (Max)

**(19) Address Latch Timing (Synchronous Mode)**



Notes : • Case #1 is the timing when $\overline{CE}1$ is brought to Low after $\overline{ADV}$ is brought to Low.
  Case #2 is the timing when $\overline{ADV}$ is brought to Low after $\overline{CE}1$ is brought to Low.
- $t_{VPL}$ is specified from the falling edge of either $\overline{CE}1$ or $\overline{ADV}$ whichever comes late.
  At least one valid clock edge must be input during $\overline{ADV}$ = L.
- $t_{VSCK}$ and $t_{CLCK}$ are applied to the 1st valid clock edge during $\overline{ADV}$=L.

44

NTC0097729

**(20) Synchronous Read Timing #1 (OE Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097730

# MB82DBS02163C-70L

**(21) Synchronous Read Timing #2 (CE1 Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

46

NTC0097731

# MB82DBS02163C-70L

## (22) Synchronous Read Timing #3 (ADV Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

47

NTC0097732

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 35 of 56

# MB82DBS02163C-70L

**(23) Synchronous Read - $\overline{WAIT}$ Output Timing (Continuous Read)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = Continuous.

NTC0097733

**MB82DBS02163C-70L**

**(24) Synchronous Write Timing #1 ($\overline{WE}$ Level Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

49

NTC0097734

# MB82DBS02163C-70L

(25) Synchronous Write Timing #2 ($\overline{WE}$ Single Clock Pulse Timing)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097735

Case 4:07-cv-05672-CW   Document 1-365   Filed 07/19/2007   Page 38 of 56

**(26) Synchronous Write Timing #3 (ADV Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097736

Case 4:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 39 of 56

# MB82DBS02163C-70L

(27) Synchronous Write Timing #4 (WE Level Control, Single Write)



Notes : • This timing diagram assumes CE2 = H, the valid clock edge on rising edge and single write operation.
• Write data is latched on the valid clock edge.

52

NTC0097737

## MB82DBS02163C-70L

**(28) Synchronous Read to Write Timing #1 (CE1 Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097738

Case 4:07-cv-03672-CW Document 1-366 Filed 07/17/2007 Page 41 of 56

# MB82DBS02163C-70L

**(29) Synchronous Read to Write Timing #2 ($\overline{ADV}$ Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097739

**(30) Synchronous Write to Read Timing #1($\overline{CE1}$ Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

55

NTC0097740

# MB82DBS02163C-70L

## (31) Synchronous Write to Read Timing #2 ($\overline{ADV}$ Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097741

**MB82DBS02163C-70L**

**(32) Power-up Timing #1**



Note : The $t_{C2LH}$ specifies after $V_{DD}$ reaches specified minimum level.

**(33) Power-up Timing #2**



Note : The $t_{CHH}$ specifies after $V_{DD}$ reaches specified minimum level and applicable both $\overline{CE}1$ and CE2.
If transition time of $V_{DD}$ (from 0 V to $V_{DD}$ (Min)) is longer than 50 ms, Power-up Timing #1 must
be applied.

57

NTC0097742

Case 4:07-cv-03672-CW   Document 1-366   Filed 07/17/2007   Page 45 of 56

# MB82DBS02163C-70L

### (34) Power Down Entry and Exit Timing



Note : This Power Down mode can be also used as a reset timing if "Power-up timing" above could not be satisfied and Power Down program was not performed prior to this reset.

### (35) Standby Entry Timing after Read or Write



Note : Both t$_{CHOX}$ and t$_{CHWX}$ define the earliest entry timing for Standby mode.

NTC0097743

Case 1:07-cv-03672-CW    Document 1-366    Filed 07/17/2007    Page 46 of 56



# MB82DBS02163C-70L

**(36) Configuration Register Set Timing #1 (Asynchronous Operation)**



*1 : The all address inputs must be High from Cycle #1 to #5.

*2 : The address key must confirm the format specified in "■FUNCTIONAL DESCRIPTION".
If not, the operation and data are not guaranteed.

*3 : After $t_{CP}$ or $t_{RC}$ following Cycle #6, the Configuration Register Set is completed and returned
to the normal operation. $t_{CP}$ and $t_{RC}$ are applicable to returning to asynchronous mode and
to synchronous mode respectively.

*4 : Byte read or write is available in addition to Word read or write. At least one byte control
signal ($\overline{LB}$ or $\overline{UB}$) need to be Low.

NTC0097744

# MB82DBS02163C-70L

**(37) Configuration Register Set Timing #2 (Synchronous Operation)**



*1 : The all address inputs must be High from Cycle #1 to #5.

*2 : The address key must confirm the format specified in "■FUNCTIONAL DESCRIPTION".
If not, the operation and data are not guaranteed.

*3 : After tRR following Cycle #6, the Configuration Register Set is completed and returned
to the normal operation.

*4 : Byte read or write is available in addition to Word read or write. At least one byte control
signal (LB or UB) need to be Low.

NTC0097745

# MB82DBS02163C-70L

## ■ BONDING PAD INFORMATION

Please contact local FUJITSU representative for pad layout and pad coordinate information.

## ■ ORDERING INFORMATION

| Part Number | Shipping Form / Package | Remarks |
|---|---|---|
| MB82DBS02163C-70LWT | wafer | |
| MB82DBS02163C-70LPBT | 71-ball plastic FBGA (BGA-71P-M03) | |

61

# MB82DBS02163C-70L

## ■ PACKAGE DIMENSION



| | | |
|---|---|---|
| 71-ball plastic FBGA | Ball pitch | 0.80 mm |
| | Package width × package length | 7.00 × 11.00 mm |
| | Lead shape | Soldering ball |
| | Sealing method | Plastic mold |
| | Ball size | ⌀0.45 mm |
| | Mounting height | 1.20 mm Max. |
| (BGA-71P-M03) | Weight | 0.14 g |



NTC0097747

# MB82DBS02163C-70L

# FUJITSU LIMITED

All Rights Reserved.

The contents of this document are subject to change without notice. Customers are advised to consult with FUJITSU sales representatives before ordering.

The information, such as descriptions of function and application circuit examples, in this document are presented solely for the purpose of reference to show examples of operations and uses of Fujitsu semiconductor device; Fujitsu does not warrant proper operation of the device with respect to use based on such information. When you develop equipment incorporating the device based on such information, you must assume any responsibility arising out of such use of the information. Fujitsu assumes no liability for any damages whatsoever arising out of the use of the information.

Any information in this document, including descriptions of function and schematic diagrams, shall not be construed as license of the use or exercise of any intellectual property right, such as patent right or copyright, or any other right of Fujitsu or any third party or does Fujitsu warrant non-infringement of any third-party's intellectual property right or other right by using such information. Fujitsu assumes no liability for any infringement of the intellectual property rights or other rights of third parties which would result from the use of information contained herein.

The products described in this document are designed, developed and manufactured as contemplated for general use, including without limitation, ordinary industrial use, general office use, personal use, and household use, but are not designed, developed and manufactured as contemplated (1) for use accompanying fatal risks or dangers that, unless extremely high safety is secured, could have a serious effect to the public, and could lead directly to death, personal injury, severe physical damage or other loss (i.e., nuclear reaction control in nuclear facility, aircraft flight control, air traffic control, mass transport control, medical life support system, missile launch control in weapon system), or (2) for use requiring extremely high reliability (i.e., submersible repeater and artificial satellite).

Please note that Fujitsu will not be liable against you and/or any third party for any claims or damages arising in connection with above-mentioned uses of the products.

Any semiconductor devices have an inherent chance of failure. You must protect against injury, damage or loss from such failures by incorporating safety design measures into your facility and equipment such as redundancy, fire protection, and prevention of over-current levels and other abnormal operating conditions.

If any products described in this document represent goods or technologies subject to certain restrictions on export under the Foreign Exchange and Foreign Trade Law of Japan, the prior authorization by Japanese government will be required for export of those products from Japan.

Edited   Business Promotion Dept.

F0604

# EXHIBIT F



NTC0097749



NTC0097750



NTC0097751



NTC0097752



NTC0097753