Case 1:06-cv-00025    Document 303-10    Filed 06/26/2007    Page 1 of

# Toyota Prius: Visual User Interface (VUI)



**Rohm** #BD4911 — *System Power Supply*

**Rohm** #BU4066 — *Quad Analog Switch*

**Toshiba** #TD62604 — *6-Ch Driver*

**Rohm** #BD9300 — *Switching Supply Controller*

**Linear Technology** #LTC3728 — *Dual Step-Down Switching Regulator*

LOTS of power management on the back side.

Portelligent

© 2007 by Portelligent Inc. All rights reserved.

Toyota Prius Teardown Summary 39

# Toyota Prius:
## Visual User Interface (VUI)

Case 1:06-cv-00025   Document 303-10   Filed 06/26/2007   Page 2 of

**Sharp**
#LH28F128BFHT
*16MB NOR Flash*

**Elpida**
#EDD2516AKTA
*32MBytes DDR SDRAM*

**Linear Technology**
#LTC1735
*Step-Down Switching Regulator*

**Denso/Toshiba**
#Naviem 462711-0450
*Central Processor*

**JRC**
#NJM072B
*Op Amp*

**Sony**
#CXB1458R
*Gigabit Video Interface Receiver*

**Denso/Toshiba**
#Naviem 462711-0180
*IO Processor ?*

The meat of the Information Computer is based on Toshiba/Denso partnership and "Naviem" OS/Hardware.

Toyota Prius Teardown Summary 40

Portelligent

© 2007 by Portelligent Inc. All rights reserved.

# Toyota Prius:
## VUI – Naviem Background

**DENSO, Toshiba develop world's first multi-OS for vehicle navigation systems**
Date: 12/10/2003
Supports both µITRON and Microsoft® Windows® Automotive

TOKYO and KARIYA CITY, Japan—Toshiba Corporation and DENSO Corporation, a leading supplier of advanced automotive systems, including car navigation systems, today announced joint development of the world's first multi-OS (operating system) environment (software) for car navigation systems.

The multi-OS environment provides single-chip support for both µITRON, the operating system for embedded devices, and Microsoft® Windows® Automotive, enabling the use of advanced automotive systems, provided by µITRON, and multi-media applications such as the Internet, provided by Microsoft® Windows® Automotive concurrently.

The multi-OS environment can be applied to the SoC (system on chip), "NAVIEM", which is used for DENSO car navigation systems. "NAVIEM", which was jointly developed by DENSO and Toshiba, features Toshiba's TX49 embedded CPU.

The TX49 core, based on the RISC architecture developed by MIPS Technologies, Inc., provides full support for SoC, assuring the flexibility required for integration of diverse applications and the scalability required for the integration of wide-ranging functionality. As a result, "NAVIEM" provides automotive design engineers with the freedom and ability to address diverse requirements with a single-chip solution.



## Toyota Prius: *Visual User Interface (VUI)*



**O2Micro**
#OZ964
CCFL Inverter Controller



**NEC**
#uPD780054
8-bit Microcontroller

More controllers, power management, and CCFL inverter for LCD backlight.

Portelligent

Toyota Prius Teardown Summary 43

© 2007 by Portelligent Inc. All rights reserved.

Case 1:06-cv-07025    Document 313-10    Filed 06/26/2007    Page 5 of




## Toyota Prius: Visual User Interface (VUI)

**Toshiba ?** #??2961G *Bluetooth Transceiver*

**Toshiba** #TC356510XB *Bluetooth Baseband*

Bluetooth Board; A Toshiba implementation w/ separate Flash, Transceiver, Baseband processor

Case 1:06-cv-00025    Document 303-10    Filed 06/26/2007    Page 6 of 1

Toyota Prius Teardown Summary 44

© 2007 by Portelligent Inc. All rights reserved.

# Navigation Unit (NU)



Toyota Prius Teardown Summary 45

© 2007 by Portelligent Inc. All rights reserved.

# Toyota Prius: *Navigation Unit (NU)*



DVD-ROM Drive (Panasonic)

Case 1:06-cv-00025    Document 303-10    Filed 06/26/2007    Page 8 of 1



Portelligent

Toyota Prius Teardown Summary 46

© 2007 by Portelligent Inc. All rights reserved.

# Toyota Prius: Navigation Unit (NU)



**Linear Technology** #LTC3728
*Dual Step-Down Switching Regulator*

**Panasonic** #AN7709
*9V / 1.2A LDO Regulator*

**Linear Technology** #LTC3728
*Dual Step-Down Switching Regulator*


Portelligent

Toyota Prius Teardown Summary 47

© 2007 by Portelligent Inc. All rights reserved.



## Toyota Prius: *Navigation Unit (NU)*

**Elpida**
#EDD2516AKTA
*32MBytes DDR SDRAM*

**Rensesas**
#R8A73810 / HD6473810
*Processor*

**Fujitsu**
#MBM29DL800BA
*1MByte NOR Flash*

Renesas processor forms the heart of the GPS unit.

Portelligent

© 2007 by Portelligent Inc.  All rights reserved.

Toyota Prius Teardown Summary 48

Case 1:06-cv-00025   Document 303-10   Filed 06/26/2007   Page 10 of



Gigabit Video Interface used in "visual communications" with central VUI LCD assembly.

© 2007 by Portelligent Inc. All rights reserved.

Toyota Prius Teardown Summary 49

# EXHIBIT "U"

```
 1  TEKER TORRES & TEKER, P.C.
    130 Asinall Avenue-Suite 2A
 2  Hagatna, Guam 96910
    671.477.9891 Telephone
 3  671.472.2601 Facsimile

 4  UNPINGCO & ASSOCIATES, LLC
    Sinajana Mall-Suite 12B
 5  Sinajana, Guam
    671.475.8545 Telephone
 6  671.475.8550 Facsimile

 7  SHORE CHAN BRAGALONE LLP
    Suite 4450
 8  325 N. St. Paul Street
    Dallas, Texas 75201
 9  (214) 593-9110 Telephone
    (214) 593-9111 Facsimile
10
    ATTORNEYS FOR PLAINTIFFS
11  Nanya Technology Corp. and
    Nanya Technology Corp. U.S.A.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. CV-06-00025 <br><br> **DECLARATION OF STEVEN L. AGUON IN SUPPORT OF PLAINTIFFS' SUR-REPLY** |

I, Steven L. Aguon, declare the following:

1. That I am over the age of eighteen and competent to make this declaration.

2. That I am employed by the Government of Guam, Department of Revenue & Taxation, Motor Vehicle Division as the Vehicle Registration Branch Supervisor. I have been employed with Division for eighteen (18) years.

3. On June 25, 2007, I ran a data search of the Division's computer records regarding the number of Toyota Prius vehicles currently registered on Guam. The results of the search showed that there are seventy-two (72) such vehicles currently registered with the Division which include model years 2001 through 2007.

Case 1:06-cv-00025   Document 303-10   Filed 06/26/2007   Page 14 of

4. The number of new registrations for the years 2000 through 2007 are as follows:

| Year Registered | Total No. Registered |
| --- | --- |
| 2000 | 1 |
| 2001 | 5 |
| 2002 | 1 |
| 2003 | 4 |
| 2004 | 16 |
| 2005 | 22 |
| 2006 | 13 |
| 2007 | 10 |

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge and belief.

Dated this 26th day of June, 2007.

Steven L. Aguon, Declarant

DECLARATION IN SUPPORT OF PLAINTIFFS' SUR-REPLY
PAGE 2