Case 1:07-cv-00026-SLR Document 305-274 Filed 06/26/2007 Page 1 of 49

**(5) Asynchronous Read Timing #4 (Page Address Access after $\overline{CE1}$ Control Access)**



Note : This timing diagram assumes CE2 = H and $\overline{WE}$ = H.

31

NTC0097716

Case 1:05-cv-00026 Document 305-374 Filed 06/26/2007 Page 2 of 49

# MB82DBS02163C-70L

**(6) Asynchronous Read Timing #5 (Random and Page Address Access)**



Notes : • This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{WE}$ = H.
• Either or both $\overline{LB}$ and $\overline{UB}$ must be Low when both $\overline{CE}1$ and $\overline{OE}$ are Low.

NTC0097717

Case 4:07-cv-00025W Document 305-274 Filed 06/26/2007 Page 3 of 49

**(7) Asynchronous Write Timing #1-1 (Basic Timing)**



Note : This timing diagram assumes CE2 = H.

NTC0097718

Case 07-cv-00725W Document 305-274 Filed 06/26/2007 Page 4 of 49

# MB82DBS02163C-70L

**(8) Asynchronous Write Timing #1-2 (Basic Timing)**



Note : This timing diagram assumes CE2 = H.

NTC0097719

Case 0:06-cv-00726-W Document 5-274 Filed 06/26/2007 Page 5 of 49

**(9) Asynchronous Write Timing #2 ($\overline{WE}$ Control)**



Note : This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.

NTC0097720

Case 07-cv-00026-W   Document 305-374   Filed 06/26/2007   Page 6 of 49

# MB82DBS02163C-70L

## (10) Asynchronous Write Timing #3-1 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

NTC0097721

Case 07-cv-00026-W Document 05-274 Filed 06/26/2007 Page 6 of 49

**(11) Asynchronous Write Timing #3-2 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

NTC0097722

Case 0:05-cv-00025-W Document 05-274 Filed 06/26/2007 Page 8 of 49

# MB82DBS02163C-70L

## (12) Asynchronous Write Timing #3-3 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

38

NTC0097723

Case 5:07-cv-02026W   Document 005-374   Filed 06/26/2007   Page 9 of 49

**(13) Asynchronous Write Timing #3-4 ($\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Byte Write Control)**



Note : This timing diagram assumes CE2 = H, $\overline{ADV}$ = L and $\overline{OE}$ = H.

NTC0097724

Case 0706-cv-0360026W Document 805-374 Filed 06/261200007 Page 10 of 949

# MB82DBS02163C-70L

**(14) Asynchronous Read/Write Timing #1-1 ($\overline{CE}$1 Control)**



Notes : • This timing diagram assumes CE2 = H and $\overline{ADV}$ = L
      • Write address is valid from either $\overline{CE}$1 or $\overline{WE}$ of last falling edge.

NTC0097725

Case 0790-cv-0460026W Document 305-274 Filed 06/26/2007 Page 11 of 49

# MB82DBS02163C-70L

**(15) Asynchronous Read/Write Timing #1-2 (CE1, WE, OE Control)**



Notes :  • This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.
 • $\overline{OE}$ can be fixed Low during write operation if it is $\overline{CE}1$ controlled write at Read-Write-Read sequence.

41

NTC0097726

# MB82DBS02163C-70L

## (16) Asynchronous Read/Write Timing #2 ($\overline{OE}$, $\overline{WE}$ Control)



Notes : • This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.
　　　　• $\overline{CE1}$ can be tied to Low for $\overline{WE}$ and $\overline{OE}$ controlled operation.

42

NTC0097727

**(17) Asynchronous Read/Write Timing #3 ($\overline{OE}$, $\overline{WE}$, $\overline{LB}$, $\overline{UB}$ Control)**



Notes : • This timing diagram assumes CE2 = H and $\overline{ADV}$ = L.
  • $\overline{CE1}$ can be tied to Low for $\overline{WE}$ and $\overline{OE}$ controlled operation.

NTC0097728

Case 3:07-cv-03037-W Document 305-374 Filed 06/26/2007 Page 14 of 49

# MB82DBS02163C-70L

## (18) Clock Input Timing



Notes : • Stable clock input must be required during $\overline{CE}1$ = L.
   • tck is defined between valid clock edges.
   • tckt is defined between $V_{IH}$ (Min) and $V_{IL}$ (Max)

## (19) Address Latch Timing (Synchronous Mode)



Notes : • Case #1 is the timing when $\overline{CE}1$ is brought to Low after $\overline{ADV}$ is brought to Low.
   Case #2 is the timing when $\overline{ADV}$ is brought to Low after $\overline{CE}1$ is brought to Low.
   • tvpl is specified from the falling edge of either $\overline{CE}1$ or $\overline{ADV}$ whichever comes late.
   At least one valid clock edge must be input during $\overline{ADV}$ = L.
   • tvsck and tclck are applied to the 1st valid clock edge during $\overline{ADV}$=L.

NTC0097729

Case 6:06-cv-00025-W Document 05-274 Filed 06/06/2007 Page 15 of 49

**(20) Synchronous Read Timing #1 ($\overline{\text{OE}}$ Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097730

Case 1:06-cv-00726-W Document 305-274 Filed 06/26/2007 Page 16 of 49

# MB82DBS02163C-70L

## (21) Synchronous Read Timing #2 ($\overline{CE}1$ Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

46

NTC0097731

Case 0700-cv-00026W Document 05-374 Filed 06/20/2007 Page 17 of 49

**(22) Synchronous Read Timing #3 ($\overline{ADV}$ Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

47

NTC0097732

Case 0:06-cv-00726 Document 55-74 Filed 06/21/2007 Page 18 of 49

# MB82DBS02163C-70L

**(23) Synchronous Read - $\overline{WAIT}$ Output Timing (Continuous Read)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = Continuous.

48

NTC0097733

Case 0796-cv-0460026W Document 805-274 Filed 06/26/2007 Page 19 of 49

**(24) Synchronous Write Timing #1 (WE Level Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097734

Case 6:07-cv-00026-W Document 5-274 Filed 02/26/2007 Page 20 of 49

# MB82DBS02163C-70L

**(25) Synchronous Write Timing #2 ($\overline{WE}$ Single Clock Pulse Timing)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097735

Case 3:06-cv-00026-W Document 305-374 Filed 06/26/2007 Page 21 of 49

## (28) Synchronous Write Timing #3 ($\overline{\text{ADV}}$ Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097736

Case 5:07-cv-00222-W Document 105-274 Filed 06/26/2007 Page 22 of 49

# MB82DBS02163C-70L

## (27) Synchronous Write Timing #4 ($\overline{WE}$ Level Control, Single Write)



Notes : • This timing diagram assumes CE2 = H, the valid clock edge on rising edge and single write operation.
• Write data is latched on the valid clock edge.

NTC0097737

Case 0:06-cv-00026W Document 005-274 Filed 02/20/2007 Page 23 of 49

(28) Synchronous Read to Write Timing #1 ($\overline{CE1}$ Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

53

NTC0097738

Case 1:07-cv-00633-GMS Document 105-3/4 Filed 02/02/2007 Page 24 of 49

# MB82DBS02163C-70L

**(29) Synchronous Read to Write Timing #2 ($\overline{\text{ADV}}$ Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

54

NTC0097739

Case 0:06-cv-00720-JW Document 605-274 Filed 06/26/2007 Page 25 of 49

### (30) Synchronous Write to Read Timing #1($\overline{CE}$1 Control)



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

NTC0097740

Case 0:06-cv-00626-W Document 305-274 Filed 02/26/2007 Page 26 of 49

# MB82DBS02163C-70L

**(31) Synchronous Write to Read Timing #2 (ADV Control)**



Note : This timing diagram assumes CE2 = H, the valid clock edge on rising edge and BL = 8 or 16.

56

NTC0097741

Case 5:07-cv-05243-JW Document 305-374 Filed 06/26/2007 Page 27 of 49

**(32) Power-up Timing #1**



Note : The $t_{C2LH}$ specifies after $V_{DD}$ reaches specified minimum level.

**(33) Power-up Timing #2**



Note : The $t_{CHH}$ specifies after $V_{DD}$ reaches specified minimum level and applicable both $\overline{CE1}$ and CE2.
   If transition time of $V_{DD}$ (from 0 V to $V_{DD}$ (Min)) is longer than 50 ms, Power-up Timing #1 must
   be applied.

NTC0097742

Case 0:06-cv-00025 W Document 05-374 Filed 06/01/2007 Page 28 of 49

# MB82DBS02163C-70L

### (34) Power Down Entry and Exit Timing



Note : This Power Down mode can be also used as a reset timing if "Power-up timing" above could not be satisfied and Power Down program was not performed prior to this reset.

### (35) Standby Entry Timing after Read or Write



Note : Both $t_{CHOX}$ and $t_{CHWX}$ define the earliest entry timing for Standby mode.

NTC0097743



**(36) Configuration Register Set Timing #1 (Asynchronous Operation)**



*1 : The all address inputs must be High from Cycle #1 to #5.

*2 : The address key must confirm the format specified in "■FUNCTIONAL DESCRIPTION".
If not, the operation and data are not guaranteed.

*3 : After t$_{CP}$ or t$_{RC}$ following Cycle #6, the Configuration Register Set is completed and returned
to the normal operation. t$_{CP}$ and t$_{RC}$ are applicable to returning to asynchronous mode and
to synchronous mode respectively.

*4 : Byte read or write is available in addition to Word read or write. At least one byte control
signal ($\overline{LB}$ or $\overline{UB}$) need to be Low.

59

NTC0097744

Case 0796 v03670026 W Document 05-374 Filed 06/261/202007 Page 30 of 49

# MB82DBS02163C-70L

**(37) Configuration Register Set Timing #2 (Synchronous Operation)**



*1 : The all address inputs must be High from Cycle #1 to #5.

*2 : The address key must confirm the format specified in "■FUNCTIONAL DESCRIPTION". If not, the operation and data are not guaranteed.

*3 : After tTRB following Cycle #6, the Configuration Register Set is completed and returned to the normal operation.

*4 : Byte read or write is available in addition to Word read or write. At least one byte control signal ($\overline{LB}$ or $\overline{UB}$) need to be Low.

NTC0097745

# MB82DBS02163C-70L

■ **BONDING PAD INFORMATION**

Please contact local FUJITSU representative for pad layout and pad coordinate information.

■ **ORDERING INFORMATION**

| Part Number | Shipping Form / Package | Remarks |
|---|---|---|
| MB82DBS02163C-70LWT | wafer | |
| MB82DBS02163C-70LPBT | 71-ball plastic FBGA<br>(BGA-71P-M03) | |

NTC0097746

Case 1:06-cv-00726-W Document 305-274 Filed 06/26/2007 Page 32 of 49

# MB82DBS02163C-70L

## ■ PACKAGE DIMENSION

| 71-ball plastic FBGA | | |
|---|---|---|
| Ball pitch | 0.80 mm |
| Package width × package length | 7.00 × 11.00 mm |
| Lead shape | Soldering ball |
| Sealing method | Plastic mold |
| Ball size | ∅0.45 mm |
| Mounting height | 1.20 mm Max. |
| (BGA-71P-M03) | Weight | 0.14 g |





71-ball plastic FBGA
(BGA-71P-M03)

© 2003 FUJITSU LIMITED B71003S-c-1-1

Dimensions in mm (inches).
Note: The values in parentheses are reference values.

62

NTC0097747

# FUJITSU LIMITED

All Rights Reserved.

The contents of this document are subject to change without notice. Customers are advised to consult with FUJITSU sales representatives before ordering.

The information, such as descriptions of function and application circuit examples, in this document are presented solely for the purpose of reference to show examples of operations and uses of Fujitsu semiconductor device; Fujitsu does not warrant proper operation of the device with respect to use based on such information. When you develop equipment incorporating the device based on such information, you must assume any responsibility arising out of such use of the information. Fujitsu assumes no liability for any damages whatsoever arising out of the use of the information.

Any information in this document, including descriptions of function and schematic diagrams, shall not be construed as license of the use or exercise of any intellectual property right, such as patent right or copyright, or any other right of Fujitsu or any third party or does Fujitsu warrant non-infringement of any third-party's intellectual property right or other right by using such information. Fujitsu assumes no liability for any infringement of the intellectual property rights or other rights of third parties which would result from the use of information contained herein.

The products described in this document are designed, developed and manufactured as contemplated for general use, including without limitation, ordinary industrial use, general office use, personal use, and household use, but are not designed, developed and manufactured as contemplated (1) for use accompanying fatal risks or dangers that, unless extremely high safety is secured, could have a serious effect to the public, and could lead directly to death, personal injury, severe physical damage or other loss (i.e., nuclear reaction control in nuclear facility, aircraft flight control, air traffic control, mass transport control, medical life support system, missile launch control in weapon system), or (2) for use requiring extremely high reliability (i.e., submersible repeater and artificial satellite).

Please note that Fujitsu will not be liable against you and/or any third party for any claims or damages arising in connection with above-mentioned uses of the products.

Any semiconductor devices have an inherent chance of failure. You must protect against injury, damage or loss from such failures by incorporating safety design measures into your facility and equipment such as redundancy, fire protection, and prevention of over-current levels and other abnormal operating conditions.

If any products described in this document represent goods or technologies subject to certain restrictions on export under the Foreign Exchange and Foreign Trade Law of Japan, the prior authorization by Japanese government will be required for export of those products from Japan.

Edited    Business Promotion Dept.

F0604

NTC0097748



# EXHIBIT F



NTC0097749





NTC0097751



NTC0097752



NTC0097753



# EXHIBIT J





**VIRTUAL MEDICAL WORLDS**

**Monthly**

The monthly news service for
the virtual medical community

Ads by Google

# Fujitsu and Source Medical showcase pen-based outpatient information system

**Santa Clara 10 February 2003** *Fujitsu PC Corporation (FPC), a wholly-owned subsidiary of Fujitsu Limited, and Source Medical have created a highly efficient pen-based outpatient information system to improve patient care and streamline record keeping procedures. The application is a result of a strategic relationship between the two companies to collaborate on application-specific solutions for the health care marketplace. Fujitsu and Source Medical unveiled and showcased the new system using a Fujitsu Stylistic ST4000 Series Tablet PC to run the Source Medical TherapySource application during the Healthcare Information and Management Systems Society (HIMSS) Annual Conference and Exhibition in San Diego.*

*Advertisement*



The blending of the Source Medical TherapySource application with the mobility and power of the Fujitsu Tablet PC is an ideal solution for health care professionals. The system provides professionals with the flexibility and freedom to move throughout a care facility while interacting with patients and electronically documenting treatments.

The Fujitsu/Source Medical collaboration has experienced success in the past when the application was installed on

**Smb Fujitsu**
Join Now & Receive
Great Discounts
through Fujitsu
SMBI Learn more
www.shopfujitsu.com

**Top DBMS In Healthcare**
High-Performance.
High Reliability.
Low Maintenance.
Free Download.
InterSystems.com/Healthc

**Tablet PCs/Notebooks**
In stock! 800-225-6893 Authorized
Service Center
www.CPFinc.com

**Top 10 EMR Software**
Electronic Medical
Records Ranked
Leading EMR
Solutions today.
www.aElectronicMedicalR

a Fujitsu LifeBook B Series notebook, a pen-based computer. Since 1999, the Fujitsu/Source Medical outpatient data management solution has been implemented into more than 1200 patient care facilities with approximately 6000 professionals using the system and making more than 30.000 electronic patient notes daily.

HealthSouth, a large provider of outpatient surgery, diagnostic imaging and rehabilitative health care services, has integrated the Fujitsu/Source Medical solution into its network of care facilities throughout North America and the world to create a highly effective patient record keeping system. "Computers and the Internet are the future of health care, and Source Medical is on the cutting edge of this technology", stated Richard M. Scrushy, HealthSouth chairman of the board and chief executive officer. "TherapySource has had a tremendous impact in the way our therapists work with patients, allowing them to focus on high-quality, cost-effective health care."

The TherapySource application is a complete, end-to-end information management solution for rehabilitation therapists, featuring an integrated suite of applications working in conjunction to move a patient through the entire outpatient health care process, including scheduling, registration, clinical documentation, coding and reporting. This application provides a fast and meticulous method of collecting and communicating patient data with improved accuracy, completeness and timeliness of information.

"Fujitsu is excited about introducing the Stylistic ST4000 Series Tablet PC outfitted with the Source Medical application to the health care industry", stated Sara Nelson, vice president of marketing, Fujitsu PC Corporation. "The ST4000 Tablet PC offers increased worker productivity by providing users a more natural form of computing. When combined with a robust application such as TherapySource, the Tablet PC becomes an invaluable tool for health care workers to perform their daily tasks more efficiently and more accurately."

The Stylistic ST4000 Series Tablet PC is an evolutionary step in mobile computing. Its innovative design offers maximum flexibility, allowing it to adapt to a variety of usage patterns. Unlike traditional PCs, the Stylistic ST4000 Series Tablet PC can be used in places where traditional notebook computers are not practical or widely accepted. Users can carry their Stylistic ST4000 Series Tablet PC like a notepad to enter data, take notes or access information unobtrusively while on their feet or in a meeting.

With constant access to critical company data and applications, users can be more productive and capable of delivering immediate and accurate responses. They can also use their Tablet PC as a notebook or desktop computer by either complementing it with a keyboard in the Fujitsu attache case or placing it on their desk in the optional Stylistic ST4000 Series Tablet Dock.

Source Medical is a provider of outpatient information solutions, with products installed in over 3500 ambulatory surgery centres, surgical hospitals, rehabilitation clinics, radiology facilities and physician practices throughout the United States, Canada, Mexico, and Guam.

Fujitsu PC Corporation is a provider of ultra-mobile computing solutions. The company delivers high-performance mobile computing solutions for the North American market, including a wide range of LifeBook notebooks and Stylistic tablets. Fujitsu PC Corporation emphasises leading-edge technology, exceptional product quality, user comfort and productivity, and outstanding customer service as primary competitive advantages.

### Leslie Versweyveld

[Medical IT News][Calendar][Virtual Medical Worlds Community][News on Advanced IT]

43 to top

# EXHIBIT K

| Products Containing MCU Devices | Fujitsu Ltd.'s ("FJ") claims | What the evidence demonstrates |
|---|---|---|
| Toyota Prius (MB90583C) | Accused MCU devices are not available on Guam | Toyota Prius contains an accused MCU device and is commercially available on Guam. *See* Exhibits F, G, M, Q, and O. |
| Sony Playstation Portable[1] ("PSP") (MB44C012) | Accused MCU devices are not available on Guam | Sony PSP contains a possible accused MCU device and is commercially available on Guam. *See* Exhibits B, M, P, and O. |
| Nintendo DS Lite (MB82DBS02163C) | Accused MCU devices are not available on Guam | Nintendo DS Lite contains an accused MCU device and is commercially available on Guam. *See* Exhibits C, M, N, P, O, and T. |
| MB91F362PFV (32-Bit RISC microcontrollers) | FJ has no direct response rebutting this sale | Accused MCU devices are commercially available on Guam. |
| Computer Battery (32-Bit RISC microcontrollers) | Not liable for actions of distributor. | Products containing accused MCU devices are directly sold on Guam. |
| Laptop Computer (32-Bit RISC microcontrollers) | Not liable for actions of distributor. | Products containing accused MCU devices are commercially available on Guam. |
| Computer Hard Drive (32-Bit RISC microcontrollers) | Not liable for actions of distributor. | Products containing accused MCU devices are commercially available on Guam. |
| BMW 5 and 7 series automobiles[2] Various MCUs (including possible FlexRay and CAN controllers), GDC's and components for MOST system | Defendants claim one of the accused MCU devices are not available on BMW automobiles until 2008. | FJ does not deny that the accused MCU devices are incorporated into BMW automobiles. Documents show accused MCU devices are incorporated into BMW automobiles. *See* Exhibit H. |

---

[1] *See* Exhibit B of Nanya's Sur-Reply, Materials related to MCU device (MB44C012) found in Sony PSP game console. Neither Fujitsu Ltd. nor FMA produced documents regarding this MCU device despite its clear relevance to Nanya's discovery requests. Because of Defendants' failure to produce documents related to this device, Nanya needs further documents from Defendants and investigation to be able to confirm whether this device infringes Nanya's patents. Nanya's discovery of this MCU device and others that are incorporated into consumer and automobile products found on Guam and Fujitsu Ltd.'s and FMA's failure to produce documents related to these devices clearly establishes that Defendants are withholding key documents on the sale and use of their accused products in the U.S. generally that would reveal placement into the stream of products traceable to Guam.

[2] Despite representing at the June 20, 2007 Hearing for Defendants' Motion for Immediate Transfer for Convenience that one of the accused MCU devices would not be present in BMW automobiles until 2008, there is evidence demonstrating that Fujitsu has been selling various MCUs to parts suppliers to be incorporated into BMW automobiles in the past several years. *See* Exhibit E to Plaintiffs' Sur-Reply, Materials evidencing MCU devices being sold or offered for sale to be incorporated into BMW automobiles.

| Hyundai automobiles Various MCUs (including possible FlexRay and CAN controllers), GDC's and components for MOST system | No response | FJ does not deny that the accused MCU devices are incorporated into Hyundai automobiles. |
|---|---|---|
| Ford automobiles Various MCUs (including possible FlexRay and CAN controllers) | No response | Documents describe North America Automotive Projects and list several accused MCU devices incorporated into Ford automobiles through parts suppliers Denso and Delphi. *See* Exhibit I. |
| Land Rover automobiles Various MCUs (including possible FlexRay and CAN controllers) | No response | Document states that Jaguar Land Rover is using FJ's Jade GDC and is supported by FMA. *See* Exhibit S. |
| Canon digital cameras (incl. model EOS 10D) 32-Bit RISC MCU (incl. but not limited to MCU 29LV320TE-90 and MB39A102) | No response | Document lists Canon as one of EDG's Top Ten Worldwide Customers. *See* Exhibit R. |
| Olympus digital cameras MCU/microcontroller (incl. but not limited to MB89F538L) | No response | FJ does not deny that it places Olympus digital cameras with accused MCU devices into the stream of commerce. |
| Lexar Media Jump Drive memory device (Sweep Sensor - MBF310) | No response | FJ does not deny that the accused MCU devices are incorporated into these memory devices nor that the Jumpdrive incorporating the accused MCU devices is placed into the stream of commerce. |
| SanDisk Compact Flash memory device (32-Bit RISC microcontrollers) | No response | FJ does not deny that the accused MCU devices are incorporated into these memory devices and placed into the stream of commerce. |



# EXHIBIT "L"

1  **TEKER TORRES & TEKER, P.C.**
2  SUITE 2A, 130 ASPINALL AVENUE
   HAGÅTÑA, GUAM 96910
3  TELEPHONE: (671) 477-9891/4
   FACSIMILE: (671) 472-2601
4
   **UNPINGCO & ASSOCIATES, LLC**
5  SUITE 12B, SINAJANA MALL
   SINAJANA, GUAM
6  TELEPHONE: (671) 475-8545
7  FACSIMILE: (671) 475-8550

8  **SHORE CHAN BRAGALONE LLP**
   SUITE 4450, REPUBLIC CENTER
9  325 N. ST. PAUL STREET
   DALLAS, TEXAS 75201
10 TELEPHONE: (214) 593-9110
11 FACSIMILE: (214) 593-9111

12 *Attorneys for Plaintiff*
   *Nanya Technology Corp.*
13

14               **IN THE DISTRICT COURT OF GUAM**
15

16 **NANYA TECHNOLOGY CORP. and,**        )    **CIVIL CASE NO. 1:06-CV-0025**
   **NANYA TECHNOLOGY CORP. U.S.A.,**     )
17              **Plaintiffs,**           )
18                                        )
                                          )
19              **vs.**                   )    **DECLARATION OF MARTIN**
                                          )    **PASCUAL**
20                                        )
                                          )
21 **FUJITSU LIMITED, FUJITSU**           )
22 **MICROELECTRONICS AMERICA,**          )
   **INC.,**                              )
23                                        )
                **Defendants.**           )
24

25 I, Martin Pascual, hereby declare as follows:
26
27
28

                              -1-

1.     My name is Martin Pascual. I am over the age of 21 and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2.     I represent Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. ("Nanya") in the above-captioned cause.

3.     Attached as Exhibit E are true and correct copies of excerpts from the deposition transcript of Shigeru Kitano, taken on April 25, 2007.

4.     Attached as Exhibit K is a true and correct copy of a chart summarizing Nanya's evidence rebutting Fujitsu Limited's claims.

5.     Attached as Exhibit J is a true and correct copy of the February 10, 2003 article from Virtual Medical Worlds, by Leslie Versweyveld, entitled "Fujitsu and Source Medical showcase pen-based outpatient information system."


I hereby declare under penalty of perjury that the foregoing is true and correct and, if called upon to testify, I would be competent to testify thereto.


Dated: June 25, 2007

Martin Pascual

DECLARATION OF MARTIN PASCUAL