# EXHIBIT G

**FUJITSU SEMICONDUCTOR**
**DATA SHEET**

DS05-11429-3E

■ **DESCRIPTION**

The FUJITSU MB82DBS02163C is a CMOS Fast Cycle Random Access Memory (FCRAM*) with asynchronous Static Random Access Memory (SRAM) interface containing 33,554,432 storages accessible in a 16-bit format. MB82DBS02163C is utilized using a FUJITSU advanced FCRAM core technology and improved integration in comparison to regular SRAM. The MB82DBS02163C adopts asynchronous page mode and synchronous burst mode for fast memory access as user configurable options.

This MB82DBS02163C is suited for mobile applications such as Cellular Handset and PDA.

*: FCRAM is a trademark of Fujitsu Limited, Japan

■ **FEATURES**

- Asynchronous SRAM Interface
- Fast Access Time : $t_{CE}$ = 70 ns Max
- 8 words Page Access Capability : $t_{PAA}$ = 20 ns Max
- Burst Read/Write Access Capability : $t_{AC}$ = 12 ns Max
- Low Voltage Operating Condition : $V_{DD}$ = +1.65 V to +1.95 V
- Wide Operating Temperature : $T_A$ = -30 °C to +85 °C
- Byte Control by $\overline{LB}$ and $\overline{UB}$
- Low-Power Consumption :  $I_{DDA1}$ = 30 mA Max

  $I_{DDS1}$ = 80 μA Max
- Various Power Down mode : Sleep

  4 M-bit Partial

  8 M-bit Partial
- Shipping Form : Wafer/Chip, 71-ball plastic FBGA package

Copyright© 2005-2006 FUJITSU LIMITED All rights reserved



# EXHIBIT H





SONY®
PSP™ (PlayStation® Portable)
PSP-1001₂

5V ⎓ 2A
D-AE-JP-S-7100182
HB SP-001C
See Instruction Manual
and ICES-003/NMB-003

CERTIFICATION

FC
CE-8100

WiFi

HU0430228







4





1 | **TEKER TORRES & TEKER, P.C.**
2 | SUITE 2A, 130 ASPINALL AVENUE
  | HAGÅTÑA, GUAM 96910
3 | TELEPHONE: (671) 477-9891/4
  | FACSIMILE: (671) 472-2601
4 |
  | **UNPINGCO & ASSOCIATES, LLC**
5 | SUITE 12B, SINAJANA MALL
  | SINAJANA, GUAM
6 | TELEPHONE: (671) 475-8545
7 | FACSIMILE: (671) 475-8550
8 | **SHORE CHAN BRAGALONE LLP**
  | SUITE 4450, REPUBLIC CENTER
9 | 325 N. ST. PAUL STREET
  | DALLAS, TEXAS 75201
10 | TELEPHONE: (214) 593-9110
11 | FACSIMILE: (214) 593-9111

12 | *Attorneys for Plaintiff*
  | *Nanya Technology Corp.*
13 |

14 | **IN THE DISTRICT COURT OF GUAM**

15 |

16 | NANYA TECHNOLOGY CORP. and,       )    **CIVIL CASE NO. 1:06-CV-0025**
   | NANYA TECHNOLOGY CORP. U.S.A.,    )
17 |                 Plaintiffs,        )
18 |                                    )
   |                                    )
19 |        vs.                         )    **DECLARATION OF MARTIN**
   |                                    )    **PASCUAL**
20 |                                    )
   |                                    )
21 | FUJITSU LIMITED, FUJITSU          )
22 | MICROELECTRONICS AMERICA,         )
   | INC.,                             )
23 |                                    )
   |                 Defendants.        )
24 |

25 | I, Martin Pascual, hereby declare as follows:
26 |
27 |
28 |

-1-

DECLARATION OF MARTIN PASCUAL

1.      My name is Martin Pascual. I am over the age of 21 and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2.      I represent Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. ("Nanya") in the above-captioned cause.

3.      Attached as Exhibit E are true and correct copies of excerpts from the deposition transcript of Shigeru Kitano, taken on April 25, 2007.

4.      Attached as Exhibit K is a true and correct copy of a chart summarizing Nanya's evidence rebutting Fujitsu Limited's claims.

5.      Attached as Exhibit J is a true and correct copy of the February 10, 2003 article from Virtual Medical Worlds, by Leslie Versweyveld, entitled "Fujitsu and Source Medical showcase pen-based outpatient information system."

I hereby declare under penalty of perjury that the foregoing is true and correct and, if called upon to testify, I would be competent to testify thereto.

Dated: June 25, 2007

Martin Pascual

-2-

DECLARATION OF MARTIN PASCUAL

1 | **TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
2 | HAGÂTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/4
3 | FACSIMILE: (671) 472-2601
4 |
**UNPINGCO & ASSOCIATES, LLC**
5 | SUITE 12B, SINAJANA MALL
SINAJANA, GUAM
6 | TELEPHONE: (671) 475-8545
FACSIMILE: (671) 475-8550
7 |
8 | **SHORE CHAN BRAGALONE LLP**
SUITE 4450, REPUBLIC CENTER
9 | 325 N. ST. PAUL STREET
DALLAS, TEXAS 75201
10 | TELEPHONE: (214) 593-9110
FACSIMILE: (214) 593-9111
11 |
12 | *Attorneys for Plaintiff*
*Nanya Technology Corp.*
13 |
14 | **IN THE DISTRICT COURT OF GUAM**
15 |
16 | NANYA TECHNOLOGY CORP. and,          )   **CIVIL CASE NO. 1:06-CV-0025**
NANYA TECHNOLOGY CORP. U.S.A.,       )
17 |                 **Plaintiffs,**                  )
18 |                                                  )
                                                     )
19 |                 **vs.**                          )   **DECLARATION OF MARTIN**
                                                     )   **PASCUAL**
20 |                                                  )
                                                     )
21 |                                                  )
FUJITSU LIMITED, FUJITSU                 )
22 | MICROELECTRONICS AMERICA,                )
INC.,                                    )
23 |                                                  )
                **Defendants.**                      )
24 |
25 | I, Martin Pascual, hereby declare as follows:
26 |
27 |
28 |

-1-

DECLARATION OF MARTIN PASCUAL

1.      My name is Martin Pascual. I am over the age of 21 and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

2.      I represent Nanya Technology Corporation and Nanya Technology Corporation, U.S.A. ("Nanya") in the above-captioned cause.

3.      Attached as Exhibit E are true and correct copies of excerpts from the deposition transcript of Shigeru Kitano, taken on April 25, 2007.

4.      Attached as Exhibit K is a true and correct copy of a chart summarizing Nanya's evidence rebutting Fujitsu Microelectronics America, Inc.'s claims.

5.      Attached as Exhibit J is a true and correct copy of the February 10, 2003 article from Virtual Medical Worlds, by Leslie Versweyveld, entitled "Fujitsu and Source Medical showcase pen-based outpatient information system."


I hereby declare under penalty of perjury that the foregoing is true and correct and, if called upon to testify, I would be competent to testify thereto.


Dated: June 25, 2007

Martin Pascual

-2-

DECLARATION OF MARTIN PASCUAL

# EXHIBIT P

1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891/4
3  FACSIMILE: (671) 472-2601

4
   **UNPINGCO & ASSOCIATES, LLC**
5  SUITE 12B, SINAJANA MALL
   SINAJANA, GUAM
6  TELEPHONE: (671) 475-8545
7  FACSIMILE: (671) 475-8550

8  **SHORE CHAN BRAGALONE LLP**
   SUITE 4450
9  325 N. ST. PAUL STREET
   DALLAS, TEXAS 75201
10 TELEPHONE: (214) 593-9110
11 FACSIMILE: (214) 593-9111

12 *Attorneys for Plaintiffs*
   *Nanya Technology Corp. and*
13 *Nanya Technology Corp. U.S.A.*

14                    **IN THE DISTRICT COURT OF GUAM**

15

16 NANYA TECHNOLOGY CORP. and          No. CV-06-00025
   NANYA TECHNOLOGY CORP. U.S.A.
17
           Plaintiffs,
18                                     **DECLARATION OF**
   vs.                                 **PETER DUANE CRUZ**
19
   FUJITSU LIMITED and FUJITSU
20 MICROELECTRONICS AMERICA,
   INC.
21
           Defendants.
22

23     I, Peter Duane Cruz, declare under penalty of perjury that the following statements are

24 true and correct.

25     1.    I am over the age of eighteen years, a resident of Guam and not an interested

26 party in the above-captioned matter.

27     2.    I am the Assistant Manager and the Procurement Manager at Toys N' Joys, an

28

                                        1

ORIGINAL

1 electronics and children's store located in Harmon, Guam.

2  3. On June 9, 2006, I received the first version of the Nintendo DS Lite which

3 originally came in one color, that being white. On or about that date, Toys N' Joys offered the

4 Nintendo DS Lite for sale.

5  4. On December 15, 2005, in anticipation of the Christmas rush for electronics, I

6 received and offered for sale the Sony PlayStation Portable.

7  5. In or about September of 2006, I received and offered for sale the new colors

8 made available by Nintendo, that being pink and black.

9  6. Attached as exhibit "A" are true and correct copies of Invoices and other

10 documents showing purchase and receipts of products on Guam.

11  I declare under penalty of perjury under the laws of the United States of America that

12 the foregoing is true and correct

13  DATED at Hagåtña, Guam, this 22nd day of June, 2007.

14

15

16       **PETER DUANE CRUZ**

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF PETER DUANE CRUZ

# EXHIBIT A

Store: 1
Source: Manual
Reason: ManAdj

Case 1:06-cv-00025     Document 298     Filed 06/22/2007     Page 4 of 5

Quantity Memo # 5336

Associate: Sysadmin
Page 1

Regular

| Item # | Dept | Vendor | Description 1 | | Attribute | Size | New Qty | Old Qty | |
|--------|------|--------|---------------|--|-----------|------|---------|---------|--|
| 5461 | SYS | | | | SYS | | 24 | 0 | |

Old Cost     $0.00          New Cost  $3,108.00          Cost Difference: $3,108.00
Old Quantity:     0          New Quantity:    24          Jantity Difference.     24

Store: 1                                                                                         Cost Memo # 1356
Source: Manual
Reason: ManAdj                                                                                   Associate: Henry
                                                                                                          Page 1

Regular

| Item # | Dept | Vendor | Description 1 | Attribute | Size | New Cost | Old Cost |
|--------|------|--------|---------------|-----------|------|----------|----------|
| 5174 | SYS | | | PSP | | $199.99 | $0.00 |

| | Old Cost | $0.00 | New Cost | $0.00 | Cost Difference | $0.00 |
|--|----------|-------|----------|-------|-----------------|-------|



EXHIBIT "U"



# EXHIBIT "U"

# EXHIBIT "C"





# EXHIBIT Q

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

3

4

NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A.,

Case No. CV-06-00025

5

6

*Plaintiffs,*

v.

**DECLARATION OF**
**David Carey**

7

8

FUJITSU LIMITED and FUJITSU
MICROELECTRONICS AMERICA, INC.,

9

*Defendants.*

10

11

I, David Carey, hereby declare as follows:

12

    1.    My name is David Carey. I am over the age of 21 and am competent to make this

13

declaration. All of the statements set forth herein are true and correct and are based on my

14

professional practice and personal knowledge.

15

16

    2.    I am the President and CTO at Portelligent, Inc., an Austin, Texas-based firm that

17

provides technology intelligence in wireless, personal, and consumer electronics. True and

18

correct copies of portions of the website describing our business are attached hereto as Exhibit A.

19

    3.    A significant portion of our work includes what is known in the industry as

20

"Product Teardown Report." In a Product Teardown Report, we characterize the latest product

21

examples from a full spectrum of personal electronics and provide graphics-rich and quantitative

22

23

data to help our customers understand the competitive landscape, assess technology introduction

24

and tenology selection patterns, and examine product architecture trends. A Product Teardown

25

Report typically comprises (1) a detailed external and internal photos; (2) a detailed step-by-step

26

disassembly; (3) power measurements; (4) circuit board & packaging metrics; (5) a complete

27

parts list and component count; (6) manufacturing cost analysis; and (7) a description of most

28

-1-

1  interesting electronic features and packaging concepts. Product Teardown Reports are prepared
2  and written for our industry clients as a whole, not for any particular company.

3  4. Due to the sheer volume of new product models continually being released to the
4  consumer market, combined with time and resource constraints, Portelligent also performs
5  modified Product Teardowns in order to obtain at least modest visibility on the semiconductor
6  content of the device. These modified Product Teardowns may be in the form of either Quick-
7  Turn Teardowns or Chipography Reports, and at a minimum, contain high resolution images of
8  the electronic boards with identification of major ICs. The report on the Toyota Prius falls into
9  the category of a Quck-Turn Teardown Report, containing primarily high resolution images of
10 the PCB, identification of major ICs, high resolution images of select ICs, and summaries of
11
12 select electronic modules.
13

14 Attached as Exhibit B is a true and correct copy of our Quick-Turn Product Teardown
15 Report for the Toyota Prius automobile sold throughout the United States. According to the
16 report, Toyota Part No. 83291, *i.e.*, the instrument cluster computer from the Toyota Prius,
17 incorporates a microchip device bearing the part number "MB90583C-148." Our research and
18 industry knowledge confirms that the MB90583C microchip device is a Fujitsu 16-bit
19 microcontroller.
20

21 I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
22 UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.
23 SIGNED ON THE 25th DAY OF JUNE, 2007
24
25 SIGNATURE
26
27 PRINTED NAME          DAVID H. CAREY
28

-2-

# EXHIBIT A




# Portelligent

KNOW YOUR COMPETITION
KNOW YOUR OPTIONS
KNOW YOUR OPPORTUNITIES

Home | About | Contact



TEARDOWN.COM

PRODUCTS & SERVICES

BENEFITS

SAMPLES

FAQ

WHAT'S NEW

USER RESOURCES

ALL REPORTS

TECH PERSPECTIVES

DATABASE

PUBLISHED ARTICLES

TECHALERTS

PRESS ROOM

SEARCH




NEWSLETTER
SIGN ME UP!

User Name

Password


Login

TECHNOLOGY INTELLIGENCE FOR... ELECTRONICS P

| CHIPOGRAPHY® REPORTS | CELLULAR PHONES | DIGITAL CAMERAS & IMAGING | PERSONAL APPLIANCES | DIGITAL MOBILE C |

## Products and Services

Electronics executives and financial professionals rely on Portelligent to identify market opportunities and monitor competitive thre

### Product Teardown Reports

Through Product Teardowns, we characterize the latest product examples from a full spectrum of personal electronics and provide graphics-r quantitative data to help our customers understand the competitive landscape, assess technology introduction and technology selection pattern: product architecture trends. Report Contents include:

- Detailed external and internal photos
- Detailed step-by-step disassembly
- Power measurements
- Circuit board & packaging metrics
- Complete parts list & component count
- Manufacturing cost analysis
- Description of most interesting electronic features and packaging concepts

### Tech Alert Service (TAS)

The Technology Alert Service provides brief summaries of and early access to key technical and business developments in the global persona industry, with particular emphasis on stories reported in the Japanese and Asian trade press. TechAlert Notes are delivered to clients via email c basis and include information from the following domains:

- Wireless Technologies & Services
- Competitive Alert (Emerging Business Strategy Issues, Opportunities, and Threats)
- Component Technologies (Imaging Sensors, High-Performance Packaging, Flat Panel Displays, Storage Technologies, Processors, Etc.)

### Product Channel License

Product Teardowns and the **Technology Alert Service (TAS)** are bundled together with a **Product Channel license**, providing cost-effecti access to all content relating to a product family. Channel Licenses provide access to all reports in the licensed Channel at commencement, alon content developed over the license period (typically one year). The following are the current available product channels:

**Cellular Phones**
**Chipography® Reports**
**Digital Cameras & Imaging**
**PDAs & Personal Appliances**

Portelligent Products and Services

Digital Home & Mobile Computing

Portelligent also include access to Tech Perspective reports, providing analytical coverage on an occasional basis of trends in the electronics indu. Reports, which provide a visual presentation of trend data in the Portelligent Product Profile Database (Cellular Phones and Digital Cameras & In Channels); and our Report Sort and IC Locator database access tools.

## Significant discounts are available for licenses to multiple Portelligent Channels.

### Database Extracts and Database Access Tools

Portelligent database extracts are data sets drawn from Portelligent's Product Profile Database, which stores the data points which Portelligent h In systematically analyzing over 500 products. Each extract covers some key aspect of the overall system-level view of the products we research include categories of ICs (baseband processors in cell phones, for instance, or memory devices), display modules, battery packs, or cross-cuttin complexity metrics. Portelligent delivers database extracts to customers in Excel-format files.

Portelligent database access tools permit customers to search our Product Profile Database interactively, to answer key questions in real time. C tools currently available are:

- IC Locator Tool: Answers the question, "In which products has Portelligent seen this IC?"
- Report Sort: Answers the question, "Which Portelligent reports should I be looking at?" Permits identification of subsets of Portelligent p reports by product maker, product category, cellular communications protocol, and so forth."
- Die Photo Library: Answers the question, "Does Portelligent have a die photo of this IC, and, if so, can I get a copy?" [Tool currently in t

### LeaderPAKs (Product Analysis Kits)

The Portelligent LeaderPAK (Product Analysis Kit) is a highly focused offering designed to assist customers with competitive analysis and strateg a particular product domain. Each LeaderPAK consists of the customer's choice of 3-4 individual product teardown reports, together with a data the Portelligent Product Profile Database that provides a cross-cutting view on the full spectrum of products that Portelligent has analyzed withir domain.

The following LeaderPAKs are currently available:

- Personal Media Player (PMP) LeaderPAK - Learn more...
- Portable GPS Navigation Systems (GPS) LeaderPAK - Learn more...

If you are interested in other product categories, please contact Portelligent for information on additional LeaderPAKs being planned.

### STARs (Strategic Trend Analysis Reports)

The Portelligent STARs (Strategic Trend Analysis Reports) are a new series of Portelligent Strategic Studies that identify key trends and look fon hard data and disciplined analysis. The reports leverage the Portelligent Product Profile Database, which now contains quantitative data on over over 14,000 devices collected through the course of Portelligent product analyses since 2001.

The following STARS are currently available:

- Battle of the E-Mail Machines: New Players Bring Diversity and Design Competition - Learn more...

Portelligent Products and Services

If you are interested in other product categories, please contact Portelligent for information on additional STARs being planned.

© Copyright 2007 Portelligent Inc. All Rights Reserved

www.teardown.com

Home | About | Contact



# Portelligent

KNOW YOUR COMPETITION
KNOW YOUR OPTIONS
KNOW YOUR OPPORTUNITIES

Home | About | Contact

**TEARDOWN.COM**
**PRODUCTS & SERVICES**
**BENEFITS**
**SAMPLES**
**FAQ**
**WHAT'S NEW**
**USER RESOURCES**
**ALL REPORTS**
**TECH PERSPECTIVE**
**DATABASES**
**PUBLISHED ARTICLES**
**TECHALERTS**
**PRESS ROOM**

SEARCH | NEWSLETTER KEEP ME INFORMED



User Name

Password

Login

 

CHIPOGRAPHY®
REPORTS

CELLULAR
PHONES

DIGITAL CAMERAS
& IMAGING

 PERSONAL APPLIANCES

 **TECHNOLOGY INTELLIGENCE for the ELECTRONICS I**

 DIGITAL
MOBILE C

## About The Portelligent Team

We deliver technology intelligence in wireless, personal, and consumer electronics through product teardowns an analysis.

Our goal is to enable our clients to make faster, better, and more cost-effective decisions about their compet positioning, technology options, investment strategy, intellectual property position, and marketplace opportu

The Portelligent team gained experience in competitive technical intelligence issues and high technology whil with the global electronics industry at the Microelectronics and Computer Technology Corporation (MCC). Tea have backgrounds in engineering, software, high-volume manufacturing, and Japanese technology and busin

**David Carey**, President and CEO. David was a Technical Manager at MCC where he had been since 1985. His included research in signal integrity for high performance systems, design and process development for micr manufacturing, and integrated solutions for high speed processor modules. Prior to forming Portelligent, wor focused on competitive assessment for digital imaging, mobile/handheld computing, and wireless communica products. David received a BSEE and a MSEE, both from Texas A&M University, College Station, Texas. He is Tau Beta Pi, Eta Kappa Nu, IEEE, and IMAPS. He currently holds fifteen U.S. Patents and publishes widely on electronic systems technology, including monthly articles in EETimes and PlanetAnalog as a Contributing Edit

**Howard Curtis**, V.P. Global Services. Howard manages Portelligent's Technology Alert Service (TAS) and co assessment work on developments in wireless technologies, consumer products, and software in Japan and A Curtis worked for eight years as Director, Global Technology Services at the MCC consortium. Mr. Curtis hold East Asian Studies from Princeton University, an MBA from Cornell University, and an MS in software enginee University of Texas. He also studied in Japan for two years as a Ministry of Education Fellow at Kobe Universi is a member of the IEEE, ACM, and the Society for Competitive Intelligence Professionals (SCIP).

© Copyright 2007 Portelligent Inc. All Rights Reserved

www.teardown.com

Portelligent - About The Portelligent Team

Home | About | Contact

# Portelligent

KNOW YOUR COMPETITION
KNOW YOUR OPTIONS
KNOW YOUR OPPORTUNITIES

Home | About | Contact

TEARDOWN.COM

PRODUCTS & SERVICES

BENEFITS

SAMPLES

FAQ

WHAT'S NEW

USER RESOURCES

ALL REPORTS

TECH PERSPECTIVES

DATABASE

PUBLISHED ARTICLES

TECHALERTS

PRESS ROOM

SEARCH

User Name

Password

Login

**CHIPOGRAPHY® REPORTS**

**DIGITAL CAMERAS & IMAGING**

**CELLULAR PHONES**

**PERSONAL APPLIANCES**

**DIGITAL MOBILE C**

TECHNOLOGY INTELLIGENCE FOR THE ELECTRONICS P

## Contact

### USA Head Office and Laboratories

## 12303 Technology Blvd. Ste. 900 | Austin, Texas 78727 | USA

### 1.512.338.3600 telephone | 1.512.338.3814 fax

info@portelligent.com | sales@portelligent.com | webmaster@portelligent.com

**Portelligent European Office**

Niels Kellerhoff
European Business Development Manager

E-mail: niels@portelligent.com
Tel: +49 (211) 514 1265
Fax: +49 (211) 467 999

Kaiserswerther Strasse 43
40477 Duesseldorf
Germany

© Copyright 2007 Portelligent Inc. All Rights Reserved

Page 2 of 2

www.teardown.com
Home | About | Contact

Contact Us At Portelligent