**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

**UNPINGCO & ASSOCIATES, LLC**
777 Route 4, Suite 12B
Sinajana, Guam
Telephone: (671) 475-8545
Facsimile: (671) 475-8550

**SHORE CHAN BRAGALONE LLP**
Suite 4450
325 N. St. Paul Street
Dallas, Texas 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiffs,*
*Nanya Technology Corp. and*
*Nanya Technology Corp. U.S.A.*

FILED
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NANYA TECHNOLOGY CORP. AND NANYA TECHNOLOGY CORP. U.S.A., <br><br>Plaintiffs,<br>vs.<br><br>FUJITSU LIMITED AND FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>Defendants. | CASE NO. CV-06-00025<br><br>**CERTIFICATE OF SERVICE** |

I, JOSEPH C. RAZANO, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on June 26, 2007, true and exact copies of the following documents were served, via hand delivery and/or electronic mail on Defendants Fujitsu Limited and Fujitsu Microelectronics America, Inc. through their attorneys of record:

      a. Plaintiffs' Sur-Reply In Opposition to Fujitsu Microelectronics America, Inc.'s Reply In Support of Its Motion to Dismiss or Transfer;

      b. Plaintiffs' Sur-Reply In Opposition to Fujitsu Limited's Reply In Support of Its Motion to Dismiss or Transfer;

      c. Appendix In Support of Plaintiffs' Sur-Reply In Opposition to Fujitsu Microelectronics America, Inc.'s Reply In Support of Its Motion to Dismiss or Transfer;

      d. Appendix In Support of Plaintiffs' Sur-Reply In Opposition to Fujitsu Limited's Reply In Support of Its Motion to Dismiss or Transfer.

3. The attorneys for Defendants are as follows:

Michael M. Murray, Esq.
Christopher E. Chalsen, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000  main
(212) 530-5219  main fax
cchalsen@milbank.com

David Benjamin, Esq.
Calvo & Clark
655 South Marine Corp. Drive
Tamuning, Guam 96913
(671) 646-9355
(671) 646-9403  fax
dbenjamin@calvoclark.com

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on June 26, 2007.

*[signature]*
JOSEPH C. RAZZANO, ESQ.