# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

*E-Filing*

July 10, 2007

**ORIGINAL FILED**
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 3762

JL

Richard W. Wieking
Clerk of Court
U.S. District Court for the
 Northern District of California
Phillip Burton United States
 Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:  Guam Civil Case No. 1:06-cv-00025
     Nanya Technology Corp., et al. - vs - Fujitsu Limited, et al.

Dear Mr. Wieking:

Pursuant to the Order Regarding Motion to Immediately Transfer for Convenience, filed June 27, 2007, I am transmitting herewith the following documents:

1. Certified copy of the Docket Sheet.
2. Certified copy of the Order re: Motion to Immediately Transfer for Convenience.

In order to expedite the retrieval of the documents filed in this action, a guest login/password was provided to your office so that you may access and download the documents via the DCN. If you have any questions, please feel free to contact our office. Kindly acknowledge receipt on the enclosed copy of this letter and return it to our office. For your convenience, enclosed is a self-addressed envelope. Thank you for your assistance.

Sincerely,

Renee M. Martinez
Financial Administrator

Enclosures
cc:  Joseph C. Razzano, Esq.
     John S. Unpingco, Esq.
     Daniel M. Benjamin, Esq.

**FILED**
DISTRICT COURT OF GUAM
JUL 23 2007
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
JUL 2007
STAMPED IN ERROR
DISTRICT COURT OF GUAM
HAGATNA, GUAM