UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Defendants. | Case No.  4:06-CV-06613 (CW) <br> 4:07-CV-03672 (CW) <br> 4:08-CV-01254 (CW) <br><br><br> **ORDER CONSOLIDATING CASES** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Cross-Plaintiffs, <br><br> -against- <br><br> KLA-TENCOR CORP. <br><br> Cross-Defendant. | |
| KLA-TENCOR Corp., <br><br> Plaintiff, <br><br> -against- <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC. <br><br> Defendants. | |

**[PROPOSED] ORDER CONSOLIDATING CASES** 4:06-CV-06613 (CW)

1   On July 1, 2008, Fujitsu Limited and Fujitsu Microelectronics America, Inc.
2   (collectively "Fujitsu") filed an Administrative Motion to Consolidate Case 4:08-CV-01254 (CW)
3   with cases 4:06-CV-06613 (CW) and 4:07-CV-03672 (CW), which the Court has previously
4   related and consolidated.  Fujitsu's Administrative Motion acknowledges that the DJ Case and the
5   Fujitsu/Nanya Consolidated Case concern substantially the same parties, property, transaction or
6   event.
7   Having considered the pleadings, the Court finds that consolidation is in the
8   interest of judicial convenience, with no potential for delay as the cases are already on the same
9   schedule.  Further, there will be no confusion or prejudice caused by consolidation.
10  **All further documents shall be filed in C-06-6613 CW.**
11  IT IS SO ORDERED.
12  7/16/08
13  Dated: _____

_____
CLAUDIA WILKEN
United States District Judge

15  LA1:#6383539

- 1 -
**[PROPOSED] ORDER CONSOLIDATING CASES** 4:06-CV-06613 (CW)